# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

EXHIBIT-2

Inmate's Name _BELLAMY RONNIE ALLEN Jr._    Number _0053454_

Facility _L.C.F. CORE CIVIC_    Housing Unit _A-1-238_    Work Detail _TRU-UNIT MA STILL SEE RESIDENT_

PER K.A.R. 44-15-101.(e) COPIES - PER K.A.R. 44-15-101a.(A)(B)(2)(f)(9) K.S.A 75-5210 K.S.A 75-5251

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). THIS IS THE SECOND DAY IN A ROW THAT I HAVE HAD TO WAIT OVER 1-1½ HOURS AFTER EVERYONE ELSE HAS ALREADY EATEN TO GET A TRAY. AND TODAY AT LUNCH AS I HAVE CONTINUED TO BE TARGETED. C/O ALLEN WENT AND GOT A TRAY FROM ANOTHER INMATES ROOM BETWEEN 108-109, TO GIVE ME INSTEAD FOOD AFTER I CONTINUED TO COMPLAIN AND CSI GARDNER REFUSED TO ACKNOWLEDGE ME OR THAT I DID NOT RECEIVE A TRAY OR TALK TO ME I NEVER MADE ANY THREATS I WAS ANGRY THAT THE OFFICER ALLEN SAID AT LEAST ITS SOMETHING REFERRING TO THE HALF EATEN TRAY SHE GOT FROM ANOTHER INMATES ROOM SMILING. AT ALMOST 2 HOURS I FINALLY RECEIVED A SACK LUNCH ½ A SACK OPENED IN FRONT OF THE OFFICER WHO SAID I WAS BEING IRRATIONAL BY BEING LOUD DUE TO SOME COWARD PIECE OF SHIT RUNNING HIS MOUTH BEHIND THE DOOR BECAUSE I WANTED TO EAT. I DON'T GET UNLIMITED TRAYS SO I NEED MY TRAY AND I NEED IT TO BE RIGHT. I CAN'T GO TO CANTEEN AND BUY COFFEE OR FOOD ON OSR, I'M AND THERE IS NO INFORMAL RESOLUTION BESIDES VERBAL DUE TO WHAT I'D LIKE TO EAT AND NOT MISSING DEPT.

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _1-8-2023_

## UNIT TEAM RESPONSE (Complete and return to inmate within 10 calendar days.)

I have investigated your concerns outlined in the attached grievance. 44-15-101 Grievance Procedure; Informal Resolution; formal levels; (b) states, 'Before utilizing the grievance procedure, the inmate shall be responsible for attempting to reach an informal resolution of the matter with the personnel who work with the inmate on a direct or daily basis. An inmate in a facility or parole setting shall contact the unit team members for the attempt at informal resolution. You are encouraged to wait for the informal resolution prior to submitting the grievance. You need to submit an informal on a form 9 not the grievance form. No further action deemed necessary at this time

_UTM 1/13/23_

Unit Team Signature                    Date

## INMATE RESPONSE (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__X__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _1-13-2023_

_Ronnie A Bellamy_    _1-13-2023_
Inmate Signature                    Date

## `WARDEN RESPONSE (Complete, attach response and return within 10 Working days.)

Date Received _1-25-2023_ FROM WARDEN  Date of Final Answer ____  Date Returned to Inmate _1-25-2023_

SEE ATTACHED

_Ronnie Allen Bellamy #53454 1-25-2023_ DELIVERED BY UTS MERFOETH WITH NO SIGNATURE

Inmate's Signature          Date      Unit Team Signature          Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden. SEE ATTACHED

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number          _____

Type of Complaint (Item 4: Code 01-75)          _____  _____

Cause of Complaint (Item 5: Code 01-30)          _____  _____

Type of Response (Item 6a: Code 01,02,08 or 09)          _____  _____

EXHIBIT-2

HOW DO YOU UTILIZE A WRITTEN INFORMAL RESOLUTION WHEN YOU HAVE NOT BEEN GIVEN A TRAY MEAL LIKE THE REST OF THE ENTIRE CELL HOUSE. IT HAS TO BE A VERBAL INFORMAL RESOLUTION - AND WHAT LAW OR RULE ALLOWS AN ON OR OFF DUTY EMPLOYEE ACTING UNDER COLOR OF LAW-KDOC - CIVIL SERVICE ACT TO GO TO ANOTHER INMATES ROOM GET A USED HALF EATEN TRAY BRING IT TO ME AND SAY "HERE AT LEAST ITS SOMETHING TO EAT" AND FORCE ME TO MAKE AN ISSUE OUT OF IT UNTIL THEY ORDERED A TRAY FOR ME DUE TO THE NEGLECT OF OFFICERS TO DO THEIR JOB AND CSI GARDENER REFUSING TO RESPOND OR ACKNOWLEDGE I HAD NOT RECEIVED A TRAY. WE ARE NOT ALLOWED TO BUY FOOD/COFFEE UNFORTUNATELY - ILLEGALLY. SO I HAVE NO CHOICE BUT TO DEPEND ON THE KDOC - STATE - OFFICERS - PORTERS WHO HAND OUT - HANDLE THE FOOD TO FEED ME OR GO WITHOUT OR JUST ACCEPT WHAT EVER THEY CAN FIND AS I HAVE BEEN OFFERED A MEAL FOR DINNER ONLY AS THE TABLE IS FULL OF TRAYS FOR PORTERS - AND OFFICERS.

WHAT LAW GOVERNS THAT? OR THE UNLAWFUL RESPONSES FROM UNIT TEAMS? CAN I GET THAT IN WRITING?

Ronnie A. Bellamy Jr
#53454

A-1-238
TRU UNIT WITH SINGLE CELL ONLY BY LAW



*EXHIBIT – 2*
*DOUBLE SIDED*

HOME   |   ✉ CONTACT   |   🔒 LOGIN   |   🛒 ONLINE BOOKSTORE   |   NCCHC RESOURCES, INC.

‹ back to all blog posts

# Before the Pandemic, the Original Crisis: Mental Health Services

From *September 25, 2020* in Health Care, Mental Health

By Brent Gibson, MD, MPH, CCHP-P, Managing Director, NCCHC Resources and
William Elliott, PhD, Correctional Mental Health Consultant and Trainer

As the pandemic continues to challenge and stress our nation's public health infrastructure, jail and prison health care has been thrust into the spotlight. It's important to remember, however, that before COVID-19, jails were at the center of another national health crisis: lack of community mental health services.

At NCCHC, we've been working with the nation's law enforcement leaders in this area for many years. In 2019, we partnered with the Major County Sheriffs of America and the Department of Justice Office of Community Oriented Policing Services on *Sheriffs Addressing the Mental Health Crisis in the Community and in the Jails*.

Since the research leading to that report, we have worked closely with many jails to overcome challenges with mental health services. Through evaluations, monitoring, and technical assistance, we are seeing improvements and want to share the most effective practices.

First, NCCHC maintains a broad definition of "special needs" patients. This includes those with chronic disease, including mental health diagnoses. As a result, we are seeing programs appropriately expand their definitions to include not just the most seriously mentally ill but also those regularly receiving mental health services. This is critical because patients who experience clinical improvement are far less likely to be lost to follow-up. It also is a more fine-tuned approach to



SELF FILED # 3034 3A

In high-performing programs, the case manager meets with patients soon after admission, and at regular intervals thereafter, for the express purpose of addressing reentry issues. In exceptional programs, we also see the discharge planner documenting all phone and digital contacts with community-based mental health providers and social service agencies.

Let us close by thanking our tireless correctional mental health workforce. Around the country, in the midst of a pandemic and associated economic and social pressures, our psychiatrists, psychologists, social workers, licensed professional counselors, nurses, and countless others are not losing sight of the behavioral health problems that are so common in jails and prisons. In doing so, they are not only improving quality of life for patients, but also for staff and communities. They are also saving lives. Keep up the fight.

For more information, contact the authors at **info@ncchcresources.org**

EXHIBIT - 2

BELLAMY
_____
Last Name Only

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

KANSAS DEPARTMENT OF CORRECTIONS

53454
_____
Number

**INMATE REQUEST TO STAFF MEMBER**

To: UNIT TEAM BUCHHOLZ-LEWIS          Date: 9-12-2020
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

PER OUR CONVERSATIONS AND UTM LEWIS STATING IN FRONT OF YOU AT MY DOOR "I CAN NOT GRIEVE being PLACED in here the "MENTAL HEALTH UNIT". DUE TO MY INJURIES AND TOPEKA APPROVING ME, with NO REQUEST FROM me whatsoever. THIS IS THE IRU-INDIVIDUAL REINTEGRATION UNIT-LANSING HAS THE TRU-TRANSITIONAL REINTEGR-ATION UNIT-LARNED-HAS THE STATE HOSPITAL and PRISON wing. IF someone has been deemed mentally ill, due to events From Double bunking, WHY would you Force them by Threat Back into that situation? WHAT IS THE Point of THIS unit. IF not to HELP?

Work Assignment: IRU Unit          Living Unit Assignment: C-1-266

Comment: _____ Unit Team Members Signature: _____

Disposition: you Are in IRU to help with this. Seg in HCF is the only other unit single cell. you wish to go to a G.P. unit and there are no units that are single Cell in G.P. Added to this Larned does not have any MH Units

To: _____          Date: 9-15-2020
(Name & Number)

Disposition: Except for the State Hospital which has no DOC Beds Anymore.

_____
Employee's Signature

**To be returned to inmate.**

P-0009b

THREATS BY UNIT TEAM

|  **centurion** | **Kansas Department of Corrections** *Policies and Procedures* | **Policy Number: P-A-08a** | **Page 3 of 6** |
|---|---|---|---|
| **Subject: HIPAA Compliance** | | | |

g.  The Final Privacy Rule states that while individuals are in a correctional facility or in the lawful custody of a law enforcement official, covered entities (for example, the prison's clinic) can use or disclose Protected Health Information about these individuals without authorization to the correctional facility or the law enforcement official having custody as necessary for:

- Provision of healthcare to such individuals
- Health and safety of individual or other patients
- Health and safety of the officers, of employees, or of others at the correctional institution
- Health and safety of individuals and officers or other persons responsible for transporting patients or their transfer from one institution or facility to another
- Law enforcement on the premises of the correctional institution
- The administration and maintenance of the safety, security, and good order of the correctional institution.  This section is intended to allow, for example, a medical provider to disclose to a van driver transporting a patient that the individual is a diabetic and frequently has seizures, as well as information about the appropriate action to take if the individual has a seizure while he/she is being transported
- Covered entities are allowed to disclose Protected Health Information about individuals if correctional institution or law enforcement official represents that Protected Health Information is necessary

h.  The Privacy Rule establishes that an individual has the right to review "designated record sets" of his/her Protected Health Information.  The Rule supports the right of review of the information by patients but does not require the correctional agency to provide the patient copies of his/her Protected Health Information.  Under special circumstances, patient requests for copies of Protected Health Information may be denied by the correctional institution or covered entity.  A patient request for copies of Protected Health Information may be denied when:

- Obtaining a copy would jeopardize the health, safety, security, custody or rehabilitation of the individual or other patients or the safety of any officer employee or other person at the correctional institution or responsible for transporting the patient
- These determinations are made in collaboration with the KDOC and in most cases involve consultation with the KDOC's legal counsel
- Even though such denials may be made, a personal representative may obtain access on the patient's behalf in some cases in which denial has been made to the patient.  For example, a patient may be denied a copy of Protected Health Information, but a personal representative may obtain access on the individual's behalf

*EXHIBIT -2*

Dear Patient,

You were recently tested for COVID-19 with a Nasal swab.  This is a Diagnostic or PCR test used to diagnose people who are currently sick with COVID-19.

This test is the most reliable test that we have for the COVID-19.  Swabs can sometime fail to pick up signs of active infection.

It is possible that a large proportion of the population will have COVID-19 yet have no symptoms at all. This appears to occur more often in the healthiest and younger age groups.  COVID-19 positive individuals may still spread the virus during the time that they are asymptomatic (no symptoms).

Your test was **NEGATIVE** for COVID-19.

This means that you **do not** currently have COVID-19.  You may get COVID-19 if you are exposed to a COVID-19 positive individual.

If you develop:

- Fever
- Chills, Shaking
- Body Aches
- Muscle Aches
- Headache
- Sore throat
- Cough
- Shortness of Breath
- Loss of taste or smell
- Diarrhea

NOTIFY MEDICAL IMMEDIATELY!

In the meantime:

- Use your mask when out of your cell
- Cover your cough or sneeze
- Wash your hands frequently for at least 20 seconds with soap and water
- Keep your distance when possible, 6 feet
- Your cell house will stay on quarantine until there are two consecutive weeks without a positive in the cell house.

Stay safe and take care,

Kansas Department of Corrections

Your Medical Care Team

EXHIBIT-2

Dear Patient,

You were recently tested for COVID-19 with a Nasal swab.  This is a Diagnostic or PCR test used to diagnose people who are currently sick with COVID-19.

This test is the most reliable test that we have for the COVID-19.  Swabs can sometime fail to pick up signs of active infection.

It is possible that a large proportion of the population will have COVID-19 yet have no symptoms at all.  This appears to occur more often in the healthiest and younger age groups.  COVID-19 positive individuals may still spread the virus during the time that they are asymptomatic (no symptoms).

Your test was **NEGATIVE** for COVID-19.

This means that you **do not** currently have COVID-19.  You may get COVID-19 if you are exposed to a COVID-19 positive individual.

If you develop:

> Fever
> Chills, Shaking
> Body Aches
> Muscle Aches
> Headache
> Sore throat
> Cough
> Shortness of Breath
> Loss of taste or smell
> Diarrhea

NOTIFY MEDICAL IMMEDIATELY!

In the meantime:

> Use your mask when out of your cell
> Cover your cough or sneeze
> Wash your hands frequently for at least 20 seconds with soap and water
> Keep your distance when possible, 6 feet
> Your cell house will stay on quarantine until there are two consecutive weeks without a positive in the cell house.


Stay safe and take care,

Kansas Department of Corrections

Your Medical Care Team

mock

# Health Services Request Form

| For Medical Use Only<br>Sólo para uso médico |
|---|
| Date Received: |
| Time Received: |

EXHIBIT-2

Print Name (Imprimir nombre): *RONNIE A. BELLAMY Jr.*

Date of Request: *12-4-2020*

ID #: *53454*   Date of Birth (Fecha de nacimiento): *5-28-1969*

Housing Location (Ubicación de la vivienda): *C-1-256 MH IRU UNIT*

Nature of problem or request (Naturaleza del problema o solicitud): *MH Ms. McLANE, told me to send this to NURSE MOCK, SHE CAN HELP ME, SHE knows what to do. I Am sleeping 16-20 hours a day most days since beeing stabbed in the Head, through the temple. NURSE YARNELL stated THIS HAPPENS w/ HEAD INJURIES. THIS IS A SERIOUS Problem. Ive already fallen w/ battered in sequence of _____ damage.*

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: _____   ☑ Routine   ☐ Urgent   ☐ Emergent

Date: *12-7-20*   Time: *0830*

Date of Face-to-Face Visit: *12-7-20*

Other: _____

Response Recommendation (to be completed by Medical Staff only)

| Initial<br>Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☑ Mental Health | ☐ ARNP |
|---|---|---|---|---|---|---|
| | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |

Fee Charge   ☐ $2.00

Comments:

*C Mock RN*   *12-7-20*
Staff Signature   Date

Centurion: REC-013KS
07/01/2020



 

*EXHIBIT-2*

**HEALTH SERVICES REQUEST FORM**
**(Formulario de Solicitud de Servicios de Salud)**

| FOR MEDICAL USE ONLY | Service Requested |
| Sólo para uso médico | Servicio Solicitado |

FOR MEDICAL USE ONLY / Sólo para uso médico
Date Received: _____
Time Received: _____

Service Requested / Servicio Solicitado
☑ Nurse / Enfermera   ☐ Doctor / Doctor   ☐ Dental / Dental
☐ Mental Health / Salud Mental   ☐ Eye Doctor / Médico de los ojos

Print Name (Imprimir nombre): *RONNIE ALLEN BELLAMY JUNIOR*

Date of Request (Fecha de solicitud): ~~8-12-20~~ *8-8-2020*

ID #: *53454*  Date of Birth (Fecha de nacimiento): *5-28-69*

Housing Location (Ubicación de la Vivienda): *C-1-256 IRU PROGRAM*

Nature of problem or request (Naturaleza del problema o solicitud): *THIS IS A Follow up to THE RESPONSE From NURSE DONNER. REQUESTING A RESISTANCE BAND TO HELP ME REHAB From my INJURIES DUE TO LACK OF CARE - THERAPY. If you ARE going to charge me $2.00 then don't Call me cause I really don't have the two dollars. But I Need Help. I ALSO REQUESTED TESTOSTERONE THERAPY*

I consent to be treated by health staff for the condition described. *OR a Comparable. After being stabbed - multiple times* (Da su consentimiento para ser tratada por el personal de salud para la condición descrita.) *Including my right temple. I AM*
*NO MATTER what give me a copy of this please.* *Sleeping 16-18 hours a day some days. I*

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA (Pon este artículo en la caja médica u otra área designada.)**
**DO NOT WRITE BELOW THIS AREA  (No escriba debajo de esta área.)**

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Triaged by: *CDN*

Date: *8·17·20*     Time: *900*   (am) pm (circle one)

Called Down at: _____ (for urgent issue)

Other: _____

**Response Recommendation** (to be completed by Medical Staff Only)

| | | | | | | |
|---|---|---|---|---|---|---|
| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☑ $2.00 | | | | | |

Comments: *1. Form 9 to Nurse Donner @ charges*
*2. Sick call mH @ sleeping*

Staff Signature: *CDN*  *3. Not indicated for*   Date: *8.17.20*
*testosterone therapy*
*per yamell*

NA7141-KS-DOC
Issued 01/06/2013                                        ©2013 Corizon Health, Inc.

# Health Services Request Form

*EXHIBIT-2*

| For Medical Use Only |  |
|---|---|
| Sólo para uso médico |  |
| Date Received: |  |
| Time Received: |  |

Print Name (Imprimir nombre): *RONNIE A. BELLAMY Jr*

Date of Request: *2-18-2021*

ID #: *53454*          Date of Birth (Fecha de nacimiento): *5-28-69*

Housing Location (Ubicación de la vivienda): *C 2 257*

Nature of problem or request (Naturaleza del problema o solicitud): *DUE TO INJURIES RECEIVED WHEN YOUNG AND ON 9-3-2019. I AM REQUESTING THE FOLLOWING, TO BE PLACED ON BOTTOM BUNK ONLY AS A 52yr old MAN with multiple Injuries AND THE Plastic chair I Already have through Security staff approval for LOWER Lumbar support. I have had a 2-broken legs-Traction A Body cast earned through Columbia University in Columbia, Mo. Due also to my Person Mental Trauma.*

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

*Ronnie A. Bellamy Jr*
Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

---

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: *X. Chun RN*                    ☑ Routine   ☐ Urgent   ☐ Emergent

Date: *2-22-21*          Time: *1311/5*

Date of Face-to-Face Visit: *N/A*

Other: *N/A*

Response Recommendation (to be completed by Medical Staff only)

Initial ☑ Nurse  ☐ Doctor  ☐ Dentist  ☐ Eye Doctor  ☐ Mental Health  ☐ ARNP

Appointment ☐ Nurse  ☐ Doctor  ☐ Dentist  ☐ Eye Doctor  ☐ Mental Health  ☐ ARNP

Fee Charge ☐ $2.00  *N/C*

Comments: *you have been placed on list to be evaluated by provider*

*X. Chun RN*                                    *2-22-21*
Staff Signature                                  Date

Centurion: REC-013KS
07/01/2020



EXHIBIT-2

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

BELLAMY
**Last Name Only**

## KANSAS DEPARTMENT OF CORRECTIONS

53454
**Number**

### INMATE REQUEST TO STAFF MEMBER

To: UNIT TEAM BUCHHOLZ                    Date: 8-10-2020
(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

IF You were-or-ARE-MY DOCTOR - then You know how im doing - I didnt know I had one Medical. I signed a release form so Mental Health Medical Services Could release information, to my Sister. Someone from Medical-MentalHealth, called a family Member of mine and claimed to be my doctor. REQUESTING INFORMATION and Basically Interrogating them - Claiming i am not in touch with Reality and refusing to talk to them. Please tell me who this was - I know it was a Female STAFF member. And I dont appreciate it - I would never refuse to speak to my family And I never gave permission for anyone to interrogate them.

Work Assignment: ___Env Program___          Living Unit Assignment: ___C-1-256___

Comment: _____          Unit Team Members Signature: _____

Disposition: Your mother called up to the facility asking about you. That's when they asked if she knew anything that may help you. That was the conversation.

To: _____          This was answered   Date: _____
    (Name & Number)                       BY Lewis UTM
                                          AND ITS all a lie!

Disposition: _____

Conversation from Jill Weippert          On 8-14-2020
day before Verifying she lied            Conversation took place
to my family. On 8-13-2020 also          at my door C-1-256 with
took place @ my door                     UT Buchholz who stated you just a
                                          satisfied document !

Employee's Signature                      **To be returned to inmate.**

P-0009b

**FAX TRANSMITTAL SHEET**
**FAX NUMBER (785) 368-6362**
**PHONE NUMBER (785) 296-8586**

*EXHIBIT - 2*

**From:** University of Kansas Medical Center
Director of Health Care Compliance Office

**To:** Centurion Regional Office
ATTN: Kara Fiske

**Date:** 9/1/2020                          **Grievance #:** CA21864

**Offender Name:** BELLAMY, RONNIE #53454        **SITE:** El Dorado Correctional Facility

Reason for request: Grievance, Family, Offender, Warden, Gov. Office, Other

[ ] DENTAL   [ ] MEDICAL   [X] BEHAVIORAL HEALTH

This information is requested at the direction of **Jeff Cowger, Chief Legal Counsel for KDOC**

Please provide requested information regarding the following complaints: **Issue with being enrolled in a certain group/program; staff complaint; issue with receiving supplies for group.**

X   Did the offender have any consults pertaining to complaint(s)? If yes, provide documentation
X   Are there any referral(s) approval/denials pertaining to complaints?
X   If there is approval for an outside consult/service, provide name of provider and date of appointment.
X   Was the offender seen by the site dental/physician/psychiatrist regarding his/her complaint(s)?
X   Has the offender complied with all recommendations? Provide signed/witnessed copies of refusals.
X   Provide lab information pertaining to complaint(s)
X   Provide any X-Rays, scans/mammogram if any pertaining to complaint(s)

MARS – Last 30 Days

**PLEASE PROVIDE ADDITIONAL INFORMATION TO THE FOLLOWING QUESTIONS:**

- What are any Diagnoses relating to the concerns? What are any associated treatment plans?
- Has the offender been evaluated by a physician? If so, what were the findings / recommendations?
- Is a specialty consult indicated for this offender? Why or why not?
- Please provide any other pertinent details relating to the concerns.

Provide completed **Release of Medical Information** consent (05-107-001) authorizing information be released to: ___ ___ *please fill out releasing entity as KDOC/KUMC – please fill out for verbal and written communication – Thank you.*

Please respond by: __9/8/2020___ attention material to Whitney Barancik.

Total number of pages _6_   *WHERES THE OTHER 4-pages?*

**SITES-----**
- **DO NOT PROVIDE ANY "EHR" DOCUMENTS WITH GRIEVANCE SITE RESPONSE, EXCEPT THOSE REQUESTED ABOVE**
- **DO NOT RETURN COPIES OF THE GRIEVANCE DOCUMENTS PROVIDED BY THE OFFENDER WITH THE SITE RESPONSE.**

*MR. JEFF COWGER IMPEDED MY EXHAUSTION OF ADMINISTRATIVE REMEDIES AND ACCESS TO COURT IN CASE NUMBER 5:20-CV-03229-SAC 81983 CIVIL-CRIMINAL LAWSUIT PLEASE HAVE HIM DISBARRED AND ARRESTED IMMEDIATELY. THEY ARE TRYING TO HAVE ME MURDERED. PLEASE HELP! @Ron Bellamy #53454*

EXHIBIT #2

**DATE:**        September 4, 2020

**ATTENTION:**   UNIVERSITY OF KANSAS PHYSICIANS INC.
                 DIRECTOR OF HEALTHCARE OFFICE

**TO:**          ATTN: Jeff Cowger
                 Chief Legal Counsel for KDOC

CONFIDENTIAL
SEP 1 1 2020
MEDICAL RECORDS

**Inmate Name: BELLAMY, Ronnie #53454**          **SITE:  El Dorado Correctional Facility**

Please provide requested information regarding the following complaints: **Issues with being enrolled in a certain group/program; staff complaint; issue with receiving supplies.**

1. Did the offender have any consult pertaining to complaint(s)? **No** If yes, provide documentation.
2. Are there any referral(s) approval/denials pertaining to complaints? **No**
3. If there is approval for an outside consult/service, provide name of provider and date of appointment. **N/A**
4. Was the offender seen by the site dental/physician/psychiatrist regarding his/her complaint? **Yes**
5. Has the offender complied with all recommendations? **Yes** Provide signed witnessed copies of refusals.
6. Provide lab information pertaining to complaint(s). **N/A**
7. Provide any X-Rays, scans/mammograms if any pertaining to complaint(s). **N/A**

**MARS – Last 30 days.**

**PLEASE PROVIDE ADDITIONAL INFORMATION TO THE FOLLOWING QUESTIONS:**

- What are any diagnoses relating to the concerns? **Delusional Disorder; Anxiety** What are any associated treatment plans?  **Placed into IRU; seen at least monthly for individual sessions; group sessions twice a week.**
- Has the offender been assessed by physician regarding concern? **N/A** If so, what were any findings/recommendations?
- Is a specialty consult indicated for this offender? **No** If not, why not?  **Not medically indicated.**
- Please provide any other pertinent details relating to the concerns. **As a participant in the IRU program, the patient participates in group sessions five times a week. For each group, there are materials needed to complete the group activities. Those materials are provided to the patient during the group. Additional supplies are determined by the Multi-Disciplinary Services Team, of which the patient is a part. The team determines what other supplies the patient will receive. The BHAT working with the patient does not use personal fund to purchase supplies. Supplies are given only based on the recommendations of the treatment team.**

_signature_ w, HSA

John Koppenhaver, LCP Health Services Administrator

EXHIBIT-2

Bellamy
53454
Cl-254

Formal Grievance
Response

CONFIDENTIAL
SEP 11 2020
MEDICAL RECORDS

INMATE REQUEST TO STAFF MEMBER

*EXHIBIT - 2*

To: ~~EAT BRYAN - KBI~~

Date: *1-19-2023*

(Name and Title of Officer or Department)

*Col Ceding*

Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by inmate**

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

*BELLAMY*

**Last Name Only**

**KANSAS DEPARTMENT OF CORRECTIONS**

*534544*

**Number**

**INMATE REQUEST TO STAFF MEMBER**

To: ~~EAJ BRYANT - KBI~~    Date: *1-19-2023*

(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

ACCORDING TO ARTICLE 15. GRIEVANCE PROCEDURE SEE ATTACHED
ALL STAFF MEMBERS ARE MANDATORY REQUIRED BY LAW AND CAN NOT REFUSE
TO DO THEIR JOB. COOPERATE WITH EAI BRYANT LV County PROSECUTORS
OFFICE. FOLLOW LAW - IMPP'S AND ABIDE BY THE RULES AND ALL
CONSTITUTIONAL VIOLATIONS. CONTRACTS. I GAVE A STATEMENT - AFFIDAVIT
FOR LEAVENWORTH County PROSECUTOR IT WAS RETURNED AND THEY REFUSED TO CONTACT
THEIR OFFICE TO FILE CHARGES WHY?

Work Assignment: *TRU UNIT AM   SINGLE CELL*    Living Unit Assignment: *A-1-238*

Comment: _____    Detail or C.H. Officer: *Col Ceding*

Disposition: As I stated when speaking with you the
other day. The grievance returned to you was
by mistake, however you refused to give it back
to rectify the situation. If you would like to
re-submit your grievance you are free to do so.

To: _____    Date: _____

(Name & Number)

Disposition: _____
_____
_____
_____

*UTS*

Employee's Signature

**To be returned to inmate.**

P-0009

INMATE REQUEST TO STAFF MEMBER

*EXHIBIT - 2*

To: _EAI BRYANT — KBI_                                Date: _1-19-2023_
(Name and Title of Officer or Department)

_Col Ardring_
Unit Team, Detail, or Cellhouse Officer's Signature          **To be retained by inmate**

**Form 9**
For Cellhouse Transfer
Work Assignment _____          _BELLAMY_
Interview Requests                                            **Last Name Only**

**KANSAS DEPARTMENT OF CORRECTIONS**
                                                       _53454_
**INMATE REQUEST TO STAFF MEMBER**                        **Number**

To: _EAI BRYANT — KBI_          Date: _1-19-2023_
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

_ACCORDING TO ARTICLE 15. GRIEVANCE PROCEDURE SEE ATTACHED_
_ALL STAFF MEMBERS ARE MANDATORY REPORTERS BY LAW AND CAN NOT REFUSE_
_TO DO THEIR JOB - COOPERATE WITH EAI - CONTACT LV COUNTY PROSECUTORS_
_OFFICE - FOLLOW LAW - IMPP'S - AND ABIDE BY THE RULES AND ALL_
_CONSTITUTIONAL PROTECTIONS - CONTRACTS. I GAVE A STATEMENT - AFFIDAVIT_
_FOR LEAVENWORTH COUNTY PROSECUTOR. IT WAS RETURNED AND THEY REFUSED TO CONTACT_
_THEIR OFFICE. TO FILE CHARGES. WHY?_

Work Assignment: _TRU UNIT MA SINGLE CELL_          Living Unit Assignment: _A-1-258_

Comment: _____          Detail or C.H. Officer: _Col Ardring_

Disposition: _____
_____
_____
_____

To: _____          Date: _____
(Name & Number)

Disposition: _____
_____
_____
_____

_____
Employee's Signature                    **To be returned to inmate.**

P-0009

EXHIBIT - 2

ARTICLE 15. — GRIEVANCE PROCEDURE FOR INMATES
AND PAROLEES

PROCEDURES GENERALLY

**44-15-101.** INMATE OR PAROLEE GRIEVANCE PROCEDURE; INFORMAL RESOLUTION; FORMAL LEVELS. (a)(b)(c)(d)(1)(2)(3)(e)(f)(g)

**(e)** STATES IN PART — **THE UNIT TEAM SHALL** ASSIST THE INMATE **IN OBTAINING COPIES OF SUPPORTING MATERIAL NECESSARY TO COMPLETE THE GRIEVANCE** IF THE NUMBER OF PHOTOCOPIES REQUESTED BY THE INMATE IS REASONABLE.

**(f)** STATES: **NO STAFF MEMBER SHALL** REFUSE TO SIGN, DATE, AND RETURN AN INMATE REQUEST FORM, AN INMATE GRIEVANCE FORM, OR A GRIEVANCE RECEIPT SLIP **SHOWING THAT THE INMATE CAME TO THAT PERSON FOR ASSISTANCE.** (AUTHORIZED BY AND IMPLEMENTING K.S.A. 75-5210, K.S.A. 75-5251; effective MAY 1, 1980; amended MAY 1, 1984; amended MAY 1, 1987; amended APRIL 20, 1992; amended FEBRUARY 15, 2002.)

**44-15-101a.** GRIEVANCE PROCEDURE DISTRIBUTION; ORIENTATION; APPLICABILITY; REMEDIES; ADVISORY COMMITTEE; INVESTIGATION. (a)(b)(c) (d)(1)(A)(B)(2)(e)(f)(g) (AUTHORIZED BY AND IMPLEMENTING K.S.A. 2005 SUPP. 75-5210, K.S.A. 75-5251; effective MAY 1, 1984; amended MAY 1, 1985; amended FEB. 15, 2002; amended JUNE 1, 2007.)

**44-15-102.** PROCEDURE. (a)(1)(2)(b)(1)(A)(B)(C)(D)(E)(2)(3)

**(C)** IN ALL CASES, THE ORIGINAL AND ONE COPY OF THE GRIEVANCE REPORT **SHALL** BE RETURNED BY THE WARDEN TO THE INMATE. THE COPY SHALL BE RETAINED BY THE INMATE FOR THE INMATES FILES. THE ORIGINAL BE USED FOR APPEAL TO THE SECRETARY IF THE INMATE DESIRES. THE NECESSARY COPIES **SHALL** BE PROVIDED BY THE WARDEN. TO INCLUDE (D)(E)(F)(G)(c)(1)(2)(3)(4)(5) **(2)** · (AUTHORIZED BY AND IMPLEMENTING K.S.A. 75-5210, K.S.A. 755251; effective MAY 1, 1980; amended MAY 1, 1984; amended MAY 1, 1985; amended MAY 1, 1988; amended APRIL 20, 1992; amended FEB. 15, 2002; amended JUNE 1, 2007.) ALWAYS INVOKING **44-15-104.** REPRISALS PROHIBITED. (a) INMATES. No ADVERSE ACTION (b) (AUTHORIZED BY AND IMPLEMENTING K.S.A. 2005 SUPP. 75-5210, K.S.A.

EXHIBIT - 2

44-15-101 (B) IF AN EMERGENCY EXISTS AND A RESOLUTION COULD NOT BE OBTAINED BY GOING TO THE UNIT TEAM, THE INMATE MAY GO DIRECTLY INTO THE GRIEVANCE PROCESS

(C) AT EACH STAGE, ALL GRIEVANCES **SHALL** BE ANSWERED IN AS SHORT A TIME AS POSSIBLE TO INSURE THAT DELAY WILL NOT IMPOSE ADDITIONAL HARDSHIP UPON THE INMATE OR UNNECESSARILY PROLONG A MISUNDERSTANDING.

44-15-101a. (C) ALL EMPLOYEES OF THE FACILITY WHO ARE DIRECTLY INVOLVED IN THE OPERATION OF THE GRIEVANCE PROCEDURE SHALL RECEIVE TRAINING IN THE SKILLS NECESSARY TO OPERATE, OR PARTICIPATE IN, THE GRIEVANCE PROCEDURE.

(d)(1) THE GRIEVANCE PROCEDURE **SHALL BE** APPLICABLE TO A BROAD RANGE OF MATTERS THAT DIRECTLY AFFECT THE INMATE, INCLUDING THE FOLLOWING.

(A) COMPLAINTS BY INMATES REGARDING POLICIES AND CONDITIONS WITHIN THE JURISDICTION OF THE FACILITY OR THE DEPARTMENT OF CORRECTIONS; AND

(B) ACTIONS BY EMPLOYEES AND INMATES, AND INCIDENTS OCCURRING WITHIN THE FACILITY

(2) THE GRIEVANCE PROCEDURE SHALL NOT BE USED IN ANY WAY AS A SUBSTITUTE FOR, OR AS PART OF, THE INMATE DISCIPLINARY PROCEDURE, THE CLASSIFICATION DECISION - MAKING PROCESS, OR THE PROPERTY LOSS OR PERSONAL INJURY CLAIMS PROCEDURE, OR THE PROCEDURE FOR CENSORSHIP OF PUBLICATIONS SPECIFIED IN THE SECRETARY'S INTERNAL MANAGEMENT POLICY AND PROCEDURE.

(e)(F)(g) TO INCLUDE A COPY OF THE GRIEVANCE RESPONSE AT EACH LEVEL SHALL BE DELIVERED TO THE UNIT TEAM, TO THE INMATE, AND TO THE WARDEN LAST RESPONDING

A1 238

# MEMO

**AD ASTRA PER ASPERA**

# Kansas
### Department of Corrections
*Lansing Correctional Facility*

*EXHIBIT-2*

**DATE:** 1/17/2023
**TO:** Bellamy, Ronnie 53454
**FROM:** Chandler Cheeks / Warden

**SUBJECT:** Grievance

---

I have received and reviewed your grievance.

Your grievance is being returned to you for failure to follow the grievance procedure as outlined in **KAR 44-15-102**.

You must first seek out "Informal Resolution" with your Unit Team Manager, UTM Wagner. A written form-9 response must be attached to any submitted grievance or the receipt of the Form 9 if you have not received a response within the 10 day timeline.

**44-15-102. Procedure**
**(a)** **Grievance step one: preliminary requirement; informal resolution and problem solving at unit team level.**
**(1)** **Each inmate shall first seek information, advice, or help on any matter from the inmate's unit team, or from a member of the team. If unable to solve the problem, the unit team shall refer the inmate to the proper office or department.**

The grievance procedure requires you to attach documentation of attempts at informal resolution prior to filing a formal grievance (i.e. Form -9s, or other correspondence and response from staff member.)

Please work with your Unit Team in an attempt to resolve this issue. If those attempts fail, you may resubmit your grievance with supporting documentation of your attempt at informal resolution.





EXHIBIT-2
DOUBLE SIDED

HOME  |  ✉ CONTACT  |  🔒 LOGIN  |  🛒 ONLINE BOOKSTORE  |  NCCHC RESOURCES, INC.

‹ back to all blog posts

# CCHPs Identify Issues Impacting Patient Care

From *July 13, 2020* in Certification, Health Care, Public Health

A survey of Certified Correctional Health Professionals (CCHPs) conducted in second quarter of 2020 has identified obstacles to patient care from COVID-19 and the culture and staffing of correctional institutions. Several experienced CCHPs expressed concern over setbacks to medication-assisted treatment programs, noting that "Opioid use disorder remains a crisis in our country and it is critical to patient care and saving lives that it continues."

**How has COVID-19 affected your patient care?**
Top answers: Postpone off-site medical visits and new detainees are being quarantined upon entry. 13.8% reported no changes to patient care.

CCHPs Identify Issues Impacting Patient Care | WHAT'S NEW

https://www.ncchc.org/blog/cchps-identify-issues-impacting-patien...



EXHIBIT - 2
DOUBLE SIDED

Fax to: (316) 322-2091
B. Wauldren LPN/um

**CORIZON**
*Promote a culture of safety*

## Practitioner Consultation Report
### (Complete and return in SEALED envelope with Correctional Officer)

| | |
|---|---|
| Reference #: 83720 | Date of Service 9/19/19 @ 1300 |
| Inmate: Bellamy, Ronnie A. | Inmate ID: 53454 | DOB: 5/28/69 |
| Facility: EDCF | Facility ID: 04552 | Phone: (316)322-2071 |
| Practitioner: Dr Harris | Practitioner Type: Oral/Maxillofacial | Location: Wichita |

*** See Attached Consultation Request for Health Services Authorized ***
*For security reasons inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security considerations, all recommended tests and treatments are to be scheduled by Corizon.*

**Review of Case (Chief complaint, exam findings, etc.):**

Ⓡ temporal br of orbital 7 (facial) injury.
Some function related colors will resolve
with time. No surgery indicated
no fracturing.

**Diagnosis and Prescription Suggestions (To be reviewed by Corizon Medical Director):**

| Can equivalent medication substitution be used? ○ Yes ○ No | Follow-up needed? ○ Yes ⦿ NO |
|---|---|

If follow up needed, explain:

Prn prn

Harris, Citrus (Practitioner Name (Print))    OBH (Practitioner Signature)    9/19/19

### To be completed by Corizon practitioner

**Recommendation after review of consultant's report:** ○ No further action   ○ Implement the following
**Implement:**

SCANNED
SEP 19 2019

| (Corizon Practitioner Name (Print)) | (Corizon Practitioner Signature) | |
|---|---|---|

EXHIBIT-2



EXHIBIT-2

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

BELLAMY
_____
Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

53454
_____
**Number**

**INMATE REQUEST TO STAFF MEMBER**

To: _MH MADGWICK CBT?_____ Date: _11-6-2020_____
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

AFTER MY ONE ON ONE SESSION WITH MRS. HOWLAND-PATTERSON, MY BHP- WE DID NOT GET A CHANCE TO PROPERLY GO OVER THE TRANSFER ORDER. I AM REQUESTING A COPY OF THAT DOCUMENT MRS. HOWLAND STATED YOU ASKED FOR IT BACK. AND THE WHOLE BOTTOM SECTION OF PAGE 2- HAD ALREADY BEEN RE-DACTED ILLEGALLY I NEED A COPY FOR CASE NO. 5:20-CV-03229-SAC, JUDGE SAM A. CROW, CAN BE CONSIDERED MY REPRESENTATIVE. DUE TO THE UNCONSTITUTIONALITY OF POLICY P-A-08a. ALLEGING HIPAA COMPLIANCE. MRS. WIECHMAN PUT THE HIPPA-AND-OSHA LAWS ON THERE AND I NEED TO WRITE THOSE DOWN ALONGWITH HER WITNESS STATEMENT AS TO THE FACTS OF WHAT SHE SAW FIRST HAND.

Work Assignment: _10-6- CUSTODIAN_____ Living Unit Assignment: _C-1-256__ THANK YOU.

Comment: _____ Unit Team Members Signature: _____ PLEASE RESPOND, BY WAY OF THIS FORM-9.

Disposition: _____
_____
_____
_____

To: _ORIGINAL_____ Date: _____
(Name & Number)

Disposition: _Centurion legal department declines to provide the requested document and requested witness statement._
_____
_____

_____
Employee's Signature

**To be returned to inmate.**

P-0009b

LCMFT = LICENCED CHILD-MARRIAGE-FAMILY-THERAPIST = DON'T TALK TO MUCH D.T.T.MUCH