A1 238

# Grievance-Response on Appeal

**FACILITY:**      **Lansing Correctional Facility**

*EXHIBIT-3*

**INMATE:**        **0053454 Bellamy, Ronnie Jr.**

**GRIEVANCE NO.:  N/A**

**DATE:**          **December 9, 2022**

## FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

## CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate. This is a matter for the Parole Board and the courts; we cannot resolve this for you.

## ACTION TAKEN

None further.

**Darcie Holthaus**
**SECRETARY OF CORRECTIONS DESIGNEE**

cc:    Warden Meyer
       Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.

*RECEIVED BY WAY OF UTS HALL ON DECEMBER 23, 2022 AT DOOR RESTRICTED HOUSING A-1-238 ITS AS IF HE DID NOT EVEN READ THE GRIEVANCE OR RESPONSES AT ALL*

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: _RONNIE ALLEN BELLAMY JR_   Facility: _LCF - CORE CIVIC_

Inmate Number: _0053454_   Grievance Serial No.: _NONE ASSIGNED_

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:   Kansas Department of Corrections   Date Mailed: _ELECTRONICALLY 12-2-2022_
714 SW Jackson
Suite 300
Topeka, KS 66603

_EXHIBIT-3_

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) _PLEASE HELP ITS OBVIOUS WHATS GOING ON EMERGENCY ALL OF THESE_

_RonDay_
Signature of Inmate _RONNIE ALLEN BELLAMY JR._

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____   Date Sent to Inmate: _____

Finding of Fact:

RECEIVED

DEC 0 8 2022

Conclusions Made:

DOC Facility Management Area

Action Taken:

_____
Signature of Secretary of Corrections

---

**For D.O.C. Staff Use Only**

Type of Response (Item 6b: Code   01, 02, 08 or 09) _____

DC 090, Effective May 1, 1988

A1 238

# MEMO



**Kansas**
Department of Corrections
*Lansing Correctional Facility*

EXHIBIT-3

**DATE:** 11/27/2022
**TO:** Bellamy, Ronnie # 53454
**FROM:** Chandler Cheeks / Warden

**SUBJECT:** Grievance

---

**Finding of the Facts**: Your grievance was received and an investigation into your allegations has been completed.

**Conclusion:** You are not allowed to grieve the Classification decision making process per **KAR 44-15-101.**

**KAR 44-15-101 (a)(d)(2) states "the grievance procedure shall not be used in any way as a substitute for, or as part of, the inmate disciplinary procedure, the classification decision making process, the property loss or personal injury claims procedure, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure."**

Therefore, the statute prohibits the use of the grievance procedure to address this concern.

**Actions Taken:** No further action needed

IMPP 11-106A III. 3: within 72 hours after receiving a custody classification, the offender may appeal the decision to the warden by submitting the appeal though the unit team counselor on a form 9.

    a.  If the warden did not participate in the custody classification decision, the Warden must review the decision and the offenders written appeal and return a written response to the offender within 15 days of receipt.

    b.  If the warden was a participant in the custody classification decision, the offender's appeal must be forwarded to the Deputy of facility management or designee for review who must return a response to the offender within 15 days of receipt.

    c.  The decision of the warden or deputy secretary or designee is final.

*EXHIBIT-3*

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

### INMATE COMPLAINT

Inmate's Name *RONNIE ALLEN BELLAMY Jr.*    Number *53454*

Facility *L.C.F. CMCCMVCC*    Housing Unit *A-1-238*    Work Detail *TAU-UNIT*

### NATURE OF COMPLAINT BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

*SEE ATTACHED*

*4-PAGES*

*1-E-MAIL RESPONSE*

*FROM UTS HALL, FROM SOMEONE*

*ELSE*

Date this report was given to Unit Team for informal resolution (to be completed by inmate). *11-10-2022*

### UNIT TEAM RESPONSE (Complete and return to inmate within 10 calendar days.)

I have investigated your concerns outlined in the attached grievance. 44-15-101 Grievance Procedure; Informal Resolution; formal levels; (b) states, 'Before utilizing the grievance procedure, the inmate shall be responsible for attempting to reach an informal resolution of the matter with the personnel who work with the inmate on a direct or daily basis. An inmate in a facility or parole setting shall contact the unit team members for the attempt at informal resolution. You are encouraged to wait for the informal resolution prior to submitting the grievance. You need to submit an informal on a form 9 not the grievance form. Your can present your concerns to the parole board when you see them. No further action deemed necessary at this time

*THE INFORMAL UNT DNE TO A F-9 AND CONVOSATION WITH UTS HALL - SEE E. QU THE E-MAIL RESPONSE ATTACHED POLICY*

Unit Team Signature *UTM*    Date *11/18/22*

### INMATE RESPONSE (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__X__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff).

*Ronnie Allen Bellamy Jr.*    *11-23-2022*
Inmate Signature    Date

### WARDEN RESPONSE (Complete, attach response and return within 10 Working days.)

Date Received _____    Date of Final Answer _____    Date Returned to Inmate _____

_____    _____    _____    _____
Inmate's Signature    Date    Unit Team Signature    Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

### TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number    _____

Type of Complaint (Item 4: Code 01-75)    _____    _____

Cause of Complaint (Item 5: Code 01-30)    _____    _____

Type of Response (Item 6a: Code 01,02,08 or 09)    _____    _____

EXHIBIT-3

THIS GRIEVANCE IS TO ADDRESS THE ILLEGALITY AND UNCONSTITUTIONAL VIOLATIONS OF LAW. IF MY EARLIEST PAROLE ELIGIBILITY DATE IS 1-9-2024 AND I SEE THE PAROLE BOARD IN DEC-2023 ACCORDING TO UTS MIRANDA, AND LAW AND MY SENTENCE ILLEGAL BY THE WAY. THEN HOW IS THE STATE OF KANSAS AND THE KDOC-LANSING CORRECTIONAL FACILITY UNIT TEAMS-MH STAFF GOING TO TRY AND FORCE ME TO DO ALMOST 7-YEARS MORE ON MY SENTENCE JUST TO SEE THE BOARD WHEN IT DOESNT EVEN MAKE SENSE JUST BECAUSE I AM A MENTAL HEALTH PATIENT DUE TO MY INJURIES? THIS IS ILLEGAL, IMMORAL, CORRUPT, UNLAWFUL, UNCONSTITUTIONAL ON A SENTENCE THAT WAS ALREADY VACATED IN 1991 SEE JOURNAL ENTRIES LISTED AS SNT VAC, AND THE STATES APPEAL, WAS DENIED DND APPL IN 2001, VOIDING THE NEW DETERMINATE SENTENCES AS WELL DUE TO THE ILLEGAL INCARCERATION I AM STILL SERVING. SEE JOURNAL ENTRIES !!!

Conclusion

THERE IS NO NAME ATTACHED TO WHO CAME UP WITH THIS LIE, AND ATTEMPT TO IMPRISON ME ILLEGALLY AND EVEN LENGTHEN THAT ILLEGAL SENTENCE AND ~~RESTATE~~ PAROLE RELEASE. AND PLEASE GIVE ME THE NAME AND CONTACT THE PROSECUTING ATTORNEY FOR LEAVENWORTH COUNTY, AND FILE CHARGES ON MR. JEFF ZMUDA, GOVERNOR KELLY, AND ALL ADMINISTRATIVE CABINET MEMBERS INVOLVED. INCLUDING THE ATTORNEY GENERAL FOR THE STATE OF KANSAS FOR UNLAWFUL, ILLEGAL, IMMORAL, UNCONSTITUTIONAL, IMPRISONMENT AND CONSPIRACY TO COMMITT MURDER X 5, FOR ALL INVOLVED BE AND BE SO!

RONNIE ALLEN BELLAMY JR

RESPECTFULLY

I APOLOGISE I DO NOT HAVE MY TYPEWRITER AND MY FOREARM WAS CUT IN HALF WHILE SLEEPING BY A PROSPECTIVE SECURITY THREAT GROUP MEMBER A.J. KIDD IN A-2 THE REST ARE IN A-4

EXHIBIT-3

THE FOLLOWING VIOLATES MULTIPLE CONSTITUTIONAL PROTECTIONS AND
RIGHTS, THE FOURTH, FOURTEENTH, EIGHTH, TO NAME A FEW SPECIFICLY, AS WELL AS
MULTIPLE PROTECTIVE LAWS, AND ALL SUPREME COURT RULINGS KNOWN AS CASE LAW,
ARE ACTUAL LAW, THAT CAN HAVE YOU ARRESTED.

YOU CANNOT ARBITRARILY OR UNNECESSARILY HARM OR INFLICT CRUEL
AND UNUSUAL PUNISHMENT(S) ON SOMEONE, OR UNNECESSARY PUNISHMENT
THEM IN AN EFFORT TO TORMENT OR MISLEAD THEM OR DEBASE THEM, DUE TO
DIFFERENCES OF OPINION(S), INSTRUCTION(S), LIKES OR DISLIKES, AND ALL
MUST-SHALL, ADHERE TO ALL POLICIES, CONTRACTS, LICENSELING(S), SUPREME
COURT RULINGS SUCH AS "PERSONS ARRESTED OR IMPRISONED SHALL NOT
BE TREATED WITH UNNECESSARY RIGOR.", "A PRISONER SUFFERS FROM
UNNECESSARY RIGOR WHEN SUBJECT TO UNREASONABLY HARSH, STRICT, OR SEVERE
TREATMENT. THIS MAY INCLUDE BEEING UNNECESSARILY EXPOSED TO AN INCREASED
RISK OF SERIOUS HARM... TREATMENT THAT IS CLEARLY EXCESSIVE OR DEFICIENT
AND UNJUSTIFIED, NOT MERELY THE FRUSTRATIONS, INCONVENIENCES OF THE WRONG
REPLY(S), AND COMMON LIES... A CONSTITUTIONAL VIOLATION IS MADE AND
HAS OCCURED WHEN THE ACT COMPLAINED OF CAUSED A RISK OF SERIOUS INJURY
PHYSICAL, EMOTIONAL - MENTAL - PAIN - STRESS - THOUGHTS OF HARM - TORMENT - LIES -
STAFF AMUSEMENT - COURTS CONSTITUTIONAL VIOLATIONS."

SEE ATTACHMENTS - EXHIBITS - COMPLAINT

I HAVE MADE REPEATED ATTEMPTS TO DO THE RIGHT THING
AMID MULTIPLE VIOLATIONS OF LAW - RULES - POLITIES - CONTRACTUAL
AGREEMENTS. SEE EG. AUSTIN V. HOPPER, 15 F. SUPP. 2d 1210, 1262-63 (M.D.
ALA. 1998) (ORDER TO FOLLOW A POLICY WAS NOT A SUFFICIENT RESPONSE, WHERE
OFFICIALS KNEW IT CONTINUED TO BE VIOLATED)).

ADDED AS AN ATTACHMENT - EXHIBIT TO COMPLAINT -
CONSTITUTIONAL VIOLATIONS.

RESPECTFULLY SUBMITTED

Ron Della

RONNIE ALLEN BELLAMY JUNIOR    #53454

EXHIBIT-3

He is currently on an indeterminate sentence with an early PE date in 2024 but the projected is 2030 to see the board. At this time he does not have an out date or a date that he will roll from his indeterminate to his determinate sentence. Those 2 cases won't even start until the PRB rolls him to that determinate sentence at which time he will have an out date.

4/01/10: Upon review determined that sentences imposed in 9607CR481 & 9608CR626 were ordered to run concurrent to one another, however, consecutive to the indeterminate sentence. Crimes committed in 9607CR481 & 9608CR626 were committed while in prison. -mls

INMATE REQUEST TO STAFF MEMBER

To: _____     Date: *EXHIBIT-3*
      (Name and Title of Officer or Department)

_____
    Unit Team, Detail, or Cellhouse Officer's Signature     **To be retained by inmate**

**Form 9**
For Cellhouse Transfer
Work Assignment
Interview Requests

*BELLAMY*
**Last Name Only**

Unit team **KANSAS DEPARTMENT OF CORRECTIONS**

53454
**Number**

**INMATE REQUEST TO STAFF MEMBER**

To: SENTENCE COMPUTATION UNIT     Date: 8-9-2021
    (Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

COULD YOU PLEASE SEND ME A COPY OF MY JOURNAL
ENTRIES IN CASES FROM WHANDOTTE COUNTY - KANSAS CITY,
KANSAS - YEAR 1991. IT SHOULD ONLY BE A FEW PAGES. THANK
YOU, FOR YOUR ASSISTANCE

Work Assignment: _____     Living Unit Assignment: A-8-202

Comment: _____     Detail or C.H. Officer: _____

Disposition: We do not provide journal entries. You could try asking
the courts for a copy. CCII Steimle 8/13/21

To: _____     Date: _____
    (Name & Number)

Disposition: _____

_____

_____

_____

_____
    Employee's Signature     **To be returned to inmate.**

P-0009

INMATE REQUEST TO STAFF MEMBER

To: _____
(Name and Title of Officer or Department)

Date: _EXHIBIT-3_

_____
Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by inmate**

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

_BELLAMY_
**Last Name Only**

**KANSAS DEPARTMENT OF CORRECTIONS**

_53454_
**Number**

**INMATE REQUEST TO STAFF MEMBER**

To: _SENTENCE COMPUTATION UNIT_   Date: _8-26-2021_
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

_PLEASE SEND ME A COPY OF MY JOURNAL ENTRIES ITS_
_ONLY 2 OR 3 PAGES_

_____

_____

_____

Work Assignment: _____   Living Unit Assignment: _A-8-102_

Comment: _____   Detail or C.H. Officer: _CCI Spann_

Disposition: _Here at LCF we don't have sentence_
_Computation units. You would have to contact_
_the Courts._

_____

To: _____
(Name & Number)

Date: _8/27/21_

Disposition: _____

_____

_____

_____

_____
Employee's Signature

**To be returned to inmate.**

P-0009

*MULTIPLE PROCEDURAL - DUE PROCESS - VIOLATIONS*

*EVIDENCE IN SUPPORT OF DISCIPLINARY ISSUE*

**Form 9**
For Cellhouse Transfer
Work Assignment
Interview Requests

LT- HOLLAND - VIOLATION - OF-LAW-FEDERAL- AND STATE- - ARREST-IMMEDIATELY!

EXHIBIT-3

BELLAMY

Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

53454

**Number**

**INMATE REQUEST TO STAFF MEMBER**

To: UTM Patterson          Date: 3-11-2020

**(Name and Title of Officer or Department)**
State completely but briefly the problem on which you desire assistance. (Be specific.)

While you are addressing issues, I have a Form-9, from Mrs. Holland concerning my status the DR; I told Ms. Kemp about and my release date. You told me it was November 2030, She says its 11-9-2026 and earliest 1-9-2024. And that she can't change release dates. I know she did, she used your computer to do it 9-days ago. You guys keep changing my release date 'cause you know I shouldn't be here and I'm tired of it, release me, "I SHOULD NOT BE IN PRISON!"

Work Assignment: ACBB2 uh? A? $4.11 CDD we ?          Living Unit Assignment: A-1-108

Please and Thank You, for your Time.

Comment: _____          Unit Team Members Signature: _____

Disposition: _____

To: _____          3/13/2020          Date: _____

**(Name & Number)**

Disposition: You will see the parole board but the soonest you will see them is 1/9/2024. Your projected release date is currently 11/9/2026. She is correct on your dates until you see the parole board. She is not able to change these dates. Topeka will change them if they determine it should be changed.

UTSM

**Employee's Signature**          UTSM

**To be returned to inmate.**

P-0009b

```
                    KANSAS DEPARTMENT OF CORRECTIONS    EXHIBIT-3         Page  1
                         INMATE DATA SUMMARY        DOUBLE SIDED
```

Admitting Facility: Topeka Correctional Facility - RDU          Report date: 10/26/2021
Type of admission: New court commitment                        Date admitted: 6/10/1991
--------------------------------------------------------------------------------
                               COMMITMENT DATA

Commitment Name (LAST, First, Middle, Suffix)        KDOC Number:              0053454
BELLAMY,RONNIE,A,JR
True Name (LAST, First, Middle, Suffix)              KBI No.:                 00612779
BELLAMY,RONNIE ALLEN JR                              FBI No.:                545533DA0
Alias(es) (LAST, First, Middle, Suffix)             Date of Birth:           05/28/1969
BELLANY,RONNIE                                       Place of Birth:
                                                     MARSHALL                     MO US
--------------------------------------------------------------------------------
                                SENTENCE DATA

Guidelines Indicator: A                              Guidelines Mos to Serve:      40
Months Due Prior Sent:                               Days Due Prior Sent:
Total Months to Serve:       832                     Total Days to Serve:
Total Off-Grid Term:                                               Yrs Mos Dys
                                                     KPB Penalty:

Summary comments
4/01/10: Upon review determined that sentences imposed in 9607CR481 &
9608CR626 were ordered to run concurrent to one another, however,
consecutive to the indeterminate sentence.  Crimes committed in
9607CR481 & 9608CR626 were committed while in prison. -mls
8/5/11: Because offender committed crime after 7/1/93 and before
7/1/08 in prison, once paroled from indeterminate to determinate
sentence, post release is based on determinate case. JAS/scu

      ----------------------------Primary Determinate Data Items----------------------------
                         Mo Da Year                                        Mo Da Year
   Sentence Begins Dt:                              Earliest Release Date:
   Projected Release Dt:   11  9 2026               Latest Release Date:
   Current Release Date:                            Earliest Sent Dsg Dt:
   Projected Sent Dsg Dt:                           Latest Sent Dsg Date:
   Current Sent Dsg Dt:                                           Yrs Mos Dys
        Earliest PCRD:                              Delinquent Time:
        Projected PCRD:                             Escape Time:
         Current PCRD:                              Days of Jail Credit:


      --------------------------------------------------------------------------------
   VICTIM NOTIFICATION REQUIRED: Yes                          ...................
   DETAINER:
   COMMENTS:

                                                              Photo


                                                              ...................


                                 (Continued)
```

```
         KANSAS DEPARTMENT OF CORRECTIONS  EXHIBIT-3     Page    3
              INMATE DATA SUMMARY
```

Admitting Facility: Topeka Correctional Facility - RDU          Report date: 10/26/2021
Type of admission: New court commitment                        Date admitted:  6/10/1991

Commitment Name (LAST, First, Middle, Suffix)        KDOC Number:                 0053454
BELLAMY,RONNIE,A,JR

### IDENTIFYING INFORMATION

Last address prior to incarceration:              Occupation:
  1409 SOUTH 55TH, APT 11
  KANSAS CITY                     KS    66106-0000

Identifying Marks/Tatoos

| Body Part | Location | Detail |
|-----------|----------|--------|
| Arms | RIGHT UPPER | PLAYING CARD READING R.B. |
| Legs | LEFT KNEE | SCAR |
| Legs | RIGHT UPPER & LOWER | TRIBAL |
| Torso | BACK | MEDICINE WHEEL W/EAGLE CLAW,2 LINES,N |
| Torso | RIGHT CHEST | PLAYBOY BUNNY |
| Torso | RIGHT UPPER BACK | DOG, LYNN |

--------------------------------------------------------------------------------
### FAMILY HISTORY
--------------------------------------------------------------------------------
### DETAINER INFORMATION

| Warrants/Detainers | Warrant No. | Date Issued | Date Withdrawn |
|--------------------|-------------|-------------|----------------|
| Cole Co. MissouriJefferson City | 153388 | 08/27/1991 | 00/00/0000 |

--------------------------------------------------------------------------------
### ESCAPE INFORMATION
--------------------------------------------------------------------------------

INMATE REQUEST TO STAFF MEMBER    *EXHIBIT-3*

*FREEDOM OF INFORMATION Act — F.O. I.A.*

To: *KANSAS OPEN RECORDS Act — K.O.R.A.*    Date: *2-18-2021*

(Name and Title of Officer or Department)

*A1-214*

_____

Unit Team Member Signature    **To be retained by Inmate**

*PLEASE LEAVE ON AFTER SIGNING AND PROVIDE A COPY PER K.A.R. 44-15-106.(e)(f)*
*(e)- SUPPORTING MATERIALS*
*(f)- STAFF ASSISTANCE*

*BELLAMY*

**Form 9**
For Cellhouse Transfer
Work Assignment    *COMPLIANCE REQUEST (S)*    Last Name Only
Interview Requests

**KANSAS DEPARTMENT OF CORRECTIONS**    *53454*

*FREEDOM OF INFORMATION Act-F.O. I.A*    **Number**

**INMATE REQUEST TO STAFF MEMBER**

To: *KANSAS OPEN RECORDS Act-K.O.R.A-*Date: *2-18-2021*

(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

*I WOULD LIKE TO HAVE All RECORDS- JOURNAL ENTRIES - INFORMATION AVAILABLE ON ME AND PERTAINING TO ME - LEGAL-DOMESTIC- CRIMINAL ——— MEDICAL ——— MENTAL HEALTH.*

*THANK YOU - GOD BLESS*

Work Assignment: _____    Living Unit Assignment: *C-2-254*

Comment: _____    Unit Team Members Signature: *Colman Queen*

Disposition: *Journal Entries have to be request by Attorney*

*Clinic will let to see and Take notes on your file.*

To: _____    Date: *2-24-2021*

(Name & Number)

Disposition: *Mental Health is the Same*

_____

*Employee's Signature*    **To be returned to inmate.**

P-0009b

INMATE REQUEST TO STAFF MEMBER

To: _____     Date: _*EXHIBIT-3*_
     (Name and Title of Officer or Department)

_____
     Unit Team Member Signature          **To be retained by Inmate**

**Form 9**
For Cellhouse Transfer
Work Assignment   *VIOLATION OF LAW - CLARIFICATION*          *BELLAMY*
Interview Requests                                                        Last Name Only

KANSAS DEPARTMENT OF CORRECTIONS          *53454*
                                                                            **Number**

INMATE REQUEST TO STAFF MEMBER

To: *Ut MR. MARTIN* _____     Date: *3-9-2021*
   (Name and Title of Officer or Department)
   State completely but briefly the problem on which you desire assistance. (Be specific.)

AS YOU CAN SEE BY THE DATE *5-18-2030*. THIS IS A TREMENDOUS DISCREPANCE
COMPARED TO RESPONSE PROVIDED BY *Ut Ms. MERCER* ON 3-11-2020 AFTER SHE
INVESTIGATED THE ISSUE. THIS IS CONFUSEING - ILLEGAL - AND CONCERNS ME
TO SAY THE LEAST. MY FAMILY WAS ALSO TOLD *1-9-2024, WAS MY PE DATE*
SO SHOULD I HAVE THEM CONTACT SOMEONE OR COULD YOU POSSIBLY
HELP ME? *THIS FORM-9 FROM MERCER* IS ALSO ONE OF TWO SEPERATE ONES DEALING
WITH THE BOGUS D.R.'S WE TALKED ABOUT.

Work Assignment: _____ CUSTODIAN _____ Living Unit Assignment: _C-1-240_

Comment: _____ Unit Team Members Signature: _____

═══════════════════════════════════════

Disposition: *MR. MARTIN STATED TIER ROSTER WAS MH*
*PURPOSES ONLY AND IT WAS NOT CORRECT 1-9-2024*
*IS CORRECT PE-DATE.*

To: _____     Date: _____
   (Name & Number)

Disposition: _____
_____
_____
_____

_____
   Employee's Signature               **To be returned to inmate.**

P-0009b

DOUBLE SIDED
EXHIBIT-3

| | | | | | | |
|---|---|---|---|---|---|---|
| C1 212 | 73764 | Peralta-Garibo, Elias | 4/17/2024 | Fleeker | Yes | |
| C1 214 | 61843 | Silverson, Alton | | Fleeker | | |
| C1 216 | 53397 | Johnson, Ricky | 7/20/2021 | Fleeker | Yes | Radio #24 |
| C1 218 | 106427 | Sanders, Brandon | 4/9/2021 | Howland | MED ISO | TV #58 |
| C1 220 | 82682 | Ebihara, Mitchell | 4/18/2034 | Cheok | | |
| C1 222 | 114333 | Boettcher, Ayron | 6/25/2023 | Cheok | | |
| C1 224 | 103240 | Chavez, Marvin | 10/1/2021 | McClane | | TV #56 |
| C1 226 | 67435 | McCaleb, Jason | 11/23/2044 | Cheok | | |
| C1 228 | 96426 | Elliott, Robert | 4/26/2021 | Howland | | Broke TV#28 2/2021 |
| C1 230 | 111230 | Nambo, Christopher | 7/14/2021 | Sherrill | | |
| ~~C1 232~~ | ~~120902~~ | ~~Reese, Nicholas~~ | 9/28/2021 | Howland | | |
| C1 234 | 95678 | Kennon, Joshua | 5/19/2025 | Fleeker | | Radio #4 |
| C1 236 | 87383 | Shanklin, Daniel | 9/19/2021 | McClane | Yes | |
| C1 238 | | | | | | |
| C1 240 | 53454 | Bellamy, Ronnie | 5/18/2030 | Fleeker | | |
| C1 242 | 42587 | Brandewie, Brett | 9/1/2021 | Fleeker | MED ISO | Radio #29 missing |
| C1 244 | 42697 | Plunkett, Albert | | McClane | | |
| C1 246 | 118655 | Rigney, Michael | PE 11/1/2020 | Howland | | Broke radio 9/20 |
| C1 248 | 88835 | Venturella, Adam | 3/19/2022 | Fleeker | | |
| C1 250 | 113736 | Ferguson, Louis | | McClane | | |
| C1 252 | 75058 | Vanhouten, James | H50 | Cheok | Yes | Broke Radio 3/2020 |
| C1 254 | 102148 | Deanda, Joaquin | PE 2058 | Fleeker | Yes | |
| C1 256 | 109652 | Anyit, Majok | 7/25/2031 | Fleeker | | |
| C1 258 | 88082 | Huey, Darnell | 1/4/2022 | Fleeker | | |
| C1 260 | 114766 | Hernandez, Omar | Feb-30 | Fleeker | | |
| C1 262 | 74134 | Bell, Joshua | 9/27/2021 | Howland | | |
| C1 264 | 118569 | Norwood, Imir | 3/27/2024 | McClane | | TV# 59 |
| C1 266 | 112107 | Conde, Julio | 11/4/2024 | Fleeker | Yes | |
| | | | | | | |
| BCH | 79011 | Thurman, James | 5/2/2023 | Cheok | | |
| INF | 39280 | Baker, Thomas | PE 2021 | Madgwick | | |
| INF | 48167 | Albright, Arthur | 1/31/2039 | Madgwick | | |
| INF | 113525 | Hall, Adrian | 3/11/2031 | Howland | | |

*EXHIBIT - 3*

| | | | | | | |
|---|---|---|---|---|---|---|
| C1 212 | 73764 | Peralta-Garibo, Elias | 4/17/2024 | Fleeker | Yes | |
| C1 214 | 61843 | Silverson, Alton | | Fleeker | | |
| C1 216 | 53397 | Johnson, Ricky | 7/20/2021 | Fleeker | Yes | Radio #24 |
| C1 218 | 106427 | Sanders, Brandon | 4/9/2021 | Howland | MED ISO | TV #58 |
| C1 220 | 82682 | Ebihara, Mitchell | 4/18/2034 | Cheok | | |
| C1 222 | 114333 | Boettcher, Ayron | 6/25/2023 | Cheok | | |
| C1 224 | 103240 | Chavez, Marvin | 10/1/2021 | McClane | | TV #56 |
| C1 226 | 67435 | McCaleb, Jason | 11/23/2044 | Cheok | | |
| C1 228 | 96426 | Elliott, Robert | 4/26/2021 | Howland | | Broke TV#28 2/2021 |
| C1 230 | 111230 | Nambo, Christopher | 7/14/2021 | Sherrill | | |
| C1 232 | 120902 | Reese, Nicholas | 9/28/2021 | Howland | | |
| C1 234 | 95678 | Kennon, Joshua | 5/19/2025 | Fleeker | | Radio #4 |
| C1 236 | 87383 | Shanklin, Daniel | 9/19/2021 | McClane | Yes | |
| C1 238 | | | | | | |
| C1 240 | 53454 | Bellamy, Ronnie | 5/18/2030 | Fleeker | | |
| C1 242 | 42587 | Brandewie, Brett | 9/1/2021 | Fleeker | MED ISO | Radio #29 missing |
| C1 244 | 42697 | Plunkett, Albert | | McClane | | |
| C1 246 | 118655 | Rigney, Michael | PE 11/1/2020 | Howland | | Broke radio 9/20 |
| C1 248 | 88835 | Venturella, Adam | 3/19/2022 | Fleeker | | |
| C1 250 | 113736 | Ferguson, Louis | | McClane | | |
| C1 252 | 75058 | Vanhouten, James | H50 | Cheok | Yes | Broke Radio 3/2020 |
| C1 254 | 102148 | Deanda, Joaquin | PE 2058 | Fleeker | Yes | |
| C1 256 | 109652 | Anyit, Majok | 7/25/2031 | Fleeker | | |
| C1 258 | 88082 | Huey, Darnell | 1/4/2022 | Fleeker | | |
| C1 260 | 114766 | Hernandez, Omar | Feb-30 | Fleeker | | |
| C1 262 | 74134 | Bell, Joshua | 9/27/2021 | Howland | | |
| C1 264 | 118569 | Norwood, Imir | 3/27/2024 | McClane | | TV# 59 |
| C1 266 | 112107 | Conde, Julio | 11/4/2024 | Fleeker | Yes | |
| | | | | | | |
| BCH | 79011 | Thurman, James | 5/2/2023 | Cheok | | |
| INF | 39280 | Baker, Thomas | PE 2021 | Madgwick | | |
| INF | 48167 | Albright, Arthur | 1/31/2039 | Madgwick | | |
| INF | 113525 | Hall, Adrian | 3/11/2031 | Howland | | |

INMATE REQUEST TO STAFF MEMBER

To: _CPT BLACKMON_____     Date: _6-15-2022___
      **(Name and Title of Officer or Department)**

_EXHIBIT-3_

_____
      **Unit Team, Detail, or Cellhouse Officer's Signature**       **To be retained by inmate**


**Form 9**
**For Cellhouse Transfer**                 _BELLAMY_
**Work Assignment** _____       **Last Name Only**
**Interview Requests**

**KANSAS DEPARTMENT OF CORRECTIONS**         _53454_
      **Number**
**INMATE REQUEST TO STAFF MEMBER**

To: _UNIT TEAM BLACKMON_____   Date: _6-15-2022____
   **(Name and Title of Officer or Department)**
   **State completely but briefly the problem on which you desire assistance. (Be specific.)**

WOULD YOU PLEASE MAKE SURE MY REVIEW REFLECTS MY 2024 JANUARY 9TH
PROJECTED RELEASE DATE. AND ACCORDING TO MS MIRANDA THAT PUTS ME SEEING
THE PAROLE BOARD NO LATER THAN DECEMBER 2023 AND MY CUSTODY
SHOULD THEY TRANSFER ME TO ANOTHER STATE SHOULD REFLECT LOW
MEDIUM - OTHER THAN THE UNIT MENTAL HEALTH POINTS CORRECT?
AND WHATS THE POSSIBILITY OF PUTTING IN APPS FOR PRIVATE INDUSTRY AS I
AM A PERFECT CANDIDATE FOR ONE. DUE TO LENGTH OF INCARCERATION

Work Assignment: _____   Living Unit Assignment: _A-R-239_

Comment: _____   Detail or C.H. Officer: _____

Disposition: _____

_____

_____

_____


To: _____     Date: _____
   **(Name & Number)**

Disposition: _____

_____

_____

_____

_____
    **Employee's Signature**             **To be returned to inmate.**

**P-0009**

EXHIBIT - 3

7/20/22    9:38:18           KANSAS DEPARTMENT OF CORRECTIONS       PGM-ISR0058A/B       PAGE  33

Alpha (within Cellhouse & Unit) List of LCF-C       Sort Option: U
Inmates Housed In A Cellhouse/Living Unit       Cellhouses: A B D

**NOTE: In the PS (Program Status) column, a Double Asterisk (\*\*) or \*P\* (Pending Credit) Indicates that the Inmate is Currently in a Program and Release Dates may change at any time. WATCH RELEASE DATES!**

| Tier | Cell | Offender Name | KDOC# | Race/ Ethnic | Sec | Assignment(s) | KPB Decision | Review Mo | Inc Lvl | Mng. Mnagd as SO | MH LVL | MED CLS | Worker Type | I-State Compact | G I | Projected Release DT | TYP | Proj PGM Credit Rel Date PPCRD | PS | LSIR Score |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A72 | 09 | ADKINS,WILLIAM,GREGORY | 0088349 | White | MAX | UNIT A PORTER TRU 2 | | Sept | 2 | No | 5 | 2 | Gen | | D | 04 05 2025 | PGR | 04/05/2025 | C | 34 |
| A71 | 21 | ANTRIM,WILLIAM,M | 0097713 | White | MAX | UNIT A PORTER TRU 2 | | Sept | 3 | YesV | 5 | 2 | Lim | | I | 11 16 2082 | PE | | | 24 |
| A72 | 20 | ARMSTRONG,JAMES,L | 0095688 | Black | LMD | MAX HOURLY LAUNDRY | | May | 3 | YesV | 4 | 2 | Lim | | D | 10 02 2035 | PGR | | | 40 |
| A72 | 01 | AUGUSTINE,KRISTOFFER,RYAN | 0113156 | White | MAX | LAYIN-CAUSE MAX TRU 2 | | Aug | 1 | No | 5 | 2 | Gen | | D | 11 10 2024 | PGR | 07/10/2024 | N | 33 |
| A72 | 17 | BAILEY,JESSE,LEE,III | 0124522 | Black | MAX | TRU 2 | | Oct | 2 | No | 5 | 1 | Gen | | D | 05 24 2024 | PGR | 01/24/2024 | \*\* | 45 |
| A72 | 23 | BARKERS,LADARIOUS,RACQUEZ | 0115821 | Black | MAX | TRU 2 | | July | 1 | No | 5 | 2 | Gen | | D | 05 11 2031 | PGR | | | 36 |
| A71 | 15 | BARRINGTON,BRANDON | 0103591 | White | MAX | TRU 2 | | Sept | 2 | No | 5 | 2 | Gen | | D | 01 17 2023 | PGR | 09/17/2022 | N | 33 |
| A71 | 02 | BASS,MCCLINTON | 0119341 | Black | HMD | LAYIN-NO WORK AVAIL MAX | | Feb | 0 | Yes | 4 | 3 | Lim | | D | 05 19 2029 | PGR | 01/19/2029 | N | 36 |
| A72 | 39 | BELLAMY,RONNIE,A,JR | 0053454 | White | MAX | TRU 2 LAYIN-MEDICAL MAX | | April | 3 | No | 5 | 2 | Gen | | A | 11 18 2030 | PE | | | 19 |
| A72 | 33 | BENNETT,ALLEN,C | 0101959 | White | MAX | TRU 2 | | Jan | 1 | Yes | 5 | 2 | Lim | | D | 03 03 2034 | PGR | | | 33 |
| A72 | 03 | BETHEL,MICHAEL,A | 0072912 | White | MAX | TRU 2 UNIT A PORTER | | Sept | 3 | No | 5 | 2 | Gen | | I | 02 07 2100 | PE | | | No LSIR |
| A71 | 07 | BITNER,ALAN,L | 0030561 | White | MAX | TRU 2 | | April | 3 | No | 5 | 2 | Gen | | I | 03 01 2027 | PE | | | 23 |
| A72 | 28 | BOETTCHER,AYRON,PHILLIP | 0114333 | Indian | MAX | TRU 2 | | Oct | 1 | No | 5 | 1 | Gen | | D | 06 29 2024 | PGR | 02/29/2024 | N | 44 |
| A71 | 16 | BULLARD,JERRY,LEE | 0125456 | White | MAX | TRU 2 | | June | 3 | Yes | 5 | 3 | Lim | | D | 02 14 2026 | PGR | | | 32 |
| A72 | 11 | BURGESS,NICOLAS,RAFFAELE | 0112503 | White | MAX | TRU 2 | | None | 3 | No | 5 | 2 | Gen | | D | 09 10 2022 | PGR | | | 38 |
| A72 | 12 | CHAPMAN,CHRISTOPHER,DAVID | 0098067 | White | MAX | TRU 2 | | Nov | 2 | No | 5 | 1 | Gen | | D | 05 20 2024 | PGR | 01/20/2024 | N | 33 |
| A71 | 21 | CLARK,TIMOTHY,R | 0050323 | White | MAX | TRU 2 | | Aug | 3 | No | 5 | 3 | Gen | | D | 01 22 2024 | PGR | 09/22/2023 | N | 19 |
| A72 | 00 | COLLINS,JOSHUA,DOUGLAS | 0083716 | White | MAX | TRU 2 | | Jan | 3 | Yes | 5 | 2 | Lim | | D | 09 29 2028 | PGR | | | 29 |
| A71 | 03 | COTTON,JOSHUA,R | 0118060 | White | MAX | TRU 2 | | Nov | 3 | NoOv | 5 | 2 | Gen | | D | 02 10 2025 | PGR | 10/10/2024 | N | 29 |
| A72 | 11 | CRAIN,ARTHUR,LEE,III | 0089919 | Black | MAX | TRU 2 | | March | 3 | Yes | 5 | 1 | Lim | | D | 04 25 2034 | PGR | | | 33 |
| A72 | 25 | DIXON,LELAND,FLOYD | 0104117 | Black | MAX | TRU 2 INTEGRATIVE WORK PROGRAM | | May | 3 | No | 5 | 2 | Gen | | D | 04 28 2030 | PGR | | | 34 |
| A72 | 31 | DONALDSON,MATTHEW,TRACY | 0103068 | White | MAX | TRU 2 | | Nov | 2 | No | 5 | 1 | Gen | | D | 04 16 2023 | PGR | 12/16/2022 | N | 38 |

EXHIBIT-3

7/20/22          9:38:18                    KANSAS DEPARTMENT OF CORRECTIONS              PGM-ISR0058A/B                    PAGE   34

Alpha (within Cellhouse & Unit) List of LCF-C        Sort Option: U
Inmates Housed in A Cellhouse/Living Unit            Cellhouses: A B D

**NOTE: In the PS (Program Status) column, a Double Asterisk (\*\*) or "P" (Pending Credit) Indicates that the Inmate is Currently in a Program and Release Dates may change at any time. WATCH RELEASE DATES!**

| Tier | Cell | ------Offender Name------ | KDOC# | Race/ Ethnic | Sec | Assignment(s) | KPB Decision | Review Mo | Inc Lvl | Mng. Mnagd as SO | MH LVL | MED CLS | Worker Type | I-State Compact | G I | Projected Release DT | TYP | Proj PGM Credit Rel Date PPCRD | PS | LSIR Score |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A71 | 00 | EDWARDSON, ROBERT | 0124453 | White | MAX | DINING ROOM PORTER-MAX TRU 2 | | Oct | 3 | Yes | 5 | 2 | Lim | | D | 12 18 2023 | PGR | | | No LSIR |
| A72 | 13 | FELLERS, BRIAN, NELSON | 6003270 | White | MAX | LIBRARY CLERK TRU 2 | | Aug | 2 | Yes | 5 | 2 | Lim | | D | 11 07 2029 | PGR | 07/07/2029 N | | 39 |
| A71 | 07 | FLETCHER, JAMES, M | 0117782 | White | MAX | TRU 2 | | July | 3 | Yes | 5 | 2 | Lim | | I | 08 14 2042 | PE | | | 15 |
| A71 | 09 | FOLLIN, RICK, D | 0061393 | White | MAX | LIBRARY CLERK TRU 2 | | June | 3 | No | 5 | 2 | Gen | | I | 02 08 2074 | PE | | | No LSIR |
| A72 | 15 | FORREST, DEANDRE, MASHAWN | 0120851 | Black | MAX | TRU 2 HRG | | Oct | 3 | No | 5 | 2 | Gen | | D | 03 25 2023 | PGR | 11/25/2022 N | | 35 |
| A72 | 01 | FOSTER, JOHN, B | 0071996 | White | MAX | TRU 2 | | June | 3 | YesV | 5 | 2 | Lim | | D | 04 08 2025 | PGR | | | 21 |
| A72 | 14 | GARDNER, MONZEAL, ZURIEL | 0076466 | Black | MAX | TRU 2 | | June | 3 | No | 5 | 1 | Gen | | D | 09 25 2027 | PGR | | | 37 |
| A72 | 12 | GARLAND, RICHARD, GLENN | 0071077 | Black | MAX | TRU 2 | | June | 3 | Yes | 5 | 2 | Lim | | D | 01 16 2028 | PGR | | | 30 |
| A72 | 38 | GASPER, JONATHAN, G | 0112713 | Black | MAX | LAYIN-CAUSE MAX UNIT A PORTER TRU 2 | | Oct | 3 | No | 5 | 2 | Gen | | D | 11 08 2022 | PGR | 11/08/2022 C | | 15 |
| A71 | 23 | GODFREY, KODY, SHANE | 0066381 | White | MAX | TRU 2 | | Oct | 3 | No | 5 | 3 | Gen | | I | 11 08 2031 | PE | | | 36 |
| A72 | 10 | GREEN, MICHAEL, E | 0097132 | White | MAX | TRU 2 | | Sept | 3 | No | 5 | 2 | Gen | | D | 12 14 2033 | PGR | 12/14/2033 C | | 35 |
| A72 | 31 | GUILFORD, DANAJOHN, BOYD | 0100116 | White-H | MAX | LAYIN-NO WORK AVAIL MAX | | Oct | 1 | No | 4 | 2 | Gen | | D | 10 14 2022 | PGR | | | 34 |
| A72 | 06 | GUTHRIE, DAVID, E | 0079333 | White | MAX | TRU 2 | | March | 3 | Yes | 5 | 2 | Lim | | D | 05 12 2028 | PGR | | | 38 |
| A72 | 10 | HAMILL, KYLE, WILLIAM | 0116360 | White | MAX | TRU 2 | | Nov | 3 | No | 5 | 1 | Gen | | D | 09 22 2024 | PGR | 05/22/2024 N | | 43 |
| A72 | 37 | HAMILTON, GERALD | 0083066 | Black | MAX | LAYIN-NO WORK AVAIL MAX TRU-SUPPORT WORK PROG | | None | 1 | Yes | 4 | 2 | Lim | | A | 10 01 2022 | PE | | | 26 |
| A72 | 16 | HANNAH, PERRY, E | 0104566 | White | MAX | TRU 2 | | July | 3 | Yes | 5 | 2 | Lim | | D | 10 27 2025 | PGR | | | 30 |
| A72 | 36 | HARRINGTON-BOOTH, JAMES, C | 0114801 | White | MAX | LAY IN CAUSE - CV MAX TRU 2 | | None | 1 | No | 5 | 1 | Gen | | D | 08 26 2022 | PGR | | | 21 |
| A71 | 19 | HAYNES, WILLIAM, J | 0007818 | Black | MAX | TRU 2 | | May | 3 | No | 5 | 3 | Gen | | D | 04 24 2026 | PGR | | | 40 |
| A72 | 13 | HELM, JOHN, DAVID | 0099022 | White | MAX | TRU 2 INTEGRATIVE WORK PROGRAM | | Oct | 3 | Yes | 5 | 2 | Lim | | D | 06 06 2026 | PGR | | | 35 |
| A72 | 26 | HERMOSILLO, JOHN, S | 0069620 | White | MAX | UNIT A PORTER TRU 2 | | Sept | 3 | No | 5 | 2 | Gen | | I | 05 17 2024 | PE | | | No LSIR |

EXHIBIT-3

Alpha (within Cellhouse & Unit) List of LCF-C        Sort Option: U
Inmates Housed in A Cellhouse/Living Unit        Cellhouses: A B D

**NOTE: In the PS (Program Status) column, a Double Asterisk (\*\*) or \*P\* (Pending Credit) Indicates that the Inmate is Currently in a Program and Release Dates may change at any time. WATCH RELEASE DATES!**

| Tier | Cell | Offender Name | KDOC# | Race/ Ethnic | Sec | Assignment(s) | KPB Decision | Review Mo | Inc Lvl | Mng. Mnagd as SO | MH LVL | MED CLS | Worker Type | I-State Compact | G I | Projected Release DT | TYP | Proj PGM Credit Rel Date PPCRD | PS | LSIR Score |
|------|------|---------------|-------|--------------|-----|---------------|--------------|-----------|---------|------------------|--------|---------|-------------|-----------------|-----|---------------------|-----|---------------------------------|-----|------------|
| A72 | 29 | HERNANDEZ,JESUS,M | 0124693 | White-H | HMD | LAYIN-NO WORK AVAIL MAX | | Oct | 3 | Yes | 5 | 1 | Lim | | D | 06 07 2028 | PGR | | | 31 |
| A71 | 08 | HIGGENBOTHAM,CHESTER,L | 0055553 | White | MAX | TRU 2 | | April | 3 | No | 5 | 2 | Gen | | A | 11 11 2075 | PE | | | No LSIR |
| A71 | 06 | HODGES,JOHN | 0036314 | Black | MAX | TRU 2 | | Oct | 3 | Yes | 5 | 3 | Lim | | I | 06 05 2038 | PE | | | 35 |
| A72 | 02 | HOLLIGER,DEVIN,DANIEL | 0114196 | White | MAX | TRU 2 | | Feb | 3 | Yes | 5 | 2 | Lim | | D | 04 09 2027 | PGR | | | 16 |
| A72 | 34 | HOTTMAN,JASON,WILLIAM | 0086617 | White | MAX | TRU 2 | | Dec | 3 | No | 5 | 1 | Gen | | D | 07 18 2050 | PGR | | | 27 |
| A72 | 18 | HOWELL,JEFFERY,D | 0030929 | White | MAX | TRU 2 | | Jan | 2 | NoOv | 5 | 2 | Gen | | D | 08 26 2039 | PGR | | | 43 |
| A72 | 19 | HUNTLEY,BRENT | 0085029 | White | MAX | LAY IN CAUSE - CV MAX TRU 2 | | None | 1 | Yes | 5 | 2 | Lim | | D | 08 11 2022 | PGR | | | 33 |
| A71 | 00 | ISHLER,JACOB,G | 0114797 | White | MAX | TRU 2 | | March | 3 | Yes | 5 | 1 | Lim | | D | 12 29 2030 | PGR | | | 25 |
| A71 | 14 | JACK,KENNETH,M | 0109365 | Black | MAX | UNIT A PORTER TRU 2 LAYIN-MEDICAL MAX | | None | 2 | Yes | 5 | 2 | Lim | | A | 03 01 2023 | PE | | | 25 |
| A71 | 17 | JEFFERIES,CURTIS,L | 0108113 | Black | MAX | TRU 2 | | Sept | 3 | Yes | 5 | 2 | Lim | | D | 04 09 2025 | PGR | | | 21 |
| A71 | 06 | JETER,KEVIN | 6006695 | White | MAX | TRU 2 | | Nov | 3 | Yes | 5 | 2 | Lim | | D | 09 04 2043 | PGR | | | 29 |
| A72 | 21 | JOHNSON,DARRYLN,MICHAEL | 0102583 | Black | MAX | HANDICAP AIDES TRU 2 | | June | 3 | Yes | 5 | 2 | Lim | | D | 07 16 2028 | PGR | 03/16/2028 N | | 27 |
| A72 | 11 | JONES,MICHAEL,DEON | 0087009 | Black | MAX | LAYIN-CAUSE MAX TRU 2 | | April | 1 | No | 5 | 2 | Gen | | A | 01 24 2042 | PE | | | 40 |
| A71 | 18 | JONES,ROBERT,W | 0052798 | Black | MAX | TRU 2 | | March | 3 | YesV | 5 | 2 | Lim | | I | 99 99 9999 | CR | | | 24 |
| A72 | 29 | KING,DAQUARIAN,JADAKISSA | 0126802 | Black-H | MAX | TRU 2 | | May | 1 | Yes | 5 | 2 | Lim | | D | 11 16 2025 | PGR | 07/16/2025 N | | No LSIR |
| A71 | 04 | KIRKLAND,DEREK | 0124102 | White | MAX | TRU 2 | | Aug | 3 | Yes | 5 | 3 | Lim | | A | 08 18 2042 | PE | | | No LSIR |
| A72 | 25 | LEE,CLEVELAND,LAVELL | 0077035 | Black | MAX | MAX BARBER SHOP Basic Education | | Aug | 3 | No | 5 | 2 | Gen | | D | 11 20 2027 | PGR | | | 31 |
| A72 | 22 | LUALLEN,BRETT,A | 0105491 | White | MAX | TRU 2 | | Sept | 3 | Yes | 5 | 1 | Lim | | D | 08 18 2028 | PGR | | | 29 |
| A72 | 08 | MARTINEZ,ALSTON,JAMES | 0122297 | Black | MAX | TRU 2 | | May | 2 | Yes | 5 | 1 | Lim | | D | 04 20 2026 | PGR | | | 21 |
| A72 | 33 | MARTINEZ,ARMANDO,JR | 0080186 | White-H | MAX | TRU 2 | | Sept | 1 | NoOv | 5 | 2 | Gen | | D | 10 11 2023 | PGR | 06/11/2023 N | | 45 |
| A72 | 08 | MATHENIA,ROBERT,M | 0104405 | Black | MAX | TRU 2 | | Feb | 2 | Yes | 5 | 1 | Gen | | D | 03 03 2030 | PGR | | | 31 |
| A72 | .07 | MATTHEWS,JOSHUA,K | 0105040 | White | MAX | TRU 2 | | Nov | 1 | No | 4 | 1 | Gen | | D | 11 05 2035 | PGR | 07/05/2035 N | | 31 |

EXHIBIT-3

| 7/20/22 | 9:38:18 | | | | KANSAS DEPARTMENT OF CORRECTIONS | | | | | | PGM-ISR0058A/B | | PAGE   36 |

Alpha (within Cellhouse & Unit) List of LCF-C
Inmates Housed in A Cellhouse/Living Unit

Sort Option: U
Cellhouses: A B D

**NOTE: In the PS (Program Status) column, a Double Asterisk (\*\*) or "P" (Pending Credit) Indicates that the Inmate is Currently in a Program and Release Dates may change at any time. WATCH RELEASE DATES!**

| Tier | Cell | ------Offender Name------ | KDOC# | Race/ Ethnic | Sec | Assignment(s) | KPB Decision | Review Mo | Inc Lvl | Mng. Mnagd as SO | MH LVL | MED CLS | Worker Type | I-State Compact | G I | Projected Release DT | TYP | Proj PGM Credit Rel Date PPCRD | PS | LSIR Score |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A71 | 01 | MCCLELLAND, KYREE, M | 0072921 | Black | MAX | TRU 2 | | Sept | 2 | No | 5 | 1 | Gen | | A | 09 06 2031 | PE | | | 43 |
| A71 | 20 | MCREYNOLDS, BRANDON, ANTOIN | 0085863 | Black | MAX | ARAMARK HOURLY TRU 2 | | May | 2 | No | 5 | 2 | Gen | | A | 08 13 2025 | PE | | | 35 |
| A71 | 22 | MILLER, ROBERT, DANIEL | 0071575 | White | MAX | HANDICAP AIDES TRU 2 | | June | 3 | Yes | 5 | 2 | Lim | | D | 01 24 2042 | PGR | | | 30 |
| A71 | 09 | MILLIGAN, JOHNNY, L | 0076883 | White | MAX | HANDICAP AIDES TRU 2 | | Nov | 3 | Yes | 5 | 2 | Lim | | D | 04 21 2024 | PGR | | | No LSIR |
| A71 | 05 | MITCHELL, LEPAUL, D | 0067686 | Black | MAX | HANDICAP AIDES TRU 2 | | Jan | 3 | Yes | 5 | 2 | Lim | | I | 99 99 9999 | CR | | | 41 |
| A71 | 12 | MITCHELL, THOMAS, ANTHONY | 0083196 | Black | MAX | HANDICAP AIDES TRU 2 | | Dec | 3 | YesV | 5 | 1 | Lim | | D | 12 10 2027 | PGR | 08/10/2027 N | | 37 |
| A71 | 12 | MULLENDORE, RANDALL, KENT | 0104410 | White | MAX | TRU 2 | | May | 3 | Yes | 5 | 3 | Lim | | I | 10 28 2036 | PE | | | 39 |
| A72 | 06 | MUNJAK, JASON, MURRAY | 0103178 | White | MAX | TRU 2 | | Oct | 3 | No | 5 | 3 | Gen | | A | 01 25 2032 | PE | | | 45 |
| A72 | 05 | MURPHY, GEORGE, HOWARD | 0123498 | White | MAX | ARAMARK HOURLY TRU 2 | | Dec | 3 | YesV | 5 | 1 | Lim | | D | 11 03 2025 | PGR | | | 26 |
| A71 | 01 | NOBLITT, JERRY, LEE | 0067560 | White | MAX | TRU 2 | | Sept | 2 | Yes | 5 | 2 | Lim | | D | 11 23 2022 | PGR | 07/23/2022 N | | 29 |
| A71 | 04 | NORTH, SHAWN, B | 0105832 | White | MAX | UNIT A PORTER TRU 2 | | Sept | 3 | Yes | 5 | 2 | Lim | | D | 04 19 2030 | PE | | | 36 |
| A72 | 05 | OYLER, JUSTIN, A | 0118688 | White | MAX | TRU 2 | | April | 3 | Yes | 5 | 1 | Lim | | I | 04 15 2063 | PE | | | 23 |
| A72 | 35 | PIERCE, JUSTIN, DAIN | 0081957 | Black | MAX | UNIT A PORTER TRU 2 | | Jan | 3 | YesV | 5 | 2 | Lim | | D | 02 01 2032 | PGR | 10/01/2031 N | | 36 |
| A72 | 04 | PIERCE, MAURICE, W | 0060919 | Black | MAX | TRU 2 | | Sept | 1 | No | 5 | 3 | Gen | | I | 08 01 2023 | PE | | | 28 |
| A71 | 08 | PIOLETTI, RANDY, D | 0039725 | Indian | MAX | TRU 2 | | Dec | 3 | No | 5 | 2 | Gen | | I | 11 01 2027 | PE | | | 23 |
| A72 | 20 | PIPE, EDWARD, D | 0103290 | Black | MAX | ARAMARK WORKER TRU 2 | | Nov | 2 | Yes | 5 | 1 | Lim | | I | 11 02 2033 | PE | | | 33 |
| A72 | 27 | RANGEL, JESSE, J | 0088452 | White | MAX | TRU 2 | | March | 1 | No | 5 | 2 | Gen | | I | 04 14 2031 | PE | | | 34 |
| A72 | 24 | REDICK, ANDREW, CHARLES | 0084933 | Black-H | MAX | TRU 2 | | Dec | 3 | No | 5 | 1 | Gen | | A | 02 12 2039 | PE | | | 33 |
| A72 | 16 | REED, JOHNNY, DOYLE | 0126484 | White | MAX | TRU 2 | | Aug | 1 | Yes | 5 | 1 | Lim | | D | 11 21 2022 | PGR | 07/21/2022 N | | No LSIR |
| A72 | 30 | RIDDLE, MARK | 0094373 | White | MAX | TRU 2 | | June | 3 | No | 5 | 2 | Gen | | D | 02 09 2028 | PE | | | 46 |

EXHIBIT - 3

7/20/22        9:38:18                     KANSAS DEPARTMENT OF CORRECTIONS                    PGM-ISR0058A/B                          PAGE   37

Alpha (within Cellhouse & Unit) List of LCF-C
Inmates Housed in A Cellhouse/Living Unit                                 Sort Option: U
                                                                          Cellhouses: A B D

**NOTE: In the PS (Program Status) column, a Double Asterisk (**) or *P* (Pending Credit) Indicates that the Inmate is Currently in a Program and Release Dates may change at any time. WATCH RELEASE DATES!**

| Tier | Cell | ------Offender Name------ | KDOC# | Race/Ethnic | Sec | Assignment(s) | KPB Decision | Review Mo | Inc Lvl | Mng. Mnagd as SO | MH LVL | MED CLS | Worker Type | I-State Compact | G I | Projected Release DT | TYP | Proj PGM Credit Rel Date PPCRD | PS | LSIR Score |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A72 | 26 | RIDLEY, JACOB, J | 0103379 | White | MAX | UNIT A PORTER TRU 2 | | Aug | 3 | Yes | 5 | 2 | Lim | | D | 02 21 2042 | PGR | | | 30 |
| A71 | 23 | RILEY, ROCKY, EUGENE | 0109995 | White | MAX | TRU 2 | | Aug | 2 | NoOv | 5 | 3 | Gen | | D | 08 03 2023 | PGR | 08/03/2023 C | | 42 |
| A71 | 10 | ROGERS, CLINTON, WAYNE | 0082706 | White | MAX | TRU 2 | | Nov | 2 | Yes | 5 | 3 | Lim | | I | 01 24 2075 | PE | | | 20 |
| A72 | 09 | ROOP, BRANDON, L | 0125717 | White | MAX | TRU 2 | | Sept | 3 | YesC | 5 | 1 | Lim | | D | 09 11 2024 | PGR | 05/11/2024 N | | No LSIR |
| A72 | 21 | SINGLETARY, MARQUES, AN | 0125661 | Black | MAX | UNIT A PORTER TRU 2 | | Oct | 2 | No | 5 | 2 | Gen | | D | 05 07 2026 | PGR | 01/07/2026 N | | No LSIR |
| A71 | 22 | SPEAR, EDWARD, A, III | 0070579 | White | MAX | TRU 2 | | March | 3 | Yes | 5 | 2 | Lim | | I | 11 05 2061 | PE | | | 40 |
| A72 | 23 | STEWART, CARLOS, DONNOVAN | 0109437 | Black | MAX | UTILITY WORK CREW 13-MAX TRU 2 | | Aug | 1 | No | 4 | 2 | Gen | | D | 09 08 2027 | PE | | | 37 |
| A72 | 38 | STEWART, MAURICE, ORLANDO | 0089064 | Black | MAX | TRU 2 | | Jan | 3 | No | 5 | 2 | Gen | | A | 07 07 2030 | PE | | | 38 |
| A72 | 02 | STOREY, TERRY, LEE, II | 0112084 | White | MAX | TRU 2 | | July | 3 | Yes | 5 | 2 | Lim | | D | 11 01 2027 | PGR | | | 41 |
| A71 | 18 | SYKES, MICHAEL, ANTHONY | 0036240 | Black | MAX | TRU 2 | | July | 3 | No | 5 | 3 | Gen | | I | 10 01 2029 | PE | | | No LSIR |
| A71 | 13 | TATE, PERVIS, JR | 0033803 | Black | MAX | TRU 2 | | Oct | 1 | YesV | 5 | 2 | Lim | | I | 09 01 2025 | PE | | | 27 |
| A72 | 19 | THOMAS, MATTHEW, ROBERT | 0080566 | White | MAX | TRU 2 | | Sept | 1 | No | 5 | 2 | Gen | | D | 11 25 2022 | PGR | 11/25/2022 C | | 38 |
| A72 | 17 | THOMPSON, CHRISTEPHOR, KEIO | 0126711 | Asian | MAX | TRU 2 | | May | 1 | No | 5 | 1 | Gen | | D | 06 25 2029 | PGR | | | No LSIR |
| A72 | 00 | TURNER, JONATHAN, A | 0115067 | White | MAX | TRU 2 | | March | 3 | YesV | 5 | 2 | Lim | | I | 11 30 2040 | PE | | | 20 |
| A72 | 32 | UNREIN, PATRICK, WT, II | 0065333 | White-H | MAX | LAYIN-CAUSE MAX | | June | 1 | No | 4 | 2 | Gen | | D | 07 08 2031 | PE | | | 42 |
| A72 | 30 | VANDUESEN, BENJAMIN, ALAN | 0126301 | Indian | MAX | TRU 2 | | Jan | 2 | Yes | 5 | 2 | Lim | | D | 03 14 2032 | PGR | | | No LSIR |
| A72 | 27 | WEAVER, DALTON, TYLER | 0112321 | White | MAX | TRU 2 | | Nov | 1 | No | 5 | 2 | Gen | | D | 10 05 2023 | PGR | | | 25 |
| A71 | 10 | WEBER, CODY, GATES | 0125492 | White | LMD | ARAMARK HOURLY | | Aug | 2 | Yes | 4 | 1 | Lim | | D | 09 04 2027 | PGR | | | 25 |
| A71 | 22 | WINZENRIED, NATHANIEL, B | 0114625 | White | MAX | TRU 2 | | Dec | 3 | Yes | 5 | 2 | Lim | | D | 11 08 2034 | PGR | 07/08/2034 ** | | 21 |
| A71 | 14 | YATES, MICHAEL, RAYDELL | 0126518 | White | MAX | TRU 2 | | March | 2 | Yes | 5 | 2 | Lim | | D | 01 30 2028 | PGR | 09/30/2027 N | | No LSIR |
| A72 | 15 | YEBRA, ANDRES, CHARLES | 0124854 | Black | MAX | TRU 2 | | Oct | 3 | No | 5 | 1 | Gen | | D | 04 08 2023 | PGR | 12/08/2022 N | | No LSIR |

A7 Total    105



EXHIBIT-3

Form 9
For Cellhouse Transfer
Work Assignment
Interview Requests

BELLAMY

Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

53454

Number

**INMATE REQUEST TO STAFF MEMBER**

To: UTM Patterson

Date: 3-11-2020

(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

While you are addressing issues, I have a Form-9, from Mrs. Holland concerning my Status the DR; I told Mr. Kamp about and my release date. You told me it was November 2030, She says it's 11-9-2026 and earliest 1-9-2024. And that she cant change release dates. I know she did, she used your computer to do it 9-days ago. You guys keep changing my release date cause you know I shouldn't be here and I'm tired of it. Release me, "I Should NOT BE IN PRISON!"

Please and Thank You, for your time.

Work Assignment: ACBB2 why am I still coding on?     Living Unit Assignment: A-1-108

Comment: _____ Unit Team Members Signature: _____

Disposition: _____

To: 3/13/2020

Date: _____

(Name & Number)

Disposition: You will see the parole board but the soonest you will see them is 1/9/2024. Your projected release date is currently 11/9/2026. She is correct on your dates until you see the parole board. She is not able to change these dates. Topeka will change them if they determine it should be changed. UTSM

UTSM

Employee's Signature

To be returned to inmate.

P-0009b

 *EXHIBIT-3*

*BELLAMY*
_____
Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

*53454*
_____
Number

**INMATE REQUEST TO STAFF MEMBER**

To: RECORDS- DETAINER DEPARTMENT Date: 6-28-2021
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

COULD YOU PLEASE SEND ME A COPY OF THE DETAINER PAPERWORK FROM MISSOURI. THERES PAPERWORK THAT SHOWS THE REASON FOR DETAINER-REVOCATION. STATING # — FAILURE TO COMPLETE RESIDENTIAL AGREEMENT. # FAILURE TO ~~COMPLETE~~ REPORT ADDRESS CHANGE. FROM KANSAS CITY COMMUNITY CENTER — KANSAS CITY HONOR CENTER. KANSAS CITY, MO. 9th & OAK

Work Assignment: HANDICAP AIDE      Living Unit Assignment: A-1-214 TRU G.P.

Comment: _____      Detail or C.H. Officer: _____

Disposition: _____ email 6/29- Hamburg _____

_____

_____

_____

To: BELLAMY    53454      Date: 7/2/21
(Name & Number)

Disposition: SEE ATTACHED _____

_____

_____

_____

_____
Employee's Signature

**To be returned to inmate.**

P-0009

Attachment A, IMPP 05-108
Effective 08-07-04

# KANSAS DEPARTMENT OF CORRECTIONS

# DETAINER

*EXHIBIT - 3*

DATE: 11/29/2016

NAME: BELLAMY, RONNIE, A, JR                    KDOC NUMBER: 53454

HOLD ORDER REQUESTED FROM: Missouri Department of Corrections
                           County/Sheriff Name

                    3400 Knipp Drive, Jefferson City, MO  65108
                           Address

153388
Warrant/Case Number

Escape from Missouri Dept of Corrections
Crime/Violation

*THIS SHOULD BE A NOTIFICATION ONLY DETAINER*

| | |
|---|---|
| X | FELONY |
| ___ | MISDEMEANOR |
| ___ | NOTIFICATION ONLY |
| ___ | JUDGMENT ___ |
| ___ | SEXUALLY VIOLENT PREDATOR CIVIL COMMITMENT DETAINER |
| ___ | UNITED STATES MARSHAL'S SERVICE |
| ___ | UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT (I.C.E.) |

*#14 AGREEMENT Violated ONLY*
*# 9*
*Y FAILURE TO REPORT ADDRESS CHANGE*
*#9 FAILURE TO COMPLETE COMMUNITY CORRECTIONS AGREEMENT*

Ron Dellen 53454
Inmate's Signature and Number Acknowledging Receipt

Emma L. Lewis 11/29/16
Signature of Staff as Witness/Date

*THAT'S IT ! RB*

Distribution:    Central Office
                 Master File (Facility)
                 Inmate
                 Originating Authority
                 *IPO*

Form #05-108-001

(You have the right to request disposition of any untried criminal indictment, information or complaint filed against you in any district court in this state
pursuant to KSA 22-4301.  You have the right to request disposition of any untried criminal indictment, information or complaint filed against you in any
other state or with the Federal Court pursuant to KSA 22-4401).

TAB L-4/DETAINER



*Kansas State Industrial Reformatory*

500 South Reformatory
Hutchinson, Kansas - 67501
Telephone 316 662-2321

*EXHIBIT - 3*
*DOUBLE SIDED*

P-164

# OFFICE OF
# THE RECORD CLERK

Missouri DOC
Kansas City Honor Camp
919 Oak Street
Kansas City, MO 64106

RE: BELLAMY, Ronnie A., Jr.

Your: 153383

Our: 53454

FBI No. 545 533 DA0

Dear Sir:

    This is to acknowledge receipt of your letter dated 8-27-91 together with your Warrant of Arrest which will act as a detainer against the above named subject.

    Our regular procedure has been established on our records accordingly, and your office will receive our customary notice prior to his release from this institution.

           Yours very truly,

           By: _____
                Record Clerk

D1215

*EXHIBIT-3*

DOUBLE SIDED



Missouri                                                    John Ashcroft, Governor

# DEPARTMENT OF CORRECTIONS
**Kansas City Honor Center**
919 Oak Street
Kansas City, Missouri 64106
816-842-7467

Dick D. Moore, Director

George A. Lombardi, Director
Division of Adult Institutions

K. Schmitz, Superintendent



August 27, 1991

Hutchinson Correctional Facility
Records Office
P.O. Box 1568
Hutchinson, KS  67504-1568

                              RE:  BELLAMY, Ronnie    White/Male
                                   MO# 153388         KS#53454

To Whom It May Concern:

The above named subject is wanted by the Missouri Department of Corrections for failure to return to confinement (RSMO 575.220). Subject failed to return on 11-11-90 and is wanted to continue to serve his present Missouri sentence. At the time of his escape he was assigned to the Kansas City Honor Center, 919 Oak, Kansas City, MO 64106 (ORI - MO048015C), Place a "hold" for our department and notify 30 days prior to release date so we may make arrangements to pick him up.

Due to his escape from the Missouri Department of Corrections and his attempted escape from Kansas authorities, we request he not be placed in any minimum security facility which may enable him to escape once again.

Per your request attached is the Order for Arrest and Return of Escaped Prisoner. If I can be of any further assistance you may contact me at the above phone number.

Respectfully,

*Melody Castro*

Melody Castro
Records Officer

mc

Enclosure

cc:  File #153388

★ ★ AN EQUAL OPPORTUNITY EMPLOYER ★ ★
*Services provided on a Non-discriminatory basis*

## Kansas Department of Corrections
## Account Withdrawal Request
(Complete One Request per Form)
**Attach letter and addressed/stamped envelope when required**

EXHIBIT - 3

| RONNIE ALLEN BELLAMY JR. | 53454 | LCF-C | A-1-214 | 7=14-2021 |
|---|---|---|---|---|
| Printed Name | Number | Facility | Unit/Cell Location | Date |

Please pay the following and charge to my account:

## Outgoing Funds/Donations

Payable To: HISTORICAL SOCIETY-RECORDS
              Name

$ 40.00        100 SOUTH WALNUT STREET
Check Amount    Address

              HUTCHINSON, KANSAS  67501
              City, State, Zip

              TRANSCRIPTS-LEGAL DOCUMENTS
              Purpose/Inmate Benefit Fund Group

| Title of Publication* |
| Frequency – (Circle One) |
| Yearly Monthly Weekly Daily Other |
| Number of Issues _____ |
| Expiration Date _____ |
| Publication Price _____ |
| *Book, Magazine or News Paper (Per IMPP 11-101) |

I request the use of Forced Savings as provided in IMPP 04-103, for:
(Documentation Required)

☐ Community Identification
☒ Civil Filing, Transcript or Subpoena Fees
☐ Reentry into the Community (Warden's Approval Required)

I REQUEST USE OF FORCED SAVINGS ONLY

(To Be Completed by Mailroom) | **Postage** – (To Be Completed by Inmate)

To: _____
     Name

RECEIVED

JUL 16 2021

NOON
LANSING CORRECTIONAL FACILITY
BUSINESS MANAGER

$ _____
Postage Amount

☐ Postage

☐ Legal/Official Postage
   (Per K.A.R. 44-12-601)

☐ Certified
   (Only if Funds are Available)

Address _____

City, State, Zip _____

_____
Verified By

Reason _____

RONNIE ALLEN BELLAMY JR. 7-14-2021
Inmate Signature          Date

_____ _____
Unit Team Approval         Date

_____ _____
Handicraft Approval (If Applicable)   Date

_____ _____
Religious Approval (If Applicable)    Date

☐ Applies to Outgoing Funds Limit

☐ Does Not Apply to Outgoing Funds Limit

_____ _____
Exception Approval          Date

☐ Use of Forced Savings Approval as requested above

This withdrawal request is being returned for the following reason(s):

____ Insufficient Funds
____ Signature Missing
____ Exceeds Spending Limit
____ Incentive Level
____ Envelope/Order/Stamp Missing
____ Unauthorized Per IMPP/KAR _____

____ Payee Missing
____ Insufficient Address
____ Amount Missing
____ Name/Number – Do Not Match
____ Illegible Information
_X_ Other Need documentation of cost.

Per ImPP 04-106 Cash is exhausted first
then forced savings
is accessed.

_____ _____
Account Processor

_____ _____
Date Withdrawn

∴ Acct. Use

1504a

## Kansas Department of Corrections
## Account Withdrawal Request
### (Complete One Request per Form)
**Attach letter and addressed/stamped envelope when required**


*EXHIBIT - 3*

| RONNIE ALLEN BELLAMY JR. | 53454 | LCF-C | A-1-214 | 7-14-2021 |
|---|---|---|---|---|
| Printed Name | Number | Facility | Unit/Cell Location | Date |

Please pay the following and charge to my account:

### Outgoing Funds/Donations

Payable To: HISTORICAL SOCIETY-RECORDS
Name

$ 40.00
Check Amount

100 SOUTH WALNUT STREET
Address

HUTCHINSON, KANSAS  67501
City, State, Zip

TRANSCRIPTS-LEGAL DOCUMENTS
Purpose/Inmate Benefit Fund Group

| | |
|---|---|
| Title of Publication* | |
| Frequency – (Circle One) | |
| Yearly Monthly Weekly Daily Other | |
| Number of Issues _____ | |
| Expiration Date _____ | |
| Publication Price _____ | |
| *Book, Magazine or News Paper (Per IMPP 11-101) | |

I request the use of Forced Savings as provided in IMPP 04-103, for:
(Documentation Required)

☐ Community Identification
☒ Civil Filing, Transcript or Subpoena Fees
☐ Reentry into the Community (Warden's Approval Required)

*I REQUEST USE OF FORCED SAVINGS ONLY*

(To Be Completed by Mailroom)

### Postage -- (To Be Completed by Inmate)

To: _____
Name

$ _____
Postage Amount

☐ Postage

_____
Address

☐ Legal/Official Postage
(Per K.A.R. 44-12-601)

_____
City, State, Zip

_____
Verified By

☐ Certified
(Only if Funds are Available)

_____
Reason

| Ronnie Allen Bellamy Jr. | 7-14-2021 | UTS |  |
|---|---|---|---|
| Inmate Signature | Date | Unit Team Approval | Date |

| _____ | | _____ | |
|---|---|---|---|
| Handicraft Approval (If Applicable) | Date | Religious Approval (If Applicable) | Date |

☐ Applies to Outgoing Funds Limit
☐ Does Not Apply to Outgoing Funds Limit
☐ Use of Forced Savings Approval as requested above

_____
Exception Approval            Date

This withdrawal request is being returned for the following reason(s):

____ Insufficient Funds
____ Signature Missing
____ Exceeds Spending Limit
____ Incentive Level
____ Envelope/Order/Stamp Missing
____ Unauthorized Per IMPP/KAR _____

____ Payee Missing
____ Insufficient Address
____ Amount Missing
____ Name/Number – Do Not Match
____ Illegible Information
____ Other _____

_____        _____        _____
Account Processor            Date Withdrawn            Acct. Use

1504a

*Bellamy*

*Ronnie Allen Bellamy Junior #53454*

*My Mental Health Diagnosis and Needs after the torment - pain - Street - Attempted murder on me in my sleep by an Aryan Brotherhood Offender, A patch to a prospect*

**6/9/20-Current**

**Assessment/Diagnosis**
Behavioral Health Diagnosis

| # | Dx (Code), Status, Side, Site | Impression/Differential Dx |
|---|---|---|
| 1 | Delusional disorder (F22) | |
| 2 | Unspecified Personality Disorder (F60.9) | |

*EXHIBIT - 3*

**7/10/19**

**Assessment/Diagnosis**
Behavioral Health Diagnosis

| # | Dx (Code), Status, Side, Site | Impression/Differential Dx |
|---|---|---|
| 1 | Personality disorder, unspecified (F60.9) | |
| 2 | Adjustment disorder with anxiety (F43.22) | |

MENTAL HEALTH CARE IS SUBJECT TO THE SAME CONSTITUTIONAL STANDARDS AS OTHER
FORMS OF PRISON MEDICAL CARE;DELIBERATE INDIFFERENCE TO SERIOUS MENTAL HEALTH
NEEDS VIOLATES THE 8TH AMENDMENT.
GATES V.COOK,376 F.3d 323,343 (5TH CIR.2004)
DOLIHITE V.MAUGHON BY AND THROUGH VIDEON,74 F. 3d 1027,1042-43(11TH CIR.1996)
SMITH V.JENKINS,919 F.2d 90,92-93 (8TH CIR.1990)
LANGLEY V.COUGHLIN,888 F.2d 252,254 (2D CIR.1989)

COURTS HAVE CITED AN EXPERTS DEFINITION OF A SERIOUS MENTAL ILLNESS AS ONE THAT
HAS CAUSED SIGNIFICANT DISRUPTION IN AN INMATES EVERYDAY LIFE AND WHICH PREVENTS
HIS FUNCTIONING IN THE GENERAL POPULATION WITHOUT DISTURBING OR ENDANGERING
OTHERS OR HIMSELF...ACUTE OR SERIOUS DEPRESSION CONSTITUTES A SERIOUS MEDICAL
NEED,AS ARE THREATS OR RISKS OF SUICIDE.COURTS INADDITION HAVE HELD OR ASSUMED
THAT MANIC-DEPRESSIVE,BI-POLAR,EXCESSIVE COMPULSIVE DISORDERS,POST TRAUMATIC
STRESS DISORDERS ARE SERIOUS NEEDS.

TILLERY V.OWENS F.SUPP. 1256,1286 (W.D.PA.1989);aff'd,907 F.2d 418(3D CIR.1990)
PARTEE V.LANE,528 F.SUPP.1254,1261 (N.D.ILL.1981)
PETERKIN V.JEFFES,661 F.SUPP.895,917 923 (E.D.PA.1987)
CONN.V.CITY OF RENO,572 f.3d 1047,1055 (9TH CIR.2009)

MULTIPLE COURTS HAVE FOUND THE CONFINEMENT OF MENTALLY ILL PRISONERS IN SEGRE-
GATION TO BE UNCONSTITUTIONAL,NOT JUST IN ITS EFFECTS ON THOSE PRISONERS,BUT
ALSO INSOFAR AS IT EXPOSES OTHER INMATES TO DANGEROUS OR DERANGED BEHAVIOR.
EXTREMES OF ISOLATION,IN THE FORM OF SOLITARY CONFINEMENT BEHIND SOLID OR
BOXCAR DOORS,HAVE BEEN HELD UNCOSTITUIONAL.

HOPTOWIT V.RAY,682 F.2d 1237,1257-58 (9TH CIR.1982)
LAMAIRE V.MAASS,745 F.SUPP. 623,636 (D.OR.1990)
GATES V.COOK,376 F.3d 323,342-43 (5TH CIR. 2004)
CORTES-QUINONES V.JIMINEZ-NETTLESHIP,842 F.2d 556,560-61 (1ST CIR.1988)

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

_EXHIBIT-3_

Inmate Name: _RONNIE ALLEN BELLAMY JUNIOR_   Facility: _L.C.F. - CORE CIVIC_

Inmate Number: _0053454_   Grievance Serial No.: _AA2023067_

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:   Kansas Department of Corrections   Date Mailed: _ELECTRONICALLY 12-2-2022_
714 SW Jackson
Suite 300   _PLEASE READ CAREFULLY_   _MY HANDWRITING IS BAD FROM MY FOREARM BEING CUT IN HALF PRIOR_
Topeka, KS 66603

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) _I AM REQUESTING THAT TOPEKAS SECRETARY OF CORRECTIONS CONTACT THE LEAVENWORTH COUNTY PROSECUTING ATTORNEYS OFFICE AND FILE CRIMINAL CHARGES ON ALL GUILTY PARTIES INVOLVED INCLUDING UTM PARKS, CSI - WAGONER (WHO OPENED THE DOOR SO AN INMATE COULD STAB ME) Secall VIDEO AND subsequent SST MEMBERS_

_RONNIE ALLEN BELLAMY Jr._
Signature of Inmate

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____   Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

Action Taken:

_____
Signature of Secretary of Corrections

---

**For D.O.C. Staff Use Only**

Type of Response (Item 6b:  Code   01, 02, 08 or 09) _____

DC 090, Effective May 1, 1988

*EXHIBIT 3*

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name *RONNIE ALLEN BELLAMY JR.*  Number *53454*

Facility *ECF- Core Civil*  Housing Unit *Restricted Housing A-4 Illegally*  Work Detail _____

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

*EMERGENCY*

*Violation of Constitutional RIGHTS*

*"HOUSED WRONGLY"*

*SEE ATTACHED 5-pages*
*4 pg grievance*
*1- pg Assessment-Diagnosis from Certification Board in Topeka Classifying single cell status everywhere through SOC - BHA -Mental Health Work*

Date this report was given to Unit Team for informal resolution (to be completed by inmate). *10-20-2022*

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

I have investigated your concerns outlined in the attached grievance. Per K.A.R. 44-15-101a (d) (2) prohibits use of the grievance procedure in any way as a substitute for, or as a part of, the inmate disciplinary procedure, the classification decision-making process, the property loss or personal injury claims procedure, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure. This grievance is in regards to housing which is part of the classification decision making process. No further action deemed necessary at this time.

_____  *10/31/22*
Unit Team Signature                  Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__✓__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). *11-4-2022*

_____  *11-4-2022*
Inmate Signature                    Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received *NOV 07 2022*  Date of Final Answer *NOV 27 2022*  Date Returned to Inmate

*Ronnie Allen Bellamy Jr.  PLEASE READ THIS ENTIRE GRIEVANCE THIS IS MORE THAN ANY CLASSIFICATION ISSUE ITS MY LIFE!*

_____  _____  _____
Inmate's Signature          Date   Unit Team Signature          Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number  *AA 2023 0167*

Type of Complaint (Item 4: Code 01-75)  *54*

Cause of Complaint (Item 5: Code 01-30)  *03*

Type of Response (Item 6a: Code 01,02,08 or 09)  *01*

EXHIBIT-3

TPK from —

See Tellier V. Fi 280 F.3d 69, 82-83 (2d Cir. 2000) accord
Iqbal V. Hasty, F.3d 143, 161-62 (2d Cir. 2007)
Wilkinson V. A. Ashcroft V. Iqbal, _____ U.S. ___
_____ S.Ct. 1937 (2009).

Demanding prison officials protect the liberty intrests of
a mentally ill prisoner who was being assaulted continuously by
sending him to se, with a State hospital removing him from
all forms prison locations, units including Segregation — Restricted
housing Units, willows, incurring, nature of all prison personell
for double cell for one attempt on his life, by by a
Security threat known as the aryan brotherhood, and its
allies the Surasatrus, white aryan resistance, all known as
Terroristic threes Homeland Security, alongwith all worshipers
of Satan, knew the enemy to mankind.

If ya been Crow!

See BELLAMY, INE ET. AL, CASE NO. 5:20-CV-03229-SAC
Body of Amendment, and subsequent lawsuit following
denial of appeal, include all evidences in that case, and
the Continuation a Continuing Violations Doctrine, Gonzaga
law review volum by Kyle Graham B. "Modified" Continuing
Violations, 3. Civis claims. And see A."Pure" Continuing
Violations 1. False comment, 3. Continuing Professional Treatment
or Representation, 5. Intentional and/or Negligent Infliction
of Emotional Dis, 305. The Subsequent lawsuit
will include the o Kansas, the University of Kansas, the
KDOC, and its tos, and Security threat members — SST,

IMPP 10-121D Contractual Acknowledgement by University of Kansas — KDOC — writer(s) — underwriter(s) — CHIEF LEGAL COUNSEL FOR THE KDOC, MR. JEFF COWGER, MS. LIBBY KEOUGH, JOINT COMMITTEE ON SPECIAL CLAIMS AGAINST THE STATE, and its attending members — Senators — LEGISLATORS — CHAIR PEOPLE — CORE CIVIC — LCF.

See attachment — Professional Diagnosis by Certification Board in Topeka, Kansas — Through the UNIVERSITY OF KANSAS, As Diagnosing me with

1.) Delusional Disorder (F 22)
2.) Unspecified Personality Disorder (F60.9)
3.) Adjustment Disorder with anxiety (F 43.22)
4.) Personality Disorder; unspecified (F 60.9)

These are the Result of a Catastrophic Injury suffered while sleeping, Completely unprovoked, un-warranted, with no warning that there was even an issue, while on Duty officers watched acting under Color of Law, and did nothing, and no Medical staff attended to help save my life, Further adding to the Severe Injuries to include a Brain Injury as the Knife penetrated my right temple, and the Frontal Hemisphere of my Brain, Completely left unattended, the muscle allowing me to chew properly was never reattached, leaving the injury to heal on its own naturally as God TOOK CARE OF it. See all, VIDEO-AUDIO-PHONE-COMPUTER(S), IMAGES-photos From all places Involved, TO include Lansing Correction al Facility — ELDORADO Correctional Facility —

page 3 of 4

EXHIBIT-3

Butler County EMS-EMT Ambulance Services, Susan B. Allen Hospital — dispatch — Asessing — Refusing to allow me to be taken there, Due to severe level of Trauma Sustained while sleeping. A well recognized Vulnerable State of unconsciencenews and inability to defend ones self, the University of Kansas holds the medical Contract For All of the KDOC — STATE OF KANSAS, Known as IMPP 10—121 D., and attachments-adherences, and all Compliances, Protective, Insureing — INSURANCE PURPOSES, Criminalities, and all governing laws and Rights, Services, Complaints, Duties.

And while at the ELDORADO Correctional Facility another Inmate was awakened by His Cell mate, who was actually eating his Flesh — parts of His Body, Can you imagine? THIS Event weighed so heavily on my mind, Due to what happened to me, and the way i was treated For requesting help-seeking Redress, Reparation, healing, needed surgeries; and since these injuries i have been attacked FOUR More times upon arrival here at LCF — CORE Civic Prison — Lansing Kansas, all by Security THreat Group members — pledges — Flunkies — Prospects — wanna bes — and For hires, as there is now according to EAI Special Agent, a $10,000.ºº, bounty on me due to the lies of several Staff members; and a variety of Ruthless, lieing inmates, some coerced by and conspiring with staff to cover up what they did, leading to the and accelerating this FOURTH

Page 4 of 4                    EXHIBIT-3

attack on me, where for the 3rd Time I have Sustained severe head injuries, as the inmate came from behind while on duty Employees Acting under color of law, did nothing until left with no choice but to respond, and tackling me, and taking me down First instead of the attacker with the weapon, attempting to murder me, Further placing my life in even more Jeapordy as blood was pouring out of my head From the injuries already sustained with SST members Steps away just watching, inmate Frey #1247713, as it took me a while to figure out what was going on and find my attacker as the SST member was now attacking me. This happened on 10-7-2022, going to lunch, after the prior attack where inmate Fellers #0003270, Had the officer Wagoner, the 4-day a week officer who knows me well for years, and knows i live alone open my door to stab me and i dealt with that situation and the prior situation where a Security threat Group known as the Suranos paid to have inmate Casillo pipe me down from behind almost killing me, and leaving me with a severe concussion unable to walk properly throwing up and unconscience i was placed in a crisis – strip cell and left to live or die unattended. I was non combative, unfunctioning. THe First event upon arrival Thomas Moore, attempted to stab me for Security threat group Aryan Brotherhood. who First tried to kill me in ElDorado In my sleep.                    /S/ Ronnie Allen Bellamy Jr.

PLEASE HELP ME – THEY ARE LIEING
AND TRYING TO COVER ALL OF THIS UP.

Ron Bellamy #534454

*Bellamy*

EXHIBIT-3

6/9/20-Current

**Assessment/Diagnosis**

Behavioral Health Diagnosis

| # | Dx (Code) Status Side Site | Impression/Differential Dx |
|---|---|---|
| 1 | Delusional disorder (F22) | |
| 2 | Unspecified Personality Disorder (F60.9) | |

7/10/19

**Assessment/Diagnosis**

Behavioral Health Diagnosis

| # | Dx (Code) Status Side Site | Impression/Differential Dx |
|---|---|---|
| 1 | Personality disorder, unspecified (F60.9) | |
| 2 | Adjustment disorder with anxiety (F43.22) | |

MENTAL HEALTH CARE IS SUBJECT TO THE SAME CONSTITUTIONAL STANDARDS AS OTHER
FORMS OF PRISON MEDICAL CARE;DELIBERATE INDIFFERENCE TO SERIOUS MENTAL HEALTH
NEEDS VIOLATES THE 8TH AMENDMENT.
GATES V.COOK,376 F.3d 323,343 (5TH CIR.2004)
DOLIHITE V.MAUGHON BY AND THROUGH VIDEON,74 F.3d 1027,1042-43(11TH CIR.1996)
SMITH V.JENKINS,919 F.2d 90,92-93 (8TH CIR.1990)
LANGLEY V.COUGHLIN,888 F.2d 252,254 (2D CIR.1989)

COURTS HAVE CITED AN EXPERTS DEFINITION OF A SERIOUS MENTAL ILLNESS AS ONE THAT
HAS CAUSED SIGNIFICANT DISRUPTION IN AN INMATES EVERYDAY LIFE AND WHICH PREVENTS
HIS FUNCTIONING IN THE GENERAL POPULATION WITHOUT DISTURBING OR ENDANGERING
OTHERS OR HIMSELF...ACUTE OR SERIOUS DEPRESSION CONSTITUTES A SERIOUS MEDICAL
NEED,AS ARE THREATS OR RISKS OF SUICIDE.COURTS INADDITION HAVE HELD OR ASSUMED
THAT MANIC-DEPRESSIVE,BI-POLAR,EXCESSIVE COMPULSIVE DISORDERS,POST TRAUMATIC
STRESS DISORDERS ARE SERIOUS NEEDS.

TILLERY V.OWENS F.SUPP. 1256,1286 (W.D.PA.1989);aff'd,907 F.2d 418(3D CIR.1990)
PARTEE V.LANE,528 F.SUPP.1254,1261 (N.D.ILL.1981)
PETERKIN V.JEFFES,661 F.SUPP.895,917 923 (E.D.PA.1987)
CONN.V.CITY OF RENO,572 f.3d 1047,1055 (9TH CIR.2009)

MULTIPLE COURTS HAVE FOUND THE CONFINEMENT OF MENTALLY ILL PRISONERS IN SEGRE-
GATION TO BE UNCONSTITUTIONAL,NOT JUST IN ITS EFFECTS ON THOSE PRISONERS,BUT
ALSO INSOFAR AS IT EXPOSES OTHER INMATES TO DANGEROUS OR DERANGED BEHAVIOR.
EXTREMES OF ISOLATION,IN THE FORM OF SOLITARY CONFINEMENT BEHIND SOLID OR
BOXCAR DOORS,HAVE BEEN HELD UNCOSTITUIONAL.

HOPTOWIT V.RAY,682 F.2d 1237,1257-58 (9TH CIR.1982)
LAMAIRE V.MAASS,745 F.SUPP. 623,636 (D.OR.1990)
GATES V.COOK,376 F.3d 323,342-43 (5TH CIR. 2004)
CORTES-QUINONES V.JIMINEZ-NETTLESHIP,842 F.2d 556,560-61 (1ST CIR.1988)

# MEMO



**Kansas**
Department of Corrections
*Lansing Correctional Facility*

**DATE:** 11/07/2022
**TO:** Bellamy, Ronnie # 53454
**FROM:** Chandler Cheeks / Warden

**SUBJECT:** Grievance

---

**Finding of the Facts**: Your grievance was received and an investigation into your allegations has been completed.

**Conclusion:** You are not allowed to grieve the Classification decision making process per **KAR 44-15-101.**

**KAR 44-15-101 (a)(d)(2) states "the grievance procedure shall not be used in any way as a substitute for, or as part of, the inmate disciplinary procedure, the classification decision making process, the property loss or personal injury claims procedure, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure."**

Therefore, the statute prohibits the use of the grievance procedure to address this concern.

**Actions Taken:** No further action needed

IMPP 11-106A III. 3: within 72 hours after receiving a custody classification, the offender may appeal the decision to the warden by submitting the appeal though the unit team counselor on a form 9.
   a. If the warden did not participate in the custody classification decision, the Warden must review the decision and the offenders written appeal and return a written response to the offender within 15 days of receipt.
   b. If the warden was a participant in the custody classification decision, the offender's appeal must be forwarded to the Deputy of facility management or designee for review who must return a response to the offender within 15 days of receipt.
   c. The decision of the warden or deputy secretary or designee is final.

*EXHIBIT-3*

**APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS**

Inmate Name: *RONNIE ALLEN BELLAMY JR*   Facility: *L.C.F. CORE-CIVIC*

Inmate Number: *0053454*   Grievance Serial No.: *NEEDS NEW # AA2023040*
*ALREADY ASSIGNED*

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

*ELECTRONICALLY*

MAIL TO:   Kansas Department of Corrections   Date Mailed: *12-2-2022*
714 SW Jackson
Suite 300
Topeka, KS  66603

---

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take.  (Use extra paper as needed.) *I NEED HELP PLEASE*
*THEY ARE TRYING TO HAVE ME MURDERED AGAIN*
*AND I WONT ALLOW IT. PLEASE*   *RonBelly*
*SEND HELP*
Signature of Inmate   *RONNIE ALLEN BELLAMY JR*

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____   Date Sent to Inmate: _____

Finding of Fact:


Conclusions Made:


Action Taken:



_____
Signature of Secretary of Corrections

---

**For D.O.C. Staff Use Only**

Type of Response (Item 6b:  Code   01, 02, 08 or 09) _____

DC 090, Effective May 1, 1988

*EXHIBIT-3*

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name _RONNIE ALLEN BELLAMY JR._   Number _53454_

Facility _LCF - CORE CIVIC_   Housing Unit _A-1-238_   Work Detail _TRU-UNIT MH_

## NATURE OF COMPLAINT BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

_SEE ATTACHED_

_THIS IS SEPERATE FROM GRIEVANCE SERIAL # AA2023067 READ PLEASE_

_2-PAGES OF WRITTING PAPER_
_1-PG SEG. REVIEW_

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _11-15-2022_

## UNIT TEAM RESPONSE (Complete and return to inmate within 10 calendar days.)

I have investigated your concerns outlined in the attached grievance. 44-15-101 Grievance Procedure; Informal Resolution; formal levels; (b) states, 'Before utilizing the grievance procedure, the inmate shall be responsible for attempting to reach an informal resolution of the matter with the personnel who work with the inmate on a direct or daily basis. An inmate in a facility or parole setting shall contact the unit team members for the attempt at informal resolution. You are encouraged to wait for the informal resolution prior to submitting the grievance. You need to submit an informal on a form 9 not the grievance form. No further action deemed necessary at this time

_THE INFORMAL RESOLUTION WAS SEG REVIEW AND MULTIPLE FORM-9'S - AND VERBAL W/P9 TO UTS HAM I HAVE RECEIPTS_   Unit Team Signature _UTM_   Date _11/17/22_

## INMATE RESPONSE (Complete and return to Unit Team within 3 calendar days)

____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_X_ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). ____

Inmate Signature _RONNIE ALLEN BELLAMY JR #53454_   Date _11-17-2022_

## WARDEN RESPONSE (Complete, attach response and return within 10 Working days.)

Date Received _NOV 17 2022_   Date of Final Answer _NOV 27 2022_   Date Returned to Inmate ____
_I RECEIVED THIS ON 12-1-2022 BY WAY OF PETERSON UTS HAM'S SECRETARY_

Inmate's Signature _RONNIE ALLEN BELLAMY JR_   Date _12-2-2022_   Unit Team Signature ____   Date ____

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

_THIS # WAS WRONGLY ASSIGNED TO OPERATE MULTIPLE GRIEVANCES BECAUSE OF STACKING_

Grievance Serial Number ____   _AA2023067_   ____

Type of Complaint (Item 4: Code 01-75)   _54_   ____

Cause of Complaint (Item 5: Code 01-30)   _03_   ____

Type of Response (Item 6a: Code 01,02,08 or 09)   _01_   ____

1 of 3

EXHIBIT-3

ON 11-15-2022, UTS MRS. HALL CAME TO MY ROOM
IN A-1-238, WITH THIS SEG REVIEW. I HAVE NOT ATTENDED
BECAUSE I WAS NEVER ASKED TO. I WAS MOVED FROM
A-4, TO A-1, AS AN EMERGENCY MOVE BY ESCORTS
SST TAYLOR, SST SHANNON, AND ORDERED TO PACK IMMEDIATELY.
THIS SEG REVIEW IS AN ABSOLUTE LIE. I NEVER
VOICED ANY OF THESE WORDS. SST EAI FEMALE THAT TALKED
TO ME IN THE FIRST AND ONLY SEG REVIEW I HAD, ASKED
ME WITH LT. JEWELL, UT, 2 OTHER MEMBERS. DO YOU WANT
TO GO BACK OUT I STATED YES, I PROBABLY SHOULDN'T BUT
I DO. EAI FEMALE STATED THERES A TEN THOUSAND DOLLAR
BOUNTY ON YOU, FOR DRUG DEBT. TO WHICH I STATED I
DONT OWE TEN THOUSAND DOLLARS AND I DIDN'T STEAL
THOSE GOD DAMN DRUGS. IT WAS RIDDLE WHO STOLE
THEM AND THEN RAN LIKE A COWARD. AND DIXON - AND MCLELLAND
MCLELLAND, CSI WAGONER, FELLERS, HELMS, WERE ALL
TRYING TO BLAME ME TO COVER UP THAT THEY WERE
STEALING THAT MANS DRUGS ALL ALONG. AND CSI WAGONER
OPENED MY DOOR, IN A-1-239, SO FELLERS COULD STAB
ME, THE WHOLE CELL HOUSE WAS WATCHING WAITING SEE
VIDEO ON 9-29-2022 RETURN FROM MEAL LEAVE! I HAD MY
CURTAIN UP SHOWING MY BODY. I LIVE ALONE SINGLE-
CELL, DUE TO DIAGNOSES AND PRIOR ATTEMPTED MURDERS
ON ME IN MY SLEEP ON 9-3-2019 AT EDCF SEE VIDEO
I AM A MENTAL HEALTH PATIENT DUE TO THIS ATTACK
AND THERE HAS BEEN FOUR SINCE THEN HERE AT LCF
ALL THROUGH SECURITY THREAT GROUPS-MULTIPLE. THE

2 OF 3    SEE REVERSE FOR 3 OF 3    EXHIBIT-3

DOUBLE SIDED

I RONALD ALLEN BEELANY JR. AM REQUESTING ALL INVOLVED BE CHARGED WITH CONSPIRACY TO COMMIT MURDER — CALL D.A. INVESTIGATE PARKS et al.,

OFFICER ON DUTY CSI WAGONER, UT'S SHOULD BE CHARGED WITH CONSPIRACY TO COMMIT MURDER ALONGWITH FELLERS, AND FREY, ALL INVOLVED, TO INCLUDE SST BUSBY, WHO ATTACKED ME AND TOOK ME DOWN AS I WAS ALREADY BEEING ATTACKED FROM BEHIND SEE VIDEO ON 10-7-2022, OUTSIDE CHOW HALL AT LUNCH AS SST WATCHED AND WAITED BEFORE RESPONDING. TRU-UNIT METAL GIVE CALL. UTM MR. PARKS, HAS REPEATEDLY THREATENED ME - LIED TO ME - GIVEN UNLAWFUL ILLEGAL ORDERS ADMITTEDLY, LIED TO ME ABOUT PRIVATE INDUSTRY - REFUSED ME ALL JOBS VIOLATING MY PROTECTED CIVIL RIGHTS - CONSTITUTIONAL RIGHTS, AND CODE OF ETHIC CONTRACT ALL KDOC EMPLOYEES MUST SIGN AND FOLLOW - ALONGWITH THE RULES OF ACKNOWLEDGEMENT. AND THEY HAVE ME LISTED AS NOV. 2030 ON THEIR ROSTER WHEN MY PE DATE IS 1-9-2024. SEEING THE PAROLE BOARD IN DECEMBER 2023. THIS VERIFIED BY UT MIRANDA, UTS HALL, REFUSING TO CORRECT IT DUE TO UTM MR. PARKS REFUSAL AND HATRED OF ME, ALSO A VIOLATION OF LAW, EAI GIFT TOLD ME TO HAVE UT. MIRANDA SUBMIT ME FOR MINIMUM CUSTODY AND HE WOULD DO AND SUPPORT THE OVER-RIDE TO GET ME OUT AND INTO A BETTER SETTING - PRIVATE INDUSTRY, IT IS MY UNDERSTANDING BY 2-SEPERATE UT'S, PARKS SAID NO WE DON'T DO THAT, AND I WON'T DO IT FOR HIM, REGARDLESS. →

SEE REVERSE →

*EXHIBIT-3*

A238

KANSAS DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE SEGREGATION REVIEW (Pursuant to IMPP 20-105/106)

☒ Weekley Review

Name: Bellamy, Ronnie          Number: 53454          Date: 10/31/2022

Date placed in Segregation: 10/07/2022          Recommended date of release: N/A

Did inmate appear before board?   ☐ Yes   ☒ No

1. Present Status: <u>IMPP 20-104 -  V. B. Other Security Risk</u>

2. Return to General Population?
   ☐ Yes   ☒ No

3. Transfer to another Kansas facility or another State or Federal facility?
   ☐ Yes   ☒ No

4. Medical or Psychological intervention?
   ☐ Yes   ☒ No
   a. Continue ☒   Modify ☐ program or treatment status?

5. Inmate informed of right to submit written request for release to board?
   ☒ Yes   ☐ No

6. While in segregation inmate's behavior has been satisfactory?
   ☒ Yes   ☐ No

7. The placement was legal and proper?
   ☒ Yes   ☐ No

8. A pre-segregation placement hearing was held?
   ☒ Yes   ☐ No

Board Comments: Offender continues on administrative segregation on OSR status based on EAI investigaiton.  He has issues and concerns with drugs around him in the pod. Others are after him for drug payment. He was assaulted. The Restrictive Housing Review Board agrees the Offender's status should remain OSR for housing options.

Approved: __X__          Disapproved: _____          _____
                                                                EAI Staff

Approved: __✓__          Disapproved: _____          _____
                                                                Clinical Staff

Approved: __✓__          Disapproved: _____          _____
                                                                Security Staff

Approved: __✓__          Disapproved: _____          _____
                                                                Chairperson

Approved: __✓__          Disapproved: _____          _____
                                                                Warden

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Inmate acknowledgement:
I received a copy of this review on: _____ 20_____ At _____

_____
Inmate Signature and Number

_____
Signature and Title of Staff

Bellamy

EXHIBIT-3

6/9/20-Current

**Assessment/Diagnosis**

Behavioral Health Diagnosis

| # | Dx (Code), Status, Side, Site | Impression/Differential Dx |
|---|---|---|
| 1 | Delusional disorder (F22) | |
| 2 | Unspecified Personality Disorder (F60.9) | |

7/10/19

**Assessment/Diagnosis**

Behavioral Health Diagnosis

| # | Dx (Code), Status, Side, Site | Impression/Differential Dx |
|---|---|---|
| 1 | Personality disorder, unspecified (F60.9) | |
| 2 | Adjustment disorder with anxiety (F43.22) | |

```
   HEALTH CARE IS SUBJECT TO THE SAME CONSTITUTIONAL STANDARDS AS OTHER
   OF PRISON MEDICAL CARE;DELIBERATE INDIFFERENCE TO SERIOUS MENTAL HEALTH
   VIOLATES THE 8TH AMENDMENT.
  V.COOK,376 F.3d 323,343 (5TH CIR.2004)
  E V.MAUGHON BY AND THROUGH VIDEON,74 F. 3d 1027,1042-43(11TH CIR.1996)
  V.JENKINS,919 F.2d 90,92-93 (8TH CIR.1990)
 Y V.COUGHLIN,888 F.2d 252,254 (2D CIR.1989)


   HAVE CITED AN EXPERTS DEFINITION OF A SERIOUS MENTAL ILLNESS AS ONE THAT
  USED SIGNIFICANT DISRUPTION IN AN INMATES EVERYDAY LIFE AND WHICH PREVENTS
  NCTIONING IN THE GENERAL POPULATION WITHOUT DISTURBING OR ENDANGERING
  OR HIMSELF...ACUTE OR SERIOUS DEPRESSION CONSTITUTES A SERIOUS MEDICAL
 S ARE THREATS OR RISKS OF SUICIDE.COURTS INADDITION HAVE HELD OR ASSUMED
 ANIC-DEPRESSIVE,BI-POLAR,EXCESSIVE COMPULSIVE DISORDERS,POST TRAUMATIC
   DISORDERS ARE SERIOUS NEEDS.


 Y V.OWENS F.SUPP. 1256,1286 (W.D.PA.1989);aff'd,907 F.2d 418(3D CIR.1990)
  V.LANE,528 F.SUPP.1254,1261 (N.D.ILL.1981)
 N V.JEFFES,661 F.SUPP.895,917 923 (E.D.PA.1987)
 .CITY OF RENO,572 f.3d 1047,1055 (9TH CIR.2009)


 LE COURTS HAVE FOUND THE CONFINEMENT OF MENTALLY ILL PRISONERS IN SEGRE-
  TO BE UNCONSTITUTIONAL,NOT JUST IN ITS EFFECTS ON THOSE PRISONERS,BUT
 NSOFAR AS IT EXPOSES OTHER INMATES TO DANGEROUS OR DERANGED BEHAVIOR.
 ES OF ISOLATION,IN THE FORM OF SOLITARY CONFINEMENT BEHIND SOLID OR
  DOORS,HAVE BEEN HELD UNCOSTITUIONAL.

 T V.RAY,682 F.2d 1237,1257-58 (9TH CIR.1982)
 E V.MAASS,745 F.SUPP. 623,636 (D.OR.1990)
 7.COOK,376 F.3d 323,342-43 (5TH CIR. 2004)
 -QUINONES V.JIMINEZ-NETTLESHIP,842 F.2d 556,560-61 (1ST CIR.1988)
```

# MEMO



**K̄ansas**
Department of Corrections
*Lansing Correctional Facility*

EXHIBIT—3

**DATE:**  11/18/2022
**TO:**  Bellamy, Ronnie # 53454
**FROM:**  Chandler Cheeks / Warden

**SUBJECT:**  Grievance

---

**Finding of the Facts**: Your grievance was received and an investigation into your allegations has been completed.

**Conclusion:** You are not allowed to grieve the Classification decision making process per **KAR 44-15-101.**

**KAR 44-15-101 (a)(d)(2) states "the grievance procedure shall not be used in any way as a substitute for, or as part of, the inmate disciplinary procedure, the classification decision making process, the property loss or personal injury claims procedure, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure."**

Therefore, the statute prohibits the use of the grievance procedure to address this concern.

**Actions Taken:** No further action needed

IMPP 11-106A III. 3: within 72 hours after receiving a custody classification, the offender may appeal the decision to the warden by submitting the appeal though the unit team counselor on a form 9.
   a. If the warden did not participate in the custody classification decision, the Warden must review the decision and the offenders written appeal and return a written response to the offender within 15 days of receipt.
   b. If the warden was a participant in the custody classification decision, the offender's appeal must be forwarded to the Deputy of facility management or designee for review who must return a response to the offender within 15 days of receipt.
   c. The decision of the warden or deputy secretary or designee is final.

Your housing needs are being investigated with a current status of Other Security Risk pending transfer.  You need for a single cell have been notated and being honored. If there are

# MEMO



**Kansas**
Department of Corrections
*Lansing Correctional Facility*

EXHIBIT-3
DOUBLE SIDED

**DATE:**  11/27/2022

**TO:**  Bellamy, Ronnie # 53464

**FROM:**  Chandler Cheeks Warden

**SUBJECT:**  Grievance # AA2023067

---

**Finding of the Facts:**  Your grievance was received and an investigation into your allegations has been completed.

**Conclusions Made:** After a thorough review of all applicable documentation, it was determined that the response provided by UTM Latzke, and Opliger was appropriate.

 You are not allowed to grieve the Classification decision making process per **KAR 44-15-101.**

**KAR 44-15-101 (a)(d)(2) states "the grievance procedure shall not be used in any way as a substitute for, or as part of, the inmate disciplinary procedure, the classification decision making process, the property loss or personal injury claims procedure, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure."**

Therefore, the statute prohibits the use of the grievance procedure to address this concern.

**Actions Taken:** No further action needed

IMPP 11-106A III. 3: within 72 hours after receiving a custody classification, the offender may appeal the decision to the warden by submitting the appeal though the unit team counselor on a form 9.

    a.  If the warden did not participate in the custody classification decision, the Warden must review the decision and the offenders written appeal and return a written response to the offender within 15 days of receipt.

    b.  If the warden was a participant in the custody classification decision, the offender's appeal must be forwarded to the Deputy of facility management or designee for review who must return a response to the offender within 15 days of receipt.

    c.  The decision of the warden or deputy secretary or designee is final.