UNITED STATES DISTRICT COURT FOR THE TENTH CIRCUIT
RONNIE ALLEN BELLAMY JR. PLAINTIFF
  V.                                CASE NO. 23-3051-JWL
STATE OF KANSAS ET. ALS,   DEFENDANTS

## MOTION TO APPOINT COUNSEL

PLAINTIFF RONNIE ALLEN BELLAMY JR. HAS TO REQUEST BY WAY OF THIS MOTION FOR APPOINTMENT OF COUNSEL DUE TO VOLUME OF DEFENDANTS AND THE COMPLEXITIES INVOLVED, AND PLAINTIFF BEING A MENTAL HEALTH PATIENT, AS A RESULT OF THE FIRST ATTACK AND THERE HAS BEEN FOUR MORE SINCE ALL LIFE THREATENING HERE AT L.C.F.

PLAINTIFF RECEIVED THE COURT FORMS ENCLOSED TO FILE COMPLAINT. BUT DID NOT RECEIVE THE FORMS FOR IN FORMA PAUPERIS OR FOR APPOINTMENT OF COUNSEL OF THE FOUR ATTACKS HERE HAS BEEN SEVERE HEAD TRAUMA CONCUSSION - STAPLES - STITCHES - REATTACHING EAR AND BY KNIFEPOINT TWICE. ONCE BY TWO KDOC OFFICERS CONSPIRING PERSONALLY TO COMMITT MURDER BY USING LIES - VIDEO FOOTAGE - AND OPENING MY DOOR SO INMATE BRIAN "LIZARD" FELLERS #6003270 COULD STAB ME - ASSASSINATE ME THE KDOC OFFICERS LARRY E. WAGNER - JAMES ENGLIS THE EAT -

Unit, known as Enforcement Apprehension Investigations is refusing to acknowledge that any of this happened see body of complaint. And even Leavenworth County Prosecutors Office is refusing to follow the law - as Kansas Civil Servants - Mandatory Reporters the State of Kansas - Kansas Dept of Corrections is trying to have Plaintiff murdered to cover up all violations including the 1991 sentences that were vacated and states appeal denied and the Plaintiff was NEVER released. See body of complaint, see Journal Entries, Plaintiff is being denied without Court order - attorney. Plaintiffs Constitutional Rights have been and are being violated repeatedly by all involved SEE ALL VIDEO

Ron Bellamy
Ol Ronnie Allen Bellamy Jr
L.C.F. P.O. Box 2
Lansing, Kansas 66043