# Kansas Department of Corrections
## Account Withdrawal Request
(Complete One Request per Form)
**Attach letter and addressed/stamped envelope when required**

| | | | | |
|---|---|---|---|---|
| RONNIE ALLEN BELLAMY JR. | 53454 | LCF-C | A-1-238 | 2-15-2023 |
| Printed Name | Number | Facility | Unit/Cell Location | Date |

Please pay the following and charge to my account:

### Outgoing Funds/Donations

Payable To: **UNITED STATES DISTRICT COURT**
Name

Check Amount: **650.00**

Address: **444 S.E. QUINCY**

City, State, Zip: **TOPEKA, KANSAS 66683**

Purpose/Inmate Benefit Fund Group: **FILING FEE CIVIL LAWSUIT In Full**

Title of Publication*
Frequency – (Circle One)
Yearly   Monthly   Weekly   Daily   Other
Number of Issues _____
Expiration Date _____
Publication Price _____
*Book, Magazine or News Paper
(Per IMPP 11-101)

Request the use of Forced Savings as provided in IMPP 04-103, for:
(Documentation Required)

☐ Community Identification
☒ Civil Filing, Transcript or Subpoena Fees
☐ Reentry into the Community (Warden's Approval Required)

### Postage – (To Be Completed by Inmate)

(To Be Completed by Mailroom)

Postage Amount: _____

☐ Postage
☐ Legal/Official Postage (Per K.A.R. 44-12-601)
☐ Certified (Only if Funds are Available)

Verified By: _____

To:
Name: _____
Address: _____
City, State, Zip: _____
Reason: _____

Inmate Signature: **RONNIE ALLEN BELLAMY JR.**   Date: **2-15-2023**
Unit Team Approval: _____   Date: **2/15/23**

Handicraft Approval (If Applicable) _____ Date _____
Religious Approval (If Applicable) _____ Date _____

☐ Applies to Outgoing Funds Limit
☐ Does Not Apply to Outgoing Funds Limit
☐ Use of Forced Savings Approval as requested above

Reception Approval _____ Date _____

Withdrawal request is being returned for the following reason(s):

___ Insufficient Funds
___ Signature Missing
___ Exceeds Spending Limit
___ Incentive Level
___ Envelope/Order/Stamp Missing
___ Unauthorized Per IMPP/KAR _____
___ Payee Missing
___ Insufficient Address
___ Amount Missing
___ Name/Number -- Do Not Match
___ Illegible Information
___ Other _____

Account Processor _____   Date Withdrawn _____   Acct. Use _____

1504a