```
2/02/2023          13:00:15          Kansas Department of  Corrections          PGM - BKR0050B          Page    1
                                       Inmate Account Statement
```

Inmate:  0053454 BELLAMY,RONNIE,A,JR

*A1-238*

|  | Total Deposits | Average Cash Balance* | Average Forced Savings$^1$ Balance* | Average Mandatory Savings$^2$ Balance*** |
|---|---|---|---|---|
| July: | 12.30 | 99.30 | 661.35 | 1179.89 |
| August: | 12.33 | 319.91 | 661.54 | 1180.14 |
| September: | 12.65 | 59.55 | 661.88 | 1180.74 |
| October: | 9.52 | 2.94 | 662.37 | 1181.62 |
| November: | 90.65 | 19.32 | 668.66 | 1182.55 |
| December: | 4.31 | 1.79 | 674.13 | 1186.50 |
| | --------- | --------- | --------- | --------- |
| Total all Months: | 141.76 | 502.81 | 3989.93 | 7091.44 |

| | | | | |
|---|---|---|---|---|
| Average for Preceding Months:** | 23.63 | 83.80 | 664.99 | 1181.91 |
| Current Available Balance as of  2/02/2023: | | 41.90 | 687.33 | |

*NOTE:    The average balance is calculated from the account data for the inmate
         location at the time interest is posted to his/her account for cash,
         forced savings, and mandatory savings.

**NOTE:   Average balance for preceding months is calculated from only
         months for which interest has been posted.

***NOTE:  Mandatory savings cannot be spent on court costs or attorney
         fees pursuant to statute and the Kansas Department of Corrections policy.


   This is to certify that this statement represents a true summary of
   deposits and average daily balances for the period shown.  The
   current balance of available funds is as reflected in the above statement.

   Certify Correct:
   KANSAS DEPARTMENT OF CORRECTIONS          *Natalie Stanley*          2/2/2023
   714 SW Jackson, Suite 300                 Signature of Authorized     Date
   Topeka                        KS  66603-0000     Accountant II
                                                   Position


---
$^1$Forced Savings is established per Internal Management Policy and Procedure 04-103.
$^2$Mandatory Savings is established per K.S.A. 75-5268 1(g).