UNITED STATES DISTRICT COURT OF APPEALS - LOWER COURT - IN REGARDS TO - CERTIFICATE OF APPEALABILITY

RONNIE ALLEN BELLAMY JR
    PLAINTIFF
  V.                  CASE NO. 23-3051-JWL
ALEX MCCOLLOUGH ET. AL.,
SAM CLINE ET. AL.,
STATE OF KANSAS ET. AL.,
    DEFENDANTS

MOTION REQUESTING PERMISSION TO APPEAL ALL DECISIONS

_____
RONNIE ALLEN BELLAMY JR
L.C.F. P.O. BOX 2
LANSING, KANSAS 66043