| | | | | | |
|---|---|---|---|---|---|
| 2/02/2023 | 13:00:15 | Kansas Department of Corrections<br>Inmate Account Statement | | PGM - BKR0050B | Page 1 |

Inmate:  0053454 BELLAMY,RONNIE,A,JR

*A1-238*

| | Total Deposits | Average Cash Balance* | Average Forced Savings¹ Balance* | Average Mandatory Savings² Balance*** |
|---|---|---|---|---|
| July: | 12.30 | 99.30 | 661.35 | 1179.89 |
| August: | 12.33 | 319.91 | 661.54 | 1180.14 |
| September: | 12.65 | 59.55 | 661.88 | 1180.74 |
| October: | 9.52 | 2.94 | 662.37 | 1181.62 |
| November: | 90.65 | 19.32 | 668.66 | 1182.55 |
| December: | 4.31 | 1.79 | 674.13 | 1186.50 |
| Total all Months: | 141.76 | 502.81 *LIE* | 3989.93 *LIE* | 7091.44 *LIE* |
| | | | | |
| Average for Preceding Months:** | 23.63 | 83.80 | 664.99 | 1181.91 *REAL TOTAL* |
| Current Available Balance as of 2/02/2023: | | 41.90 | (687.33) | |

*NOTE:  The average balance is calculated from the account data for the inmate location at the time interest is posted to his/her account for cash, forced savings, and mandatory savings.

**NOTE:  Average balance for preceding months is calculated from only months for which interest has been posted.

***NOTE:  Mandatory savings cannot be spent on court costs or attorney fees pursuant to statute and the Kansas Department of Corrections policy.

This is to certify that this statement represents a true summary of deposits and average daily balances for the period shown. The current balance of available funds is as reflected in the above statement.

Certify Correct:
KANSAS DEPARTMENT OF CORRECTIONS
714 SW Jackson, Suite 300
Topeka                KS  66603-0000

Signature of Authorized: *Natalie Stanley*      Date: 2/2/2023

Position: Accountant II

¹Forced Savings is established per Internal Management Policy and Procedure 04-103.
²Mandatory Savings is established per K.S.A. 75-5268 1(g).