**Janet DePinto [KDOC]**

A1-238

| | |
|---|---|
| **From:** | KDOC_Court_File_LCF |
| **Sent:** | Tuesday, February 21, 2023 9:53 AM |
| **To:** | Janet DePinto [KDOC]; Colette Winkelbauer [KDOC] |
| **Subject:** | FW: Activity in Case 5:23-cv-03051-JWL Bellamy (ID 53454) v. State of Kansas et al Complaint |

**From:** KSD_CMECF@ksd.uscourts.gov <KSD_CMECF@ksd.uscourts.gov>
**Sent:** Tuesday, February 21, 2023 9:51:38 AM (UTC-06:00) Central Time (US & Canada)
**To:** ksd_nef@ksd.uscourts.gov <ksd_nef@ksd.uscourts.gov>
**Subject:** Activity in Case 5:23-cv-03051-JWL Bellamy (ID 53454) v. State of Kansas et al Complaint

*EXTERNAL*: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**DISTRICT OF KANSAS**

## Notice of Electronic Filing

The following transaction was entered on 2/21/2023 at 9:51 AM CST and filed on 2/17/2023
**Case Name:** Bellamy (ID 53454) v. State of Kansas et al
**Case Number:** 5:23-cv-03051-JWL
**Filer:** Ronnie Allen Bellamy, Jr
**Document Number:** 1

**Docket Text:**
**COMPLAINT filed by Plaintiff Ronnie Allen Bellamy, Jr. (Attachments: # (1) Exhibit 1, # (2) Exhibit 2, # (3) Exhibit 3, # (4) Exhibit 4) (jal)**

**5:23-cv-03051-JWL Notice has been electronically mailed to:**

Ronnie Allen Bellamy, Jr     KDOC_court_file_lcf@ks.gov

**5:23-cv-03051-JWL Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

1

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=2/21/2023] [FileNumber=5769938-0
] [47100cd2672d2feb4bf0aecc62cb580f22422bfa29e491c4b4476274470fd2b2667
7751f98d57d73f0d7bd7902310de40d2a925717dbe53960eb638081eb395a]]
**Document description:** Exhibit 1
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=2/21/2023] [FileNumber=5769938-1
] [6bd6956def7c74adc57fd6aef9cdae47fb772efe86ea0207f57b9827dc70740c6ec
ea03111e4f27c0515035a8663c36e126a7933c8cdd12ee3994cc41b717f92]]
**Document description:** Exhibit 2
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=2/21/2023] [FileNumber=5769938-2
] [3fd9f445b5ea44c80ec43ce6337ae32b0a8fff7017b0cdbe39ababad4f01a58bb0f
41e68fc3d5507c5f109e5ec0bd0d33415880d615f63f7bdcbd8adec95a3fe]]
**Document description:** Exhibit 3
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=2/21/2023] [FileNumber=5769938-3
] [a99002fb2d470af68b2f8b358c3d9287fd174bd235d727f1022bf76b9d9b39bdd25
949b781ea880396785021b4948e99ecf63de322c1e9095249edb0a1e13bde]]
**Document description:** Exhibit 4
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=2/21/2023] [FileNumber=5769938-4
] [1051f055d27ea946321fd242ef38363a5143d94566819f980ba5c4efa92754ef6fd
05a9d9a1cf289d329dc13e818391ae8f13e9db8152663b466a6c5871a7288]]

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

### CASE OPENING NOTICE TO PRISONER PRO SE LITIGANTS
### FILING CIVIL RIGHTS COMPLAINTS

This notice provides important information concerning the initial stages of your lawsuit. The Court has received and filed your complaint and/or motion to proceed *in forma pauperis*. If you did not satisfy the filing fee or forms requirements, you will find a separate Notice of Deficiency enclosed.

The Prisoner Litigation Reform Act requires the Court to review your complaint to identify claims and defendants and to dismiss any legally insufficient claims. See 28 U.S.C. § 1915A. Normally the Court will conduct this review within the next 90 days. The Court will then inform you of the findings in an order. During this review, the Court may issue an order directing you to provide additional information or to show cause why the matter should not be dismissed. No other action will be taken in your case during this time. Therefore, unless directed otherwise, please do not submit any evidence, argument, motions or documents.

If the Court determines a response to your complaint is needed, the Court will send a Notice of Lawsuit and Waiver of Service to each of the defendants listed in your complaint. This will be the first time the defendants will be informed of your lawsuit. The Court may order the Department of Corrections to prepare a report concerning your claims and will allow 60 days for the report. The defendants will then have 60 days to file an answer to your complaint. When the defendants have filed answers, the Court will issue a scheduling order containing important information on deadlines, discovery, and procedures.

# Kansas Department of Corrections
## Account Withdrawal Request
(Complete One Request per Form)
**Attach letter and addressed/stamped envelope when required**

| Printed Name | Number | Facility | Unit/Cell Location | Date |
|---|---|---|---|---|
| RONNIE ALLEN BELLAMY JR. | 53454 | LCF-C | A-1-238 | 2-15-2023 |

Please pay the following and charge to my account:

### Outgoing Funds/Donations

Payable To: **UNITED STATES DISTRICT COURT**
Name

$ **650.00**
Check Amount

Address: **444 S.E. QUINCY**

City, State, Zip: **TOPEKA, KANSAS 66683**

Purpose/Inmate Benefit Fund Group: **FILING FEE CIVIL LAWSUIT IN FULL**

**Title of Publication***
Frequency – (Circle One)
Yearly  Monthly  Weekly  Daily  Other
Number of Issues _____
Expiration Date _____
Publication Price _____
*Book, Magazine or News Paper
(Per IMPP 11-101)

I request the use of Forced Savings as provided in IMPP 04-103, for:
(Documentation Required)

☐ Community Identification
☒ Civil Filing, Transcript or Subpoena Fees
☐ Reentry into the Community (Warden's Approval Required)

(To Be Completed by Mailroom)

$ _____
Postage Amount

_____
Verified By

### Postage – (To Be Completed by Inmate)

☐ Postage

☐ Legal/Official Postage
(Per K.A.R. 44-12-601)

☐ Certified
(Only if Funds are Available)

To: _____
Name

Address: _____

City, State, Zip: _____

Reason: _____

Inmate Signature: **RONNIE ALLEN BELLAMY JR.**   Date: **2-15-2023**
Unit Team Approval: [signature]   Date: **2/15/23**

Handicraft Approval (If Applicable)  Date
Religious Approval (If Applicable)  Date

☐ Applies to Outgoing Funds Limit
☐ Does Not Apply to Outgoing Funds Limit
☐ Use of Forced Savings Approval as requested above

Exception Approval  Date

This withdrawal request is being returned for the following reason(s):

___ Insufficient Funds
___ Signature Missing
___ Exceeds Spending Limit
___ Incentive Level
___ Envelope/Order/Stamp Missing
___ Unauthorized Per IMPP/KAR _____

___ Payee Missing
___ Insufficient Address
___ Amount Missing
___ Name/Number – Do Not Match
___ Illegible Information
___ Other _____

Account Processor       Date Withdrawn       Acct. Use

1504a

# ARTICLE I

## EFFECTIVENESS AND DURABILITY:

THIS POWER OF ATTORNEY SHALL BECOME EFFECTIVE IMMEDIATELY, SHALL BE PERPETUAL, SHALL SURVIVE ALL OPPOSITION, ARGUEMENT, AND NEVER BE REVOKED - OPPOSED - UNDERMINDED OR BECOME INEFFECTIVE. IT AS WHAT IT IS, WILL FOREVER STAND AS A LEGAL BINDING DOCUMENT, IRREVERSIBLE, UNCHALLENGEABLE. BY ANYONE, GROUP, ENTITY, ENTERPRISE, ORGINIZATION, PARTY, COURT, AND BY ANY JURISDICTION OR OPPOSITION FOR ANY REASON, OR ATTEMPT(S) TO REVOKE OR ARGUEMENTS TO REVOKE.

## ARTICLE II

## AUTHORITY

THIS LEGAL AND BINDING DOCUMENT - AUTHORIZATION, GIVES ALL AUTHORITY - AUTHORIZATION - ABILITIES AS THE RIGHTS OF ATTORNEY IN ALL WAYS GRANTED - LEGAL - BINDING, BY ALL OF THE APPLICABLE LAWS AND CONSTITUTIONAL PROTECTIONS AND ALL AFFORDANCES LEGAL AND DOMESTIC, BY LAW AND CONSTITUTION. THIS ACCORDANCE - AUTHORITY, GIVES RONNIE ALLEN BELLAMY JUNIOR, AND ONLY RONNIE ALLEN BELLAMY JUNIOR, PERMISSION AND AUTHORITY, FOR EVERYTHING NEEDED AND WANTED LEGAL AND DOMESTIC, PROTECTING ALL RIGHTS, COMPLIANCES, LAWS, STATE AND FEDERAL. REQUIRING THE FULL PARTICIPATION OF RONNIE ALLEN BELLAMY JUNIOR, IN ALL MATTERS.

INITIALS: R.B.
/S/ Ron Bellamy — RONNIE ALLEN BELLAMY JR

COUNTY OF, ALL COUNTIES - JURISDICTIONS ) /S/ Rebecka Hull
NOTARY SIGNATURE

ON THE 22ND DAY OF FEB, 2023, BEFORE ME, THE UNDERSIGNED, PERSONALLY APPEARED RONNIE ALLEN BELLAMY JUNIOR, WHOSE NAME IS SUBSCRIBED TO THE WITHIN INSTRUMENT AND ACKNOWLEDGED. NOTARY PUBLIC:

[Stamp: Rebecka Hall, NOTARY PUBLIC - STATE OF KANSAS, MY APPT EXP: 7/21/23]

PAGE 1 OF 1

MOTION TO CORRECT AND PROCEED
DUE TO COURT ORDER COMPLIANCE
CASE NO. 23-3051-JWL
BELLAMY V. STATE OF KANSAS

PLAINTIFF ALWAYS PUTS FORM 1504a ACCOUNT WITHDRAWAL REQUEST WITH CIVIL FILINGS TO SHOW COMPLIANCE AND GOOD FAITH EFFORTS WITH 6-MONTH BANK STATEMENT. TURNED INTO UNIT TEAM SUPERVISOR MRS. REBECKA HALL, ALSO THE NOTARY SEE PLAINTIFF'S POWER OF ATTORNEY. DUE TO THE CALLOUSNESS AND LIES INVOLVED AND CONSTITUTIONAL VIOLATIONS — UNLAWFUL ORDERS BEING GIVEN AND FOLLOWED SEE IMPP 02-118D, FOR STATUTORY ADHERENCE UTS. HALL, IS HAVING DIFFICULTY WITH ACCOUNTING TRYING TO BULLY HER SAYING WE NEED PROOF BY WAY OF DOCUMENTATION. UTS HALL WAS GIVEN THE CASE NO. 23-3051-JWL, ON 2-23-2023, BY PLAINTIFF RONNIE ALLEN BELLAMY JR. #53454, IN AN ATTEMPT TO STOP THE KDOC FROM IMPEDING THE PLAINTIFF'S ACCESS TO COURTS, TO STOP THE VIOLATIONS OF LAW AND MULTIPLE ONGOING AND CONTINUOUS VIOLATIONS OF A CONSTITUTIONAL NATURE — STATUTORY VIOLATIONS. PLAINTIFF USED THE FORMS I WAS GIVEN BY CHARLES CAVANEE — LEGAL SERVICES, MISSING REQUEST FOR ATTY-IN FORMA PAUPERIS — SO THANK YOU. Ron Bellamy