State of Kansas
Department of Administration
DA-146a   (Rev. 4-11-13 KDOC)



## CONTRACTUAL PROVISIONS ATTACHMENT

Important:   This form contains mandatory contract provisions and must be attached to or incorporated in all copies of any contractual agreement. If it is attached to the vendor/contractor's standard contract form, then that form must be altered to contain the following provision:

"The Provisions found in Contractual Provisions Attachment (Form DA-146a, Rev. 04-11), which is attached hereto, are hereby incorporated in this contract and made a part thereof."

The parties agree that the following provisions are hereby incorporated into the contract to which it is attached and made a part thereof, said contract being the _____ day of _____, 20_____.

1.   **Terms Herein Controlling Provisions**:   It is expressly agreed that the terms of each and every provision in this attachment shall prevail and control over the terms of any other conflicting provision in any other document relating to and a part of the contract in which this attachment is incorporated. Any terms that conflict or could be interpreted to conflict with this attachment are nullified.

2.   **Kansas Law and Venue**:   This contract shall be subject to, governed by, and construed according to the laws of the State of Kansas, and jurisdiction and venue of any suit in connection with this contract shall reside only in courts located in the State of Kansas.

3.   **Termination Due to Lack of Funding Appropriation or Budget Rescission or Allotment**:   If, in the judgment of the Director of Accounts and Reports, Department of Administration, sufficient funds are not appropriated to continue the function performed in this agreement and for the payment of the charges hereunder, State may terminate this agreement at the end of its current fiscal year. State agrees to give written notice of termination to contractor at least 30 days prior to the end of its current fiscal year, and shall give such notice for a greater period prior to the end of such fiscal year as may be provided in this contract, except that such notice shall not be required prior to 90 days before the end of such fiscal year. If, in the judgment of the Secretary of the state agency party, as a result of a budget rescission ordered by the Governor, or a budget allotment ordered by the Secretary of Administration, insufficient funds remain to support the function performed in this agreement and for payment of charges hereunder, State may terminate this agreement upon giving 30 days' written notice. In the event of termination due to any circumstance set forth above, Contractor shall have the right to take possession of any equipment provided State under the contract, upon the effective date of termination. State will pay to the contractor all regular contractual payments incurred up to the effective date of termination, plus contractual charges, if any, incidental to the return of any such equipment. Upon termination of the agreement by the State, title to any such equipment shall revert to the contractor upon the effective date of termination. The termination of the contract pursuant to this paragraph shall not cause any penalty to be charged to the agency or the contractor.

4.   **Disclaimer Of Liability**:   No provision of this contract will be given effect that attempts to require the State of Kansas or its agencies to defend, hold harmless, or indemnify any contractor or third party for any acts or omissions. The liability of the State of Kansas is defined under the Kansas Tort Claims Act (K.S.A. 75-6101 et seq.).

5.   **Anti-Discrimination Clause**:   The contractor agrees: (a) to comply with the Kansas Act Against Discrimination (K.S.A. 44-1001 et seq.) and the Kansas Age Discrimination in Employment Act (K.S.A. 44-1111 et seq.) and the applicable provisions of the Americans With Disabilities Act (42 U.S.C. 12101 et seq.) (ADA) and to not discriminate against any person because of race, religion, color, sex, disability, national origin or ancestry, or age in the admission or access to, or treatment or employment in, its programs or activities; (b) to include in all solicitations or advertisements for employees, the phrase "equal opportunity employer"; (c) to comply with the reporting requirements set out at K.S.A. 44-1031 and K.S.A. 44-1116; (d) to include those provisions in every subcontract or purchase order so that they are binding upon such subcontractor or vendor; (e) that a failure to comply with the reporting requirements of (c) above or if the contractor is found guilty of any violation of such acts by the Kansas Human Rights Commission, such violation shall constitute a breach of contract and the contract may be cancelled, terminated or suspended, in whole or in part, by the contracting state agency or the Kansas Department of Administration; (f) if it is determined that the contractor has violated applicable provisions of ADA, such violation shall constitute a breach of contract and the contract may be cancelled, terminated or suspended, in whole or in part, by the contracting state agency or the Kansas Department of Administration.

Contractor agrees to comply with all applicable state and federal anti-discrimination laws.

The provisions of this paragraph number 5 (with the exception of those provisions relating to the ADA) are not applicable to a contractor who employs fewer than four employees during the term of such contract or whose contracts with the contracting State agency cumulatively total $5,000 or less during the fiscal year of such agency.

6.   **Acceptance Of Contract**:   This contract shall not be considered accepted, approved or otherwise effective until the statutorily required approvals and certifications have been given.

7.   **Arbitration, Damages, Warranties**:   Notwithstanding any language to the contrary, no interpretation of this contract shall find that the State or its agencies have agreed to binding arbitration, or the payment of damages or penalties. Further, the State of Kansas and its agencies do not agree to pay attorney fees, costs, or late payment charges beyond those available under the Kansas Prompt Payment Act (K.S.A. 75-6403), and no provision will be given effect that attempts to exclude, modify, disclaim or otherwise attempt to limit any damages available to the State of Kansas or its agencies at law, including but not limited to the implied warranties of merchantability and fitness for a particular purpose.

8.   **Representative's Authority To Contract**:   By signing this contract, the representative of the contractor thereby represents that such person is duly authorized by the contractor to execute this contract on behalf of the contractor and that the contractor agrees to be bound by the provisions thereof.

9.   **Responsibility For Taxes**:   The State of Kansas and its agencies shall not be responsible for, nor indemnify a contractor for, any federal, state or local taxes which may be imposed or levied upon the subject matter of this contract.

10.   **Insurance**:   The State of Kansas and its agencies shall not be required to purchase any insurance against loss or damage to property or any other subject matter relating to this contract, nor shall this contract require them to establish a "self-insurance" fund to protect against any such loss or damage. Subject to the provisions of the Kansas Tort Claims Act (K.S.A. 75-6101 et seq.), the contractor shall bear the risk of any loss or damage to any property in which the contractor holds title.

11.   **Information**:   **No provision of this contract shall be construed as limiting the Legislative Division of Post Audit from having access to information pursuant to K.S.A. 46-1101 et seq.**

12.   **The Eleventh Amendment**:   "The Eleventh Amendment is an inherent and incumbent protection with the State of Kansas and need not be reserved, but prudence requires the State to reiterate that nothing related to this contract shall be deemed a waiver of the Eleventh Amendment."

EXHIBIT - C

13. **Campaign Contributions / Lobbying:** Funds provided through a grant award or contract shall not be given or received in exchange for the making of a campaign contribution. No part of the funds provided through this contract shall be used to influence or attempt to influence an officer or employee of any State of Kansas agency or a member of the Legislature regarding any pending legislation or the awarding, extension, continuation, renewal, amendment or modification of any government contract, grant, loan, or cooperative agreement.

14. **Compliance with Prison Rape Elimination Act (PREA):** The contractor agrees to comply with all applicable provisions of the Prison Rape Elimination Act of 2003 (42. U.S.C. §§ 15601, et seq.), as amended from time to time, and National PREA Standards promulgated by the Attorney General of the United States, under authority of that Act, found at 28 CFR Part 115, as amended from time to time. The contractor further agrees to comply with all applicable administrative policies and procedures of the Kansas Department of Corrections and its facilities, dealing with the subject matter of sexual abuse or sexual harassment of inmates or juvenile residents.

# KUMC Contract Extension

**Final Audit Report** 2022-09-14

*EXHIBIT-C*

| | |
|---|---|
| Created: | 2022-09-06 |
| By: | Nancy Burghart (Nancy.Burghart@ks.gov) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA2hRrA2PXPTCX9YU-txPxn480E3xUv953 |

## "KUMC Contract Extension" History

Document created by Nancy Burghart (Nancy.Burghart@ks.gov)
2022-09-06 - 7:32:08 PM GMT

Document emailed to Keith Bradshaw (keith.bradshaw@ks.gov) for signature
2022-09-06 - 7:35:58 PM GMT

Email viewed by Keith Bradshaw (keith.bradshaw@ks.gov)
2022-09-06 - 7:37:51 PM GMT

Document e-signed by Keith Bradshaw (keith.bradshaw@ks.gov)
Signature Date: 2022-09-06 - 7:38:30 PM GMT - Time Source: server

Document emailed to Janelle Amon (janelle.amon@ks.gov) for signature
2022-09-06 - 7:38:32 PM GMT

Email viewed by Janelle Amon (janelle.amon@ks.gov)
2022-09-07 - 4:52:51 PM GMT

Document e-signed by Janelle Amon (janelle.amon@ks.gov)
Signature Date: 2022-09-07 - 4:53:07 PM GMT - Time Source: server

Document emailed to Natasha Carter (Natasha.Carter@ks.gov) for signature
2022-09-07 - 4:53:09 PM GMT

Email viewed by Natasha Carter (Natasha.Carter@ks.gov)
2022-09-08 - 4:28:26 PM GMT

Document e-signed by Natasha Carter (Natasha.Carter@ks.gov)
Signature Date: 2022-09-08 - 4:29:55 PM GMT - Time Source: server

Document emailed to Jeff Zmuda (jeff.zmuda@ks.gov) for signature
2022-09-08 - 4:29:57 PM GMT

 Adobe Acrobat Sign

Email viewed by Jeff Zmuda (jeff.zmuda@ks.gov)
2022-09-14 - 6:18:53 PM GMT

EXHIBIT-C

Document e-signed by Jeff Zmuda (jeff.zmuda@ks.gov)
Signature Date: 2022-09-14 - 6:19:19 PM GMT - Time Source: server

Agreement completed.
2022-09-14 - 6:19:19 PM GMT

**Adobe Acrobat Sign**

*EXHIBIT-C
IN ENTIRETY*

# INTERAGENCY SERVICES AGREEMENT

This Interagency Services Agreement ("Agreement") is made and entered into as of the 1st day of July, 2015, by and between the Department of Corrections of the State of Kansas ("KDOC") and the University of Kansas on behalf of its Medical Center ("Medical Center").

WHEREAS, KDOC, as part of the criminal justice system, contributes to the public safety by exercising reasonable, safe, secure, and humane control of offenders while actively encouraging and assisting them to become law abiding citizens; and

WHEREAS, as part of that mission, KDOC or its contractors provide medical care to its incarcerated population; and

WHEREAS, KDOC desires independent and objective review and management of the medical care provided; and

WHEREAS, Medical Center, an educational institution of the state of Kansas, desires to provide services of its employees to provide the medical management and quality assurance services described in this Agreement ("Services").

NOW, THEREFORE, in consideration of the mutual promises herein contained, the parties have agreed and do hereby enter into this Agreement according to the provisions set forth herein:

1.  **Services**

    a.  Medical Center will provide to KDOC the personnel listed on Exhibit A, attached hereto and incorporated herein ("Personnel"). Personnel will be provided as long as the positions are funded by KDOC as agreed to in the annual budget.

    b.  KDOC may participate in the selection of Personnel filling the positions listed on Exhibit A and Personnel selected to fill these positions will be subject to KDOC's approval.

{L0042632.5 }Page **1** of **11**

c.    KDOC and Medical Center will mutually agree upon the job descriptions and duties for each of the positions listed on Exhibit A.  The job descriptions will require the personnel to comply with all applicable rules and regulations, Internal Management Policies and Procedures, and General Orders of KDOC that are generally applicable. KDOC agrees to provide all applicable rules and regulations, Internal Management Policies and Procedures, and General Orders of KDOC to the personnel.

d.    The Director of Health Care Services is the KDOC administrative health authority and is authorized to approve all policies related to the medical care of inmates. This Authority in no way usurps the clinical responsibilities of the KDOC's Health Care Vendor's Clinical Health Authority.

e.    Medical Center will provide twenty (20) hours per week of Services provided by physicians in Topeka, Kansas and five (5) hours per week of on-call services.

f.    Medical Center will provide KDOC with access to specialists at the Medical Center for purposes of providing expertise on issues where KDOC believes the opinion or advice of a specialist in a particular field would be assistance to KDOC.  In most instances such access would take the form of a record, policy or procedure review.  Appropriate consultation fees will be paid to Medical Center from funds authorized through this Agreement if onsite consultation is necessary.

g.    Medical Center may provide Services through a subcontract with an entity qualified and competent to provide such services, subject to written approval by KDOC.

h.    The parties agree that the Services provided pursuant to this Agreement by physicians and Personnel are not medical or patient care but administrative services.

**2.    Compensation**

a.    The parties will work together to formulate and approve a budget that includes but is not limited to the following: salary and fringe benefits of Personnel; costs of continuing education and education materials; physician Services; consultation services provided pursuant to Section 1.f; equipment needed to perform job responsibilities; family medicine fee; and per diem and travel expenses.

KDOC agrees that the following expenses will be increased each year by the amount of any increase in the consumer price index (CPI): Medical Care Services as published for the month of March each year.

b. The parties may increase the budget upon mutual written agreement for unforeseen circumstances or to provide additional services prior to such expenditure being incurred.

c. Medical Center will bill KDOC for consultation services detailed in Section 1.f. and actual expenses incurred. Total compensation by KDOC will not exceed the amount in Exhibit B for the current term.

d. Medical Center will bill KDOC for one twelfth (1/12) of the budgeted amount in Exhibit B by the tenth (10th) day of each month for the Services provided during the current month. KDOC will process the billing statement for payment as soon as possible after receipt but not later than thirty (30) days after receipt.

3. **Responsibilities of KDOC**

a. The Personnel will have access to state vehicles on the same basis as KDOC employees.

b. KDOC will furnish necessary office space, supplies, and telephone support. Any property acquired pursuant to this Agreement will be and remain the property of KDOC.

c. KDOC through the Secretary, Deputy Secretary, or designee will make all financial decisions related to this Agreement and the agreement to provide medical care to inmates.

4. **Term and Termination**

a. This Agreement will be in effect from July 1, 2015 to June 30, 2016. This Agreement will automatically renew from year to year unless either party notifies the other, in writing, thirty (30) days or more in advance of the expiration date of an intent to not renew the Agreement.

b. This Agreement may be terminated by either party at any time upon ninety (90) days' written notice.

c. In the event this Agreement is terminated, all finished or unfinished documents, data, studies, and reports prepared pursuant to this Agreement will become the property of KDOC.

5. **Insurance and Indemnification**

   a.    Neither party assumes or accepts any liability for the acts or failure to act, professionally or otherwise, of agents or employees of the other party.

   b.    Medical Center agrees that KDOC will not be responsible for claims, expenses, damages, or liability for personal injury or damage to property, real or personal, directly or indirectly, arising from the negligent or wrongful act of Medical Center, its officers, employees, agents, and volunteers. Claims against Medical Center may be pursued in accordance with the provisions of the Kansas Tort Claims Act, K.S.A. 75-6101 et seq. *7-yrs indemnification claim can still file against Ka worsley- Shawnee outline*

   c.    KDOC agrees that Medical Center will not be responsible for claims, expenses, damages, or liability for personal injury or damage to property, real or personal, directly or indirectly arising from the negligent or wrongful act of KDOC, its officers, employees, agents, or volunteers. Claims against KDOC may be pursued in accordance with the provisions of the Kansas Tort Claims Act, K.S.A. 75-6101 et seq. *There is a 7yr window of opportunity to file the tort claim due to evidence by law in State Court*

6. **Status of the Parties**

   a.    Nothing herein is intended to create the relationship of joint venture, partner, or agent and principal, of any party to the other nor any right to govern or control the operations of the other party. Each party will be and remain independent and responsible for its own acts and those of its own employees. Each party will be solely responsible for the payment of all salaries, wages, withholding, and benefits for its own employees.

7. **Records**

   a.    KDOC owns and has the right of control of all reports, records and supporting documents prepared in connection with the provisions of services under this agreement. Medical Center has the right to access and copy such reports, records, and supporting documentation. Immediately upon expiration or termination of this Agreement, all such records and files will be delivered to the KDOC; however, Medical Center may retain a copy.

8.      **Audit**

a.      Neither party to this Agreement will prohibit or prevent the Legislative Division of Post Audit from having access pursuant to K.S.A. 46-1101 et seq. to any records, documents, or other information, confidential or otherwise, regarding or relating to the execution and/or performance of this Agreement.

9.      **Prison Rape Elimination Act Requirements**

Medical Center shall at all times comply with the National Standards promulgated under the Prison Rape Elimination Act (42 U.S.C. § 15601, et seq.), which are found at 28 CFR 115.5 to 115.93, inclusive, and the provisions of KDOC Internal Management Policy and Procedure (IMPP) 10-103, in regard to any of its employees who have or may reasonably be expected to have contact with inmates in delivering services and/or goods pursuant to this Agreement.

In particular, Medical Center shall:

(a)      Prior to the hiring of any employee reasonably expected to have contact with inmates, submit name and necessary identifying information to the KDOC for a criminal background check, as required by 28 CFR 115.17; and also shall inquire of prospective hires and employees considered for promotion as to their involvement in any prior events involving sexual misconduct set forth at subsection (a) thereof, also per 28 CFR 115.17;

(b)     promptly make its employees available for orientation and periodic training provided by KDOC in regard to the obligations and requirements imposed by said Act and National Standards, as required by 28 CFR 115.32 and IMPP 10-103, Sec. II;

(c)     promptly make available upon request to KDOC in any sexual abuse incident review conducted pursuant to 28 CFR 115.86 in which any of Medical Center's employees is involved as the target of the investigation and review, or witness thereto, any of its employees for interview by the Sexual Abuse Incident Review Board, as well as any pertinent records regarding the incident in question; and

(d)     promptly make available upon request any records necessary for KDOC to meet the requirements for data collection, review for corrective action, and audits, as set forth at 28 CFR 115.87, 115.88, 115.93.

Medical Center further acknowledges that KDOC must bar any employee of Medical Center found to have engaged in sexual abuse from its facilities' premises, as well as report any such employee to law enforcement agencies and relevant licensing bodies, and that KDOC otherwise must take appropriate remedial measures in response to any violation of its sexual abuse or sexual harassment policies, as set forth at CFR 115.77.   Medical Center further acknowledges and agrees that KDOC, in its sole discretion, may bar any employee of Medical Center under investigation for alleged sexual abuse or sexual harassment during the investigation.

10.     **Miscellaneous**

a.       This Agreement is subject to the provisions in the Contractual Provisions Attachment (Form DA-146a) which is attached hereto as Exhibit C and hereby incorporated in to and made part of this Agreement.

b.       As one primary purpose of the Medical Center is to provide for the professional education of various health professionals, students and intern/residents in the various professional schools will be permitted to participate in KDOC's programs and activities, with proper supervision, under arrangements mutually agreed upon by KDOC and Medical Center.

c.       This Agreement constitutes the entire understanding among the Parties hereto regarding the subject matter of this Agreement.  Any prior agreements, promises, negotiations, oral or written, not expressly set forth herein which relate to the subject matter of this Agreement are of no force or effect.

d.       No waiver of a breach of any provision of this Agreement will be construed to be a waiver of any breach of any other provision of this Agreement or of any succeeding breach of the same provision.  No delay in acting with regard to any breach of any provision of this Agreement will be construed to be a waiver of such breach.

e.       This Agreement shall be governed by and construed under the laws of the State of Kansas.

f.       All notices required under the terms of this Agreement shall be given and shall be complete upon personal delivery or upon mailing such notices by certified or registered mail, return receipt requested to the address of the Party as shown below, or to such other address as may be designated in writing.  Notice of change of address shall be given in the same manner, but shall only be deemed given upon receipt of the notice.

To KDOC:     Ray Roberts                To Medical Center:     Robert Simari, M.D.
             Secretary                                         Executive Dean
             Kansas Depart of Corrections                      KU Medical Center

714 SW Jackson, 3rd Floor                         3901 Rainbow Blvd,

Topeka, Kansas 66603                              Kansas City, Ks 66160

g.      Medical Center may assign this Agreement to another party upon written notice

to and approval by the KDOC.

h.      If any provision of this Agreement is, or is adjudged as, unlawful or contrary to

public policy, then that provision will be deemed null and void and severable from the remaining

provisions of this Agreement, and in no way will affect the validity of this Agreement.

i.      This Agreement may be executed in any number of counterparts, each of which

will be treated as an original, but all of which collectively constitutes a single agreement; facsimile and/or

portable document format (PDF) to be accepted as original and legally binding.

j.      This Agreement will not confer any benefit or rights upon any person other than

the parties hereto and no other third party will be entitled to enforce any obligation, responsibility or

claim of any party to this Agreement.

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed on the day and

year first above-mentioned.

State of Kansas Department of Corrections          University of Kansas Medical Center

Ray Roberts                                        Robert D. Simari, MD
Secretary of Corrections                           Executive Dean KU School of Medicine

EXHIBIT A

PERSONNEL

Positions

1. One (1) Director

2. Three (3) Senior Coordinators Exempt

3. Three (3) Program Administrators

4. One (1) Administrative Officer

5. One (1) Program Director

6. (.60 FTE) Physician

EXHIBIT B

COMPENSATION

Total compensation to Medical Center for Services and personnel provided July 1, 2015 to June 30, 2016 is budgeted for and will not exceed: $1,742,851.00.

## INTERAGENCY SERVICES AGREEMENT

### Amendment No. 1

This Interagency Services Agreement Amendment ("Amendment") is made and entered into as of the 1st day of July, 2016, by and between the Department of Corrections of the State of Kansas ("KDOC") and the University of Kansas on behalf of its Medical Center ("Medical Center").

WHEREAS, the parties entered into an Interagency Services Agreement ("Agreement") for Oversight and Management of the Health Care Division Services for the Kansas Department of Corrections  dated July 1, 2015; and,

a.  All terms and conditions of the Original Agreement dated July 1, 2015 shall remain in full force and effect except as specifically amended herein;

b.  **Services**

1.0 FTE Senior Coordinator Position will be removed. 1.0 Master's Psychologist Position will be added in its place as outlined in Exhibit A attached.  There will be no additional Funding for these Staffing Changes.

c.  **Compensation**

The Total Not to Exceed Compensation shall be increased by 2.3% as outlined in Exhibit B attached.

**State of Kansas Department of Corrections**

Joe Norwood

Secretary of Corrections

**University of Kansas Medical Center**

Robert D. Simari, MD

Executive Dean KU School of Medicine

EXHIBIT C

State of Kansas
Department of Administration
DA-146a (~~Rev. 06-12~~)
(Rev. 07-13)

EXHIBIT A

PERSONNEL

Positions

1. One (1) Director

2. Two (2) Senior Coordinators Exempt

3. Three (3.0) RN Program Administrators

4. One (1) Administrative Officer

5. One (1) Mental Health Program Director

6. One (1) Psychologist

7. (.60 FTE) Physician

EXHIBIT B

COMPENSATION

Total compensation to Medical Center for Services and personnel provided July 1, 2016 to June 30, 2017 is budgeted for and will not exceed $1,782,936.00.

## INTERAGENCY SERVICES AGREEMENT

### Amendment No. 2

This Interagency Services Agreement Amendment No.2 ("Amendment") is made and entered into as of the 1st day of July, 2017, by and between the Department of Corrections of the State of Kansas ("KDOC") and the University of Kansas on behalf of its Medical Center ("Medical Center").

WHEREAS, the parties entered into an Interagency Services Agreement ("Agreement") for Oversight and Management of the Health Care Division Services for the Kansas Department of Corrections dated July 1, 2015; Amendment No 1 dated July 1, 2016; and,

WHEREAS, the parties desire and agree to amend certain provisions of the Agreement to expand the Services by adding Personnel as set forth herein.

a. All terms and conditions of the Original Agreement dated July 1, 2015; and Amendment No 1 dated July, 2016 shall remain in full force and effect except as specifically amended herein;

b. **Services**

Exhibit A of the Agreement is hereby replaced with the new Exhibit A attached hereto. The parties acknowledge and agree that KUMC has a separate Interagency Service Agreement with KDADS dated August 15, 2017 as amended, in which a Director for Health Care Services ("Director of HCS") performs certain monitoring and management services. The parties acknowledge and agree that the Mental Health Program Director listed in Exhibit A and the Director of HCS will each be allowed to share in the oversight of the other person's monitoring and management services as part of their duties under their respective interagency Service Agreements not to exceed five percent of their total FTE allocated time for each position. No additional compensation will be paid for these shared services.

c. **Compensation**

The Total Not to Exceed Compensation shall be increased by 3.1% as outlined in the new Exhibit B attached hereto which is replacing Exhibit B of the Agreement.

*[Signature Page Follows]*

**State of Kansas Department of Corrections**     **University of Kansas Medical Center**

Joe Norwood

Secretary of Corrections

Robert D. Simari, MD

Executive Dean KU School of Medicine

EXHIBIT B

COMPENSATION

Total compensation to Medical Center for Services and personnel provided July 1, 2017 to June 30, 2018 is budgeted for and will not exceed $1,843,556.00.

## INTERAGENCY SERVICES AGREEMENT

### Amendment No. 3

This Interagency Services Agreement Amendment No. 3 ("Amendment") is made and entered into as of the 1st day of July 2018, by and between the Department of Corrections and the State of Kansas ("KDOC") and the University of Kansas on behalf of its Medical Center ("Medical Center").

WHEREAS, the parties entered into an Interagency Services Agreement ("Original Agreement") for Oversight and Management of the Health Care Division Services for the KDOC dated July 1, 2015; Amendment No. 1 dated July 1, 2016; Amendment No. 2 dated July 1, 2017; and

WHERES, the parties have agreed to amend the Agreement as follows:

1. Section 2(c) is deleted in its entirety and replaced with "[Intentionally Omitted]".
2. Section 2(d) is hereby amended to state: Medical Center will invoice KDOC for actual expenses incurred and for total services performed during the preceding month, to include any family medicine fee and any consultation services provided in accordance with Section 1(f). KDOC will process the invoice for payment as soon as possible after receipt but no later than thirty (30) days after receipt. Medical Center agrees to furnish documentation of expenditures incurred if requested by KDOC. Total compensation shall not exceed the amount in Exhibit B for the current term.
3. Exhibit A is deleted in its entirety and replaced with the new Exhibit A attached hereto.

4. Exhibit B is hereby amended to state: Total compensation to Medical Center for Services and personnel provided July 1, 2018 to June 30, 2019 will not exceed $1,882,271.

5. All other terms and conditions of the Original Agreement dated July 1, 2015 and all subsequent amendments shall remain in full force and effect.

IN WITNESS WHEREOF, the parties hereto have caused this Amendment No. 3 to be executed by their duly authorized representatives the day and year indicated below.

**Kansas Department of Corrections**

JL Norwood, Secretary

Date: 6/12/18

**University of Kansas**

Robert D. Simari, MD
Executive Dean KU School of Medicine
University of Kansas Medical Center

Date: 6/19/18

EXHIBIT A PERSONNEL

One (1) FTE: Director
Two (2) FTEs: Senior Coordinators (Exempt)
Three (3) FTEs: RN Program Administrator
One (1) FTE: Administrative Officer
One (1) FTE: Mental Health Program Director
.60 FTE: Physician

Attachment A, IMPP 01-105
Effective 07-28-06

DEPARTMENT OF CORRECTIONS
CONTRACT REVIEW

- Purpose of Contract: _____ KUMC amendment

- Specific Budget Item: __X__ Yes ___ No

- Program/Subprogram to be charged: _____ Medical

- Date Required for Execution: ASAP

- Staff Member Requesting Contract: Keith Bradshaw

APPROVALS:

Deputy Secretary:       (X) Approve                    ( ) Disapprove
                        ( ) Hold For Information  ( ) Revision Required
COMMENTS:

No change in pricing; adjusting staffing
Due to retirement and reallocation of
duites                              _____   __11/7/18__
                                     Deputy Secretary              Date

Director of Fiscal Management & Budget:   (X) Approve           ( ) Disapprove
                                          ( ) Hold For Information  ( ) Revision Required
COMMENTS:

                                     _____   __11/7/18__
                                     Director of Fiscal Management and Budget   Date

Chief Legal Counsel:   (X) Approve              ( ) Disapprove
                       ( ) Hold For Information ( ) Revision Required
COMMENTS:

                                     _____   __11/7/18__
                                     Chief Legal Counsel           Date

All above approvals are required prior to the contract being submitted to the Secretary of Corrections for execution.

Secretary of Corrections:        Approve_____✓_____

                                 Disapprove_____

COMMENTS:

                                     _____   __11/9/18__
                                     Signature                     Date

Form #01-105-001

## INTERAGENCY SERVICES AGREEMENT
### Amendment No. 4

This Interagency Services Agreement Amendment No. 4 ("Amendment No. 4") is made and entered into as of the ___ day of November, 2018 ("Amendment No. 4 Effective Date"), by and between the Department of Corrections of the State of Kansas ("KDOC") and the University of Kansas on behalf of its Medical Center ("Medical Center"), collectively referring to herein as the "Parties."

**WHEREAS**, the Parties entered into an Interagency Services Agreement for Oversight and Management of the Health Care Division Services for the Kansas Department of Corrections dated July 1, 2015, and amended July 1, 2016, July 1, 2017, and July 1, 2018 ("Agreement"); and

**WHEREAS**, the Parties desire and agree to amend certain provisions of the Agreement as set forth herein.

**NOW, THEREFORE**, for and in consideration of the mutual promises of the Parties in this Amendment, as well as other good and valuable consideration, the receipt of which is hereby acknowledged, the Parties agree as follows:

1. Exhibit A is deleted in its entirety and replaced with the new Exhibit A attached hereto.

2. Except as otherwise provided herein, all terms and conditions of the Agreement shall remain in full force and effect.

**IN WITNESS WHEREOF**, the duly designated representatives of the Parties have executed this Amendment No. 4 to be effective as of the Amendment No. 4 Effective Date.

STATE OF KANSAS DEPARTMENT OF
CORRECTIONS

Joe Norwood
Secretary of Corrections

UNIVERSITY OF KANSAS

Robert D. Simari, MD
Executive Dean, KU School of Medicine

EXHIBIT A PERSONNEL

One (1) FTE: Director
Two (2) FTEs: Senior Coordinators (Exempt)
Two (2) FTEs: RN Program Administrator
One (1) FTE: Program Administrator Social Work
One (1) FTE: Administrative Officer
One (1) FTE: Mental Health Program Director
One (1) FTE Psychologist
.60 FTE: Physician

## INTERAGENCY SERVICES AGREEMENT

**Amendment No. 5** This Interagency Services Agreement Amendment No. 5 ("Amendment No. 5) is made and entered into as of the 1st day of July, 2019 ("Amendment No. 5 Effective Date"), by and between the Department of Corrections of the State of Kansas ("KDOC") and the University of Kansas on behalf of its Medical Center ("Medical Center"), collectively referring to herein as the "Parties."

**WHEREAS,** the Parties entered into an Interagency Services Agreement for Oversight and Management of the Health Care Division Services for the Kansas Department of Corrections dated July 1, 2015 and amended July 1, 2016, July 1, 2017, July 1, 2018, and November 1, 2018 ("Agreement"); and

**WHEREAS,** the Parties desire and agree to amend certain provisions of the Agreement as set forth herein.

**NOW, THEREFORE,** for and in consideration of the mutual promises of the Parties in this Amendment, as well as other good and valuable consideration, the receipt of which is hereby acknowledged, the Parties agree as follows:

1. The Parties agree that "Services" as such term is used in the Agreement shall be interpreted to include the list of services attached to this Amendment No. 5 as Attachment 1, to satisfy the requirements of Section II.2 of the Memorandum of Understanding among KDOC, Medical Center, and the Kansas Department of Health and Environment bearing the header "KDHE2019-058".

2. The Parties agree to add a 0.5 RN Program Administrator for a total of 2.5 FTE and reduce the Administrative Officer from 1.0 FTE to 0.5 FTE. Exhibit A is deleted in its entirety and replaced with the new Exhibit A attached hereto.

3. The Parties acknowledge and agree that, as a result of the personnel adjustments referenced above, the total not-to-exceed compensation, as outlined in Exhibit B of the Agreement for the period of July 1, 2019 through June 30, 2020 is reduced to $1,820,833.

4. Except as otherwise provided herein, all terms and conditions of the Agreement shall remain in full force and effect.

**IN WITNESS WHEREOF,** the duly designated representatives of the Parties have executed this Amendment No. 5 to be effective as of the Amendment No. 5 Effective Date.

STATE OF KANSAS DEPARTMENT OF
CORRECTIONS

~~Roger Werholtz~~ *Charles Simmons*
*Acting* Secretary of Corrections

UNIVERSITY OF KANSAS

Robert D. Simari, MD
Executive Dean, KU School of Medicine

[L0069473.2 ]

EXHIBIT A

PERSONNEL

Positions

1. One (1) Director

2. Two (2) Senior Coordinators Exempt

3. One (1) Social Worker/Medicaid Coordinator

4. Two and half (2.5) RN Program Administrators

5. Half (0.5) Administrative Officer

6. One (1) Mental Health Program Director

7. One (1) Psychologist

8. (0.6) Physician

EXHIBIT B

COMPENSATION

Total compensation to Medical Center for Services and Personnel provided July 1, 2019 to June 30, 2020 is budgeted for and will not exceed $1,820,833.40

**BUDGET:**

| | |
|---|---|
| Salaries | $1,074,495.00 |
| Benefits @ 32% | $  343,838.40 |
| | |
| Subtotal: | $1,418,33.40 |
| | |
| KUMC Administration Fees & Costs: | $  175,000.00 |
| Legal Fees: | $   50,000.00 |
| Computer Equipment: | $   15,000.00 |
| CME/Education: | $   22,500.00 |
| Travel: | $  120,000.00 |
| Office Supplies: | $   20,000.00 |
| | |
| Total: | $1,820,833.40 |

{L0069473.2 }

ATTACHMENT 1

*Summary of Services provided by the KDOC/KUMC Inmate Medicaid Program Administrator (IMPA)*

1) The IMPA monitors and tracks all inmate hospitalization (24 hours or longer).
2) KUMC reviews and monitors all inmate hospitalizations to see if KDHE Medicaid requirements have been met.
3) Once requirements have been met, The IMPA sends an application request the correctional facility's UM nurse(s) and reviews to ensure that the appropriate facility staff obtain the appropriate information and signatures on the application.
4) The IMPA submits all applications/forms with supporting medical documentation if indicated to the KDHE clearinghouse.
5) The IMPA tracks all claim denials and approvals and makes the appropriate KDOC and Medical contractor staff aware of these claim decisions.
6) The IMPA actively coordinates with KDHE, KDOC, and the medical contractor to ensure all necessary requirements are met. In addition, The IMPA maintains that any medical billing issues between community providers and the medical contractors are resolved according to the RFP (Medical Services Contract) and KDOC guidelines.
7) The IMPA maintains that the services being provided by KUMC are administrative in nature and at no time will direct services be administered to patients.

*KDOC/KUMC Inmate Medicaid Program Administrator* **(IMPA):**
1) IMPA receives an automated email from the medical contractor containing a daily report on current inmates hospitalized in Kansas greater than 24 hours. The IMPA will track all hospital stays being applied for Medicaid.
2) KUMC will implement a review of the hospital stay and the electronic medical record (EMR) to insure the inmate meets KDHE eligibility requirements as follows:

A) Reviews inmate's assets to determine finical requirements for eligibility, the inmate's financial status and must meet accessible assets under $2,000.00. This documentation is obtained from KDOC banking and reviewed to determine if applicant will meet requirement. If amount is over $2,000.00, the case will be terminated for the hospital event.
B) If the inmate is a United States citizen, the case will be reviewed and place of birth will be verified in OMIS. If Inmate is not a United States citizen, the case is terminated. Inmates born in Kansas can be verified by KDHE database. If further proof of citizen is needed the **IMPA** will obtain the necessary documentation.
C) KDOC/KUMC **IMPA** will determine if all requirements have been met. An email is sent to the correctional site facility Utilization Management (UM) Nurse and the regional UM manager to assist the inmate in filling out the ES 3100.1 or Heath Wave (pregnant inmates only) form ES 3100.1a and HIPPA (ROI) forms. Once the forms are completed the correctional facility UM nurse will scan the application forms and email them to the **IMPA.**
D) The **IMPA** has 90 days to submit an inmate application – from first day of Date of Service (DOS) on any qualifying hospitalization.
E) A KDHE checklist form is started for KDOC and the KDHE clearing house. This tracks the applications progress.

{L0069473.2 }

F) Scanned copies of the applications ES 3100. ES3100.1a and HIPPA (ROI) forms will be sent from the site UM Nurse to the **IMPA.** It will be reviewed and co-signed by the **IMPA** as a representative of the Kansas Department of Corrections.  Copies are made and placed in a patient file.

G) KDHE PMDT ES-3901, ES-3903, ES-3904 forms will be filled out by the IMPA if the inmate is under the age of 65, is disabled for 12 months or longer, and has not been processed in the past year. Inmates over sixty-four (64) and under eighteen (18) are exempted from PMDT evaluation.

    a.  The **IMPA** will provide KDHE a copy of medical records as requested by KDHE PMDT.

H) Once KDHE makes a formal request, the **IMPA** will make a copy of the complete Medicaid file and submit to KDHE, along with application form ES3100.1a, ES 3100.1 and the HIPPA (ROI) form.

I) The **IMPA** keeps a running spreadsheet of all cases and their status and will email updates to the medical contract provider weekly. The spreadsheet should summarize any updates including denials, approvals, and new applicants.

J) The **IMPA** keeps release planners aware of applicants. This enables the release planners to coordinate care and release planning with Human Services and Parole offices.

K) The **IMPA** maintains that any medical billing issues between community providers and the medical contractors are resolved according to the RFP (Medical Services Contract).

## INTERAGENCY SERVICES AGREEMENT

**Amendment No. 6** This Interagency Services Agreement Amendment No. 6 ("Amendment No. 6 ) is made and entered into as of the 1st day of July, 2020 ("Amendment No. 6 Effective Date"), by and between the Department of Corrections of the State of Kansas ("KDOC") and the University of Kansas on behalf of its Medical Center ("Medical Center"), collectively referring to herein as the "Parties."

**WHEREAS**, the Parties entered into an Interagency Services Agreement for Oversight and Management of the Health Care Division Services for the Kansas Department of Corrections dated July 1, 2015 and amended July 1, 2016, July 1,2017, July 1, 2018, November 1, 2018 and July 1, 2019 ("Agreement"); and

**WHEREAS**, the Parties desire and agree to amend certain provisions of the Agreement as set forth herein.

**NOW, THEREFORE**, for and in consideration of the mutual promises of the Parties in this Amendment, as well as other good and valuable consideration, the receipt of which is hereby acknowledged, the Parties agree as follows:

1. The Parties agree that the Medical Center will make the following changes to the personnel providing Services as set for the in the Agreement: add a 1.5 RN Program Administrator for a total of 4.0 FTE, no longer provide a Psychologist, and increase the Administrative Officer's time from 0.5 FTE to 1.0 FTE. Because of these personnel adjustments, Exhibit A is deleted in its entirety and replaced with the new Exhibit A attached hereto.

2. The Parties acknowledge and agree that, as a result of the personnel adjustments referenced above, Exhibit B is deleted in its entirety and replaced with the new Exhibit B attached hereto.

3. Except as otherwise provided herein, all terms and conditions of the Agreement shall remain in full force and effect.

**IN WITNESS WHEREOF**, the duly designated representatives of the Parties have executed this Amendment No. 6 to be effective as of the Amendment No. 6 Effective Date.

STATE OF KANSAS DEPARTMENT OF
CORRECTIONS

UNIVERSITY OF KANSAS

_____
Jeff Zmuda
Secretary of Corrections

_____
Akinlolu O. Ojo, MD
Executive Dean, KU School of Medicine

EXHIBIT A

PERSONNEL

Positions

1. One (1) Director

2. Two (2) Senior Coordinators Exempt

3. One (1) Social Worker/Medicaid Coordinator

4. Four (4.0) RN Program Administrators

5. One (1.0) Administrative Officer

6. One (1) Mental Health Program Director

7. (0.6) Physician

EXHIBIT B

COMPENSATION

Total compensation to Medical Center for Services and personnel provided July 1, 2020 to June 30, 2021 is budgeted for and will not exceed: $1,968,716.94

**BUDGET:**

| | |
|---|---|
| Salaries | $1,196,995.00 |
| Benefits @ .32: | $383,038.40 |
| Sub Total: | $1,580,033.40 |
| KUMC Administration Fees & Costs: | $188,683.54 |
| Legal Fees: | $50,000.00 |
| CME/Education: | $22,500.00 |
| Travel | $125,000.00 |
| Office Supplies | $2,500.00 |
| | |
| Total: | $1,968,716.94 |

## INTERAGENCY SERVICES AGREEMENT

**Amendment No. 7** This Interagency Services Agreement Amendment No. 7 ("Amendment No. 7) is made and entered into as of the 1st day of July, 2021 ("Amendment No. 7 Effective Date"), by and between the Department of Corrections of the State of Kansas ("KDOC") and the University of Kansas on behalf of its Medical Center ("Medical Center"), collectively referring to herein as the "Parties."

**WHEREAS**, the Parties entered into an Interagency Services Agreement for Oversight and Management of the Health Care Division Services for the Kansas Department of Corrections dated July 1, 2015 and amended July 1, 2016, July 1, 2017, July 1, 2018, November 1, 2018, July 1, 2019, and July 1, 2020 ("Agreement"); and

**WHEREAS**, the Parties desire and agree to amend certain provisions of the Agreement as set forth herein.

**NOW, THEREFORE**, for and in consideration of the mutual promises of the Parties in this Amendment, as well as other good and valuable consideration, the receipt of which is hereby acknowledged, the Parties agree as follows:

1. The Parties acknowledge and agree that Exhibit A is attached hereto only for convenience. The terms and conditions of Exhibit A as of the 1st day of July, 2020, remain current and in effect.

2. The Parties acknowledge and agree that Exhibit B is deleted in its entirety and replaced with the new Exhibit B attached hereto.

3. Except as otherwise provided herein, all terms and conditions of the Agreement shall remain in full force and effect.

**IN WITNESS WHEREOF**, the duly designated representatives of the Parties have executed this Amendment No. 7 to be effective as of the Amendment No. 7 Effective Date.

STATE OF KANSAS DEPARTMENT OF
CORRECTIONS

UNIVERSITY OF KANSAS

_____

_____

Jeff Zmuda
Secretary of Corrections

Akinlolu O. Ojo, MD
Executive Dean, KU School of Medicine

EXHIBIT A

PERSONNEL

Positions

1.  One (1.0) Director

2.  Two (2.0) Senior Coordinators Exempt

3.  One (1.0) Social Worker/Medicaid Coordinator

4.  Four (4.0) RN Program Administrators

5.  One (1.0) Administrative Officer

6.  One (1.0) Mental Health Program Director

7.  (0.6) Physician

EXHIBIT B

COMPENSATION

Total compensation to Medical Center for Services and personnel provided July 1, 2021 to June 30, 2022 is budgeted for and will not exceed: $2,021,872.

**BUDGET:**

| | |
|---|---|
| Salaries | $ 1,203,722.35 |
| Benefits @ .32% | $    385,191.15 |
| Sub Total: | $ 1,588,913.50 |
| | |
| KUMC Administration Fees & Costs: | $   193,457.75 |
| Legal Fees: | $     52,500.00 |
| Computer Equipment: | $     20,000.00 |
| CME/Education: | $     28,500.00 |
| Travel: | $   125,000.00 |
| Office Supplies: | $       8,000.00 |
| License & Fees | $       5,500.00 |
| Total: | $ 2,021,871.25 |

## INTERAGENCY SERVICES AGREEMENT

**Amendment No. 7** This Interagency Services Agreement Amendment No. 7 ("Amendment No. 7) is made and entered into as of the 1st day of July, 2021 ("Amendment No. 7 Effective Date"), by and between the Department of Corrections of the State of Kansas ("KDOC") and the University of Kansas on behalf of its Medical Center ("Medical Center"), collectively referring to herein as the "Parties."

**WHEREAS**, the Parties entered into an Interagency Services Agreement for Oversight and Management of the Health Care Division Services for the Kansas Department of Corrections dated July 1, 2015 and amended July 1, 2016, July 1, 2017, July 1, 2018, November 1, 2018, July 1, 2019, and July 1, 2020 ("Agreement"); and

**WHEREAS**, the Parties desire and agree to amend certain provisions of the Agreement as set forth herein.

**NOW, THEREFORE**, for and in consideration of the mutual promises of the Parties in this Amendment, as well as other good and valuable consideration, the receipt of which is hereby acknowledged, the Parties agree as follows:

1. The Parties acknowledge and agree that Exhibit A is attached hereto only for convenience. The terms and conditions of Exhibit A as of the 1st day of July, 2020, remain current and in effect.

2. The Parties acknowledge and agree that Exhibit B is deleted in its entirety and replaced with the new Exhibit B attached hereto.

3. Except as otherwise provided herein, all terms and conditions of the Agreement shall remain in full force and effect.

**IN WITNESS WHEREOF**, the duly designated representatives of the Parties have executed this Amendment No. 7 to be effective as of the Amendment No. 7 Effective Date.

STATE OF KANSAS DEPARTMENT OF
CORRECTIONS

UNIVERSITY OF KANSAS

Jeff Zmuda
Secretary of Corrections

Akinlolu O. Ojo, MD
Executive Dean, KU School of Medicine

EXHIBIT A

PERSONNEL

Positions

1.   One (1.0) Director

2.   Two (2.0) Senior Coordinators Exempt

3.   One (1.0) Social Worker/Medicaid Coordinator

4.   Four (4.0) RN Program Administrators

5.   One (1.0) Administrative Officer

6.   One (1.0) Mental Health Program Director

7.   (0.6) Physician

EXHIBIT B

COMPENSATION

Total compensation to Medical Center for Services and personnel provided July 1, 2021 to June 30, 2022 is budgeted for and will not exceed: $2,021,872.

**BUDGET:**

| | |
|---|---|
| Salaries | $ 1,203,722.35 |
| Benefits @ .32% | $ 385,191.15 |
| Sub Total: | $ 1,588,913.50 |
| | |
| KUMC Administration Fees & Costs: | $ 193,457.75 |
| Legal Fees: | $ 52,500.00 |
| Computer Equipment: | $ 20,000.00 |
| CME/Education: | $ 28,500.00 |
| Travel: | $ 125,000.00 |
| Office Supplies: | $ 8,000.00 |
| License & Fees | $ 5,500.00 |
| Total: | $ 2,021,871.25 |

Attachment A, IMPP 01-105D
Effective 03-12-15

DEPARTMENT OF CORRECTIONS
CONTRACT REVIEW

Purpose of Contract:  KUMC Contract Extension

Specific Budget Item:          X YES          NO

Program/Subprogram to be charged: Medical

Date Required for Execution:  ASAP

Staff Member Requesting Contract:  Keith Bradshaw

**APPROVALS:**

**Deputy Secretary**    ☒ Approve          ☐ Disapprove
                        ☐ Hold For Information    ☐ Revision Required

COMMENTS:

# fund 1000-0154

*Keith Bradshaw*                              Sep 6, 2022
_____
Deputy Secretary                              Date

**Director of Fiscal Management & Budget**  ☒ Approve      ☐ Disapprove
                                            ☐ Hold For Information    ☐ Revision Required

COMMENTS:

• 

*Janelle Amon*                                Sep 7, 2022
_____
Director of Fiscal Management & Budget        Date

**Chief Legal Counsel**    ☒ Approve          ☐ Disapprove
                           ☐ Hold For Information    ☐ Revision Required

COMMENTS:

• 

*Natasha Carter*                              Sep 8, 2022
Natasha Carter (Sep 8, 2022 11:29 CDT)
_____
Chief Legal Counsel                           Date

All above approvals are required prior to the contract being submitted to the Secretary of Corrections for execution.

**Secretary of Corrections:**    ☐ Approve          ☐ Disapprove

COMMENTS:

*Jeff Zmuda*                                  Sep 14, 2022
Jeff Zmuda (Sep 14, 2022 13:19 CDT)
_____
Signature                                     Date

■

## INTERAGENCY SERVICES AGREEMENT

**Amendment No. 8** This Interagency Services Agreement Amendment No. 8 ("Amendment No. 8) is made and entered into as of the 1st day of July, 2022 ("Amendment No. 8 Effective Date"), by and between the Department of Corrections of the State of Kansas ("KDOC") and the University of Kansas on behalf of its Medical Center ("Medical Center"), collectively referring to herein as the "Parties."

**WHEREAS**, the Parties entered into an Interagency Services Agreement for Oversight and Management of the Health Care Division Services for the Kansas Department of Corrections dated July 1, 2015 and amended July 1, 2016, July 1, 2017, July 1, 2018, November 1, 2018, July 1, 2019, July 1, 2020, and July 1, 2021 ("Agreement"); and

**WHEREAS**, the Parties desire and agree to amend certain provisions of the Agreement as set forth herein.

**NOW, THEREFORE**, for and in consideration of the mutual promises of the Parties in this Amendment, as well as other good and valuable consideration, the receipt of which is hereby acknowledged, the Parties agree as follows:

1. The Parties acknowledge and agree that Exhibit B is deleted in its entirety and replaced with the new Exhibit B attached hereto.

2. Except as otherwise provided herein, all terms and conditions of the Agreement shall remain in full force and effect.

**IN WITNESS WHEREOF**, the duly designated representatives of the Parties have executed this Amendment No. 8 to be effective as of the Amendment No. 8 Effective Date.

STATE OF KANSAS DEPARTMENT OF CORRECTIONS

*Jeff Zmuda*
Jeff Zmuda (Sep 14, 2022 13:19 CDT)

Jeff Zmuda
Secretary of Corrections

UNIVERSITY OF KANSAS

Akinlolu O. Ojo, MD
Executive Dean, KU School of Medicine

EXHIBIT B

COMPENSATION

Total compensation to Medical Center for Services and personnel provided July 1, 2022 to June 30, 2023 is budgeted for and will not exceed: $2,023,514.92

**BUDGET:**

| | |
|---|---|
| Salaries | $ 1,198,458.22 |
| Benefits @ .34% | $ 407,475.80 |
| Sub Total: | $ 1,605,934.02 |
| KUMC Administration Fees & Costs: | $183,955.90 |
| Legal Fees: | $ 55,125.00 |
| Computer Equipment: | $ 10,000.00 |
| CME/Education: | $ 30,000.00 |
| Travel: | $ 125,000.00 |
| Office Supplies: | $ 8,000.00 |
| License & Fees | $ 5,500.00 |
| Total: | $ 2,023,514.92 |

EXHIBIT A

PERSONNEL

Positions

1.  One (1.0) Director

2.  One (1.0) Administrative Assistant

3.  Two (2.0) Senior Coordinators Exempt

    a.  Grievance Coordinator

    b.  Risk Manager

4.  Two (2.0) RN Clinical/Administrators

5.  Three (3.0) Program Administrators

6.  One (1.0) Director of Behavioral Health Services

7.  (0.6) Physician