TO: UNITED STATES DISTRICT COURT
444 S.E. QUINCY 490 U.S. COURTHOUSE
TOPEKA, KANSAS 66683

FROM: RONNIE ALLEN BELLAMY JR.
L.C.F. P.O. BOX 2
LANSING, KANSAS 66043

RE: <u>ACTIVITY, AND ENTRY OF AFFIDAVIT</u>
RE: <u>ACCESS TO COURTS - COMPLIANCE WITH, PACER.GOV,
COURT ORDERS - FILING FEE, CASE NO. 5:23-CV-03051-JWL</u>

## MOTION FOR PRELIMINARY INJUNCTION OR WHATEVER IS NEEDED TO STOP UNLAWFUL ORDERS - UNCONSTITUTIONALITIES

THE ADMINISTRATION IS ATTEMPTING TO STOP PLAINTIFFS LAWSUIT BY <u>REFUSEING TO PROCESS THE PLAINTIFFS FILING FEE BY WAY OF FORCED SAVINGS IMPP04-103, AN APPROVED PROCESS ON FORM 1504a</u>, KNOWN AS ACCOUNT WITHDRAWAL REQUEST - AWR. PLAINTIFF PUT A COPY OF THE <u>PAPER FORM 1504a, WHICH IS THE PLAINTIFFS RECEIPT</u> WITH COPY OF PLAINTIFFS 6-MONTH BANK STATEMENT WHEN PLAINTIFF HAD COMPLAINT E-FILED, DUE TO LEGAL SERVICES FOR PRISONERS CHARLES CAVANEE, REFUSEING TO HELP PLAINTIFF

AND NOT GIVING PLAINTIFF FORMS FOR IN FORMA PAUPERIS, OR MOTION FOR APPOINTMENT OF COUNSEL. AND REFUSEING TO TALK TO PLAINTIFF OR RESPOND TO PLAINTIFF'S PLEA FOR HELP BY WAY OF LETTER. ON FEBRUARY 23RD 2023, BY WAY OF TABLET IN FACILITY WAY OF DOING EVERYTHING E-MAIL ETC... - ACCOUNTING, THE PLAINTIFF FILED COMPLIED WITH COURT MANDATE BY ELECTRONICLY FILLING OUT AND SENDING FORM ELECTRONIC AWR FOR PAYMENT TO THIS COURT IN DETAIL FOR THE FULL AMOUNT OF FILING FEE PLUS THE EXCESS AMOUNT AS IT WILL COME BACK TO PLAINTIFF AND BE IN CASH AVAILABLE ACCOUNT IF NEEDED WHICH ALLOWS FOR UP TO $1,000.00 TO BE SENT AT ANY TIME WANTED FOR ANY REASON BY POLICY. CONFIRMATION # 232018802, DATE 2-23-2023, TIME: 11:09, APPROVED BY LTS MEREDITH, ON THE TABLET, ON THE TABLET RESPONSE SAYS DUE TO AMOUNT THIS HAS TO BE DONE BY - THROUGH A PAPER AWR TRANSACTION, ON FEB 23RD 2023, PLAINTIFF RESPONDED TO COURT ORDER WHICH WAS E-FILED, ON 2-27-2023, WITH PROOF DUE TO LTS REBECKA HALL, NOT BEEING ABLE TO GET ACCOUNTING TO PROCESS PAPER AWR FOR PLAINTIFF TO PAY FILING FEE. PLAINTIFF <u>DOES NOT</u> HAVE SUFFICIENT FUNDS IN CASH AVAILABLE ACCOUNT AND DOES NOT EXPECT TO HAVE. AND IT <u>VIOLATES POLICY IMPP 04-103, NOT TO ALLOW PLAINTIFF TO USE FORCED SAVINGS TO PAY FILING FEE WHERE THERE IS SUFFICIENT FUNDS THIS IS A NON-FRIVOLOUS CLAIM BY LAW</u>

EXHIBIT-5

TO DO SO, AND IT PLACES FURTHER UNDUE HARDSHIP AND CRUEL AND UNUSUAL PUNISHMENT ON PLAINTIFF TO PUT A HOLD-GARNISHMENT ON PLAINTIFFS CASH AVAILABLE BALANCE WHICH ONLY HAS $2.17, AND **NO INCOME** COMING IN.

PLAINTIFF HAS DONE EVERYTHING MANDATED BY THIS COURT AND BY COURT ORDER OF THIS COURT AND JUDGE HONORABLE JOHN W. LUNGSTRUM, UNITED STATES DISTRICT JUDGE.

PLAINTIFF HAS COMPLIED EVERY WAY POSSIBLE BY LAW AND POLICY AND COURT MANDATE TO COMPLY WITH DEADLINE OF MARCH 13, 2023 TO PAY FILING FEE, STATING PLAINTIFFS CASE MAY NOT GO FORWARD UNTIL STATUTORY REQUIREMENT IS MET, AND BE IT NOTED AND ACKNOWLEDGED PLAINTIFF RONNIE ALLEN BELLAMY JR., DID EVERYTHING IN HIS POWER, AND WITH AVAILABLE REMEDIES TO CORRECT DEFICIENCIES ACCORDING TO COURT ORDER IN A TIMELY MANNER WELL BEFORE DEADLINE SET BY COURT AND JUDGE HONORABLE JOHN W. LUNGSTRUM, AND PLEASE NOTE PLAINTIFFS MOTION FOR APPOINTMENT OF COUNSEL, NOT ON COURT FORM AS IT WAS NOT AVAILABLE IN BODY OF COMPLAINT, AND GIVING MYSELF ACCESS TO ALL EVIDENCE UNDENIABLY BY LAW AND THRU FULL PARTICIPATION AND NOTICE ON MY PART, AND I DO

EXHIBIT-5

NEED AN ATTORNEY DUE TO ALL OF THE COMPLEXITIES AND AS A MENTAL HEALTH PATIENT FROM FIRST AND SUBSEQUENT ATTACKS. PLAINTIFF IS NOT EVEN IN CONTROL OF FILINGS IT HAS TO BE GIVEN TO ONE OF THE OFFICERS TO BE GIVEN TO A UNIT TEAM OR TO ONE OF THE UNIT TEAMS TO BE TAKEN TO THE LAW LIBRARY, WHICH IS JUST THE LIBRARY WITH COMPUTERS THAT I CAN NOT ATTEND BEING IN SEGREGATION WHERE MY PAPERWORK GETS LEFT WITH PUBLIC SERVICE ADMINISTRATOR MR. STIFFIN, TO BE E-FILED AND HIS CLERK IS ONE OF THE INMATE DEFENDANTS HEAD OF THE GANGSTER DISCIPLES THAT CONTROLS THE STATE OF KANSAS AND MISSOURI PRISON POPULATIONS, AND HAS OPENLY BEEN GIVING ORDERS TO MURDER PLAINTIFF UNLAWFULLY AND UNCONSCIENABLY, AND UNCONSTITUTIONALLY, WITH APPARENT APPROVAL FROM THE ADMINISTRATIONS, AS YOU CAN SEE FROM THE BODY OF COMPLAINT, AND **WILL VIEW** THROUGH ALL VIDEO EVIDENCE; AND COMPUTER(S) EVIDENCES, AND ALL RELATED PHONE COMMENTARIES EVIDENCES, AND ALL AUDIO RECORDINGS — RELATED TO ALL ATTACKS E.D.C.F. AND HERE AT L.C.F.

PLAINTIFF NEEDS THE ABILITY TO ACCESS PACER.GOV, AND CONTROL FILINGS.

/S/ Ron Bellamy
RONNIE ALLEN BELLAMY JR
L.C.F. P.O. BOX 2
LANSING, KANSAS 66043