EXHIBIT-5

TO: UNITED STATES DISTRICT COURT
444 S.E. QUINCY 490 U.S. COURTHOUSE
TOPEKA, KANSAS 66683

CASE NO. 5:23-CV-03051-JWL

FROM: RONNIE ALLEN BELLAMY JR.
L.C.F. P.O. BOX 2
LANSING, KANSAS 66043

RE: ACTIVITY — EVIDENCE(S) — CONTINUOUS UNCONSTITUTIONALITIES IN CASE NO. 5:23-CV-03051-JWL

MOTION TO ADD EVIDENCE(S) IN SUPPORT OF REPEATED ABUSE AND UNLAWFUL AND ILLEGAL UNCONSTITUTIONESSES

SEE EXHIBIT-5, IN ITS ENTIRETY FOR ITS DEFINITIVE PROOF, OF WHAT PLAINTIFF CONTINUOUSLY GOES THROUGH, FURTHERING THE CONTINUOUS AND ONGOING VIOLATIONS DOCTRINE OF CONSTITUTIONAL VIOLATIONS — VIOLATIONS OF ADMINISTRATIVE REMEDIES — VIOLATIONS OF LAW — CONTRACTUAL VIOLATIONS — VIOLATIONS OF POLICY, PLAINTIFF REQUESTS THAT THIS COURT AND JUDGE, HONORABLE JOHN W. LUNGSTRUM, MAKE CERTAIN THAT ALL VIDEO EVIDENCE(S), FROM ALL PLACES OF ATTACKS AT E.D.C.F., WESLEY MEDICAL CENTER, BUTLER COUNTY-AMBULATORY SERVICES, L.C.F. AND ALL PLACES LACK OF PROPER AND ADEQUATE RESPONSES — SECURITY — MEDICAL RESPONSES — ATTENTION(S) — PROTOCOLS —

EXHIBIT-5

MEASURES- DIAGNOSIS- ASSESSMENTS- WITNESSES- DEFENDANTS, ESCORTS, ALL MATERIAL EVIDENCE(S), FROM ALL ATTACKS, ALL POLICE REPORTS AND RECORDINGS INCLUDING GREY SHORTS TAKEN FROM PLAINTIFF UPON RETURN FROM WESLEY MEDICAL CENTER IN SEGREGATION CELL IN INFIRMARY ON SEPT 3, 2019 IN CASE NO. 5:20-CV-03229-SAC, TC, DOC, ADM, APPEAL NO. 22-3106 BELLAMY V. CLINE ET.AL., BELLAMY V. McCOLLOUGH ET.AL.; GREY SHORTS WERE COLLECTED BY WARDEN MATHEW MOORE, ON CAMERA, IN CELL CAMERA, AND CAMERAS IN INFIRMARY WITH NO GLOVES OR EVIDENCE BAG OR REASON, SWEAT PANTS WERE LEFT IN INFIRMARY ON FLOOR. SEE ATTORNEY GENERALS RESPONSE- NATASHA CARTER, IN AFOREMENTIONED CASE WITH PERMANENT INJURIES MENTALLY- PHYSICALLY- PLAINTIFF WAS LEFT IN E.R. UNIT SO LONG WITH NO MEDICAL ATTENTION-CARE, PLAINTIFF STARTED HEALING HIMSELF ON CAMERA, AND GOD SAID STOP RONNIE I NEED THEM TO BE HELD ACCOUNTABLE, SO PLAINTIFF DID AS INSTRUCTED. SEE VIDEO EVIDENCE(S) INCLUDING HAND HELD CELL PHONES FROM SST-KDOC O'BRIEN, AND MULTIPLE OTHERS AND NURSE WORKING USEING SEVERAL PHONES- ALL CAMERAS AT WESLEY, ALL MRI IMAGES AND ALL RECORDINGS TO INCLUDE VIDEO IN B-CELLHOUSE AT E.D.C.F XLO CAMERAS ALL ANGLES AS BLOOD WAS SPRAYING OUT OF STAB WOUND IN PLAINTIFFS THROAT NEVER ADDRESSED, AND RIGHT TEMPLE NEVER ADDRESSED, MUSCLE NEVER REATTACHED, BROKEN JAW

NEVER ADDRESSED, MUSCLE IN FOREARM NEVER REATTACHED, ONLY SKIN CLOSED AFTER ALMOST 12-HOURS, NO IV, NO PAIN MEDS, NO MEANINGFUL CARE OR ATTENTION PLAINTIFF GAVE U/A BEDSIDE, STERILE JUG, TO PROVE NO DRUGS WERE PRESENT OR PAIN MEDICATION, AS AMBULATORY SERVICES TOLD WESLEY TRAUMA SPECIALISTS THEY GAVE ME A SHOT OF PAIN MEDICATION SEE ON BOARD CAMERA SYSTEM (NEW) PER KDOC-SECURITY EMPLOYEE, AND HUSBAND TO AMBULANCE ATTENDEE, RACHEL ARNT BARKER, WHO LIED, WITNESSED BY SST-KDOC-TRANSPORT, HOLCOMBE, WHO RODE IN BACK OF THE AMBULANCE WITH PLAINTIFF THE ENTIRE TIME. PLAINTIFF IS ASKING TO ACTIVELY PARTICIPATE IN ALL OF THESE VIEWINGS AS PLAINTIFF HAS GIVEN HIMSELF POWER OF ATTORNEY, FOR ALL PURPOSES, AND HAS EXPERIENCE WITH THESE CAMERAS AND INSTALLED THEM IN NORTON CORRECTIONAL FACILITY AND USED THE IT TECHS PHONE TO HELP DIAL THEM IN, IN THE LAW LIBRARY AND THROUGHOUT THE FACILITY ON CONGERS-WORK CREW, ALSO KNOWN AS THE PLUMBING CREW-FACILITY MAINTENANCE-GENERAL MAINTENANCE RESPECTFULLY REQUESTING PERMISSION TO ASSIST IN ALL WAYS POSSIBLE INCLUDING CONTRACT IMPP 12-116D, POLYGRAPH EXAMINATION OF OFFENDERS-KDOC CONTRACT PLAINTIFF VOLUNTARILY AGREES TO OF HIS OWN FREE WILL WITNESSED BY KDOC-SECURITY-EMPLOYEE ACTING UNDER COLOR OF LAW ON DUTY CSI ANDRING, KANSAS CIVIL SERVANT

B/ Ron Bellamy
RONNIE ALLEN BELLAMY JR #53454