Name: RONNIE ALLEN BELLAMY JR.
Address: L.C.F. P.O. BOX 2
LANSING, KANSAS 66043

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

RONNIE ALLEN BELLAMY JR., Plaintiff
*(Full Name)*

V.

STATE OF KANSAS ET. AL., Defendant(s)
KDOC ET. AL., - SOC ET. AL - US DIST COURTS ET AL.,

CASE NO. 23-3051-JWL
*(To be supplied by the Clerk)*

**AMENDED**
CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) RONNIE ALLEN BELLAMY JR. *(Plaintiff)*, is a citizen of KANSAS-MISSOURI *(State)* who presently resides at L.C.F. P.O. BOX 2 LANSING, KANSAS 66043 *(Mailing address or place of confinement.)*

2) Defendant STATE OF KANSAS ET. AL., *(Name of first defendant)* is a citizen of L.C.F. P.O. BOX 2 LANSING, KS 66043 *(City, State)*, and is employed as US-KS ENFORCEMENT OF CONSTITUTION, FEDERAL AND STATE LAWS *(Position and title, if any)*. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

ENFORCEMENT OF US CONSTITUTION, BILL OF RIGHTS, FEDERAL AND STATE LAWS OF THE UNITED STATES, K.S.A.'s, K.A.R.'s KS STATE CONST. ADA-ACTS, ARTICLES-RULES, CONTRACTS, POLICY, PROTOCOL, PROCEDURE, PROTECTIONS, AFFORDANCE, GOVERNANCES, CIVIL RIGHTS

XE-2 8/82     CIVIL RIGHTS COMPLAINT §1983     1

3) Defendant **KDOC-SOC, ET.AL.,-WYANDOTTE,Co. COURTS ET.AL.,** is a citizen of
(Name of second defendant)

**714 SW JACKSON ST. SUITE 300 TOPEKA, Ks 66603**, and is employed as
(City, state)
**CONTRACT ADHERENCES, LAWS, FEDERAL, STATE, CONSTITUTION, PROTOCOL, JURISDICTION, OVERSIGHT, ENFORCEMENT ADHERENCE, SECURITY, POLICY**. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

**SAME AS ABOVE AND CREATES POLICIES, PROCEDURES IN COMPLIANCE WITH LAWS AND CONST, DISABILITIES ACTS, SECURITY, ACCOUNTABILITY, SAFETY, IMPLEMENTATION, CHAIN OF COMMAND, JURISDICTION.**

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

**VIOLATIONS OF THE Ks AND US CONSTITUTION, FEDERAL AND STATE LAWS OF THE UNITED STATES, AND THE PROTECTIONS ALL AFFORD**

B. NATURE OF THE CASE

1) Briefly state the background of your case:

**SEE ATTACHED, EXHIBITS AS EVIDENCES - EXHAUSTIONS 555 HABEAS CORPUS FEDERAL AND STATE, AND CONST. 42 USC §1983, US CONSTITUTION VIOLATIONS VIOLATIONS OF THE 4TH, 5TH, 8TH, 14TH AMENDMENTS VIOLATIONS OF FEDERAL AND STATE LAWS VIOLATIONS OF KDOC POLICIES - CONTRACTS SEE ATTACHED ADDITIONAL PAGES LABELED B. NATURE OF THE CASE - AND BODY OF COMPLAINT - AND ALL EXHIBITS - AFFIDAVITS - RESPONSES OF THE KDOC**

2

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

   A) (1) Count I: VIOLATIONS OF THE 4TH, 5TH, 8TH, 14TH, AMENDMENTS OF THE BILL OF RIGHTS, OF THE US CONSTITUTION, AND FEDERAL AND STATE LAWS OF THE US

   (2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.): SEE BODY OF COMPLAINT FOR ALL DETAILS, AND AFFIDAVITS - EXHIBITS - AS PART OF PLRA — ADMINISTRATIVE ACTS AND EXHAUSTIONS - AND PROOF OF VIOLATIONS OF US CONSTITUTION - KS STATE CONSTITUTION - AND FEDERAL AND STATE LAWS OF US

   B) (1) Count II: PROCEDURAL AND DUE PROCESS VIOLATIONS

   (2) Supporting Facts: THE REPEATED ATTEMPTS TO DEPRIVE PLAINTIFF OF LIFE, LIBERTIES, FREEDOM, PROPERTY - SEE BODY OF COMPLAINT, AND ADDITIONAL PAGES LABELED B. NATURE OF THE CASE, AND VIEW ALL EVIDENCE THROUGH DISCOVERY AND SANCTIONS - MOTION, BY WAY OF JURY TRIAL REQUESTED AND ALL COMPELLING EVIDENCES

C) (1) Count III: <u>8TH AMENDMENT VIOLATIONS, VIOLATIONS OF KANSAS ADMINISTRATIVE REGULATIONS - VIOLATIONS OF KANSAS STATUTES ANONTATED - CONTRACTUAL VIOLATIONS OF KDOC</u>

(2) Supporting Facts: <u>SEE BODY OF COMPLAINT - ABUSE OF THE DISCRETIONARY POWERS OF ADMINISTRATION - AND BOOK, P-0727 - KNOWN AS ARTICLES - STATE OF KANSAS - INMATE RULE BOOK - OFFICE OF THE SECRETARY OF CORRECTIONS - AND REVISOR OF STATUTES FOR THE USE AND BENEFIT OF THE STATE OF KANSAS - IMPP VIOLATIONS - CONST. VIOLATIONS</u>

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☒ No ☐ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

        Plaintiffs: <u>RONNIE ALLEN BELLAMY JR (53454)</u>

        Defendants: <u>SAM CLINE ET. AL., - MCCULLOUGH ET. AL. - KDOC</u>

    b) Name of court and docket number <u>5:20-CV-03229-SAC,TC,DDC,ADM US DIST COURT, TOPEKA, KS 66683 COURT OF APPEALS, DENVER, CO. 80247, APPEAL NO. 22-3106</u>

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) <u>CASE SHOULD STILL BE PENDING, DUE TO PLAINTIFF RESPONDING X2 - TO COURT ORDER OF FAILURE TO PROSECUTE - AND **NO RESPONSE** RECEIVED FROM COURT, CLERK - JUDGE</u>

    d) Issues raised <u>MULTIPLE CONST. VIOLATIONS - ABUSE OF DISCRETIONARY POWERS - EVEN JUDICIALY - REQUESTED PERMISSION TO APPEAL ALL DECISONS - DENIED BY LOCAL DIST. JUDGE - JWL FOR 10TH CIRCUIT</u>

5:20-CV-03229-SAC, TC, DDC, ADM
APPEAL NO. 22-3106

e) Approximate date of filing lawsuit 9-11-2020 - ENTERED ON 9-14-2020

f) Approximate date of disposition N/A - NO RESPONSE X 3

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

PLAINTIFF WAS SUFFERING FROM A CONCUSSION THAT LEFT HIM UNABLE TO STAND OR WALK FOR ALMOST 19 DAYS WITHOUT HAVING SOMETHING OR SOMEONE TO HOLD ON TO - AND NO ONE FROM THE ADMINISTRATION - MEDICAL PROVIDER - KDOC - COURTS - UTM BLACKMON - UTM PARKS - WOULD HELP ME

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

THAT CASE SHOULD BE ADDED TO THIS NEW CASE AND REMANDED FOR JURY TRIALS - PLAINTIFF SHOULD BE IMMEDIATELY RELEASED FROM ILLEGAL - UNCONSTITUTIONAL - VACATED SENTENCES AND IMPRISONMENT - AND ATTEMPTS TO DEPRIVE PLAINTIFF OF 4TH, 5TH, 8TH, 14TH AMENDMENT PROTECTIONS TO INCLUDE LIFE, LIBERTY, FREEDOM, EQUAL PROTECTION OF THE LAW - DUE AND PROCEDURAL PROCESSES AND MEANINGFUL ACCESS

_____          Ron Bellow  RB
Signature of Attorney (if any)                 Signature of Plaintiff

_____

_____
(Attorney's full address and telephone number)

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983                         5

DEFENDANTS NO: 5 - ALL CAMERAS, AND VIDEO FOOTAGES AND ANGLES, RECORDINGS, AUDIO, AND COMPUTERICS-COMMENTARY PERTAINING TO: RONNIE ALLEN BELLAMY Jr.(53454), AND ENTIRETY OF ATTACK ON THE PLAINTIFF, IN PLAINTIFFS' SLEEP BY A "SECURITY THREAT GROUP MEMBER", AT THE ELDORADO CORRECTIONAL FACILITY IN B-1, CELLHOUSE, CELL 210, ON SEPTEMBER 03, 2019, BY WHITE SUPREMACIST ONE A.J. KIDD (54023), FORCED IN PLAINTIFFS CELL BY ADMINISTRATION-CLASSIFICATION, FACILITY, AND ENTIRETY OF RESPONSES, RESPONDERS- LACK OF LEGAL AND PROPER, ADEQUATE, PROCEDURAL-CONSTITUTIONAL UNLAWFUL CARE, EVIDENCE(S), AND ALL EMERGENCY MEDICAL SERVICES-RESPONSES, PROVISIONS, PROVIDERS, CALLS, NURSES- CORIZON-CENTURION, MEDICAL PROVISIONS AND PROTOCOLS, DECISIONS, AUTHORITIES, ALL PLACES ATTACKED, TAKEN, CARE GIVEN, TRANSPORTED- HOW AND BY WHOM WHOM AND WHY TO INCLUDE MAIN COMPOUND AND FACILITY CLINIC AND TRIAGE UNIT AND AMBULATORY EMS SERVICES, INCIDENT REPORTS, NARRATIVES, WITNESSES, CRIME SCENE EVIDENCE, PHOTOS, CLOTHING, BEDDING, PROPERTY

JOB TITLE- OBSERVATION PURPOSES
INSURANCE PURPOSES
CRIMINAL PURPOSES
PROSECUTORIAL PURPOSES
RECORDED EYEWITNESSES
EVIDENTIARY INTEGRITY
CONSTITUTIONAL UPHOLDANCES
MEDICAL MALPRACTICE
ETHICAL VIOLATIONS
CONTRACTUAL VIOLATIONS
SECURITY - PERSONELL
SECURITY - EMPLOYMENT - MONORTING

EMPLOYER- STATE OF KANSAS - KDOC - SOC - CONTRACT(S) - CONTRACTOR(S), ALL POPULATION - STAFF AND RESIDENTS, WARDEN, KBI, EAI, FBI, COURTS, Ks CIVIL SERVICE(S)

ADDRESS- EDCF-C P.O. BOX 311 ELDORADO, Ks 67042
UNKNOWN - ADDRESS OF OFF-SITE, CONTACT(S), AND HOLDINGS, RECORDINGS, AUDIO, FOOTAGE(S) - VISUAL AND AUDIBLE

NOTE: ALL EVIDENCE(S), AND CRIME SCENE PRESERVATIONS AND REPORTS HAVE TO BE BY LAW HELD FOR 7 YEARS AND CATALOGED

SunCatcherStudio.com

DEFENDANTS NO: 6 — ALL CAMERAS, VIDEO FOOTAGES, ANGLES, RECORDINGS, AUDIO, COMPUTERICS — COMMENTARY, PERTAINING TO: RONNIE ALLEN BELLAMY Jr. (53454), ON SEPT 3, 2019, BY AMBULANCE TRANSPORT, ON BOARD CAMERAS (NEW SYSTEM IN PLACE) AND UPON ARRIVAL, MAIN ENTRANCE, ALL PLACES RONNIE ALLEN BELLAMY Jr (53454) WAS AT IN <u>WESLEY MEDICAL CENTER</u>, WHY, HOW, WHAT AREA, WHO WAS IN ATTENDANCE, FROM KDOC-SST-SORT-TRANSPORT-SECURITY- AND FOR WHAT PURPOSE-REASON, WHO WAS IN ATTENDANCE FOR THE HOSPITAL-STAFF-DOCTORS-NURSES-TECHS-TECHNICIANS-SECURITY- INCLUDING ALL AVAILABLE CAMERAS-ANGLES-RECORDINGS-STORAGE(S)-FOOTAGES FROM STATIONARY CAMERAS IN THE HOSPITAL- TO INCLUDE ALL HAND HELD DEVICES, PHONES-PERSONAL DEVICES AND PHONES-PRIVATE DEVICE(S)-PHONE(S) THAT WERE AND ARE USED BY ALL THAT WERE IN ATTENDANCE AND CAN BE WITNESSED-AND AS WITNESSES, BY STATIONARY-IN HOSPITAL, CAMERAS-RECORDERS-VISUAL(S), AUDIAL(S)-PEOPLE-STAFF-SECURITY-EMPLOYEES-FOR WESLEY MEDICAL CENTER AND AFFILIATES-TO INCLUDE THOSE IN ATTENDANCE FOR AND FROM KDOC-

PAGE 2 OF DEFENDANTS NO: 6 - CONTINUED
  KANSAS DEPARTMENT OF CORRECTIONS
  STATE OF KANSAS - SECRETARY OF
  CORRECTIONS -

JOB TITLE - MEDICAL MALPRACTICE INSURANCE(S)
  CRIMINAL PURPOSES
  PROSECUTORIAL PURPOSES
  RECORDED EYEWITNESSES
  EVIDENTIARY INTEGRITY
  CONSTITUTIONAL UPHOLDANCES
  CONSTITUTIONAL INTEGRITY
  JUDICIARY INTEGRITY
  ETHICAL INTEGRITY
  HIPPOCRATIC OATH ASSURANCES - INTEGRITIE(S)
  SECURITORIAL PURPOSES
  EMPLOYMENT MONITORING
  MISTAKEN IDENTITY - IDENTITY THEFT
  WRONG OR ILLEGAL CHARTING - AND/OR
  WRONG UNCONSTITUTIONAL - ILLEGAL -
  IMMORAL CHARTING - TAGGING - ORDERS -
  LIEING

EMPLOYER: STATE OF KS - WESLEY MEDICAL CENTER -
  HOSPITAL - OWNERS - BOARD OF ALL
  ACCOUNTANCIES - UNIVERSITY OF KANSAS

ADDRESSES:
  WESLEY MEDICAL CENTER
  550 N. HILLSIDE ST. MAIN ENTRANCE
  WICHITA, KANSAS 67214

SunCatcherStudio.com

DEFENDANTS NO: 7 - ALL CAMERAS, AND VIDEO FOOTAGES AND ANGLES, RECORDINGS, AUDIO, AND COMPUTERIES-COMMENTARY, PERTAINING TO: RONNIE ALLEN BELLAMY JR. (53454) AND ENTIRETY OF ATTACK ON THE PLAINTIFF, AT ALL PLACES PLAINTIFF, WAS ATTACKED, AND ALL RESPONSES OF ALL ATTACKS - LENGTH OF ATTACK - ALL FOOTAGES - RECORDINGS OF ATTACKS - THIS IS TO ENSURE AND COVER ALL FOUR OF THE ATTACKS THAT HAVE HAPPENED HERE AT THE LANSING CORRECTIONAL FACILITY - WHO RESPONDED AND WHAT WAS DONE AND WHY SHOWING THE TRUTH AND INTEGRITY OF PLAINTIFFS - COMPLAINT AND ALLEGATIONS. AND TO ENSURE CONSTITUTIONAL UP- HOLDANCES, DUE TO ALL CAMERAS - FOOTAGES- ANGLES - RECORDINGS - BEING RECORDED EYEWITNESSES - UNCOMPRIMISING IN FACTS AND AS EVIDENCES - THAT WILL SHOW IN DETAIL ALL THAT HAPPENED, THAT SHOULD NOT HAVE HAPPENED BY POLICY - PROTOCOL - LAW - AS PLAINTIFF SHOULD NOT HAVE BEEN MOVED AND FORCED TO HALF WALK WITH OBVIOUS HEAD INJURIES UNABLE TO EVEN STAND ON OWN OR WALK PROPERLY FROM THE CARILLO ATTACK ON OR ABOUT 5-18-2022 - THAT LEFT THE PLAINTIFF WITH A SEVERE CONCUSSION- DUE TO ATTACK, AND LACK OF SECURITY, AND

1.

DEFENDANTS NO: 7 - CONTINUED

PROPER, CONSTITUTIONAL, LEGAL AND ADEQUATE MEDICAL AND AFTER CARE - BY POLICY - PROTOCOL - PROCEDURES - THE EVOLVING STANDARDS OF SOCIETY - DURING - AFTER - DUE TO ATTACK NUMBER TWO - WHICH AS A RESULT OF, THE LACK OF ALL PROPER AND ADEQUATE - PROCEDURAL - DUE PROCESS(s) AND ITS PROTECTIONS AND GOVERNANCES, TO UPHOLD THE CONSTITUTION, AND THE FEDERAL AND STATE LAWS OF THE UNITED STATES - PLAINTIFF WAS AND HAS BEEN THE ENTIRE TIME, TREATED AS DIFFERENTLY THAN ANY OTHER RESIDENT IN THE ENTIRE RESIDENTIAL POPULATION OF THE KDOC- UNDER, THE SECRETARY OF CORRECTIONS - STATE OF KANSAS, UNDER MEDICAL CONTRACT OF AND BY AND THROUGH THE UNIVERSITY OF KANSAS - KDOC - SOC- STATE OF KANSAS - ATTORNEY GENERALS OFFICE AND/ OR CONTRACT SERVICES - CHIEF LEGAL COUNSEL SERVICES FOR THE KDOC.

JOB TITLE - OBSERVATION PURPOSES
CRIMINAL ACTIVITY PURPOSES
PROSECUTORIAL PURPOSES
RECORDED EYEWITNESSES
CONSTITUTIONAL UPHOLDANCES
INSURANCE PURPOSES
SECURITY PERSONELL
SECURITY - EMPLOYMENT - MONITORING

SunCatcherStudio.com

2

DEFENDANTS NO: 7 - CONTINUING WITH PART 2 - OF JOB TITLE

JOB TITLE - EVIDENTIARY INTEGRITY
ETHICAL UPHOLDANCES - VIOLATIONS
CONTRACTUAL VIOLATIONS

EMPLOYER - STATE OF KANSAS - KDOC ET. AL. - SECRETARY
OF CORRECTIONS - CONTRACT(S) - CONTRACTOR(S),
ALL POPULATIONS - STAFF AND RESIDENT(S),
WARDEN - ADMINISTRATION, EAI - KBI - FBI,
KANSAS CIVIL SERVICE(S) --- COURTS

ADDRESS: LANSING CORRECTIONAL FACILITY
P.O. BOX 2
LANSING, KANSAS 66043
AND UNKNOWN ADDRESS OF
OFF-SITE - CONTACTS AND HOLDINGS -
RECORDINGS, AUDIBLE AND VISUAL - TO
INCLUDE ALL FOOTAGE(S) - COMPUTERICS

NOTE: BY LAW - ALL EVIDENCE(S), AND CRIME
SCENE PRESERVATIONS AND REPORTS HAVE
TO BE CATALOGGED - HELD FOR 7-YEARS,
PER KDOC EMPLOYMENT CONTRACT

PLAINTIFF SWEARS UNDER THE PENALTY OF PERJURY TO
EVERYTHING CLAIMED - ALLEGED, IN HIS LAWSUIT AND WILL
WILLINGLY TAKE A POLYGRAPH EXAMINATION

/S/ *[signature]* R.B.

DEFENDANTS NO: 8 - UNIVERSITY OF KANSAS INFORMATION OFFICE(S), REGARDING POLICIES - PROTOCOLS - PROCEDURES AND ADHERENCES AND GOVERNANCES FOR THE STATE OF KANSAS - KDOC ET. AL., AND ALL OF ITS AFFILIATES AND SUBORDINATES - CONTRACTS, AND ALL PARTICIPATING SERVICES - HOSPITALS - AGREEMENTS - SERVICE POLICIES INCLUDING WESLEY MEDICAL CENTER 550 N. HILLSIDE ST. MAIN ENTRANCE WICHITA KANSAS 67214 - AND EL DORADO CORRECTIONAL FACILITY P.O. BOX 311 EL DORADO, KANSAS 67042 - AND THE AMBULATORY SERVICES USED TO TRANSPORT PLAINTIFF, RONNIE ALLEN BELLAMY JR. (53454), TO WESLEY MEDICAL CENTER - IN WICHITA, KS 67214

THESE DEFENDANTS - WITNESSES, AND ALL FOOTAGE, VIDEO AND AUDIO RECORDINGS, CELL PHONES - PERSONAL DEVICES, AND ALL VIDEO AND AUDIO RECORDINGS TAKEN - RECORDED - SAVED, HELD - RELATED TO AND DUE TO PLAINTIFF RONNIE ALLEN BELLAMY JUNIORS (53454) - PURPOSE OF AND STAY IN ITS ENTIRETY AT WESLEY MEDICAL CENTER 550 N. HILLSIDE ST. MAIN ENTRANCE, WICHITA KS 67214, AND HOW HE ARRIVED, AND WHO WAS PRESENT, AND WHAT CARE WAS GIVEN, AND BY WHOM - AND HOW LONG THE STAY LASTED FROM ARRIVAL TO DEPARTURE - AND WHAT WAS DONE THROUGHOUT FOR THE PURPOSES OF COMPELLING DISCOVERY AND SANCTIONS - AND JURY TRIAL - KANSAS OPEN RECORDS ACT - FREEDOM OF INFORMATION ACT - LAW

DEFENDANTS NO: 9 CENTURION MEDICAL SERVICES ET.AL.,
JOB TITLE: CONTRACT HOLDER FOR MEDICAL CARE-
PROVISIONS
SHIELD NO: EXHIBIT-C DEPT OF ADMINISTRATION DA-146a
UNIVERSITY OF KANSAS MEDICAL CENTER
EMPLOYER: STATE OF KANSAS-UNIVERSITY OF KS-KS CIVIL SERVICE
ADDRESS: P.O. BOX 2 CORR CTML LANSING, KANSAS 66043
☒ INDIVIDUAL AND ☒ OFFICIAL CAPACITIES

DEFENDANTS NO: 10-14 DEREK SCHMIDT ET.AL. - ATTORNEY
GENERALS OFFICE ET.AL.,
JOB TITLE: ATTORNEY GENERALS
SHIELD NO: — INCLUDING #26431 - #26074 -
N/A THE UNKNOWNS
EMPLOYER: STATE OF KANSAS - KDOC - LEGISLATION-
JUDICIAL ETHICS SOCIETY - COMMITTEE-
KANSAS BAR ASSOCIATION-KS CIVIL SERVICE
ADDRESS: MEMORIAL HALL 120 SW 10TH AVE 2nd FLOOR
TOPEKA, KANSAS 66612-1597
☒ INDIVIDUAL AND ☒ OFFICIAL CAPACITIES

DEFENDANTS NO: 15-19 DENISE M. SISCO ET.AL. - KBI ET.AL.,
KBI ET.AL.,
JOB TITLE: SPECIAL AGENTS OF KBI - SUBDIVISION
OF THE KBI ENFORCEMENT- APPREHENSION
INVESTIGATION
EMPLOYER: STATE OF KANSAS - KDOC - FBI - KS CIVIL SERVICE
ADDRESS: P.O. BOX 2 LANSING, KS 66043
☒ INDIVIDUAL AND ☒ OFFICIAL CAPACITIES

DEFENDANTS NO: 20 DANIELLE D. WAGNER ET. AL.,
JOB TITLE:      CLASSIFICATION ADMINISTRATOR
SHIELD NO:      N/A
EMPLOYER:       STATE OF KANSAS - KDOC - SOC - KS CIVIL SERVICE
ADDRESS:        P.O. BOX 2 LANSING, KANSAS 66043
BOTH:           ☒ INDIVIDUAL AND ☒ OFFICIAL CAPACITIES


DEFENDANTS NO: 21-27   JAMES ENGLIS - SECURITY
JOB TITLES: LISTED     LARRY E. WAGNER - SECURITY
SHIELD NOS: N/A        ALEX J. ELLISON - SECURITY - WITNESS
                       CHRISTOPHER HUNT - SECURITY - WITNESS
                       ANDREW PARKS - UNIT TEAM
                       DANIEL EAST - HEAD OF SECURITY
                       KINCAID WILLARD SCOTT - CLAIMS - PROPERTY -
                       DESIGNEE GRIEVANCE COMPLIANCE
EMPLOYER: STATE OF KANSAS - KDOC - SOC - KANSAS CIVIL
          SERVICE - JUDICIAL SYSTEM
          LANSING CORRECTIONAL FACILITY
ADDRESS:  P.O. BOX 2 CORE CIVIC
          LANSING, KANSAS 66043
          ☒ INDIVIDUAL AND ☒ OFFICIAL CAPACITY

DEFENDANTS No. 28- ET.AL., KANSAS CIVIL LIBERTIES UNION ET.AL.,
KANSAS BAR ASSOCIATION ET.AL.,
LEGAL SERVICES FOR PRISONERS ET.AL.,
CHIEF LEGAL COUNSEL FOR KDOC ET.AL.,
DEPARTMENT OF ADMINISTRATION ET.AL.,
JOINT COMMITTE ON SPECIAL CLAIMS
AGAINST THE STATE ET.AL.,
WYANDOTTE COUNTY KANSAS ET.AL.,
CONTRACTS - CONTRACTUAL AGREEMENTS
FOR ALL GOVERNING ENTITIES - LAWS -
COURTS - CONSTITUTION - KDOC SECRETARY
OF CORRECTIONS - WARDENS - DEPUTY
WARDENS - ADMINISTRATIONS AND
EMPLOYEES - UNIVERSITY OF KANSAS
MEDICAL CENTER - SCHOOL - MED CENTER -
EXECUTIVE DEAN ROBERT D. SIMARI, MD
INTERAGENCY SERVICES AGREEMENT AND
ALL AMENDMENTS - NANCY BURGHART

SHIELD NO: N/A

EMPLOYER: LISTED AS SUCH AND ANY AND ALL UNKNOWN
TO INCLUDE KDOC - SOC - STATE OF KANSAS

ADDRESS: N/A - TRANSACTION ID: CBJCHBCAABAA2hRnA2
PXPTCX9YU - txPxn480E3xUv953
BY: NANCY BURGHART (Nancy.Burghart@ks.gov)

DEFENDANTS NO. 28 STATE OF KANSAS-KDOC-COURTS ET.AL.,
NAMES: INCIDENT REPORTS - CRIME SCENES
NARRATIVES - CRIME SCENE PHOTOS
DISCIPLINARY REPORTS - ALL CLAIMS
SEG REPORTS - AD SEG
RESTRICTED HOUSING - AD SEG - PROPERTY
DISPOSITIONS - EVIDENCES
HEARINGS - OUTCOMES - PROOFS
GOD BE WITNESS TO ALL
CALL OUTS
CHAIN OF COMMAND
FORM-9'S KNOWN AS P-0009
CHAIN OF COMMAND
ALL VIDEO FOOTAGES - FILES
ALL AUDIO AVAILABLE
ALL PHONE RECORDINGS
ALL COMPUTERICS - PROOF
ALL MEETINGS
ALL BOARDS
ALL MEDICAL ASSESSMENTS - STAYS
ALL MEDICAL ATTENTION - NAMES
ALL MEDICAL DIAGNOSIS
ALL BEHAVIORAL HEALTH
ALL UNIT TEAMS - MANAGERS
ALL SENTENCES - MODIFICATIONS
ALL CLEMENCY - PARDONS