Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the
_10 TH_ District of _KANSAS_

_____ Division

RONNIE ALLEN BELLAMY JR.

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v- KANSAS CIVIL SERVICE ET. AL.,

STATE OF KANSAS ET. AL.,
JEFF ZMUDA ET. AL.
ATTORNEY GENERAL ET. AL.,
SEE ATTACHED - KDOC ET. AL.,

Defendant(s)

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:23-CV-03051-JWL

*(to be filled in by the Clerk's Office)*

555 HABEAS CORPUS
42 USC § 1983

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | *RONNIE ALLEN BELLAMY JUNIOR* |
| All other names by which you have been known: | *RON BELLAMY* |
| ID Number | *53454* |
| Current Institution | *L.C.F. CORE CIVIC* |
| Address | *P.O. BOX 2* |
| | *LANSING            KANSAS   66043* |
| | City            State       Zip Code |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | *CHANDLER CHEEKS ET. AL.,* |
| Job or Title *(if known)* | *WARDEN* |
| Shield Number | *N/A - UNKNOWN* |
| Employer | *STATE OF KANSAS - KDOC - SECRETARY OF CORR - ATTY GEN.* |
| Address | *P.O. BOX 2* |
| | *LANSING            KANSAS   66043* |
| | City            State       Zip Code |

☒ Individual capacity   ☒ Official capacity
*BOTH*

**Defendant No. 2**

| | |
|---|---|
| Name | *NICOLAUS BALL ET. AL.,* |
| Job or Title *(if known)* | *DEPUTY WARDEN* |
| Shield Number | *N/A - UNKNOWN* |
| Employer | *STATE OF KANSAS - KDOC - SOC - ATTY GEN* |
| Address | *P.O. BOX 2* |
| | *LANSING            KANSAS   66043* |
| | City            State       Zip Code |

☒ Individual capacity   ☒ Official capacity
*BOTH*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name — *BRETT PETERSON ET. AL.,*

Job or Title *(if known)* — *COMPLIANCE ~ POLICY-CONTRACTS*

Shield Number — *N/A UNKNOWN*

Employer — *STATE OF KANSAS - KDOC - SOC - KANSAS UNIV - AG*

Address — *P.O. BOX 2*

*LANSING* — *KANSAS* — *66043*
City — State — Zip Code

☒ Individual capacity  ☒ Official capacity
*BOTH*

Defendant No. 4

*ET. AL.,*

Name — *UNIVERSITY OF KANSAS-CENTURION ET. AL.,*

Job or Title *(if known)* — *CONTRACT HOLDER - MEDICAL PROVIDER*

Shield Number — *N/A UNKNOWN*

Employer — *STATE OF KANSAS - KDOC - SOC - KU - CENTURION, AG*

Address — *P.O. BOX 2*

*LANSING* — *KANSAS* — *66043*
City — State — Zip Code

☒ Individual capacity  ☒ Official capacity
*BOTH*

*SEE ATTACHED FOR DEFENDANTS 5-16*

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*SEE ATTACHED - 4th, 5th, 8th, 14th, AMENDMENTS-US CONSTITUTION VIOLATIONS TO AND MULTIPLE K.S.A.'s - K.A.R.'s - CASE LAW - JUDICIAL RULINGS - STATE & FEDERAL LAWS*

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any
     statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."
     42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color
     of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of
     federal law.  Attach additional pages if needed.

*IMPP'S-CONTRACTS-EXHIBITS*
*K.A.R.§44-1-105, 1-2-34 DISABILITY...*
*SEE ATTACHED - K.S.A.§21-5416 (a), (b) - K.S.A.§75-5251, K.S.A.§75-5246 -*
*75-5289(a)(b) - K.S.A.§75-5246(a),(b) - K.S.A.§77-415(B)(7)*

**III.   Prisoner Status**   *FOURTH, FIFTH, EIGHTH, FOURTEENTH AMENDMENTS to BILL OF RIGHTS*

Indicate whether you are a prisoner or other confined person as follows (*check all that apply*):

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☒   Convicted and sentenced state prisoner

☒   Convicted and sentenced federal prisoner

☒   Other (*explain*)   *SERVING ILLEGAL VACATED STATE SENTENCE*
     *NEVER RELEASED*

**IV.   Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the
alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include
further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite
any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*SEE ATTACHED AND VIEW ON PACER.GOV AT APPEAL 22-3109, BELLAMY V.*
*McCOLLOUGH ET. AL - 5:20-CV-03209, SAC, TC, DOC, ADM. WESTET MEDICAL @HOSPITAL*
*ON SEPT 03 2019 BY WAY OF AMBULANCE*

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

*SEE ATTACHED*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.  What date and approximate time did the events giving rise to your claim(s) occur?

SEE ATTACHED AND ALL VIDEO FOOTAGE

D.  What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?
Was anyone else involved?  Who else saw what happened?)*

SEE ATTACHED AND ALL VIDEO FOOTAGE & EVENTS ADDRESSED

## V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.

SEE ATTACHED AND ALL PROTOCOLS-POLICIES-PROCEDURES NOT AVAILABLE TO
PLAINTIFF AND ALL VIDEO FOOTAGE-CHARTS-ASSESSMENTS-ORDERS-STATUS
MONITORING

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged.  Explain the basis for these claims.

SEE ATTACHED AND BODY OF COMPLAINT FOR CONSTITUTIONAL VIOLATION
VIOLATIONS OF LAW-GOVERNANCES

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII.   **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

WYANDOTTE COUNTY - COURTS-KDOC - R.DU-H.C.F - E.D.C.F. - L.C.F

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☒ Do not know  WYANDOTTE County - COURTS?

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

EXHAUSTION OF ADMINISTRATIVE REMEDIES - PLRA ONLY NO RELIEF - REPEATED VIOLATIONS OF CONSTITUTIONAL RIGHTS - LAWS - GOVERNANCES - COVER UPS - LIES - CONTRACTUAL VIOLATIONS

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E.      If you did file a grievance:

1.   Where did you file the grievance?

E.D.C.F. — L.C.F

2.   What did you claim in your grievance?

SEE ATTACHED — EVIDENCE

3.   What was the result, if any?

DENIAL — MISUSE OF K.A.R — MEANT TO DISSUADE — REFUSED TO ACCEPT — OR REPORT TO COVER UP VIOLATIONS

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

YES AND NO — NOT ALL FOR OBVIOUS REASONS REFERRED TO COURTS IN WRITING

SEE ATTACHED — CONTINUOUS AND ONGOING VIOLATIONS EMBODYING — CONTINUOUS AND ONGOING VIOLATIONS DOCTRINE — CONSTITUTIONAL VIOLATIONS — VIOLATIONS OF K.S.A.'s — LAW — GOVERNANCES

F.  If you did not file a grievance:

    1.  If there are any reasons why you did not file a grievance, state them here:

*PLAINTIFF HAS REPEATEDLY TRIED TO RESOLVE ALL ISSUES DEFENDANTS ARE CALLOUS AND RETALIATORY AND ABUSIVE*

    2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*SEE ATTACHED EVIDENCES PLAINTIFF HAS REACHED OUT TO EVERYONE POSSIBLE*

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*SEE ATTACHED EXHIBITS*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
       action?

       ☒ Yes    *AS A REFERANCE AND EVIDENCE - DUE TO ILLEGALITIES*
                *UNCONSTITUTIONALITIES SEE. APPEAL NO. 22-3106*
                *BELLAMY V. McCOLLOUGH ET. AL.,*
       ☒ No     *AND NO AS TO NEW ISSUES AND ONGOING VIOLATIONS*
                *IN THIS COMPLAINT*

B.     If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is
       more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

       1.   Parties to the previous lawsuit
            Plaintiff(s)    *RONNIE ALLEN BELLAMY Jr.*
            Defendant(s)    *SAM CLINE ET. AL. McCOLLOUGH ET. AL.,*

       2.   Court *(if federal court, name the district; if state court, name the county and State)*
            *UNITED STATES DISTRICT COURT  TOPEKA, KS 66683*

       3.   Docket or index number
            *5:20-CV-03229, APPEAL NO. 22-3106*

       4.   Name of Judge assigned to your case
            *SAC - TC - ODC - ADM*

       5.   Approximate date of filing lawsuit
            *9-11-2020 WITH HELP J. DELANEY Jr.*

       6.   Is the case still pending?

            ☒ Yes

            ☐ No

            If no, give the approximate date of disposition.  _____

       7.   What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered
            in your favor?  Was the case appealed?)*

            *DISMISSED FOR FAILURE TO PROSECUTE ILLEGALY AWAITING 2-RESPONSE*
            *FROM CLERK OF APPEAL COURT IN DENVER COLORADO - DUE TO CONFUSION*
            *CONFUSION*

C.     Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your
       imprisonment?  *YES - MISSOURI 1989 I BELIEVE - I NEVER*
       *RECEIVED SETTLEMENT - ONLY SURGERY ???*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)  RONNIE ALLEN BELLAMY JR.
   Defendant(s)  STATE OF MISSOURI ET.AL.

2. Court *(if federal court, name the district; if state court, name the county and State)*

   UNITED STATES DISTRICT COURT

3. Docket or index number
   CANT REMEMBER

4. Name of Judge assigned to your case
   ?

5. Approximate date of filing lawsuit
   1989

6. Is the case still pending?
   ☒ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   I NEVER RECEIVED MONEY FROM SETTLEMENT BUT I DID HAVE CORRECTIVE SURGERY - REPARATIVE SURGERY, ID LIKE TO HAVE ANY MONEY AVAILABLE FROM SETTLEMENT

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   *2-12-2023*

Signature of Plaintiff        *Ronnie Allen Bellamy Jr.*
Printed Name of Plaintiff     *Ronnie Allen Bellamy Junior*
Prison Identification #       *53454, KDOC — 153388 MDOC*
Prison Address                *L.C.F. P.O. Box 2*
                              *Lansing          Kansas  66043*
                                      City                State        Zip Code

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney         _____
Printed Name of Attorney      _____
Bar Number                    _____
Name of Law Firm              _____
Address                       _____
                              _____
                                      City                State        Zip Code

Telephone Number              _____
E-mail Address                _____

PAGE 1 OF 7

IV. STATEMENT OF CLAIM
A.
(1)   STATE OF KANSAS ET. AL., – CONTRACT HOLDER –
EMPLOYER – KANSAS CIVIL SERVANTS – ENFORCEMENTS –
PROTECTIONS – GOVERNANCES – U.S. AND KS CONSTITUTIONS –
MANDATORY REPORTERS, SECURITY

(2)   ATTORNEY GENERALS OFFICE ET. AL., – CONTRACTOR –
CONTRACT HOLDER – LEGAL REPRESENTATION – U.S. AND KANSAS
CONSTITUTIONS ENFORCEMENTS – ENFORCEMENTS – PROTECTIONS –
GOVERNANCES – MANDATORY REPORTERS – KANSAS CIVIL
SERVANTS – JUDICIAL SYSTEM, HOMELAND SECURITY

(3)   KANSAS CIVIL SERVICE ET. AL., – KANSAS CIVIL LIBERTIES
UNION ET. AL., – CONTRACTOR – CONTRACT HOLDER – EMPLOYER –
LEGAL REPRESENTATION – U.S. AND KANSAS (CONSTITUTIONS)
AND ENFORCEMENTS – PROTECTIONS – ENFORCEMENTS – CIVIL
SERVANTS – JUDICIARY COMMITTEE – SYSTEM – MANDATORY
REPORTERS – ALL GOVERNANCES, HOMELAND SECURITY

(4)   KDOC ET. AL., – IMPRISONMENT – EMPLOYMENT –
CONTRACTOR – CONTRACT HOLDER – KANSAS CIVIL SERVANTS –
JUDICIARY SYSTEM – U.S. AND KANSAS CONSTITUTIONS –
EMPLOYER – REPRESENTATION – MANDATORY REPORTERS – ALL
PROTECTIONS AND GOVERNANCES – LAW ENFORCEMENTS,
HOMELAND SECURITY

PAGE 1 OF

PAGE 2 OF 7

## III STATEMENT OF CLAIM

(5) A. JEFF ZMUDA ET. AL., - KANSAS CIVIL SERVANT - APPROVAL OF CONTRACTS, CONTRACTOR, POLICY MAKER, CHAIN OF COMMAND, DESIGNATOR, EMPLOYER, MANDATORY REPORTER, ENFORCEMENT OF CONTRACTS - POLICY - RULES AND ALL GOVERNANCES AND PROTECTIONS, SECURITY

(6) UNIVERSITY OF KANSAS ET. AL., - KANSAS CIVIL SERVANTS - CONTRACTOR - CONTRACT HOLDER, EMPLOYER - EDUCATOR, ACCREDIDATOR, MEDICAL PROVIDER MANDATORY REPORTERS

(7) BRETT PETERSON ET. AL., - ENFORCEMENT OFFICER OF COMPLIANCE - POLICY - CONTRACTS - RULES - LAW - U.S. AND KANSAS CONSTITUTIONS, KANSAS CIVIL SERVANTS, OVERSIGHT, ADMINISTRATION, EMPLOYER, ADHERENCES, CLASSIFICATION

(8) CHANDLER CHEEKS ET. AL., - WARDEN - EMPLOYER - CONTRACTOR, ENFORCEMENT OF STATUTES - RULES, POLICY, CONTRACTS, MANAGEMENT, DIRECT KNOWLEDGE AND INFORMATION, ADHERENCES, KANSAS CIVIL SERVANT, HEAD OF ADMINISTRATION - BOARDS, CLASSIFICATION, SECURITY, MANDATORY REPORTER, HOMELAND SECURITY - OVERSIGHT

PAGE 3 OF 7

II STATEMENT OF CLAIM

(9) A. NICOLAUS BALL ET. AL., - DEPUTY WARDEN - Ks CIVIL SERVANT, EMPLOYER, MANDATORY REPORTER.- OVERSIGHT - EX EAI -KBI, SPECIAL AGENT OF ENFORCEMENT, DIRECT KNOWLEDGE, - AND INFORMATION, ENFORCEMENT - APPREHENSION - INTELLIGENCE, ALL ADHERENCES AND OBLIGATIONS CONTRACTUAL AND OTHERWISE BY KDOC - STATE OF KANSAS - LAW - STATUTES- ORDINANCES, SECURITY, RULES, POLICIES - PROVISIONS

(10) UNITED STATES DISTRICT COURT FOR THE TENTH CIRCUIT IN THE STATE OF KANSAS ET. AL. JUDGES SAM CROW, TOBY CROUSE, DANIEL D. CRABTREE, ANGEL D. MITCHELL, KANSAS CIVIL SERVANTS, ENFORCEMENT OF CONSTITUTIONAL RIGHTS, VIOLATIONS OF SAID RIGHTS, JUDICIARY ADHERENCES, JURISDICTION OF ADHERENCE OF JURISDICTION AND JURISDICTIONAL ISSUES- COMPLAINTS - VIOLATIONS TO U.S. AND KS CONSTITUTION AND ALL APPLICABLE LAWS AND STATUTES - ORDINANCES, MANDATORY REPORTERS - JUDICIARY ACCOUNTABILITY

(11) UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT OF KANSAS - IN DENVER COLORADO - JUDICIAL OVERSIGHT AND REVIEW, LACK OF ADHERENCES, ACKNOWLEDGEMENT, RECIEPTS, KANSAS CIVIL SERVANTS

PAGE 3 OF

PAGE 4 OF 9

IV STATEMENT OF CLAIM

A.

(11) CONTINUED, ENFORCEMENT OF JUDICIARY ACCOUNTANCES, MANDATORY REPORTERS. UPHOLDANCES OF JUSTICE — LIBERTY- LIFE AND ALL CONSTITUTIONS AND AMENDMENTS BILL OF RIGHTS, REVIEW OF ALL CIVIL AND CRIMINAL COMPLAINTS 1983 CIVIL LAWSUITS — APPEALS — MORAL AND CONTRACTUAL ADHERENCES — LAWS- STATUTES - ORDINANCES PUBLISHED AND UNPUBLISHED, JURISDICTION AND SUPREME COURT LAW- RULINGS - JURISDICTIONAL VIOLATIONS — APPEALATE CASE NO. 22-3106 BELLAMY V. CLINE ET. AL., — ALEX McCOLLOUGH ET. AL.,

(900)

(12) ELDORADO CORRECTIONAL FACILITY — SURVEILLANCE SYSTEM CAMERAS ALL PLACES RESIDENT PLAINTIFF HAS BEEN HOUSED AND ALL PLACES WHERE PLAINTIFF HAS BEEN ATTACKED — CONTRACTUAL ADHERENCES FOR CAMERA SYSTEM FOR OBSERVATION PURPOSES- INSURANCE PURPOSES - CRIMINAL PURPOSES - PROSECUTORIAL PURPOSES - RECORDED EYEWITNESS, AS CIVIL SERVANTS - MANDATORY REPORTERS

(13) LANSING CORRECTIONAL FACILITY — SURVEILLANCE SYSTEM CAMERAS ALL PLACES PLAINTIFF HAS BEEN HOUSED, ALL PLACES PLAINTIFF HAS WORKED, ALL PLACES WHERE PLAINTIFF HAS BEEN ATTACKED — ATTENDED YARD- CALLOUTS — LAW LIBRARY — PROPERTY — ~~FREE AIR~~ ~~AIR AIR CLOTHING — TO READ~~ MANDATORY REPORTERS

IV STATEMENT OF CLAIM

A.

(13) CONTINUED ALL PLACES PLAINTIFF HAS BEEN FOR ID-PHOTO, CLOTHING, THERAPY SESSIONS - MEDICAL- INTERVIEWS, DISCIPLINARY - CARE - VIA SKYPE FOR MENTAL HEALTH CONSULTATION WITH NURSE PRESENT MULTIPLE OCASSIONS, K's CIVIL SERVANTS, CONTRACTUAL AGREEMENTS

(14) CENTURION MEDICAL SERVICES ET. AL., PRIVATE FOR PROFIT BUSINESS - CONTRACTOR AND CONTRACT HOLDER FOR KDOC - STATE OF K's - UNIVERSITY OF K's, KANSAS CIVIL SERVANTS - SERVICES, PROVISIONAL CARE - EMERGENCIES - ADHERENCES - MEDICAL SERVICES - ASESSMENTS - DIAGNOSIS- CHARTING - ATTENDING - RESPONDING - PROCESSING - DOCTORS- NURSES - PLACEMENTS, MANDATORY REPORTERS, VISITS, STAPLES - STITCHES, ESCORTS — SST, STAYS - INFIRMARY ADMITTANCES, MEDICATIONS, CONTRACTUAL AGREEMENTS

(15) ENFORCEMENT - APPREHENSION - INTELLIGENCE - EAI - KBI - SPECIAL AGENTS - JAMES GIFT, DENISE SISCO, AND UNKNOWN AGENTS ET. AL., BRYANT FRANK T ET. AL., SUBSIDIARY LAW ENFORCEMENT AGENTS OF K.B.I AND F.B.I ALL BRANCH ENFORCEMENTS OF THE STATE AND FEDERAL LAWS OF THE UNITED STATES OF AMERICA, AND THE KDOC- US AND K's CONSTITUTIONS - CONTRACTS - CONTRACTUAL AGREEMENTS, POLICIES, EMPLOYEES - VOLUNTEERS - RULES, STATE AND FEDERAL AGENCIES

PAGE 6 OF 7

IV STATEMENT OF CLAIM A.

(15) CONTINUED UNITED STATES AND KANSAS CIVIL SERVANTS-
~~Y~~ UNITED STATES AND KANSAS CIVIL SERVICES ET. AL.,

(16) KDOC - CONTINUING ET. AL., JAMES ENGLES - SECURITY,
LARRY E. WAGNER - SECURITY, ALEX J. ELLISON - SECURITY-
REPORTER - WITNESS, CHRISTOPHER HUNT - SECURITY - JUDGE - WITNESS,
ANDREW PARKS - UNIT TEAM MANAGER - SECURITY - MANDATORY
REPORTER, DANIEL EAST - MAJOR - HEAD OF SECURITY - SEG REVIEW
BOARD MEMBER - WITNESS - DECISION MAKER, WILLARD SCOTT
KINCAID - SECURITY - MANDATORY REPORTER - KANSAS CIVIL SERVANT-
DESIGNEE THROUGH WARDEN CHANDLER CHEEKS - INJURY
CLAIMS - PROPERTY CLAIMS, FORM # 01-1180-001, " IMPP "
CONTRACTS - GRIEVANCE - ARTICLE 15 - K.A.R. FORM # P-157
RESPONDER - CONTROL - DECISION MAKER

(17) KANSAS CIVIL LIBERTIES SERVICES - UNION ET. AL.,
KANSAS BAR ASSOCIATION ET. AL., LEGAL SERVICES FOR
PRISONERS ET. AL., CHIEF LEGAL COUNSEL FOR KDOC ET. AL.,
DEPARTMENT OF ADMINISTRATION ET. AL., JOINT COMMITTE
ON SPECIAL CLAIMS AGAINST THE STATE TO INCLUDE
LIBBY SNEIDER ET. AL. FOR KDOC ET. AL., WYANDOTTE COUNTY
KANSAS ET. AL., CONTRACTS - CONTRACTUAL AGREEMENTS, FOR
ALL GOVERNING ENTITIES - LAWS - COURTS - CONSTITUTIONS -
KDOC - SECRETARY OF CORRECTIONS - WARDENS - DEPUTY
WARDENS - ADMINISTRATIONS AND EMPLOYEES - VOLUNTEERS -
UNIVERSITY OF KANSAS MEDICAL CENTER - SCHOOL AND MED

PAGE 7 OF 7

IV STATEMENT OF CLAIM A.

(17) CONTINUING WITH MED CENTER EXECUTIVE DEAN, ROBERT
D. SIMARI, MD., INTERAGENCY SERVICES AGREEMENT AND
ALL AMENDMENTS TO INCLUDE NANCY BURGHART —
TRANSACTION ID: CBJCHBCAABAA2hRrA2PXPTCX9Yu-
txPxn 480E3xUV953 BY; NANCY BURGHART (Nancy.Burghart @ Ks.gov)

E.D.C.F.

PAGE 1 OF 2

INJURIES

INJURIES - FIRST ATTACK - LACK OF CARE

V. FIRST ATTACK AT E.D.C.F. IN PLAINTIFFS SLEEP - SEE VIDEO FOOTAGE. ON SEPT 3RD 2019, DUE TO LACK OF PROPER AND ADEQUATE RESPONSES FROM CLASSIFICATION - SECURITY - KDOC EMPLOYEES ON AND OFF DUTY ACTING UNDER COLOR OF LAW AND CONTRACTUAL ADHERENCES. THE PLAINTIFF HAS SUFFERED AND IS SUFFERING FROM PERMANENT INJURIES NOT REPAIRED PROPERLY, ETHICLY - NO FORM OF REHAB - LAPSES IN TIME AND MEMORY, MUSCLES IN FACE AND ARM NEVER REATTACHED, PLAINTIFF HAS BEEN PLACED IN THE MENTAL HEALTH UNIT AS A RESULT OF THESE INJURIES AND UPON RETURN FROM WESLEY MEDICAL CENTER, APPX. 12 - HOURS LATER, PLAINTIFF WAS FORCED TO EXIT THE TRANSPORT VEHICLE TO BE PAT SEARCHED IN THE OUTSIDE VEHICLE ENTRANCE AND WAS SEXUALLY ACCOSTED BY CSI GADBERRY - SECURITY, WITNESSED BY SST TRANSPORT HOLCOMBE WHO LAUGHED, AND SST TRANSPORT O'BRIEN, WHO ALSO VIDEO'D THE ENTIRE STAY IN ER - HOSPITAL WITH A CELL PHONE, AND THERE WAS A NURSE WHO DID THE SAME - THAT I GAVE A URINE SAMPLE TO - TO PROVE I HAD NOT RECEIVED ANY PAIN MEDICATION AND NO IV. THE ENTIRE TIME. PLAINTIFF SUFFERS FROM MANY ISSUES DUE TO THIS, UNABLE TO FIGURE OUT WHAT TO DO SOMETIMES, UNABLE TO SLEEP IN IN ANY ENVIRONMENT WHERE IT REQUIRES DOUBLE BUNKING OR CELLING. AND IT TAKES A VERY LONG TIME FOR ME - PLAINTIFF TO

WRITE DUE TO MUSCLES IN FOREARM NEVER REATTACHED THE
SKIN WAS SEWN BACK TOGETHER ONLY AND I WAS REFUSED
ALL FORMS OF CORRECTIVE SURGERIES AND REHAB AND THE
INITIAL EMERGENCY CARE THAT SHOULD HAVE BEEN PROVIDED
ACCORDING TO ALL PROTECTIVE GOVERNANCES INCLUDING AN IV-
AND PAIN MEDICATION LORITAB UNTIL I RETURNED TO THE
PRISON INFIRMARY ON SEGREGATION STATUS AND AFTER APX
14-16 DAYS. I WAS PLACED BACK IN SEGREGATION DOUBLE
CELLED NOT HEALED OR RECEIVING ANY CARE DUE TO THE
LIES INVOLVED AND THE FALSIFIED DOCUMENTATIONS, AND THE
CONSTITUTIONAL VIOLATIONS BY ALL INVOLVED. INCLUDING
THE UNCONSTITUTIONAL - UNLAWFUL - ILLEGAL - IMMORAL -
DISMISSAL OF THESE COUNTS - ISSUES RAISED BY THEN
JUDGE SAM A. CROW AND ALL FOLLOWING JUDGES -
TOBY CROUSE - DANIEL CRABTREE - ANGEL D. MITCHELL - AND
THE JUDICIARY COMMITTE - COUNSEL PLAINTIFF SHOULD
HAVE BEEN PROVIDED SAME CARE - CONSTITUTIONALLY - PROTECTIVELY -
AND CORRECTINGLY AS ANYONE ELSE.

/S/ Ronnie Allen Bellamy Jr
RONNIE ALLEN BELLAMY Jr. 53454
L.C.F. P.O. BOX 2
LANSING, KANSAS C06043

EX 1ST
ATTACK - VIOLATION HERE At L.C.F. MENTAL HEALTH UNIT
DATE of ACCIDENT: APPROXIMATELY 10-20-12-2021
DESCRIPTION: DUE TO CASE NO. 5:20-cv-03229-SAC, TC, DOC, ADM
APPEAL NO 22-3106 BELLAMY V. CLINE ET. AL., BELLAMY V. McCULLOUGH
ET. AL., AND ALL ACTIVITIES INVOLVED BY UNITED STATES DISTRICT
COURT FOR TENTH CIRCUIT 444 S.E. QUINCY 490 U.S. COURTHOUSE
TOPEKA, KANSAS, 66683 AND ALL AMENDMENTS TO SAID
CASE, UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
BYRON WHITE U.S. COURTHOUSE 1823 STOUT STREET DENVER,
COLORADO 80257 UNANSWERED RESPONSES AND APPEALS-
NOTICES - ORDERS, CONSTITUTIONAL VIOLATIONS - ETHICAL
VIOLATIONS - VIOLATIONS OF ALL APPLICABLE GOVERNANCES -
PROTECTIONS - LAWS - KDOC - ATTORNEY GENERALS OFFICE ET. AL.,
SECRETARY of CORRECTIONS ET. AL., CONTRACTS ET. AL., DEPT OF
CORRECTIONS ET. AL., CENTURION MEDICAL ET. AL., THE
CONTINUING AND ONGOING ATTACKS - ATTEMPTS TO MURDER
ME ARE AS FOLLOWS DUE TO THE AFOREMENTIONED EVENTS-
VIOLATIONS - CONSPIRACIES TO HELP MURDER PLAINTIFF TO
COVER UP ALL VIOLATIONS FROM ALL PARTIES INVOLVED.
PLAINTIFF HAS BEEN ATTACKED AT KNIFEPOINT BY
RESIDENT THOMAS MOORE, UPON LEAVING THE CHOW HALL
EVENING MEAL, ATTEMPTING TO RETURN TO THE MENTAL
HEALTH UNIT, WHEN ATTACKER-MOORE STG MEMBER CAME
FROM BEHIND AND STEPPED TO MY RIGHT SIDE AND PULLED
A KNIFE OUT OF HIS POCKET AND ATTEMPTED TO STAB
ME AND I THREW MY HANDS UP TO DEFEND MYSELF AS
THE ATTACK BEGAN WITH EVERYONE KNOWING MY PREVIOUS

INJURIES, RESIDENTS AND STAFF, EMPLOYEES ACTING UNDER
COLOR OF LAW ON AND OFF DUTY, AS MY ATTACKER WAS
BEING TAKEN DOWN BY SORT MEMBER HYDRO, I WAS
HIT FROM AND ON RIGHT SIDE GIVING ME WHIPLASH AND
AGGRAVATING MY HEAD INJURY TAKING ME TO THE FLOOR HARD
AS I WAS NOW COMBATIVE, LAYING ON ME AS I WAS
INCHES FROM MY ATTACKER UNABLE TO MOVE THE KNIFE NOT
YET RECOVERED AND THE A-3, DOOR OPEN WITH MULTIPLE
SECURITY THREAT GROUP (STG) MEMBERS COMING TOWARD US, AND
SORT MEMBER TOWEL ON TOP OF ME. I WAS CUFFED AND
TAKEN TO MEDICAL EVEN MORE DEFENSELESS, WHERE MY LETANS
WERE TAKEN AND MENTAL HEALTH ASKED ME IF I WAS
CONTEMPLATING SUICIDE OR HOMICIDE AND I WAS TAKEN TO
A-4, CAGE AND THEN TO A-1 AND PLACED IN A CAGE, AND THREATENED
BY LT. BARNETT, THAT EVEN THOUGH I WAS A SINGLE CELL
RESIDENT FROM THE MENTAL HEALTH UNIT I WILL EITHER BE
DOUBLE BUNKED AGAINST MY WILL - OR HE WOULD LEAVE ME ON THE
FLOOR OF THE CAGE AND HAVE SST - SORT TEAM SUIT UP
AND FORCE CELL ME TO THE DOUBLE BUNKING - EVEN THOUGH I
AM ALWAYS SINGLE CELL DUE TO ATTEMPTED MURDER ON ME IN
MY SLEEP IN E.D.C.F., THAT PUT ME IN THE MENTAL HEALTH
UNIT FROM THAT ATTACK. AND BY THREAT OF MORE VIOLENCE
FROM KDOC ON DUTY ACTING UNDER COLOR OF LAW LT. BARNETT
I WAS PLACED BEEN COMBATIVE BY PROTECTING MYSELF - I SHOULD HAVE
LET THE INMATE THOMAS MOORE STAB ME - BECAUSE HE WOULD
HAVE. I ASKED HIM TO LOOK AT THE VIDEO FOOTAGE AND HE STATED

Page 3 of 3
1ST ATTACK AT L.C.F.

HE ALREADY DID. AND I WAS PLACED IN THE CELL AGAINST
MY WILL AND BY THREAT OF VIOLENCE FROM LT. BARNETT
WITH A BLACK INMATE WHO WAS ALSO HAVING ISSUES. I SAT
ON THE TOP BUNK UNABLE TO FUNCTION FOR 3-DAYS, AS THIS
INMATE STOOD AT THE BACK OF THE CELL MASTURBATING STARING
AT THE WALL. THE OFFICER FINALLY TOLD ME TO PACK AND I
WAS MOVING TO ANOTHER CELL A-1-123, AND I WAS IN THE
DOOR AND AS THE DOOR CLOSED IT OPENED UP AND I WAS
FORCED INTO ANOTHER DOUBLE BUNKING SITUATION WITH A WHITE
INMATE WHO HAD A KNIFE INSERTED IN HIS RECTUM TO USE ON
WHOEVER WAS IN THE ROOM WHEN IT CAME OUT- LEAVING ME TO
GO ON CRISIS UNRESPONSIVE IN THE STRIP CELL (THE SAME
ONE LATER USED ON 5-18-2022, TO HOUSE ME SUFFERING FROM
A SERIOUS CONCUSSION UNATTENDED AND NON-COMBATIVE.),
UNABLE TO FUNCTION FOR DAYS STARING AT THE WALL TRYING
TO FIGURE OUT WHAT TO DO, AS THE KDOC-WAS HELPING TO
FACILITATE THE REPEATED HARM BEING DONE TO ME.
SEE ATTACHED FOR ATTACK THAT TOOK PLACE AND LED TO
CRISIS FROM THAT ATTACK, AT KNIFE POINT. WITNESSED BY
DEFENDANTS A-HALLWAY CAMERA SYSTEM X 10-12 CAMERAS
AND RESPONDING SORT MEMBERS. AND SST CHRISTOPHER
HUNT DISCIPLINARY JUDGE WHO WATCHED FOOTAGE AND
DISMISSED D.R. DUE TO BEING A LIE AND AN ATTEMPT
BY KDOC EMPLOYEES TO COVER UP TRUTH, Cet BRUSH-EYEWITNESS
WITNESSES - DEFENDANTS, ALL CAMERAS ALL PLACES SAME AS
SECOND ATTACK-ALL THINGS LISTED SAME AS LISTED     IS/ RONNIE Allen BELLAMY JR #53454
IN SECOND ATTACK                                   RONNIE ALLEN BELLAMY JR #53454
                                                   L.CF. P.O BOX 2 LANSING KS 66043

PAGE 1 OF 2
INJURIES - FIRST ATTACK AT L.C.F. -
                    LACK OF CARE

INJURIES
V. FIRST ATTACK- AT L.C.F. ON 10-12-2021
SEE BODY OF COMPLAINT FOR DETAILS - VIDEO
FOOTAGE, PLAINTIFF WAS ATTACKED AT KNIFE POINT
BY STG MEMBER, SEE ATTACHED — AND FURTHER
ATTACKED BY SORT TEAM MEMBER SST TOWEL IT
IS BELIEVED TAKING PLAINTIFF TO THE GROUND
FURTHER ENDANGERING PLAINTIFFS LIFE AND
GIVING PLAINTIFF WHIPLASH AND LIFE THREATENING
DUE TO PREVIOUS HEAD TRAUMA - INJURIES, LEFT
UNTREATED, UNCONSTITUTIONALLY, NO CARE GIVEN. THE
MENTAL ANGUISH - TRAUMA SUFFERED FROM ALL ATTACKS
STAFF AND INMATE - THE MENTAL ANGUISH - TRAUMA -
LOSS OF SLEEP - ABILITY TO FUNCTION PROPERLY - TO
RESPOND COHERENTLY DUE TO ANOTHER FORCED DOUBLE
CELLING - WHEN CLEARLY PLAINTIFF WAS SINGLE CELL
STATUS BY LT. BARNETT, WHO ALSO LIED AND ACCUSED
PLAINTIFF OF BEING RESPONSIBLE AFTER LT. BARNETT.
CLAIMS TO HAVE WATCHED THE VIDEO PERSONALLY, AND
THREATENED PLAINTIFF WITH VIOLENCE THRU KDOC
SORT- SST, ACTING UNDER COLOR OF LAW. VIOLATING
PLAINTIFFS CONSTITUTIONAL RIGHTS - LAW - PROTECTIVE
GOVERNANCES - IMPP 02-118D, K.S.A. § 21-5416, PLAINTIFF
SHOULD NOT HAVE BEEN PLACED IN SEGREGATION
TO BEGIN WITH OR THREATENED OR LIED TO OR ATTACKED
BY SECURITY - SST - SORT - OR ANY STG MEMBER OR EMPLOYEE

PAGE 2 OF 2
INJURIES- FIRST ATTACK AT L.C.F.
          LACK OF CARE

(1) PLAINTIFF SHOULD NOT HAVE BEEN PLACED IN
SEGREGATION FOLLOWING ATTACK AND VIEWING
OF VIDEO FOOTAGE BY LT. BARNETT.

(2) LT. BARNETT. SHOULD NOT HAVE LIED TO THE
PLAINTIFF WHO IS FROM AND HOUSED IN THE MENTAL
HEALTH UNIT DUE TO FIRST ATTACK AND DOUBLE CELLING
AGAINST PLAINTIFFS WILL AT E.D.C.F. ALLOWING A. J. KIDD
TO ATTEMPT TO MURDER PLAINTIFF IN HIS SLEEP

(3) LT. BARNETT SHOULD NOT HAVE THREATENED PLAINTIFF
WITH FURTHER VIOLENCE BY USING SST - SORT - KDOC
EMPLOYEES

(4) PLAINTIFF SHOULD NOT HAVE HAD TO SPEND 3 DAYS
UNABLE TO SLEEP IN DOUBLE CELLING WITH BLACK INMATE
WHO WAS STANDING AT THE BACK OF CELL MASTURBATING
FACEING THE WALL WHILE PLAINTIFF SAT IN MIDDLE
OF TOP BUNK ON THE 3RD DAY UNABLE TO SLEEP WITNESSED
BY SECURITY

(5) PLAINTIFF REPEATEDLY TOLD LT. BARNETT I AM SINGLE
CELL. FROM MENTAL HEALTH UNIT WHO STATED I DON'T
CARE IN FRONT OF 2. OTHER OFFICERS WORKING A-1
DAY OF ATTACK

(6) PLAINTIFF SHOULD NOT HAVE BEEN PUNISHED UNCONSTITUTIONALLY
                              BY Ronnie Allen Bellamy Jr.

PAGE 1 OF 4
2ND-ATTACK AT L.C.F.-LACK OF CARE

WHAT HAPPENED- PLAINTIFF WAS ATTACKED FROM
BEHIND WITH WEAPON INTENDED TO KILL, UNAWARE
THAT I WAS EVEN BEING ATTACKED. I THOUGHT I FACE
PLANTED INTO SOME TRASH BAGS IN THE HALLWAY BUT
I WASN'T SURE. I REMEMBER WALKING INTO MY UNIT
THE MENTAL HEALTH UNIT. AND SEEING THE REGULAR 2-
3 DAY OFFICER MR. ELLISON, AND PLAINTIFF-ME-SAID
WOULD YOU PLEASE OPEN MY DOOR I DON'T FEEL GOOD.
AND HE OFFICER ELLISON, SAID THERE'S BLOOD ALL OVER
YOU, SO THAT'S PROBABLY WHY. AND I HIT THE FLOOR
UNABLE TO MOVE. AND 2-SORT MEMBERS ARRIVED AND
HELPED ME UP I COULDN'T STAND OR WALK, I WAS FIGHTING
NOT TO VOMIT I JUST ATE BREAKFAST. I KNEW I WAS
HURT REALLY BAD, BUT NO MEDICAL WAS PRESENT, AND I
WAS FORCED BETWEEN THE 2-SORT MEMBERS - RESPONDERS
TO HALF WALK AND BE CARRIED TO THE CLINIC-INFIRMARY,
WHERE I WAS DIAGNOSED - ASESSED WITH A SERIOUS
CONCUSSION BY NURSE AND DOCTOR FROM CENTURION MEDICAL
AND THROWN INTO A STRIP CELL - CRISIS CELL UNATTENDED
WITH A WRAP ON MY ARM AND I BELIEVE MY HEAD A-PRESSURE
WRAP, DUE TO THE INJURIES? I WENT UNCONSCIENCE AND
AWOKE FIGHTING VOMITING AND TRYING TO STAY AWAKE
WITH NO HELP PRESENT. NOT SURE HOW MANY DAYS EVENTUALLY
GIVEN MECLAZINE - TYLENOL OR IBUPROFEN. AND THEN MOVED
FROM A PUNISHMENT CELL TO A LESS PUNISHING CELL IN FRONT
OF THE NURSES STATION. AND BECAUSE I WAS TRYING TO

PAGE 2 OF 4
2ND ATTACK AT L.C.F - LACK OF CARE

GET OFFICER SNODGRASS'S, ATTENTION. THE ONLY WAY TO DO
SO IS BY YELLING OR KNOCKING ON THE DOOR. I NEEDED HELP
I COULD NOT HELP MYSELF I HAD TO USE A ROLIABLE BEDSIDE
TABLE TO WALK AND MOVE, I WAS SERIOUSLY HURT. THE NURSE
GOT MAD AND HAD ME MOVED TO THE LAST CELL ON THE FAR
SIDE OF THE INFIRMARY SO SHE DID NOT HAVE TO LOOK AT
ME INSTEAD OF LEAVING ME IN OBSERVATION VIEW.
DATE OF ATTACK- APPROXIMATELY 5-18-2022
LOCATION - BUILDING A-HALLWAY, TIME-BREAKFAST 5:30-6:00 A.M.
ATTACKER - INMATE CARILLO-"STG" MEMBER, PLAINTIFF
RONNIE ALLEN BELLAMY JR #53454, HAS REQUESTED PROSECUTION
FOR ALL INVOLVED FOR CONSPIRACY TO COMMITT MURDER,
AND BEEN DENIED BY UTM ANDREW PARKS, UTM KIMBERLY
OPLIGER, UTS MERIDETH DAVID JR, UTS REBEKA L. HALL, KDOC
EMPLOYEES ACTING UNDER COLOR OF LAW-KANSAS CIVIL
SERVANTS-CONTRACTORS-SECRETARY OF CORRECTIONS- LEAVENWORTH
COUNTY ATTORNEYS OFFICE-EAI JAMES M. GIFT, EAI
DENESE M. SISCO, EAI KYLE B. CONARD, EAI-VICTOR C.
HARSHBARGER, EAI ELIZABETH D. KAUTZ, EAI UNKLOWN AGENTS
DEPUTY WARDEN NICOLAUS BALL, WARDEN CHANDLER CHEEKS,
DESIGNEE WILLARD SCOTT KINCAID, LEGAL SERVICES FOR PRISONERS
MR. CHARLES CAVANEE, PUBLIC SERVICE ADMINISTRATOR MR. JOHN
P. STIFFIN, KDOC EMPLOYEES JUDY A. HUNOLET, CHRISTOPHER HUNT,
JAMES A. ANDRING, BRUCE CHAPMAN-— ALL K.S. CIVIL SERVANTS-
SERVICES - ALL KDOC EMPLOYEES -CONTRACTORS, ALL DEPARTMENT OF
ADMINISTRATIONS- COURTS- LAW ENFORCEMENTS ARE MANDATORY

PAGE 3 OF 4
2ND ATTACK AT L.C.F.
LACK OF CARE

REPORTERS:

PEOPLE RESPONSIBLE FOR THE ATTACK — KDOC, NO SECURITY OR
STAFF IN HALLWAY OF BUILDING A — UNITED STATES
DISTRICT COURT TOPEKA KANSAS, TENTH CIRCUIT — UNITED
STATES COURT OF APPEALS FOR TENTH CIRCUIT IN DENVER,
COLORADO, DUE TO CASE NO. 5:20-CV-03229 SAC, TC, DOC, ADM AND
AMENDMENTS — APPEAL NO. 22-3106 BELLAMY V. CLINE ET. AL.,
BELLAMY V. McCOLLOUGH ET. AL. — APPEAL, SECURITY THREAT GROUP
MEMBERS STAFF AND INMATE —— INMATE CARILLO
THE ATTACKER — ATTEMPTED MURDERER — ADMITTED TO PLAINTIFF
ON 2-4-2023, AT 12:56 P.M. AT THE DOOR OF MY CELL IN
A-1-238, SAID I APOLOGISE FOR WHAT HAPPENED STATING
THAT HE OWED THE S.D.'S — STG, AND HE COULDN'T PAY
HIS DEBT SO THE SURANOS — ARYAN BROTHERHOODS
AFFILIATES AND PRISON ALLIANCES PAID HIS DEBT TO THE
SPANISH DISCIPLES — SATANS DISCIPLES AND ORDERED HIM
TO GET ME, MURDER ME. ALL SECURITY ~~VIDEOTAPE AND CAMERAS
PEOPLE~~

WITNESSES — ATTACKER — ATTEMPTED MURDERER
CARILLO              , ALL CAMERAS IN BUILDING A —
HALLWAY, ALL SECURITY — PERSONELL — EMPLOYEES — ALL MANDATORY
REPORTERS — K'S CIVIL SERVICES — SERVANTS, ALL PEOPLE VIEWING
CAMERAS LIVE — AFTERWARDS — BEFORE — DURING, PROSECUTION —
LEAVENWORTH COUNTY ATTORNEYS, ALL ON OR OFF DUTY — ACTING
UNDER COLOR OF LAW — INMATE BRANDON SCOTT # 70517

PAGE 4 OF 4
2ND ATTACK AT L.C.F.
LACK OF CARE

WITNESSES CONTINUING - **ALL CAMERAS** IN CLINIC - INFIRMARY, MAIN COMPOUND AND CAMERA IN CRISIS STRIP CELL WHERE POSTRENT WAS PLACED TO LIVE OR DIE ON HIS OWN - **ALL STAFF** INCLUDING MEDICAL - COI ALEX J. ELLISON - ALL VIDEO FOOTAGE FROM ALL PLACES - ALL MEDICAL CHARTS - ASSESSMENT(**S**) - MEDICATIONS - X-RAYS - MRI IMAGES - TRANSPORT ORDERS - ALL ATTENDING

COI ALEX J. ELLISON EYEWITNESS PERSONALLY
ALL CAMERAS ALL PLACES BUILDING A - A-17, AND
MEDICAL AS DEFENDANTS - WITNESSES SEE BODY
OF COMPLAINT - LISTED. DISCIPLINARY REPORTS - INCIDENT REPORTS -
COMPLAINTS - COMMENTARY

18 RONNIE ALLEN BELLAMY JR.
RONNIE ALLEN BELLAMY JR #53454
L.C.F. P.O. BOX 2
LANSING, KANSAS 66043

PAGE 1 OF 2
INJURIES IN 2ND ATTACK AT L.C.F.
AND LACK OF CARE

V. INJURIES

(1) PLAINTIFF SUFFERED A SEVERE CONCUSSION
(2) PLAINTIFF SUFFERED COMPLETE LACK OF PROPER
CARE. LEAVING PLAINTIFF UNABLE TO STAND OR
WALK PROPERLY FOR 19 DAYS UPON RETURN TO THE
MENTAL HEALTH UNIT PLAINTIFF WOULD HAVE TO
CONTINUOUSLY STOP OR SLOW DOWN AND GRAB A
RAIL COMING DOWN STAIRS OR WALKING IN AN EFFORT
TO HURRY UP AND HEAL AND BE PREPARED

(3) PLAINTIFF SHOULD NOT HAVE BEEN DENIED THE PROPER
STANDARD OF CONSTITUTIONALLY PROTECTED CARE AND
PROTECTIVE GOVERNANCES - LAWS- MEDICAL TREATMENT-
HOSPITALIZATION(S) - MEDICATIONS IN PROPER AMOUNTS
AS PRESCRIBED-ACCESS TO PROPERTY-COURTS-LEGAL MATERIALS
(4) PLAINTIFF CONSTITUTIONAL RIGHTS SHOULD NOT HAVE
BEEN VIOLATED BY FIRST BEING ATTACKED WITH NO
SECURITY IN A-BUILDING HALLWAY AT MEAL LINE- MASS
MOVEMENT, THEN BEING FORCED TO GET UP OFF FLOOR
WHERE PLAINTIFF PASSED OUT FOR SECOND OR THIRD
TIME APPARENTLY AND FORCED TO GO TO MEDICAL
MEDICAL SHOULD HAVE COME AND TOOK PLAINTIFF BY
WAY OF STRETCHER AND MEDICAL ATTENDANCE-NOT JUST
SECURITY TO INFIRMARY- AMBULANCE- HOSPITAL AND
NOT JUST WRAP PLAINTIFF IN BANDAGES AND THROW

PAGE 2 OF 2
INJURIES IN 2ND ATTACK AT L.C.F
AND LACK OF CARE

PLAINTIFF. IN CRISIS CELL AS PUNISHMENT. AND LEFT
TO MAKE IT OR NOT. VIOLATING RIGHTS

(5) PLAINTIFF WAS FORCED TO ENDURE CRUEL AND UNUSUAL
PUNISHMENTS REPEATEDLY BY ALL INVOLVED VIOLATING RIGHTS

(6) PLAINTIFFS RIGHTS WERE VIOLATED BY THE WEAPON USED
ON PLAINTIFF AND WHY-HOW-WHO ALL WAS INVOLVED
KDOC - AND INMATE(S) STG MEMBERS

(7) PLAINTIFF HAS LAPSES IN MEMORY-ABILITY TO COMPREHEND,
AND FALLS ASLEEP AT UNUSUAL TIMES UNABLE TO CONTROL
THE ONSET OR DURATION. VIOLATING MULTIPLE RIGHTS

(8) PLAINTIFF SUFFERS FROM CONFUSION AT TIMES AND HAS
TO STOP TALKING OR AND WALK AWAY WITNESSED BY
MULTIPLE COUNSELING SESSIONS WITH BHP - UNABLE TO
FOCUS ON ANYTHING LIKE PLAINTIFF USE TO BE ABLE TO
VIOLATING MULTIPLE RIGHTS.

(9) PLAINTIFF SHOULD HAVE AND SHOULD BE BEING
TREATED WITH THE PROPER STANDARD OF CARE AND
CONSTITUTIONALLY PROTECTED GUARENTEES AND LIFE
PLAINTIFFS APPEAL DISMISSED WRONGFULLY - UNCONSTITUTIONALLY
DENIED COUNSEL REPEATEDLY. THIS    /S/ RONNIE ALLEN BELLAMY JR.
VIOLATES MULTIPLICITLY, ALL         RONNIE ALLEN BELLAMY JR.
CONSTITUTIONALLY PROTECTED          L.C.F. P.O. BOX 2
RIGHTS                              LANSING. KANSAS 66043

## 3RD ATTACK AT L.C.F.
ON 9-29-2022

WHAT HAPPENED — PLAINTIFF RONNIE ALLEN BELLAMY JR.
#53454, WAS ATTACKED AT KNIFEPOINT BY INMATE
FELLERS #6003270, IN AN ATTEMPT TO MURDER
PLAINTIFF DUE IN PART TO THE EVENTS THAT
OCCURRED AND WERE UNCOVERED IN A MASSIVE DRUG
SMUGGLING OPERATION THAT INVOLVES DRUG KINGPIN
AND SHOT CALLER FOR THE G.D.'S — GANGSTER DISCIPLES
AND SURANOS ALLIED SMUGGLING OPERATION — KNOWN
ONLY TO ME AS DOUGH POPPA — ~~TODD~~ — ~~RICKARDO~~ — ~~RICHARD~~
ANOTHER INMATE NAMED RIDDLE WITH THE HELP OF
OFFICER ON DUTY ACTING UNDER COLOR OF LAW MR.
JAMES ENGLIS OPENED INMATE FELLERS AND INMATE
JOHN HELMS #0099022 ROOM UNDER THE PREMISE OF
PUTTING A BOOK IN THERE — AND TAKING THAT OPPORTUNITY
TO STEAL THE DRUGS THAT WERE BEING HELD IN INMATE
FELLERS LOCKER THAT HAD INMATE RIDDLES LOCK ON IT
DUE TO FELLERS NOT HAVING ONE I'M GUESSING. PRIOR TO
THAT I RONNIE ALLEN BELLAMY JR. KNOWING BOTH INMATES
BY LIMITED INTERACTION SAW THEIR DOOR OPEN IN A-7
AND HELMS LAYING IN TOP BUNK WITH SMALL TRASH BAGS
SHOWING IN CORNER OF TOP BUNK AND ASKED INMATE
JOHN HELMS WHO I OCASSIONALY SHARE WITH IF I
COULD HAVE SOME OF THE SMALL BAGS I WAS OUT
AND THEY ARE HARD TO GET. HE SAID YES, GRAB
SOME I DID SO STEPPED BACK OUT AND ASKED IF
HE WANTED THE DOOR CLOSED. FELLERS WAS AT WORK IN

THE LAW LIBRARY AND HE SAID YES, AND I CLOSED HIS DOOR AND WALKED AWAY ON CAMERA ENTIRE TIME. AND THEN DURING LUNCH AS I DID NOT GO DUE TO HAVING FOOD AND WATCHING THE EVENTS UNFOLD INMATE RIDDIE THEN AT LUNCH WITH HELP OF OIC JAMES ENGLISS STOLE SOME DRUGS - PHONE - AND I'm NOT SURE WHAT ELSE MADE HIS WAY TO INMATE HERNANDEZ - SURANO STG MEMBER - JESUS M. HERNANDEZ #0124693 UPON ENTERING ROOM HE HAD NOTHING IN HIS HANDS OR ON HIM VISIBLE AND HE EXITED HIS ROOM AND CAME TO MY ROOM WITH A CANTEEN BAG SET IT DOWN AND I PUSHED HIM OUT OF MY ROOM AS I LIVE ALONE DUE TO 1ST AND MULTIPLE ATTEMPTS TO MURDER ME REPEATEDLY, AND MOMENTS LATER JOHN HELMS CAME TO MY DOOR YELLING WITH HIS CELLIE - ROOMATE BRIAN NELSON FELLERS #6003270 - AKA "LIZARD", I'm GOING TO TELL THE G. D.'S WHAT YOU DID WHILE JOHN HELMS STATED MARK RIDDLE #94373, CAME TO YOUR ROOM WE JUST WATCHED THE VIDEO WITH OIC JAMES ENGLIS OFFICER ON DUTY AND UTM ANDREW PARKS, AND KEPT YELLING AND WENT TO INMATE MARK RIDDLES DOOR #94373 IN A-7-MENTAL HEALTH UNIT KNOWN AS TRU-UNIT AND AFTER SOME CONVERSATION AND THE OFFICER OPENING MARK RIDDLES DOOR FOR INMATE BRIAN "LIZARD" FELLERS #6003270, AND HIS ROOMATE JOHN HELMS #0099022, AS THEY WENT SOMEWHERE I BELIEVE THEIR ROOM IMMEDIATELY, 2-SORT TEAM

PAGE 3 OF 8
3RD ATTACK AT L.C.F.

MEMBERS, CAME TO MY ROOM STRIP SEARCHED ME AND
LET ME WALK IN THE DAYROOM WHILE THEY SEARCHED
MY ROOM THOUROUGHLY, BOTH SST-SORT TEAM MEMBERS
ARE KNOWN FOR THEIR DILLIGENCE IN THEIR DUTIES AND
DON'T PLAY GAMES OR FAVORITES, THEY FINISHED AND MY
ROOM WAS NO WORSE ~~A MESSIER~~ DUE TO IT AND NOTHING WAS
FOUND OR TAKEN, AND LIKE THE LAST 3-TIMES WHICH
WERE A TOTAL DISASTER AND DESTROYED THEY HAVE NEVER
LEFT A SHAKEDOWN - AND SEARCH REPORT EVEN WHEN TAKING
SOMETHING, VIOLATING POLICY-LAW-STATUTES, AS AN KDOC-
EMPLOYEE - MANDATORY REPORTER - ON OR OFF DUTY, ACTING
UNDER COLOR OF LAW - KANSAS CIVIL SERVICES. I BELIEVE
THE ~~THERE WAS~~ NEXT DAY AT DINNER, WHEN THE REGULAR 4-DAY
A WEEK OFFICER - OIC LARRY E. WAGNER, WAS ON DUTY WHO
HAS KNOWN ME FOR YEARS, AND KNOWS I LIVE ALONE
DUE TO CASE NO. 5:20-CV-03209, SAC, TC, DDM, ADM BELLAMY V. CLINE
ET. AL., APPEAL NO. 22-3106 BELLAMY V. McCOLLOUGH ET. AL.,
AND ON CAMERA, OIC LARRY E. WAGNER UNLAWFULLY-ILLEGALY-
UNCONSTITUTIONALLY-KNOWING WHAT WAS GOING ON OPENED
MY DOOR WITH INMATE BRIAN "LIZARD" FELLERS #6003270
STANDING THERE HOLDING A KNIFE TO MURDER ME. THIS
UNBEKNOWNST TO ME AS I HAD A CURTAIN UP AND
WAS SHAVING MY BODY. THERE'S NO P.A. SYSTEM SO THE
OFFICER'S OPEN THE DOOR AND YOU HAVE TO GO SEE WHAT
THEY WANT. WHEN MY DOOR OPENED MY CURTAIN
DROPPED ~~TO BE~~ THE CURTAIN BEING A SHEET FOLDED

PAGE 4 OF 8
3RD ATTACK AT L.C.F.

IN HALF, CELL # A-7-239, I RONNIE ALLEN BELLAMY JR
#53454, BENT DOWN TO PICK THE SHEET UP WITH MY LEFT
HAND THROWING IT TO THE TABLE NOT SEEING LIZARD FELLERS
RIGHT THEN, AS I PUSHED THE DOOR OPEN AT THE SAME TIME
STRAIGHTENING BACK UP TO A STANDING POSITION THERE
HE WAS SWINGING A KNIFE TOWARDS MY FACE I STRAIGHTENED
IMMEDIATELY USING MY LEFT HAND TO BLOCK THE KNIFE
AS I HIT HIM WITH MY RIGHT HAND BACKING HIM UP AND
TO STOP HIM
FROM COMING IN MY ROOM, I HIT HIM TWICE WHILE BLOCKING
THE KNIFE STRIKES WITH MY LEFT HAND AND THEN SPUN
HIM AROUND PICKED HIM UP GENTLY SAT HIM ON THE FLOOR
SQUATTING BEHIND HIM UFC STYLE CHOKING HIM OUT AND
NOW HOLDING HIS HIS HAND WITH THE KNIFE WITH MY
RIGHT HAND HE WAS GAGGING FROM THE CHOKE AS I LOOKED
AND SAW THE DAYROOM FILLED WITH ALL THE MEN WHO HAD
BEEN WATCHING - ANTICIPATING - AGGITATING DUE TO THEIR
PARTICIPATION IN THE THEFT AND COVER UP AND CONSPIRACY
TO MURDER ME TO COVER THEIR TRACKS, BECAUSE OF THE
MULTITUDE OF CONSPIRATORS - INVOLVEMENTS - DRUG
KINGPINING - GANGS - KDOC - EMPLOYEES - STAFF - EAI -
KBI, I HELD THE CHOKE AND ATTACKER UNTIL
THE GUILTY OFFICER LARRY E. WAGNER, WHO OPENED
MY DOOR FOR ATTACKER RAN TOWARDS ME WITH A
RIOT CANISTER OF CROWD CONTROL SPRAY THREATINING TO
SPRAY ME IN THE FACE INCHES AWAY SAYING LET HIM
GO NOW BELLAMY. AND I SAID I WILL AS SOON

AS HE DROPS THE GOD DAMN KNIFE, AND AS GOD IS
TELLING ME DO NOT HURT HIM RONNIE, ANOTHER INMATE
G.D. AGGITATER STG MEMBER DAZRION LANUS, WAS
COMING TOWARD ME IN AN ATTEMPT TO POSSIBLY
TRY AND ATTACK OR KILL ME IN THE FACE, WHICH I
WAS READY FOR. AND HE ENDED UP PUSHING UTC
OFFICER-CONSPIRATOR LARRY E. WAGNERS HAND DOWN.
THAT WAS HOLDING THE RIOT CANISTER OF O.C. GAS. AND
AT THAT TIME INMATE FELLERS AKA LIZARD #6003270
WAS TO DROPPED THE KNIFE HALF THROWING IT TOWARD
THE STEPS AS SORT ARRIVED AND I LET GO STOOD UP
AND TOOK A COUPLE OF STEPS BACK IN PREPARATION
FOR FURTHER DEFENSE OR TO ALLOW MYSELF TO BE
HAND CUFFED - UNLAWFULLY - ILLEGALY - UNCONSTITUTIONALLY
AND I WAS CLEARED BY MEDICAL TAKEN TO A-4 SHOWERS
WITH MY ATTACKER, AND THEN MOVED TO A-1, WHICH IS
PROTECTIVE CUSTODY - RESTRICTED HOUSING - SEGREGATION FOR
THE MENTAL HEALTH UNIT. WHERE I REMAINED UNTIL
DISCIPLINARY OFFICER - JUDGE ADMINISTRATOR - MR. CHRISTOPHER
HUNT VIEWED THE VIDEO FOOTAGE AND SAW EXACTLY WHAT
IS WRITTEN IN THIS, AGREED WITH THIS, DISMISSING
THE DIXIPLINARY REPORT WRITTEN BY UTC-CONSPIRATOR
DA KDOC-EMPLOYEE WHO WROTE THE D.R. TO HELP COVER
UP WHAT ACTUALLY TOOK PLACE AND HIS LEVEL OF
INVOLVEMENT. RELEASING ME FROM SEGREGATION AND
RETURNING ME TO A-7-234 MENTAL HEALTH UNIT WHERE

PAGE 6 OF 8
3RD ATTACK AT L.C.F.

THE FOLLOWING HAPPENED Co CONSPIRATOR LELAND DIXON #
104117 AFTER YELLING ON THE RUN IN FRONT OF THE
ENTIRE CELLHOUSE "GIVE ME THE CUSH - GIVE ME THE CUSH
IT BELONGS TO MY PEOPLE TEAL", WITH INMATE
BLUE ACCOMPANYING HIM AND WHEN THIS THEFT
HAPPENED BY MARK RIDDLE # 94373, Co-CONSPIRATOR
KYREE M. MCCLELLAND # 0072921, WAS ON THE PHONE
WATCHING THIS PLAY OUT - HAPPEN THE WHOLE TIME,
THEY WERE ALL INVOLVED IN STEALING SMALL AMOUNTS
REPEATEDLY FOR CONSUMPTION AND SALES - GAIN LOOKING FOR
A FALL GUY OR A WAY TO FIX WHAT THEY HAD DONE
DUE TO THE INVOLVEMENTS - PARTIES - SUPPLIERS AS IT WAS
APPARENTLY A MASSIVE PACKAGE INTENDED FOR DISTRIBUTION
AS USUAL THAT IS USUALLY RELEASED FOR DISTRIBUTION
ON TUESDAYS. WHILE SORT MEMBERS WERE SEARCHING MY
ROOM DURING COUNT THE DAY THIS EVENT HAPPENED. I WAS
IN THE DAY ROOM AFTER STRIP SEARCH AND G.D. COMMAND
KNOWN ONLY TO ME AS TEZ WHO WORKS YARD FOR THE
MENTAL HEALTH UNIT CAME TO THE WINDOW - DOOR OF
A-7, AND ASKED IF I WAS GOOD, AND THIS IS SOMETHING
THAT SHOULD NOT HAVE HAPPENED WE DONT SOCIALIZE
AND I SAID NO REFERRING TO SORT BEING IN MY
ROOM AND DUE TO WHAT WAS GOING ON. AND WALKED
AWAY AS I WAS TRYING TO BUY SOME TOBACCO
FROM HIM BEFORE THIS HAPPENED BECAUSE I ENJOY
SMOKING CIGARETTES AND ITS HARD TO GET. IN HERE

3RD ATTACK AT L.C.F.

TO CONTINUE AFTER THE ATTACK AND HOSTILITY STILL PRESENT DUE TO MARK RIDDLE #94373 CHECKING IN - BEING TAKEN TO PROTECTIVE CUSTODY AS SOON AS THIS HAPPENED AND THE CO-CONSPIRATORS LOOKING FOR A WAY OUT. JOHN HELMS #0099022, LELAND DIXON #104117, DAZRION LANOS SHAWN NORTH #105832, K'YREE McCLELLAND #0072921, JESUS M. HERNANDEZ #124693, BRIAN FELLERS AKA LIZARD #6003270, JONATHON GASPER #112713, ROBERT M. MATHENIA #0104405, JERRY LEE BULLARD #125456, JASON HUTTMAN #0086617, AND UNKNOWN INMATE IN A-1-237 DURING ATTACK, BEFORE ATTACK, -AFTER ATTACK, KNOWN AS A LUCIFERIAN WITNESSED EVERYTHING.

PEOPLE RESPONSIBLE FOR THE ATTACK- DRUG KINGPIN SMUGGLER-KNOWN TO ME ONLY AS DOUGH POPPA-G.D. SHOT CALLER, AND G.D.'S STG GANG MEMBERS - SURANOS ALLIANCE - DRUG SMUGGLING CONSPIRATORS THEY MEET EVERY TUESDAY IN THE GYM, BRIAN LIZARD FELLERS #6003270, OIC-KDOC SECURITY CO JAMES ENGLIS, OIC-KDOC-SECURITY LARRY E. WAGNER, JOHN HELMS #0099022, MARK RIDDLE #94373, JESUS M. HERNANDEZ #124693, K'YREE M. McCLELLAND #0072921, KDOC-STATE OF KANSAS - SOC - ATTORNEY GENERALS OFFICE ET. AL., UNITED STATES DISTRICT COURT 444 S.E. QUINCY TOPEKA KS 66683, ANDREW PARKS UTM ET. AL., UNITED STATES COURTS OF APPEALS DENVER, COLORADO 10TH CIRCUIT DUE TO CASE NO. 5:20-CV-03229, SAC, TC, DDC, ADM - APPEAL NO. 22-3106

PAGE 8 OF 8
3RD ATTACK AT L.C.F.

BELLAMY V. CLINE ET. AL, BELLAMY V. MCCOLLOUGH ET. AL.,
JASON HOTTMAN #0086617, JERRY LEE BULLARD #125456,

WITNESSES - ALL CAMERAS IN A-7 MENTAL HEALTH
UNIT, OIC JAMES ENGLES, OIC LARRY E. WAGNER, BOTH
OFFICERS ARE ALSO CO-CONSPIRATORS IN ATTEMPTED
MURDER X 2 IN THIS 3RD ATTACK AND 4TH ATTACK, D.R'S
AND SORT RESPONDERS, AND DISCIPLINARY HEARING OFFICER-
JUDGE 3ST CHRISTOPHER HUNT, HELD HEARING AND VIEWED
VIDEO FOOTAGE PERSONALLY AND FOUND PLAINTIFF NOT
GUILTY VERIFYING EVERYTHING PLAINTIFF HAS SWORN TO
BY WAY OF EYEWITNESS CAMERA SYSTEM - ALSO MAKING
OFFICER ON DUTY ACTING UNDER COLOR OF LAW, MANDATORY
WITNESS - REPORTER - MR. CHRISTOPHER HUNT AN EYEWITNESS
TO THIS CRIME, KDOC ET. AL., AND ALL WHO VIEWED THIS
OR WILL VIEW THIS CRIME - ATROCITY, AND EVERY
INMATE IN THE DAYROOM WHEN THIS HAPPENED AND A
PART OF THIS CRIME INCLUDING SEG REVIEW BOARD
AND ALL PAPERWORK - COMPUTERS.

                                      #53454
                /S/ RONNIE ALLEN BELLAMY JR.
                RONNIE ALLEN BELLAMY JR
                L.C.F. P.O. BOX 2
                LANSING, KANSAS 66043

PAGE 1 OF 2
INJURIES IN AND DUE TO
3RD ATTACK AT L.C.F. ON 9-29-2022

V. INJURIES

(1) PLAINTIFF SUFFERED FROM THE MENTAL ANGUISH AND
TRAUMA AND CONTINUES TO SUFFER FROM REPEATED
ATTACKS-ATTEMPTS TO MURDER PLAINTIFF WITH
CONTINUOUS HELP FROM KDOC-STAFF-SECURITY-
ADMINISTRATION COORDINATING AND CONSPIRING
WITH STG MEMBERS

(2) PLAINTIFF HAS PTSD AMONG OTHER DIAGNOSIS-ASSESSMENTS-
DOES NOT TRUST ANYONE INCLUDING KDOC-STAFF-EMPLOYEES-
COURTS-ADMINISTRATIONS-CENTURION MEDICAL SERVICES-
CONTRACTS-CONTRACTORS-PERSONELL

(3) PLAINTIFFS CONSTITUTIONAL RIGHTS HAVE BEEN VIOLATED
REPEATEDLY BY INMATES AND KDOC-STATE OF KS-DISTRICT
COURT-COURT OF APPEALS

(4) PLAINTIFF HAS REPEATEDLY AND UNCONSTITUTIONALLY
BEEN PLACED IN SEGREGATION WRONGFULLY-UNLAWFULLY

(5) KDOC ON DUTY ACTING UNDER COLOR OF LAW SECURITY OFFICER
JAMES ENGLIS SHOULD NEVER HAVE SHOWED VIDEO TO
INMATES IN LIGHT OF WHAT WAS GOING ON OR ALLOWED
THEM TO LIE ON PLAINTIFF OR FOR THEM, EAI SHOULD
HAVE BEEN BROUGHT IN IMMEDIATELY. AS INMATE

AFFIDAVIT OF
BRANDON SCOTT (70517)

I was coming from chow and as soon as the inmate behind me came in another started hitting him with a sock with a weight in the bottom like 10 times. The first inmate passed out after he woke he start going to his cell house in A7.




          THIS IS AN AFFIDAVIT FROM AN
EYEWITNESS TO THE CRIME COMMITTED AGAINST
RONNIE ALLEN BELLAMY JR.(53454),ON 5-18-2022,
IN THE HALLWAY ENROUTE TO THE CELLHOUSE FROM
THE DINING ROOM INSIDE BUILDING A-CORE-CIVIC PRISON.
THIS MANS NAME IS BRANDON SCOTT(70517)A MENTAL
HEALTH  PATIENT LIVING IN BUILDING A-WING 8.
HE REFUSED TO PUT NAMES IN HERE OUT OF FEAR OF REPRISALS
BUT CAN BE SEEN ON THE CAMERAS IN THE BUILDING DEFINITIVELY
AS THERE ARE A MULTITUDE OF CAMERAS IN THE HALL

PAGE 2 OF 2

INJURIES IN AND DUE TO 3RD ATTACK AT L.C.F.
ON 9-24-2022

V. INJURIES

RIDDLE MARK # 94373 AFTER THE CONFRONTATION
REQUESTED PROTECTIVE CUSTODY AND WAS ESCORTED OUT
IMMEDIATELY.

(6) KDOC ON DUTY ACTING UNDER COLOR OF LAW SECURITY
OFFICER LARRY E. WAGNER, SHOULD NOT HAVE OPENED THE
PLAINTIFFS DOOR SO INMATE FELLERS COULD STAB-ATTEMPT TO
MURDER ME TO COVER UP WHAT WAS GOING ON WHILE ENTIRE CELL
HOUSE WATCHED IN ANTICIPATION KNOWING PLAINTIFF LIVED
ALONE AND DID NOT GO TO CHOW AS OIC WAGNER, HAS
KNOWN PLAINTIFF FOR YEARS

(7) OIC-KDOC SECURITY LARRY E. WAGNER SHOULD HAVE
CONTACTED EAI INSTEAD OF CONSPIRING TO HELP MURDER
ME. WAGNER SHOULD NOT HAVE STUCK CANISTER OF
MACE IN PLAINTIFFS FACE AND THREATENED PLAINTIFF TO
COVER UP HIS INVOLVEMENT OR WROTE THE BOGUS D.R. TO
ALSO TRY AND COVER UP HIS INVOLVEMENT AND WHAT HAPPENED

(8) PLAINTIFF SHOULD NOT BE HOUSED IN SEGREGATION-
RESTRICTED HOUSING PENDING TRANSFER-PLAINTIFF SHOULD NOT
EVEN BE IN PRISON. SEE JOURNAL ENTRIES-REQUIRING COURT ORDER
ACCORDING TO KDOC-COURTS.

ISI RONNIE ALLEN BELLAMY JR.

RONNIE ALLEN BELLAMY JR.

L.C.F. P.O. BOX 2 LANSING KS 66043

WHAT HAPPENED - PLAINTIFF RONNIE ALLEN BELLAMY JR.
#53454, AFTER RETURNING FROM 3RD ATTACK AT KNIFE POINT
TO TRU-UNIT MENTAL HEALTH UNIT AS STATED IN 3RD
ATTACK AFFIDAVIT - STATEMENT OF CLAIM DETAILS. PLAINTIFF
WAS ONLY THERE FOR A FEW DAYS I BELIEVE AS I WAS
PLACED IN CELL A-7-234, AND PLAINTIFF WENT TO LUNCH
MEAL LINE ON 10-7-2022, AS THE MENTAL HEALTH UNIT WAS
CALLED TO GO TO MEAL LINE, PLAINTIFF DID NOT GO INTO
THE CHOW HALL TO EAT AS PLAINTIFF - ME, WENT TO GO
OUTSIDE GET SOME FRESH AIR AND TRY TO CATCH UP WITH
AN ASSOCIATE - FRIEND KNOWN ONLY TO ME AS WOW-WOW,
AND I WAS WAITING AT THE MAIL BOX A COMMON
HANG OUT FOR STAFF AND INMATES. AND I LOOKED TOWARDS
THE DOOR OF THE CHOW HALL EXIT COMING OPEN - MOVEMENT
DRAWS MY ATTENTION AS I STARTED TO WALK TOWARDS
THE MED - LINE BY THE CAPTAINS OFFICE ANOTHER COMMON
HANG OUT AS MY FRIEND WAS IN B-CELLHOUSE, AS I
STARTED, I DID NOT REALIZE I WAS BEING ATTACKED AT
FIRST I HEARD AND FELT THE HIT AT THE SAME TIME. I
KNEW I WAS BEING STRUCK MULTIPLE TIMES BUT I
COULD NOT FIND MY ATTACKER AT FIRST HE ATTACKED
ME FROM BEHIND WITH A WEAPON INTENDED TO MAIM
OR KILL AS BLOOD WAS POURING FROM MY HEAD ONTO
ME I FINALLY WAS ABLE TO FIND HIM AS OFFICERS
WERE JUST WATCHING AND I WENT TO GRAB HIM
TO DEFEND MYSELF, I WAS CONTINUOUSLY BEING HIT

PAGE 2 of 5
4TH ATTACK AT L.C.F.
ON 10-7-2022

AND THEN I WAS ATTACKED FROM THE SIDE AND HIT
FOOTBALL STYLE TO TAKE ME "THE VICTIM" DOWN COVERED
IN BLOOD BY SST-SORT MEMBER - RESPONDER BUSBY, AS
OTHER STAFF AND SST INCLUDING THE SORT MEMBER AT
CHOW HALL EXIT JUST WATCHED AND DID NOTHING AND
DAZRION LANDS — G.D. AND SHAWN NORTH #105832,
FROM TRU-UNIT AND PRIOR AGGITATORS FOR HIRE WERE
WALKING THE STREET INSTEAD OF EATING CHOW AS
USUAL EVERYDAY, AND AS I WAS TAKEN DOWN AND
HANDCUFFED BY BEING TACKLED WITH OBVIOUS HEAD
INJURY BLOOD POURING OUT OF ME AND STAFF-RESPONDERS
JUST WATCHING MY ATTACKER IN FRONT OF ME AS I
AM EVEN MORE DEFENSELESS UNRESTRAINED STILL HOLDING
THE WEAPON. UPON BEING HELPED UP AND WITH INCREDIBLY
HEIGHTENED SENSES I SEE G.D. STG MEMBER DOUGH POPPA
AT HIS POST OUTSIDE HIS JOB IN THE LAW LIBRARY WHERE HE
NEVER IS UNLESS THERES BUSINESS TO ATTEND TO OR WATCH
SUCH AS THIS ATTACK.

PEOPLE RESPONSIBLE — ATTACKER - ATTEMPTED MURDERER, INMATE
FREY #124713 A REGULAR GENERAL POPULATION INMATE
"STG" MEMBER, WHO WAS NOT FROM TRU-UNIT MENTAL HEALTH
UNIT, WEAPON LISTED AS PADLOCK ??? SEE VIDEO — G.D.
STG MEMBER-DRUG KINGPIN-KNOWN TO ME, ONLY AS DOUGH POPPA
UNITED STATES DISTRICT COURT IN TOPEKA, KANSAS 66683

PEOPLE
ENTITIES RESPONSIBLE — 444 S.E. QUINCY CASE NO. 5:20-
CV-03229, SAC, TC, DOC, ADM — BELLAMY V. CLINE ET. AL.,
UNITED STATES COURT OF APPEALS DENVER, COLORADO 80257
1823 STOUT STREET BYRON WHITE COURTHOUSE APPEAL NO.
22-3106, KDOC — STATE OF KANSAS — WYANDOTTE COUNTY
KANSAS — AND COURTS DUE TO SERVING ILLEGAL VACATED
SENTENCE - STATES APPEAL DENIED, SOC ET. AL.,— WARDEN
CHANDLER CHECKS ET. AL. ANDREW PARKS UTM ET. AL., LARRY
E. WAGNER ET. AL., JAMES ENGLES ET. AL., EAI ET. AL. AND
SEG REVIEW BOARD ET. AL. SURROUNDS DRUG SMUGGLERS OPERATION
CONSPIRATORS - ALLIANCES WITH G.D.'S MEET EVERY TUESDAY
IN THE GYM TO DISPENSE — AND THEIR ALLIANCES WITH
'STG' MEMBERS ARYAN BROTHERHOOD ALL STG INCLUDING
KDOC - AND SOCIETY ARE THREATS TO HOMELAND SECURITY
INCLUDING ALL FOLLOWERS OF SATAN — THE ENEMY TO GOD AND
MANKIND. AND ALL MEMBERS FROM 3RD ATTACK STAFF
AND INMATE, AND CENTURION MEDICAL SERVICES — DUE
TO NON ADHERENCES TO PROPER - ADEQUATE - MEDICAL CARE,
SECURITY - TRAINING - STAFFING - PROTECTIVE GOVERNANCES -
RULES AND PROTOCOL ADHERENCES - PROCEDURES - POLICIES .
AMERICAN - AND MEDICAL CORRECTIONAL ASSOCIATIONS STANDARDS -
AND ALL PROTECTIVE LAWS - RULINGS - AS PLAINTIFF WAS
IN CLINIC AND AND RECIEVING MULTIPLE STAPLES AND
SUTURES INCLUDING REATTACHING PLAINTIFFS EAR AND
WITH PLAINTIFF HANDCUFFED BEHIND BACK, MULTIPLE G.D.—

"STG" MEMBERS WERE WALKING THE HALLWAY BACK AND FORTH IN A THREATENING MANNER AS TO MAKE THEIR PRESENCE KNOWN AND ONE OF THEM DIRECTLY INVOLVED NAMED BUTLER PLAINTIFF BELIEVES, SITTING NEXT TO EXIT WAITING FOR PLAINTIFF IN CUFFS UNABLE TO DEFEND MYSELF MADE THE COMMENT THAT NOW THAT YOU KNOW WHO WE ARE WE ARE JUST GETTING STARTED. TO WHICH PLAINTIFF, BEING ESCORTED BY SORT TEAM MEMBER CHRISTOPHER TRAPP, SORT TEAM MEMBER JACOB OSTERMEYER, JUST KEPT WALKING. AND WAS TAKEN TO A-4 SEG INSTEAD OF A-1 TRU UNIT SEG, PLAINTIFF SHOULD HAVE BEEN HOUSED IN AN INFIRMARY PERMANENTLY DUE TO MULTIPLE HEAD TRAUMA OR PREFERABLY A ~~MENTAL HOSPITAL~~ STATE HOSPITAL UNTIL IMMEDIATE RELEASE FROM PRISON. ~~POOR~~ AFTER MENTAL HEALTH SERVICES THRU CENTURION MEDICAL CONTRACT WITH THE KDOC - STATE OF KANSAS - UNIVERSITY OF KANSAS, ATTORNEY GENERALS OFFICE

WITNESSES - ALL CAMERAS ON MAIN COMPOUND - ON OUTSIDE OF ALL BUILDINGS AND PLACE OF ATTACK, ALL CAMERAS IN CLINIC - MEDICAL SERVICES - DOCTORS - NURSES - STAPLES - STITCHES - ATTENDING - SECURITY AND MEDICAL PERSONELL - IMAGES - COMPUTERIES - VIDEO FOOTAGES - MEDICATIONS - INJECTIONS - X- RAYS - ASESSMENTS - D.R.'S - INCIDENT REPORTS - NARRATIVES - STRIP SEARCHES - EVIDENCES - FINDS - SEG REVIEW RECORDINGS - EAI DENISE SISCO ET. AL. AND 2-UNKNOWN EAI AGENTS IN

PAGE 5 OF 5
4TH ATTACK AT L.C.F.
ON 10-7-2022

WITNESSES CONTINUED - RACHEL LYN STEIMLE UTS,
UTM SONYA S. LATZKE, WARDEN CHANDLER CHEEKS, ~~RESTORED~~
~~DELACOR SECTR HOWARD, TRUST PETERSON, NICHOLAS TERB~~

17 RONNIE ALLEN BELLAMY JR
RONNIE ALLEN BELLAMY JR
L.C.F. P.O. BOX 2
LANSING KANSAS 66043

PAGE 1 OF 2
INJURIES IN AND DUE TO 4TH ATTACK
AT L.C.F. ON 10-17-2022

V. INJURIES

(1) PLAINTIFF WAS BEAT REPEATEDLY AND REQUIRED
STAPLES- SUTURES TO CLOSE WOUNDS AND REATTACH
EAR- THAT WAS NOT REATTACHED CORRECTLY AFTER
HANDCUFFED AND TAKEN TO MEDICAL FURTHER ENDANGERING
PLAINTIFFS LIFE

(2) PLAINTIFF WAS ATTACKED FROM BEHIND WITH SST-SORT-
SECURITY WATCHING AND NOT RESPONDING PROPERLY- AND
PLAINTIFF WAS ATTACKED BY SORT MEMBER BUSBY ON DUTY
ACTING UNDER COLOR OF LAW AND TACKLED INSTEAD OF
SECURING PLAINTIFFS ATTACKER.

(3) PLAINTIFF SUFFERS FROM OBVIOUS PTSD- WATCHES DOOR
CONSTANTLY AMONG OTHER DIAGNOSIS. PLAINTIFF SHOULD
NOT HAVE BEEN MOVED DUE TO ANOTHER SERIOUS HEAD
INJURY

(4) PLAINTIFF SHOULD NEVER HAVE BEEN ATTACKED TO BEGIN
WITH AS PLAINTIFF HAS NO KNOWLEDGE OF WHO INMATE
FREY #124713 WAS. DUE TO ROW OFFICER JAMES ENGLIS
ACTIONS AND ROW LARRY E. WAGNER, INMATES G.D -
DOUGH POPPA- DRUG KINGPIN- SMUGGLER, BRIAN "LIZARD" FELLERS
#0003270, JOHN HELMS #0099022, LELAND "SKEE" DIXON
#104117, KYREE MCCLELLAND #12921, ALL INVOLVED IN 3RD

PAGE 2 OF 2

INJURIES IN AND DUE TO 4TH ATTACK
AT L.C.F. ON 10-7-2022

V. INJURIES

ATTACK AND THIS 4TH ATTACK TO INCLUDE DINING
ROOM PORTER BRADSHAW, WHO CAME OUT TO WATCH ATTACK,
DARRION LANOS C.D. STG MEMBER, SHAWN NORTH #105832,
JONATHAN GASPER #112713, UHM ANDREW PARKS, EAI ET. AL,
SEG REVIEW BOARD ET. AL.,

(5) PLAINTIFFS STANDING IN THE PRISON SYSTEM HAS BEEN
DESTROYED BY LIES AND MISREPRESENTATIONS AND MISHANDLING
INCLUDING THE COURTS, AND ILLEGAL ALMOST 32 YEARS OF
UNCONSTITUTIONAL IMPRISONMENT OF VACATED SENTENCES
RENDERING ALL SENTENCES AND SENTENCING ILLEGAL AND
UNCONSTITUTIONAL, PLAINTIFF HAS SUFFERED MANY
GROSS MISCARRIAGES OF JUSTICE AND CONSTITUTIONAL
VIOLATIONS AT THE HANDS OF THE COURTS - KDOC - STATE
OF KANSAS - ATTORNEY GENERALS OFFICE - SECRETARY OF
CORRECTIONS - GOV. KELLY - SPECIAL CLAIMS COMMITTEE -
LEGISLATION - CENTURION MEDICAL - UNIVERSITY OF
KANSAS CHIEF LEGAL COUNSEL ET. AL, FOR KDOC.

(6) PLAINTIFF SHULD BE RELEASED IMMEDIATELY FROM
KDOC AND MDOC AND COMPENSATED PROPERLY AND
CONSTITUTIONALLY.            /S/ RONNIE ALLEN BELLAMY, Jr.

RONNIE ALLEN BELLAMY JR
L.C.F. P.O. BOX 2 LANSING, KS 66043

# VI. RELIEF

ATTACK #1 AT EDCF – COMPENSATORY – ONE MILLION DOLLARS EACH DEFENDANT, PUNITIVE – ONE MILLION EACH DEFENDANT – PROSECUTION – CAMERAS.

ATTACK #2 AT L.C.F. – COMPENSATORY – ONE MILLION DOLLARS EACH DEFENDANT, PUNITIVE – REVISIONS TO POLICY AND GUIDELINES STRUCTURING – ACCOUNTABILITY – SAFEGUARDS – PROSECUTION, CAMERAS.

ATTACK #3 AT L.C.F. – COMPENSATORY – ONE MILLION DOLLARS EACH DEFENDANT, PUNITIVE – ONE MILLION DOLLARS EACH – AND PROSECUTION ALL INVOLVED, KDOC · STATE OF KANSAS – CONTRACTS – CONTRACTORS – COURTS – INMATES – CAMERAS.

ATTACK #4 AT L.C.F. – COMPENSATORY – ONE MILLION DOLLARS EACH DEFENDANT, PUNITIVE – ONE MILLION DOLLARS EACH – AND PROSECUTION FOR ALL INVOLVED, KDOC – STATE OF KANSAS – CONTRACTS CONTRACTORS – COURTS – INMATES ———— CAMERAS.

ATTACK #5 AT L.C.F. – COMPENSATORY – ONE MILLION DOLLARS EACH DEFENDANT, PUNITIVE – ONE MILLION DOLLARS EACH – AND FOR ALL INVOLVED PROSECUTION – KDOC – WYANDOTTE COUNTY ——— STATE OF KANSAS – CONTRACTS – CONTRACTORS ——— SECRETARY OF CORRECTIONS ——— CAMERAS – ALL VIDEO FOOTAGES – CELL PHONES INVOLVED ——— STG's INVOLVED, INMATES

ILLEGAL IMPRISONMENTS – SENTENCE VACATED – COMPENSATORY ONE HUNDRED MILLION DOLLARS FOR OVER 31 PLUS YEARS OF UNCONSTITUTIONAL – UNLAWFUL – ILLEGAL IMPRISONMENT AND SENTENCES. PUNITIVE – PROSECUTION FOR ALL INVOLVED AND IMMEDIATE RELEASE.

S/ RONNIE ALLEN BELLAMY Jr

RONNIE ALLEN BELLAMY Jr

THE WHOLE POINT OF DISCOVERY - THE SCOPE IF YOU WILL
IS TO ENSURE AND DISPLAY EQUALITY - FAIRNESS - TRANSPARENCY
WHICH UPHOLDS THE LAW - CONSTITUTIONALITY AND EVIDENTIARY
UNDERSTANDING AND AVOIDS THE POSSIBILITY - OPPORTUNITY, OF
OR FOR JUDICIAL MISCONDUCT. AND THIS ALSO STOPS AND
BARS ANY DEFENDANT FROM CLAIMING OR HIDING ILLEGALY -
UNCONSTITUTIONALLY BEHIND IMMUNITY OF ANY KIND QUALIFIED
OR OTHERWISE. AS TO THE DEFEATING OF QUALIFIED OR EVEN
INDEMNIFIED IMMUNITY ONE NEED ONLY READ K.S.A. § 77-415 (B)
(7), K.S.A. § 21-5416 (a)(b), K.S.A.§ 75-5251, K.S.A. § 75-5246, —
K.S.A. § 75-5289 (a)(b), K.S.A. § 75-5246 (a)(b), IMPP 01-000D
VISION, MISSION, VALUES, IMPP 02-118D EMPLOYEE AND VOLUNTEER
RULES OF CONDUCT AND UNDUE FAMILIARITY AND RULES OF ACKNOWLEDGEMENT,
CONTRACTUAL GOVERNANCES. AS ARE ALL GOVERNMENTAL EMPLOYEES AND
BODIES BY LAW ARE CONSIDERED CIVIL SERVANTS IN ALL JURISDICTIONS
IN THE NATION KNOWN AS THE UNITED STATES OF AMERICA - HENCE
THE SUPREME LAW OF THE LAND THE UNITED STATES CONSTITUTION
AND ALL AMENDMENTS KNOWN AS THE BILL OF RIGHTS AND THE
EVER PRESENT AND HONORABLE SUPREME COURT RULINGS - PRECEDENT(S),
JUDICIAL - LEGAL - BINDING AUTHORITIES.
    AS A RESULT OF FIRST ATTACK ON PLAINTIFF, AND LACK OF
PROPER - ADEQUATE - CONSTITUTIONAL RESPONSES — SECURITY - KDOC -
MEDICAL ADHERENCES — GOVERNANCES - PROTECTIONS - WESLEY
MEDICAL CENTER - CORIZON - CENTURION — CONTRACTUAL AGREEMENT(S)
PLAINTIFF SUFFERED MULTIPLE EGREGIOUS CONSTITUTIONAL VIOLATIONS,
AND PERMANENT INJURY TO INCLUDE LIFE CHANGING MENTAL HEALTH
DISABILITIES DEFINED BY K.A.R. § 44-1-105, 1-2-34 DISABILITY...