PLC2

COPY FOR YOUR INFORMATION

# U.S. District Court
## DISTRICT OF KANSAS (Topeka)
## CIVIL DOCKET FOR CASE #: 5:23-cv-03051-JWL

Bellamy (ID 53454) v. State of Kansas et al
Assigned to: District Judge John W. Lungstrum
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 02/17/2023
Jury Demand: YES-TRIAL
Nature of Suit: 555 Habeas Corpus (Prison Condition)
Jurisdiction: Federal Question

### Plaintiff

**Ronnie Allen Bellamy, Jr.**
*53454*

represented by **Ronnie Allen Bellamy, Jr.**
53454
LANSING Correctional Facility
PO Box 2
Lansing, KS 66043-0002
Email: KDOC_court_file_lcf@ks.gov
PRO SE
*Bar Number:*
*Bar Status:*

V.

### Defendant

**State of Kansas**

### Defendant

**Jeff Zmuda**

### Defendant

**Kansas Civil Service**

### Defendant

**Kansas Department of Corrections**

**Defendant**

(fnu) (lnu) (1)
*Attorneys of the Office of the Attorney General, including Shield # 26431-26074, individual and official capacities*

**Defendant**

Denise Sisco
*EAI, individual and official capacity*

**Defendant**

(fnu) (lnu) (2)
*Special Agents of EAI, KBI, individual and official capacities*

**Defendant**

Danielle D. Wagner
*Classification Administrator, individual and official capacity*

**Defendant**

James Englis
*Security, Lansing Correctional Facility, individual and official capacity*

**Defendant**

Larry E. Wagner
*Security, Lansing Correctional Facility, individual and official capacity*

**Defendant**

Alex J. Ellison
*Security, Lansing Correctional Facility, individual and official capacity*

**Defendant**

**Joint Committee on Special Claims Against the State**

**Defendant**

**Wyandotte County, Kansas**

[Email All Attorneys]
[Email All Attorneys and Additional Recipients]

| Date Filed | # | Docket Text |
|---|---|---|
| 02/17/2023 | 1 | COMPLAINT filed by Plaintiff Ronnie Allen Bellamy, Jr. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (jal) (Entered: 02/21/2023) |
| 02/17/2023 | 2 | NOTICE to the Court by Plaintiff Ronnie Allen Bellamy, Jr. (jal) (Entered: 02/21/2023) |
| 02/17/2023 | 3 | MOTION to Appoint Counsel by Plaintiff Ronnie Allen Bellamy, Jr. (Attachments: # 1 Account Withdrawal Request, # 2 Inmate Account Statement) (jal) (Entered: 02/21/2023) |
| 02/17/2023 | 4 | MOTION for Order (titled Motion Requesting Permission to Appeal All Decisions) by Plaintiff Ronnie Allen Bellamy, Jr. (jal) (Entered: 02/21/2023) |
| 02/21/2023 | 5 | NOTICE OF DEFICIENCY - Response deadline 3/23/2023. Mailed to pro se party Ronnie Allen Bellamy, Jr. by regular mail. (jal) (Entered: 02/21/2023) |
| 02/27/2023 | 6 | MOTION for Leave to Proceed in forma pauperis by Plaintiff Ronnie Allen Bellamy, Jr. (Attachments: # 1 Inmate Account Statement, # 2 Miscellaneous Exhibits on Support) (jal) (Entered: 02/27/2023) |
| 02/27/2023 | 7 | MOTION to Amend Complaint (titled Motion to Correct) re 1 Complaint by Plaintiff Ronnie Allen Bellamy, Jr. (Attachments: # 1 Additional Exhibits in Support) (jal) (Entered: 02/27/2023) |
| 02/27/2023 | 8 | ORDER ENTERED: Plaintiff's motion to proceed in forma pauperis 6 is granted. The Court assesses an initial partial filing fee of $16.50, calculated under 28 U.S.C. § 1915(b)(1). Plaintiff is granted to and including March 13, 2023, to submit the fee. Any objection to this order must be filed on or before the date payment is due. The failure to pay the fee as directed may result in the |