## MEMORANDUM OF LAW - RULES - STATUTES - U.S. CONSTITUTION

PER K.A.R. 44-15-101(e) SUPPORTING MATERIALS - COPIES
PER K.A.R. 44-15-101.(g)(c)
PER K.A.R. 44-15-101a.(d)(1)(A)(B)
PER K.A.R. 44-15-104 REPRISALS PROHIBITED - INVOKED AUTOMATICLY
PER K.A.R. 44-15-101.(b) IF AN EMERGENCY EXISTS AND A RESOLUTION COULD NOT BE OBTAINED BY GOING TO THE UNIT TEAM THE INMATE MAY GO DIRECTLY INTO THE GRIEVANCE PROCESS. INVOKING U.S. CONSTITUTIONAL AMENDMENTS THAT APPLY - APPLICABLY - 4TH - 5TH - 8TH - 14TH, BILL OF RIGHTS
ALL GOVERNING STATUTES TO INCLUDE K.S.A. 75-5210 - K.S.A. 75-5251
K.S.A. § 75-5246(a) - (b), K.S.A. 77-423 (B)(3) - (B)(4), CONST. RIGHTS OF PRISONERS § 1-2.1.1.

§ 2.1.1 - CONTROL OF DISCRETIONARY POWER - SAFEGUARDS, CAN NOT BE ERRONEOUS OR IGNORED ALL APPLICATIONS MUST BE ADHERED TO AND HONORED OR HELD BY COEXISTING LAWS - LEGISLATIVE ACTS. THERE CAN BE NO PERSONAL BIASES PREJUDICES OR DISREGARD UNDER ANY MOTIVE OR UMBRELLA. TO INCLUDE K.S.A. § 77-415 (B)(7) - 77-415 - 77-438 (b)(1) NO LEGAL STANDING BY LAW TO REFUSE TO HELP ME NOT AUTHORIZED BY U.S. CONSTITUTION OR KANSAS STATE CONSTITUTION OR LEGISLATION, VIOLATING DUE PROCESS RIGHTS, EIGHTH AMENDMENT RIGHTS AND PROCEDURAL RIGHTS BY DEFAULT.

STATE RULES AND REGULATIONS BOARD UNDER PROVISIONS OF K.S.A. 77-423(B)(3)(B)(4)
K.S.A. § 21-5416 (a)(6) STATUTORY - ACCOUNTABILITY - MISTREATMENT OF A CONFINED PERSON, CLASS A PERSON MISDEMEANOR

INCLUDING CONTRACTUAL AGREEMENTS KNOWN AS IMPP'S - IMPP 02-1180 EMPLOYEE AND VOLUNTEER RULES OF CONDUCT AND UNDUE FAMILIARITY S.I., ATTACHMENT A CODE OF ETHICS CONTRACT, ATTACHMENT B RULES OF ACKNOWLEDGEMENT CONTRACT, IMPP 20-104A F. EMERGENCY SITUATIONS, G. HOLDOVERS - PER WARDEN CHEEKS I WILL REMAIN IN A-1 SINGLE CELL UNTIL TRANSFERRED OR RETURNED TO RU-UNIT AS I WAS AN EMERGENCY MOVE OVER HERE FROM A-4 I HAVE IN

MURDER, LIST OF DEFENDANTS - VIOLATORS INCLUDED SOME ARE STAFF MEMBERS AND OFFICERS SEE VIDEO 9-29-2022-4:28 P.M. AND ALL TIMES-DATES LISTED FOR EACH OFFENSE, ATTACK, ATTEMPTED MURDER, SEE ALL VIDEO FOR DEFENDANTS-CONSPIRATORS-GUILTY-WITNESSES-D.R.'S-NARRATIVES-INCIDENT REPORTS-COMMENTARY-INTERVIEWS-HOSPITALIZATIONS-CHARTS-ASESSMENTS DIAGNOSIS-DOCTOR REPORTS-INFIRMARY STAYS-VISITS-STITCHES-STAPLES-AND ALL EVIDENCE(S) FROM ALL ATTACKS WHICH BY LAW HAS TO BE HELD FOR SEVEN YEARS PER FIRST RESPONDER DAVID M. KASPER #140 KDOC K0000223729 AND UNIT TEAM SUPERVISOR BRIAN M. BUCHOLZ E.D.C.F. AND THERES NO SHORTAGE OF EVIDENCE AND I WANT A COPY OF THIS AND ALL AVAILABLE EVIDENCE(S) TO INCLUDE ALL VIDEO TO BECOME PART OF MY STATEMENT AND ALL MEDICAL REPORTS-ASESSMENTS AS WELL AS ALL LISTED FOR PROSECUTORIAL PURPOSES AGAINST ALL INVOLVED AND I WILL TAKE THE STAND AND TESTIFY IN COURT AND BEFORE THE JOINT COMMITTE - AND I AM REQUESTING LEGAL REPRESENTATION AS AN INDIGENT MENTAL HEALTH PATIENT DUE TO ALL THE INITIAL ATTACKS AND THE FOLLOWING 4-ATTACKS-LEGAL SERVICES FOR PRISONERS HAS REFUSED TO HELP ME THUS FAR IN ALL FACILITIES PLEASE HELP ME!

## -WELLNESS-
## RESOLUTION-RESTORATION-WHOLENESS

(1) CONTACT LEAVENWORTH COUNTY PROSECUTOR-WARDEN CHEEKS-EAI-KBI-SOC IN CHAIN OF COMMAND AND ARREST-FILE-FILE CHARGES ON ALL INVOLVED IN ATTACKS AT ALL PLACES REQUESTING CONSPIRACY TO COMMITT MURDER X5 PLUS UNDISCOVERED CONSPIRATORS AND AT LEAST SIX OR SEVEN STAFF MEMBERS - OFFICERS AND MEDICAL PERSONELL-CONTRACTORS

(2.) BRING ME ALL OF MY PROPERTY - T.V.-CABLES x3 -TYPEWRITER- x7 RIBBONS COFFEE- x3-2 OPEN 1-NEW
P.D. COOKIES OPEN - 2-BOXES BUDDY BARS 1-OPEN 1-PKG MISSING
OPEN FOOD THATS BEEN THERE OVER 3-MONTHS - TENNIS SHOES - SHOWER SHOES - SWEATS - THE REST OF MY PROPERTY - PUREX LAUNDRY SOAP AND MISSING PROPERTY TAKEN IN

# AFFIDAVIT

THIS IS A TRUE AND ACCURATE ACCOUNT OF EVENTS THAT TOOK PLACE ON OR ABOUT 9-27-2022. SEE VIDEO EVIDENCE — A-7, TRU UNIT MENTAL HEALTH UNIT. THE OFFICER ON DUTY, ACTING UNDER COLOR OF LAW — KANSAS CIVIL SERVICE(S) — SERVANT(S), CONTRACTUALLY BOUND IMPP 02-118D IN ITS ENTIRETY, IMPP 01-000D VISION, MISSION, VALUES, IN ITS ENTIRETY, K.A.R. § 44-1-105, 1-1-1, K.A.R § 1-2-34 DISABILITY... CONST. RIGHTS OF PRISONERS § 1-2.1.1. § 2.1.1 — CONTROL OF DISCRETIONARY POWER — SAFEGUARDS, MANCO V. STATE, 51 KAN. APP 2d 733, 354 P. 3d 551, 2015 KAN: APP. LEXIS 47 (KAN. CT. APP. 2015), K.S.A. § 75-5210, TREATMENT OF INMATES; HEALTH STANDARDS. KAN. STAT. ANN § 77-415 (4)(1996) RULE, REGULATION AND WORDS OF LIKE EFFECT MEAN A STANDARD, STATEMENT OF POLICY OR GENERAL ORDER OF A GENERAL APPLICATION AND HAVING THE EFFECT OF LAW, K.S.A 77-423 (B)(3).—(B)(4), SEE—HN7 K.S.A § 77-415 (B)(7), K.S.A. § 75-5251, K.S.A. § 75-5246 (a)(b), —— 75-5289. OFFICER IN CHARGE JAMES ENGLIS, SECURITY FOR THE KDOC, OPENED THE DOOR FOR INMATE MARK RIDDLE # 0094373, TO ENTER THE ROOM OF INMATE BRIAN LIZARD FELLERS # 6003270, AND JOHN DAVID HELM # 0099022, WITH A BOOK IN HAND FOR THE PURPOSE OF STEALING THE DRUG SUPPLY THAT WAS HIDDEN INSIDE BRIAN LIZARD FELLERS # 6003270 LOCKER, INSIDE FOOD BOXES — SWISS ROLLS — POPCORN, ETC... AS SOON AS JOHN DAVID HELMS # 0099022, WENT TO LUNCH. THE DRUG SUPPLY WHICH FROM MY UNDERSTANDING

AND WITNESS WAS ALMOST A POUND OF WEED, K-2, AND CELLPHONE, NOTE: THE SIM CARD WAS TAKEN FROM RONNIE ALLEN BELLAMY Jr.#0053454, BY SST CHRISTOPHER TRAPP, SST JACOB OSTERMEYER, IN STRIP SEARCH, DUE TO BEING ATTACKED, NO SHAKEDOWN REPORT GIVEN AND NOT MENTIONED IN D.R. THE AFFIANT RONNIE ALLEN BELLAMY Jr.#0053454, TOLD EAI AGENT DENISE SISCO, LT-SST JEWELL, EAI CONNOR, EAI HAEGL, SEG REVIEW BOARD, GOD TOLD ME TO HANG ON TO THAT (SIM CARD), THERE IS INFORMATION ON THERE THAT WILL SAVE YOUR-MY LIFE. MARK RIDDLE #0094373, ACCORDING TO KYRE McCLELLAND #0072921 LEFT ALL OF THE METH BECAUSE THEY DID NOT KNOW WHAT THEY WAS DOING, WORD IS ALMOST 5-OUNCES OF METH. THE DRUGS BELONGED TO DRUG KINGPIN-SMUGGLER, HEAD OF THE GANGSTER DISCIPLES FOR THE STATE OF KANSAS AND MISSOURI, KNOWN ONLY TO ME AS DOUGH POPPA, WHO WORKS IN THE LAW LIBRARY, UNDER PUBLIC SERVICE ADMINISTRATOR MR. JOHN P. STIFFIN, EMPLOYED SINCE 7-6-2015, BY STATE OF KANSAS, KDOC, KANSAS CIVIL SERVICES, UNITED STATES DISTRICT COURTS FOR THE 10th CIRCUIT OF KANSAS AND ALL JURISDICTIONS, WHO HANDLES ALL E-FILES. THERE WERE ONLY SO MANY OF US PRIVY TO THAT INFORMATION, SUCH AS MYSELF, RONNIE ALLEN BELLAMY Jr.#0053454, DUE TO JOHN DAVID HELMS #0099022 TELLING RONNIE ALLEN BELLAMY Jr.#0053454. THEY WERE HOLDING IT AND DID I HAVE ANYTHING THEY COULD GET UNTIL LATER, AS BRIAN LIZARD FELLERS #0003270, SAID THE SAME AND AS FOLLOWS IS A LIST OF ALL WHO KNEW, MARK RIDDLE #0094373.

Jesus Hernandez #0124693, Lavell Cleveland Lee #0077035, Leland Floyd Dixon #0104117, John David Helms #0099022, Lizard Fellers #6003270, John Hermosillo #0069620, Kristoffer Augustine #0113156, Jonathon Gasper #0112713, R'yree McClelland #0072921, who was also on the back section of phones, at the time OIC James Englis, opened Lizard Fellers #6003270, and John Helms #0099022 door, due to Helms #0099022, going to lunch. Mark Riddles #0094373, cell mate-lover, Benjamin VanDuesen #0126301, Terry Lee Storey II #0112084, were also in on it. The combination lock on Lizard Fellers #6003270, and Helms #0099022, belonged to Mark Riddle #0094373, by his own admittance and proof, Mark Riddle #0094373, took as much as he could or dared nothing visible, and went to Jesus Hernandez #0124693, and exited with a canteen bag with snacks, and entered the room of me, Ronnie Allen Bellamy Jr. #0053454, and got pushed out and ran off, several times see body of complaint attack #3-4, case no. 5:23-cv-03051-JWL, cont. Mark Riddle #0094373, took and gave as much as he could to everyone he could to pay his debts, and they were substantial, and the most pressing one was Carlos Stewart #0109437 and known to everyone as Yoshi, and lived in A-5, inmate Mark Riddle #0094373, had no idea that this was going to turn into what it has, as this happened and Mark Riddle #0094373, was confronted by John Helms #0099022, and Lizard Fellers #6003270, returning from lunch and

WORK, YELLING FOR THE WHOLE CELL HOUSE TO HEAR, WE JUST WATCHED THE VIDEO, WITH OIC JAMES ENGLIS, AND UNIT TEAM MANAGER ANDREW PARKS, AND WE KNOW MARK RIDDLE #0094373, CAME TO YOUR ROOM FAILING TO MENTION THAT HE WENT TO STG MEMBER, SURANO-MS13, JESUS HERNANDEZ #0124693, ROOM FIRST WITH NOTHING VISIBLE. OIC JAMES ENGLIS-KOOL-SECURITY, OPENED MARK RIDDLES #0094373, AND BENJAMIN VANDUESEN'S #0126301 DOOR, HIS LIVE IN LOVER, SO THAT LIZARD FELLERS #0003270, AND JOHN HELMS #0099022, COULD CONFRONT RIDDLE #0094373, AND HE WAS TAKEN AWAY. AND IMMEDIATELY I, RONNIE ALLEN BELLAMY JR #0053454, WAS STRIP SEARCHED BY SST-CONNOR, AND ANOTHER SST-SORT MEMBER, KNOWN FOR THEIR ATTENTION TO DETAIL AND DILIGENCE AND NO NONSENSE, OR UNNECESSARY CONVERSATION APPROACH TO THEIR JOB, AND CELL SEARCHED, NO SHAKEDOWN REPORT LEFT AND NOTHING FOUND OR TAKEN. AS I RONNIE ALLEN BELLAMY JR #0053454 WAS IN DAY ROOM, CELL BEING SEARCHED, G.D. COMMAND FROM A-5 KNOWN ONLY TO ME RONNIE ALLEN BELLAMY JR #0053454, AS TEZ, SECOND IN COMMAND OF THE GANGSTER DISCIPLES, CAME TO A-7, AND ASKED IF I WAS OKAY? NEVER HAPPENED BEFORE, AND IT WAS OBVIOUS WHY, AS JAMES ENGLES, LOOKED ON, THE MASTERMIND BEHIND THE AGGITATION AND CONSPIRING-RING LEADER WAS LELAND FLOYD DIXON #0104117 KNOWN AS SKEE, WHO ALSO POISONED, PATRICK UNREIN #0065333, AND KILLED HIM, WITH SOME POISON METH. THE UNIT TEAM MANAGER ANDREW PARKS, AN ADMINISTRATIVE

MEMBER SINCE EMPLOYMENT BEGAN IN 7-6-2004, AND JOHN ENGLES, KDOC-SECURITY SINCE 6-22-2015, KNEW THAT LIZARD FELLERS #0003270, HELMS #0099022, WAS HOLDING FOR DRUG KINGPIN-SMUGGLER, HEAD OF GANGSTER DISCIPLES FOR THE STATES OF KANSAS-MISSOURI, KNOWN ONLY TO ME RONNIE ALLEN BELLAMY JR. #0053454, AS DOUGH POPPA, LAW LIBRARY CLERK. I, RONNIE ALLEN BELLAMY JR. #0053454, TRIED TWICE TO GET MARK RIDDLE #0094373, TO SIGN A DRAFTED AND VALID AFFIDAVIT, HE SIGNED THE FIRST ONE AND IT WAS TAKEN BY P.C. INMATE, PORTER, MARTINEZ, A-1-107. HE GAVE IT TO THE OFFICER ON DUTY WHO TOOK A PICTURE OF IT AND E-MAILED IT TO THE CAPTAINS OFFICE, WHO FORWARDED IT TO KIMBERLY OPLIGER, KANSAS CIVIL SERVANT-KDOC-SECURITY- LEAVENWORTH COUNTY PROSECUTOR TODD THOMPSON, UNIT TEAM MANAGER KIMBERLY OPLIGER, EMPLOYED SINCE 2-13-2016, AND GANGSTER DISCIPLES, DRUG MULE, AND HOLD SPOT, FORWARDED THE PICTURES OF THE AFFIDAVIT, TO THE GANGSTER DISCIPLES DOUGH POPPA- DRUG CONNECTS, WITH A FIVE THOUSAND DOLLAR BOUNTY, FOR ANYONE WHO COULD FIND ONE OF MY FAMILY MEMBERS AND KILL THEM. INVOKING IMPP 12-116 D POLYGRAPH EXAM- GOD BE MY WITNESS. /s/ Ron Bellamy

RONNIE ALLEN BELLAMY JR.

SWORN TO BEFORE ME, REBECKA HALL, ON 3-7-2023 A NOTARY PUBLIC FOR THE STATE OF KANSAS, JURISDICTIONALLY. MY COMMISSION EXPIRES: 7/21/25, /s/ Rebecka Hall NOTARY STAMP →

[Notary stamp: Rebecka Hall, NOTARY PUBLIC—STATE OF KANSAS, MY APPT EXP: 7/21/25]