# KANSAS DEPARTMENT OF CORRECTIONS

| | Internal Management Policy and Procedure | SECTION NUMBER<br>12-116D | PAGE NUMBER<br>1 of 2 |
|---|---|---|---|
| | | SUBJECT:<br>SECURITY AND CONTROL: Polygraph Examinations of Offenders | |
| Approved By:<br><br>Secretary of Corrections | | Original Date Issued: | 11-03-15 |
| | | Replaces Version Issued: | N/A |
| | | CURRENT VERSION EFFECTIVE: | 11-03-15 |

| APPLICABILITY: | _ ADULT Operations Only | _ JUVENILE Operations Only | X DEPARTMENT-WIDE |
|---|---|---|---|

## POLICY STATEMENT

Procedures shall be developed for the administration of polygraph examinations to offenders as may be required to complete an investigation. Polygraph examinations shall be administered only with the offender's written consent. Absolutely no polygraph examinations shall be administered to alleged victims of sexual assault/abuse in connection with the alleged offenses involved.

Polygraph examination results shall not be considered conclusive evidence or utilized as substitutes for facility disciplinary hearings or post incarceration supervision revocation actions. Except when the polygraph is required as a condition of participation in a treatment program, the refusal of an offender to submit to a polygraph examination shall not be the basis for disciplinary or post incarceration supervision revocation actions, or, reported to the offender's file.

Polygraph examinations requested by outside agencies or individuals may be allowed. The agency or individual requesting such an examination shall be responsible for any cost associated with the administration of the examination.

## DEFINITIONS

None.

## PROCEDURES

I. **Offender Consent**

   A. The offender's consent shall be obtained using the Offender's Consent to Polygraph Examination form (Attachment A), prior to the administration of any polygraph examination.

II. **Authorization for and Purpose of Polygraph Examinations**

   A. No offender shall be requested to submit to a polygraph examination as a part of an internal investigation or on the request of outside agencies or individuals without the prior approval of the warden/superintendent. In making this decision, the following shall be taken into consideration:

   1. The matter under investigation;

   2. The need to determine if the offender has been truthful during other phases of an investigation; and,

3. The investigative efforts which have been expended or remain to be utilized.

### III. Scheduling of Polygraph Examinations

A. Schedules for approved polygraph examinations to be administered on departmental premises shall be limited to times and locations within the facility or office which provide for a minimum of disruption to the daily administration of the facility or parole office.

**NOTE:** The policy and procedures set forth herein are intended to establish directives and guidelines for staff and offenders and those entities that are contractually bound to adhere to them. They are not intended to establish State created liberty interests for employees or offenders, or an independent duty owed by the Department of Corrections to employees, offenders, or third parties. Similarly, those references to the standards of various accrediting entities as may be contained within this document are included solely to manifest the commonality of purpose and direction as shared by the content of the document and the content of the referenced standards. Any such references within this document neither imply accredited status by a Departmental facility or organizational unit, nor indicate compliance with the standards so cited. The policy and procedures contained within this document are intended to be compliant with all applicable statutes and/or regulatory requirements of the Federal Government and the state of Kansas. This policy and procedure is not intended to establish or create new constitutional rights or to enlarge or expand upon existing constitutional rights or duties.

### REPORTS REQUIRED

None.

### REFERENCES

None.

### ATTACHMENTS

| Attachment | Title of Attachment | Page Total |
|---|---|---|
| A | Offender's Consent to Polygraph Examination | 1 page |

*EXHIBIT-1*

Attachment A, IMPP 12-116D
Effective 11-03-15

# KANSAS DEPARTMENT OF CORRECTIONS
## OFFENDER'S CONSENT TO POLYGRAPH EXAMINATION

A. Name of Correctional Facility or Parole Office _LANSING CORRECTIONAL FACILITY_

B. Name of Examiner _____

C. Employer of Examiner _____

D. Name of Offender _RONNIE ALLEN BELLAMY JUNIOR_

DOC Number _0053454_

I hereby consent to a polygraph examination by the above-named examiner. I understand that this is a voluntary examination. I further understand that the results of this polygraph examination shall not be considered as conclusive and that disciplinary action or post incarceration supervision revocation action shall not be taken based on the results of this examination.

_Ronnie Allen Bellamy Junior_          _1-9-2023_
Signature of Offender                   Date

_[signature]_                            _2-15-23_
Witness                                  Date

_____                   _____
Witness                                  Date

THIS WILL TAKE CARE OF AND IS FOR EVERYTHING THAT I HAVE CLAIMED—ALLEGED BEHIND THE WALLS L.C.F. H.C.F. E.D.C.F. AND HERE AT NEW FACILITY CORE CIVIL COMPLAINTS TO INCLUDE CASE NO. 5:20-CV-03229-SAC, 20-CV-3229-DDC-ADM, APPEAL 22-3106, CASE NO. 5:23-CV-03051-JWL BELLAMY V STATE OF KS ET.AL, 20-CV-3229-TC-ADM, AND MY ILLEGAL UNLAWFUL CONVICTION-SENTENCE-PLEA AGREEMENT AND SENTENCE VACATED S.N.T VAC ON JOURNAL ENTRIES 91CR00037 -1991 WYCO KS NEVER RELEASED 91CR0493B -1991 WYCO KS NEVER RELEASED 96 OSCR 636- LV CO KS, ALSO ILLEGAL 96 07CR 481- LV CO KS, DUE TO SEPLTNG AND ALL AFFIDAVITS GOD BE MY WITNESS ALREADY ILLEGAL ALWAYS BE AND BE SO IMPRISONMENT NEVER RELEASED