
# Orders on Motions

[5:23-cv-03051-JWL Bellamy (ID 53454) v. State of Kansas et al](#)

PLC2

## U.S. District Court

### DISTRICT OF KANSAS

## Notice of Electronic Filing

The following transaction was entered on 3/14/2023 at 10:51 AM CDT and filed on 3/14/2023

**Case Name:** Bellamy (ID 53454) v. State of Kansas et al
**Case Number:** [5:23-cv-03051-JWL](#)
**Filer:**
**Document Number:** [11](#)

**Docket Text:**
**MEMORANDUM AND ORDER TO SHOW CAUSE ENTERED: Plaintiff's Motion to AppointCounsel (Doc. [3]) is denied without prejudice. Plaintiff's Motion Requesting Permission to Appeal All Decisions (Doc. [4]) is denied. Plaintiff's Motion to Correct (Doc. [7]) is granted to the extent that the Court will consider the arguments and exhibits in screening the Complaint. Plaintiff's Motion for Preliminary Injunction (Doc. [9]) is granted in part. The Court will treat the motion as a request to waive the initial partial filing fee due by March 13, 2023, and will grant the request. To the extent Plaintiff seeks any other relief in the motion, it is denied. Plaintiff's Motion to Supplement (Doc. [10]) is granted to the extent that the Court will consider the arguments and exhibits in screening the Complaint. Any request for discovery is denied without prejudice as premature. Plaintiff is granted until April 10, 2023, in which to show good cause, in writing to the undersigned, why Plaintiff's Complaint should not be dismissed. Plaintiff is also granted until April 10, 2023, in which to file a complete and proper amended complaint to cure all the deficiencies. Signed by District Judge John W. Lungstrum on 03/14/23. Mailed to pro se party Ronnie Allen Bellamy, Jr. with § 1983 forms and instructions by regular mail. (smnd)**