UNITED STATES DISTRICT COURT OF APPEALS - LOWER COURT - IN REGARDS TO - CERTIFICATE OF APPEALABILITY

RONNIE ALLEN BELLAMY JR
    PLAINTIFF

~~STATE OF MISSOURI ET. AL. CH800~~ V    CASE NO's: ALL CASES
ALEX McCOLLOUGH ET. AL., 2019-2020
SAM CLINE ET. AL., 2019-2020
STATE OF KANSAS ET. AL., 2023
    DEFENDANTS

## MOTION REQUESTING PERMISSION TO APPEAL ALL DECISIONS

DUE TO ILLEGALITIES - CRIMINALITIES - UNCONSTITUTIONALITIES, OF ALL PARTIES INVOLVED, IN ALL CASES AND STATES.

*R. Bellamy* (signature)
RONNIE ALLEN BELLAMY JR
L.C.F. P.O. BOX 2
LANSING, KANSAS 66043