THE UNITED STATES DISTRICT COURT
FOR THE 10TH CIRCUIT OF KANSAS

RONNIE ALLEN BELLAMY JR.
               PLAINTIFF
        V.                                CASE NO: 5:23-CV-03051-JWL
STATE OF KANSAS ET.AL.,      DEMAND: JURY TRIAL
KDOC ET.AL.,
SECRETARY OF CORRECTIONS ET.AL.,
UNITED STATES DISTRICT COURTS
FOR THE 10TH CIRCUIT OF KANSAS ET.AL.,
UNITED STATES COURT OF APPEALS
FOR THE 10TH CIRCUIT OF KANSAS
WYANDOTTE COUNTY KANSAS COURTS - 3 JUDGE PANEL
AMERICAN CIVIL LIBERTIES UNION IN KANSAS
WRIGHTSON J. SWITZ, OVERLAND PARK KANSAS
HISTORICAL RECORDS SOCIETY, HUTCHINSON KANSAS
HUTCHINSON CORRECTIONAL FACILITY - DETAINER DEPT ET.AL.,
WARDEN SAM CLINE - EDCF - RETIRED - HCF - DON LANGFORD
WARDEN CHANDLER CHEEKS - GONE - WARDEN GLORIA GEITHER L.C.F. ET.AL.
L.C.F. - CSI, LARRY E. WAGNER - KDOC, SECURITY PERSONELL OIC ET.AL.,
L.C.F. - CSI, JAMES ENGLIS - KDOC, SECURITY PERSONELL OIC ET.AL.,
L.C.F. - CSI ALEX J. ELLISON - KDOC, SECURITY PERSONELL OIC ET.AL., WITNESS
L.C.F. - ADMINISTRATIVE CABINET MEMBERS UTM's OF A-BLDG - MENTAL HEALTH
UNITS OF A-7 AND A-8, HERE AT LANSING CORRECTIONAL FACILITY
CORE CIVIC COMPOUND - KNOWN AS UNIT TEAM MANAGERS ——— MS.
BLACKMON - MR. ANDREW PARKs, MENTAL HEALTH BHP - THERAPIST -
PROFESSIONAL - MR. BAHADOORSINGH - DIRECT EYEWITNESS - ONE ON ONE
THERAPY SESSIONS - COUNSELING, DISTINGUISHINGLY - HONESTLY

COUNT ONE — OPENING STATEMENT - BRIEF -

1
SEE REVERSE

# MOTION TO COMPEL DISCOVERY AND SANCTIONS PART 1

DUE TO THE FOLLOWING - SEE BODY OF COMPLAINT FIRST, AND THE PLAINTIFF DOES NOT UNDERSTAND WHERE THERE ARE DISCREPANCIES IN HIS LAWSUIT, PLAINTIFF EXPLAINED EVERYTHING AND HOW IT HAPPENED WHO DID IT, WHY THEY DID IT - AS MUCH AS HE KNEW, DUE TO THE **LACK OF** INFORMATION FROM THE FACILITY AND EMPLOYEES, PLAINTIFF HAS REACHED OUT TO AS MANY PEOPLE AS HE POSSIBLY COULD TO GET THE TRUTH OUT ABOUT WHAT HAS BEEN GOING ON WITH HIM. THE STATE OF KANSAS, HAS REPEATEDLY VIOLATED THE PLAINTIFFS CONSTITUTIONAL RIGHTS - TO LIFE, LIBERTY, FREEDOM, EQUALITY - EQUAL PROTECTION OF THE LAW - REFUSING TO PROVIDE PLAINTIFF COPIES OF HIS JOURNAL ENTRIES - 3 JUDGE PANEL CONVICTION AND SENTENCING - ILLEGAL SENTENCE BEING VACATED IN 1991 AND STATES APPEAL DENIED - PLAINTIFF AT ONE POINT - HAD OBTAINED A COPY, AND NOW DOES NOT KNOW WHERE THEY ARE, AND THE FACILITY - H.C.F. - EDCF - LCF - HISTORICAL RECORDS SOCIETY - EX DEPUTY WARDEN COLLETTE WINKLEBAUER - SCU, HAVE ALL REFUSED TO HELP PROVIDE THEM - EVEN WITH PAYMENT FOR PROCESSING, DUE TO CONSPIRATORIAL CONSEQUENCES OF ILLEGAL - NEVER MIRANDIZED - 3 JUDGE PANEL SENTENCE AND CONVICTION - DUE TO UNCONSTITUTIONAL PLEA AGREEMENT AND INEFFECTIVE ASSISTANCE OF COUNSEL, WRIGHTSON J. SWITZ, FROM OVERLAND PARK, KANSAS. AND THIS WAS IN WYANDOTTE COUNTY KANSAS, SEE KASPER PAGE - KDOC WEBSITE - RAN BY KDOC - STATE OF KANSAS - SOC ET. AL. PLAINTIFF REQUEST THAT THIS COURT ORDER DEFENDANTS TO PRODUCE AND TURN OVER PLAINTIFFS JOURNAL ENTRIES TO PROVE AND SHOW THIS HEINOUS AND ATROCIOUS - EGREGIOUS - GROSS MISCARRIAGE OF JUSTICE IN JUST THIS **ONE ACT** OF **32 YEARS** OF UNCONSTITUTIONAL AND ILLEGAL INCARCERATION THAT HAS DEPRIVED **PLAINTIFF OF OVER 3 DECADES** OF FREEDOM AND FAMILY IN AN UNATURAL AND **DISGUSTING** ENVIRONMENT, WHERE PLAINTIFF HAS FACED BEING MURDERED OR MAIMED

## COUNT ONE
### SECOND PAGE

2

## MOTION TO COMPEL DISCOVERY AND SANCTIONS PART 1

ON MANY DIFFERENT OCCASIONS, DUE TO AN ELEVATED LIE THAT INVOLVES KDOC-DETAINER DEPT- ANNA L. LAWS, LISTED AS A FELONY DETAINER, CRIME/VIOLATION- THERE WAS NO FELONY ESCAPE OR CHARGE ATTACHED TO OR INVOLVED IN PLAINTIFFS DEPARTURE, THIS IS A GROSS MISCARRIAGE OF JUSTICE - KEEPING PLAINTIFF AT AN ELEVATED CUSTODY- THE CONTACT FOR THE STATE OF MISSOURI, ONE MELODY CASTRO- RECORDS OFFICER- MDOC, BLATANTLY LIED, PLAINTIFF RONNIE ALLEN BELLAMY JR. MDOC(153388) ILLEGAL SENTENCE, THERE WAS NO ESCAPE PLAINTIFF LIVED IN CONVERTED YMCA TO HOTEL ON 9TH AND OAK, DOWNTOWN KANSAS CITY, MISSOURI 64106- KNOWN AS THE HONOR CENTER, THE PLAINTIFF WORKED IN NORTH KANSAS CITY, MO. AT THERMAL TECHNOLOGY INDUSTRIES- ACROSS THE BRIDGE, AND ONLY HAD TO BE AT THE CENTER 4-DAYS A WEEK TO SLEEP AND CHECK IN- AND WAS ALLOWED TO SPEND FRIDAY-SUNDAY AT MIDNIGHT ON PASS AT HOME OR FAMILY'S- WIFE ETC. AND AFTER WORK WAS ALLOWED 4-HOUR PASSES EVERYDAY TO GO AND DO WHATEVER WANTED WITH NO SUPERVISION, PLAINTIFF ALWAYS SIGNED OUT AND BACK IN AT RECEPTION- UNTIL HE LEFT AND DIDN'T WANT TO COME BACK. ORIGINAL AND TRUE INFORMATION PLAINTIFF SWEARS TO UNDER PENALTY OF PERJURY— THE ENTIRE DETAINER ABSENT ILLEGALITIES IS A NOTIFICATION ONLY DETAINER FOR #4 FAILURE TO REPORT AN ADDRESS CHANGE- #9 FAILURE TO COMPLETE PROGRAM AGREEMENT- COMMUNITY CORRECTIONS, AND AFTER 25 YEARS ALL SENTENCES IN THE STATE OF MISSOURI, TIME OUT BY LAW- SEE EXHIBIT 3 EVIDENCE DATED AUGUST 27 1991- ATTEMPTS TO COVER LIES BY MDOC- EMPLOYEE MELODY CASTRO AND SUPERINTENDENT RON SCHMITZ- THIS ALL TIES INTO COMPLAINT AND THERE WAS NEVER ANY SUPERVISION AS WE WERE MEMBERS OF THE COMMUNITY LIVING IN A COED ENVIRONMENT WITH WOMEN ON THE SECOND FLOOR WITH A STATION TO PICK UP MAIL AND MESSAGES AND ACCOUNTING- BANKING STATION AND EXTRA SET OF PAY PHONES. COUNTS ONE AND TWO AS ONE PART THIRD PAGE OF COUNT ONE

# MOTION TO COMPEL DISCOVERY AND SANCTIONS PART 2

SINCE THE FIRST ACT OF ATTEMPTED ASSASINATION-MURDER, ON PLAINTIFF RONNIE ALLEN BELLAMY JR. (53454) - IN HIS SLEEP - IN EDCF-B-1-210, ON SEP 3 2019 BY ONE A.J. KIDD, TO OBTAIN HIS ARYAN BROTHERHOOD PATCH APPARENTLY, MOST OF THE WOUNDS PLAINTIFF INCURRED WERE NEVER EVEN ADDRESSED BY STATE OF KANSAS ET.AL.- KDOC ET. AL.; EDCF-WESLEY MEDICAL CENTER ET.AL.; AMBULATORY SERVICES USED, UNIVERSITY OF KANSAS ET.AL.; MEDICAL CONTRACT HOLDER FOR THE STATE OF KANSAS, KDOC ET.AL., THROUGH THIS CASE AND PLAINTIFFS COMPLETE TRANSPARENCY AND DISCLOSURE AND ATTEMPTS TO GET THE HELP NEEDED THROUGH ADMINISTRATIVE RESOLUTIONING - PROCEDURES - PROCESSES - REMEDIES - POLICIES - IMPP CONTRACTS - GOVERNANCES, SHOWING ALL GROSS MISCARRIAGES OF JUSTICE, AND ALL CONSTITUTIONAL MIS- CONDUCT AND VIOLATIONS OF FEDERAL AND STATE LAWS - AND EQUAL PROTECTION OF THE LAW = MEDICAL MALPRACTICE AMOUNTING TO A GROSS VIOLATION OF THE 8TH AMENDMENTS CRUEL AND UNUSUAL PUNISHMENTS, FORBIDDEN AND THE ATTEMPT TO DENY PLAINTIFF LIFE, LIBERTY, FREEDOM, LEAVING MOST WOUNDS UNATTENDED AS THE VIEWING OF THE VIDEO FOOTAGE - RECORDINGS - AUDIO - VISUALS - CELLPHONES - HANDHELD DEVICES - IN HOSPITAL CAMERA SYSTEMS AND RECORDED VIDEO FOOTAGE AND RETRIVAL STORAGE WILL SHOW, FROM WESLEY MEDICAL CENTER - KDOC, SST - SORT - TRANSPORT O'BRIEN IN ATTENDANCE WITH RECORDING THE WHOLE TIME FOR THE KDOC - EDCF - STATE OF KANSAS - ALL OF THE COMPELLING EVIDENCES, RECORDINGS - FOOTAGES - WILL SHOCK THE CONSCIENCE, AND PROVE ALL ALLEGATIONS AND CLAIMS AS FACTS AS PLAINTIFF HAS STATED MANY MANY TIMES.

PART 2 OF COUNTS ONE AND TWO

COUNT TWO-THREE

## MOTION TO COMPEL DISCOVERY AND SANCTIONS PART 3

VIEWING THE EVIDENCE AVAILABLE FROM FIRST ATTACK RECORDED AND RETRIEVABLE VIDEO FOOTAGE ATTACK OF THOMAS MOORE AT L.C.F. PLAINTIFF RONNIE ALLEN BELLAMY JR. (53454) IN HALLWAY OF BLDG A - WITH NO SECURITY IN HALLWAY IN FULL VIEW OF EVERYONE AND THE MH UNIT AT THE FARTHEST END, ATTACKER-DEFENDANT-STG MEMBER-THOMAS MOORE, RESIDENT OF L.C.F., ATTACKED AND ATTEMPTED TO STAB THE PLAINTIFF IN FURTHERANCE OF "STG"-GANG ACTIVITY, DUE TO FIRST ATTACK AT EDCF - AND UNCONSTITUTIONAL-UNLAWFUL ORDERS FROM AND THROUGH SANCTIONED ARYAN BROTHERHOODS OF KANSAS - ATTEMPTING TO MURDER PLAINTIFF - VIOLATING PLAINTIFFS CONSTITUTIONAL RIGHTS 8TH AMENDMENTS CRUEL AND UNUSUAL PUNISHMENTS 4TH, 5TH, 14TH AMENDMENTS - ATTEMPTS TO DEPRIVE PLAINTIFF OF LIFE, LIBERTY, FREEDOM, AND EQUAL PROTECTION OF THE LAW, AND DUE AND PROCEDURAL PROCESSES VIOLATIONS - AS WARDS OF THE STATE THE STATE OF KS - KDOC-SOC - ARE RESPONSIBLE FOR ALL ATTACKS - PROCEDURES - PROCESSES - PERSONAL SAFETY OF ALL INVOLVED - AND ALL VIOLATIONS OF FEDERAL AND STATE LAWS - KANSAS STATUTES ANNOTATED, KANSAS ADMINISTRATIVE REGULATIONS - CONTRACTS KNOWN AS IMPP'S, GOVERNING BODIES - STATE OF KS - KDOC-SOC, INMATE RULE BOOK - REVISOR OF STATUTES, FOR THE USE AND BENEFIT OF THE STATE OF KANSAS. — THE VIEWING OF ALL EVIDENCES TO INCLUDE THE RECORDED AND RETRIEVABLE VIDEO FOOTAGE - TO WIT ALL COPIES AND COMPUTERIES OF DISCIPLINARY REPORT - AD SEG REPORT, VIOLATIONS OF IMPP 02-118D - CONTRACTS RULES OF ACKNOWLEDGEMENTS AND CODE OF ETHICS CONTRACT, SIGNED BY ALL EMPLOYEES AND ALL VOLUNTEERS - RULES - LIEING, CONDUCT UNBECOMING, TO INCLUDE THE DISPOSITION FROM JUDGE-HEARING OFFICER, STATE OF KS - KDOC-SOC, SECURITY-GOODMAN, WHO DISMISSED ILLEGAL-UNLAWFUL-UNCONSTITUTIONAL, PROCEDURAL AND DUE PROCESS VIOLATIVE D.R. AND UNCONSTITUTIONAL DOUBLE BUNKING BY LT. BARNETT

# MOTION TO COMPEL DISCOVERY AND SANCTIONS PART 3

VIEWING THE EVIDENCE AVAILABLE AND RETRIEVABLE FROM RECORDED VIDEO FOOTAGE FROM ATTEMPTED MURDER ON PLAINTIFF BY CARILLO "STG" GANG MEMBER, WHO COULD NOT PAY HIS DEBT TO THE SD'S STG-GANG, SO THE "STG"-GANG-SURANOS-PAID HIS DEBT FOR HIM AND ORDERED HIM TO TRY AND KILL PLAINTIFF BY ATTACKING PLAINTIFF RONNIE ALLEN BELLAMY JR (53454)-FROM BEHIND WITH A WEAPON INTENDED TO KILL, THE "STG"-GANG-SURANOS-ARE AN ARYAN BROTHERHOOD-AFFILIATE-ALLIANCE AND HELP TO CARRY OUT HITS-SANCTIONS-DEATH THREATS, THERE WAS NO SECURITY IN THE HALLWAY UPON RETURN FROM BREAKFAST AND PLAINTIFF DID NOT SEE HIS ATTACKER, AND WAS ALMOST MURDERED, BECAUSE OF THE LACK OF SECURITY-EQUAL PROTECTION OF THE LAW AND UNCONSTITUTIONAL ORDERS, UPHOLDANCES-THE PLAINTIFF WAS IN NEED OF SERIOUS MEDICAL ATTENTION, AND SHOULD NOT HAVE BEEN MOVED DUE TO HEAD INJURY-WRIST-ARM-NECK-AND BEING UNCONSCIOUS SEVERAL TIMES WITNESSED BY RECORDED AND RETRIEVABLE VIDEO FOOTAGE AND EYEWITNESS BRANDON SCOTT (70517)-AFFIDAVIT IN COMPLAINT, AND KDOC-SECURITY PERSONELL ALEX J. ELLISON OIC-CSI, OF TRU-UNIT-MH UNIT, WITNESSED PLAINTIFF HIT THE FLOOR FROM SEVERITY OF HEAD TRAUMA-AS PLAINTIFF DID NOT KNOW WHAT HAPPENED OR WHAT WAS GOING ON, AS OIC SECURITY ELLISON-ON DUTY ACTING UNDER COLOR OF STATE LAW, IS A DEFENDANT AND AN EYEWITNESS TO THE VIOLATIONS OF THE 4TH, 5TH, 8TH, 14TH AMENDMENTS TO THE U.S CONST, AND VIOLATIONS OF STATE AND FEDERAL LAWS, AND MEDICAL GOVERNANCES, POLICY-PROCEDURES-PROTOCOLS OF SERIOUS TRAUMA-HEAD INJURIES, PERSONAL SAFETY, CRUEL AND UNUSUAL PUNISHMENTS BY INMATE DEFENDANT-AND STATE OF KS-KDOC-SOC ET. AL,-

PAGE ONE OF CARILLO ATTACK AT L.C.F.

## MOTION TO COMPEL DISCOVERY AND SANCTIONS PART 4

WARD OF THE STATE OF KANSAS - KDOC-SOC, IS AN INMATE KNOWN AS CARILLO - DEFENDANT - ATTACKER - WITNESS - "STG" MEMBER GANG MEMBER, MAKING THE STATE OF KS RESPONSIBLE FOR THE ATTACK AND RESPONSE AND ALSO KDOC-SOC ET. AL., - AND LACK OF SECURITY AND LACK OF PROPER AND ADEQUATE AND LEGAL-MEDICAL RESPONSES AND CARE AND UNCONSTITUTIONAL RESPONSES AND CARE DURING AND AFTER THIS ATTACK AND ALL ATTACKS TO INCLUDE DEFENDANT AND WITNESSES ALL RECORDED AND RETRIEVABLE VIDEO FOOTAGE FROM L.C.F. CENTURION - RIANT CLINIC - INFIRMARY, UNIVERSITY OF KS HELD MEDICAL CONTRACT - AND MEDICAL PERSONELL - STAFF NURSES - DOCTOR - NURSE PRACTITIONERS - KDOC-SECURITY, OIC, SNODGRASS - HUNDLEY - ANDERSON, ALL DEFENDANTS - WITNESSES, ON DUTY ACTING UNDER COLOR OF LAW AND CONTRACT TO THE WAY PLAINTIFF WAS TREATED UNCONSTITUTIONALLY AND UNLAWFULLY, VIOLATING THE 4TH, 5TH, 8TH, 14TH, AMENDMENTS LIFE, LIBERTY, FREEDOM, THE ATTEMPT TO DEPRIVE ME OF THESE RIGHTS BY ALL = INVOLVED, INMATE AND KDOC - MEDICAL - AND ALL CONST. UPHOLDANCES - AND VIOLATIONS, AND VIOLATIONS OF THE APPLICABLE STATE AND FEDERAL LAWS, POLICIES - PROCEDURES - PROTOCOL - RESPONSES - MOVING OF A SERIOUSLY INJURED BODY - HEAD TRAUMA - EMERGENCY - AND HOUSING IN A STRIP CRISIS CELL UNCONSTITUTIONALY - ILLEGALY - IMMORALY AGAINST POLICY AND PROCEDURES - PROTOCOL - AND STATE AND FEDERAL LAW - AND MEDICAL REGULATIONS AND GUIDELINES, ALL LIFE THREATENING VIOLATIONS

PAGE TWO OF CARILLO ATTACK AT L.C.F.

## MOTION TO COMPEL DISCOVERY AND SANCTIONS PART 5

BY VIEWING AVAILABLE EVIDENCES TO INCLUDE RECORDED AND RETRIEVABLE VIDEO FOOTAGE AT NO UNDUE BURDEN OR HARDSHIP TO DEFENDANTS AS THIS IS RECORDED EYEWITNESSING WITHOUT ANY COMPROMISE TO DETAILS AND OBSERVANCE, AS NO LESS THAN 3 KDOC-STATE OF KANSAS ON DUTY ACTING UNDER COLOR OF STATE LAW AND CONSTITUTIONAL UPHOLDANCES AND CONTRACT CONSPIRED-CONSPIRATORIALY TO HELP DRUG KINGPIN AND G.D.- GANGSTER DISCIPLE, SHOT CALLER, FOR THE STATE OF KANSAS AND MISSOURI— LAW LIBRARY CLERK, KNOWN ONLY TO PLAINTIFF AND MOST OF US AS "DOUGH POPPA", IN AN ATTEMPT TO COVER UP DRUG SMUGGLING OPERATION—HOLD SPOT—BRIAN LIZARD FELLERS (6003270), JOHN HELMS (0099022), AS LIZARD FELLERS ALSO WORKED IN THE LIBRARY, DUE TO OIC JAMES ENGLES, AND UTM ANDREW PARKS—OIC LARRY E. WAGNER, CONSPIRATORS WHO ALONGWITH MULTIPLE AGGITATORS, DRUG THIEFS, INMATE DRUG THIEFS—STATE OF KANSAS—KDOC-SOC ET. AL., ON DUTY ACTING UNDER COLOR OF STATE LAW—FEDERAL LAW—CONSTITUTIONAL UP-HOLDANCE—MANDATORY REPORTERS, KDOC-SECURITY PERSONELL ENGLES CONSPIRED BY WAY OF POSITION—ILLEGAL VIEWING WITH INMATES VIDEO FOOTAGE RETRIEVAL AGAINST MARK RIDDLE (0094373), ACTUAL THIEF, ALONGWITH APPARENT APPROVAL OF UTM ADMINISTRATIVE CABINET MEMBER ANDREW PARKS OF THE MENTAL HEALTH UNIT SHOWING VIDEO RECORDED-RETRIEVED FOOTAGE TO BRIAN LIZARD FELLERS (6003270)—JOHN HELMS (0099022) CELLMATES, WHEN ON DUTY KDOC SECURITY AS SEEN ON VIDEO, WAS THE OIC= OFFICER IN CHARGE, WHO OPENED THE DOOR OF HELMS AND FELLERS FOR THIEF MARK

MOTION TO COMPEL DISCOVERY AND SANCTIONS PART 5 CONTINUED

RIDDLE (0094373), WHILE LIZARD FELLERS (6003270), WAS AT WORK IN LIBRARY, AND AS SOON AS JOHN HELMS (0099022), HIS CELLMATE WENT TO LUNCH, AS INMATE RIDDLE (0094373), KNEW THE COMBINATION TO THE LOCK ON FELLERS LOCKER, AS IT BELONGED TO INMATE RIDDLE, WHO TRIED TO GIVE THE COMBINATION NUMBER TO ME, AND I DECLINED, AND I AM PLAINTIFF RONNIE ALLEN BELLAMY JR. (53454), A 32 YEAR VETERAN OF THE KDOC-STATE OF KS-SOC, UNCONSTITUTIONALY AND ILLEGALY, THIS ALL LED TO DRUG KINGPIN-SMUGGLER-HEAD OF THE GANGSTER DISCIPLES FOR THE STATE OF KS AND MO-WHO PAID A HALF OUNCE OF METHAMPHETAMINE TO HELMS AND FELLERS, TO LIE ABOUT WHAT HAPPENED AND STAB THE PLAINTIFF UNCONSTITUTIONALY AND UNLAWFULLY IN AN ATTEMPT TO COVER HIS TRACKS AND WHAT HAPPENED, NOT KNOWING ALL DETAILS, IN AN ATTEMPT BY ALL INVOLVED TO DEPRIVE THE PLAINTIFF RONNIE ALLEN BELLAMY JR (53454) OF 4TH, 5TH, 8TH, 14TH AMENDMENT RIGHTS, PERSONAL SAFETY-EQUAL PROTECTION-OF THE LAW-EQUALITY-LIFE, LIBERTY, FREEDOM, JUSTICE, WELL-NESS, WHOLENESS, STANDING, MENTAL HEALTH, RESTORATION, AND DUE TO THESE ACTIONS, AND THE ACTIONS OF LARRY E. WAGNER OIC-KDOC-SOC ET. AL.-SECURITY PERSONELL, WHO UNCONSTITUTIONALLY-AND CONSPIRATORIALY ALONGWITH ALL PARTIES INVOLVED AGAINST FEDERAL AND STATE LAWS, AND POLICY-PROCEDURE-PROTOCOL-POST ORDERS, DID KNOWINGLY VIOLATE LAW AND CONSTITUTION, AND OPENED PLAINTIFFS DOOR SO LIZARD FELLERS (6003270), AS SEEN ON VIDEO BY KDOC-STATE OF KS-SOC ET. AL., CHRISTOPHER HUNT D.R. JUDGE WITNESS, SO THEY COULD ATTEMPT TO MURDER PLAINTIFF AT KNIFEPOINT AND THEN COVER IT UP WHEN IT FAILED WITH FAKE D.R. REPORT.

# MOTION TO COMPEL DISCOVERY AND SANCTIONS PART 6

BY VIEWING ALL AVAILABLE EVIDENCES TO INCLUDE RECORDED RETRIEVABLE VIDEO FOOTAGES - DEFENDANTS, KDOC-STATE OF KS- SOC ET.AL.,-SST-SORT, HRISTOFILIOT, WHO HELD DOOR OPEN FOR ATTACKER INMATE FREY (124713), TO ATTACK PLAINTIFF FROM BEHIND DOING SERIOUS TRAUMA TO PLAINTIFFS HEAD AND NECK AS MULTIPLE STATE OF KS- KDOC-SOC ET.AL, EMPLOYEES-SECURITY PERSONELL JUST WATCHED ATTACK BEFORE RESPONDING, AS PLAINTIFF COULD NOT FIND HIS ATTACKER AT FIRST DUE TO BEING HIT IN THE HEAD SO HARD AND BLOOD POURING OUT OF PLAINTIFF, AND KDOC-SST-SORT MEMBER ON DUTY ACTING UNDER COLOR OF STATE LAW AND TRAINING AND CONSTITUTIONAL UPHOLDANCE, STATE OF KS- LICENSED SECURITY PERSONELL BUSBY, ATTACKED PLAINTIFF FROM SIDE FOOTBALL STYLE, AS PLAINTIFF FOUND HIS ATTACKER AND WENT TO MAKE A MOVE, HE WAS BEING TAKEN DOWN COVERED IN BLOOD, INSTEAD OF THE ATTACKER UNCONSTITUTION- ALY-UNLAWFULLY-VIOLATING PLAINTIFFS 4TH, 5TH, 8TH, 14TH AMENDMENTS, PERSONAL SAFETY, EQUALITY, EQUAL PROTECTION OF THE LAW- RIGHT TO LIFE, LIBERTY, FREEDOM, PROCEDURAL AND DUE PROCESSES- MEANINGFUL ACCESS, ADHERENCE TO PLRA THROUGH EXHIBITS AS EVIDENCES TO INCLUDE POLICIES VIOLATED AND FEDERAL AND STATE LAWS-CONST. BY INMATE DEFENDANTS AND KDOC TO INCLUDE ORDERS FROM DRUG KINGPIN HEAD OF GANGSTER DISCIPLES FOR THE STATE OF KS AND MO KNOWN TO ME AS DOUGH POPPA, AND DETAIL PORTER BRANSHAW BOTH WHO STOOD AT THEIR SPOTS WATCHING AS I WAS ABLE TO FOCUS AND SEE THEM IN MY PRESENCE, AND WAS BEING HANDCUFFED AND TAKEN TO MEDICAL

MOTION TO COMPEL DISCOVERY AND SANCTIONS PART 5 CONTINUED
RIDDLE (0094373), WHILE LIZARD FELLERS (6003270), WAS AT WORK IN LIBRARY. AND AS SOON AS JOHN HELMS (0099022), HIS CELLMATE WENT TO LUNCH, AS INMATE RIDDLE (0094373), KNEW THE COMBINATION TO THE LOCK ON FELLERS LOCKER, AS IT BELONGED TO INMATE RIDDLE, WHO TRIED TO GIVE THE COMBINATION NUMBER TO ME, AND I DECLINED, AND I AM PLAINTIFF RONNIE ALLEN BELLAMY JR. (53454), A 32 YEAR VETERAN OF THE KDOC-STATE OF KS-SOC, UNCONSTITUTIONALY AND ILLEGALY, THIS ALL LED TO DRUG KINGPIN-SMUGGLER-HEAD OF THE GANGSTER DISCIPLES FOR THE STATE OF KS AND MO-WHO PAID A HALF OUNCE OF METHAMPHETAMINE TO HELMS AND FELLERS, TO LIE ABOUT WHAT HAPPENED AND STAB THE PLAINTIFF UNCONSTITUTIONALY AND UNLAWFULLY IN AN ATTEMPT TO COVER HIS TRACKS AND WHAT HAPPENED, NOT KNOWING ALL DETAILS, IN AN ATTEMPT BY ALL INVOLVED TO DEPRIVE THE PLAINTIFF RONNIE ALLEN BELLAMY JR (53454) OF 4TH, 5TH, 8TH, 14TH AMENDMENT RIGHTS, PERSONAL SAFETY, EQUAL PROTECTION-OF THE LAW-EQUALITY-LIFE, LIBERTY, FREEDOM, JUSTICE, WELL-NESS, WHOLENESS, STANDING, MENTAL HEALTH, RESTORATION, AND DUE TO THESE ACTIONS, AND THE ACTIONS OF LARRY E. WAGNER OIC-KDOC-SOC ET AL, SECURITY PERSONELL, WHO UNCONSTITUTIONALY- AND CONSPIRATORIALY ALONGWITH ALL PARTIES INVOLVED AGAINST FEDERAL AND STATE LAWS, AND POLICY-PROCEDURE-PROTOCOL-POST ORDERS, DID KNOWINGLY VIOLATE LAW AND CONSTITUTION, AND OPENED PLAINTIFFS DOOR SO LIZARD FELLERS (6003270), AS SEEN ON VIDEO BY KDOC-STATE OF KS-SOC ET.AL., CHRISTOPHER HUNT D.R. JUDGE WITNESS, SO THEY COULD ATTEMPT TO MURDER PLAINTIFF AT KNIFEPOINT AND THEN COVER IT UP WHEN IT FAILED WITH FAKE D.R. REPORT.

PAGE TWO OF COUNT-5

# B. NATURE OF THE CASE

555 HABEAS CORPUS

NATURE OF CASE – 42 USC § 1983 CIVIL RIGHTS VIOLATIONS, VIOLATIONS OF FEDERAL AND STATE LAWS, AND UNITED STATES CONSTITUTIONAL PROTECTIONS, AND BILL OF RIGHTS, VIOLATIONS OF KANSAS STATUTES ANNOTATED, KANSAS ADMINISTRATIVE REGULATIONS, KDOC CONTRACTS KNOWN AS IMPP's, KDOC GENERAL ORDERS, KDOC PUBLISHED ORDERS, KDOC ARTICLES – KNOWN AS FORM-BOOK P-0727, DEPARTMENT OF CORRECTIONS, STATE OF KANSAS, INMATE RULE BOOK, OFFICE OF THE SECRETARY OF CORRECTIONS, REVISOR OF STATUTES, FOR THE USE AND BENEFIT OF THE STATE OF KANSAS, UNIVERSITY OF KANSAS – CONTRACTS, FOR STATE OF KANSAS, AND KDOC, MEDICAL SERVICES, BEHAVIORAL HEALTH SERVICES, DENTAL SERVICES, OUTSIDE CARRIERS, AND PROVIDERS, OF ALL OFF-SITE, SERVICES. STATE OF KANSAS – KANSAS DEPT OF CORRECTIONS AND KANSAS STATE PAROLE BOARD AND SENTENCE COMPUTATION UNIT, WYANDOTTE COUNTY KANSAS – JOURNAL ENTRIES – HISTORICAL RECORDS SOCIETY – JOURNAL ENTRIES ARCHIVES STATE OF KANSAS – KDOC, DETAINER DEPARTMENT AND HUTCHINSON STATE INDUSTRIAL REFORMATORY – HCF,

ACLU- CONTACTED FOR HELP, APPX MONTH OF AUGUST, 2021, MISSION, KANSAS 66201 P.O. BOX 917., KANSAS BAR ASSOCIATION- LAWYER REFERRAL SERVICES, WICHITA AND TOPEKA, KANSAS BRANCHES STATE OF KANSAS, AND KDOC- TOPEKA KDH-KDOC, WYANDOTTE COUNTY, KS COURTS- **PLEA AGREEMENT** - **3 JUDGE PANEL**, DUE TO ALL CONSTITUTIONAL VIOLATIONS, AND VIOLATIONS OF STATE AND FEDERAL LAWS, CIVIL AND CRIMINAL AND ALSO CONSTITUTIONAL AND ALL GROSS MISCARRIAGES OF JUSTICE AND VIOLATIONS OF EQUAL PROTECTIONS OF THE LAW, AND EQUALITY, PERSONAL SAFETY, DUE AND PROCEDURAL PROCESSES PROTECTIONS, DUE IN PART TO NOTIFICATION DETAINER ON ILLEGAL SENTENCE- UNCONSTITUTIONAL SENTENCE(S), IN THE STATE OF MISSOURI, 15 YEAR OLD RONNIE ALLEN BELLAMY JR. MODOC, ADJUDICATED AS AN ADULT AGAINST MY WILL, NEVER ALLOWED TO PARTICIPATE IN ADJUDICATION OR PROCESSES, DUE TO ATTORNEY NOT CONSULTING OR ALLOWING SENTENCED IMMEDIATELY FOLLOWING 16TH ~~BIRTH~~ BIRTHDAY, AND SENT TO PRISON IN JEFFERSON CITY, MO. IN CARROL COUNTY, MO. AFTER CHANGE OF VENUE FROM SALINE COUNTY, MO. DUE TO JUDGE HAVING SAME LAST NAME IN MARSHALL, MO. NO **RELATION WHATSOEVER**. ACCORDING TO, WE THE PEOPLE LEGAL PRIMER, THE **WRIT OF HABEAS CORPUS** ORIGINATED UNDER ENGLISH **LAW** IN ORDER TO LIBERATE ILLEGALY DETAINED PERSONS; A PURPOSE WHICH CONTINUES TO THIS DAY TO PROTECT AGAINST ARBITRARY IMPRISONMENT. FEDERAL COURTS BY JURISDICTION, CAN ALSO ISSUE WRITS OF HABEAS CORPUS, WHEN A CHARGE AGAINST A PRISONER CONCERNS

2

I. **FEDERAL RULES OF CIVIL PROCEDURE RULE 56. SUMMARY JUDGMENT**
   (a) **Motion for Summary Judgment or Partial Summary Judgment.** A party may move for summary judgment, identifying each claim or defense--or the part of each claim or defense--on which summary judgment is sought. The court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law. The court should state on the record the reasons for granting or denying the motion.
   (b) **Time to File a Motion.** Unless a different time is set by local rule or the court orders otherwise, a party may file a motion for summary judgment at any time until 30 days after the close of all discovery.
   (c) **Procedures.**
       (1) *Supporting Factual Positions.* A party asserting that a fact cannot be or is genuinely disputed must support the assertion by:
           (A) citing to particular parts of materials in the record, including depositions, documents, electronically stored information, affidavits or declarations, stipulations (including those made for purposes of the motion only), admissions, interrogatory answers, or other materials; or
           (B) showing that the materials cited do not establish the absence or presence of a genuine dispute, or that an adverse party cannot produce admissible evidence to support the fact.
       (2) *Objection That a Fact Is Not Supported by Admissible Evidence.* A party may object that the material cited to support or dispute a fact cannot be presented in a form that would be admissible in evidence.
       (3) *Materials Not Cited.* The court need consider only the cited materials, but it may consider other materials in the record.
       (4) *Affidavits or Declarations.* An affidavit or declaration used to support or oppose a motion must be made on personal knowledge, set out facts that would be admissible in evidence, and show that the affiant or declarant is competent to testify on the matters stated.
   (d) **When Facts Are Unavailable to the Nonmovant.** If a nonmovant shows by affidavit or declaration that, for specified reasons, it cannot present facts essential to justify its opposition, the court may:
       (1) defer considering the motion or deny it;
       (2) allow time to obtain affidavits or declarations or to take discovery; or
       (3) issue any other appropriate order.
   (e) **Failing to Properly Support or Address a Fact.** If a party fails to properly support an assertion of fact or fails to properly address another party's assertion of fact as required by Rule 56(c), the court may:
       (1) give an opportunity to properly support or address the fact;
       (2) consider the fact undisputed for purposes of the motion;
       (3) grant summary judgment if the motion and supporting materials--including the facts considered undisputed--show that the movant is entitled to it; or
       (4) issue any other appropriate order.
   (f) **Judgment Independent of the Motion.** After giving notice and a reasonable time to respond, the court may:
       (1) grant summary judgment for a nonmovant;



and by a person competent to testify to the facts stated that are admissible in evidence. Where facts referred to in an affidavit or declaration are contained in another document, such as a deposition, interrogatory answer, or admission, a copy of the relevant excerpt from the document must be attached.

**(e) Duty to Fairly Meet the Substance of the Matter Asserted.** If the responding party cannot truthfully admit or deny the factual matter asserted, the response must specifically set forth in detail the reasons why. All responses must fairly meet the substance of the matter asserted.

**(f) Notice to Pro Se Litigant Who Opposes a Summary Judgment Motion.** Any represented party moving for summary judgment against a party proceeding pro se must serve and file as a separate document, together with the papers in support of the motion, the following "Notice To Pro Se Litigant Who Opposes a Motion For Summary Judgment" with the full texts of Fed. R. Civ. P. 56 and D. Kan. Rule 56.1 attached. Where the pro se party is not the plaintiff, the movant must amend the form notice as necessary to reflect that fact.

## "Notice To Pro Se Litigant Who Opposes a Motion For Summary Judgment"

The defendant in this case has moved for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. This means that the defendant has asked the court to decide this case without a trial, based on written materials, including affidavits, submitted in support of the motion. The claims you assert in your complaint may be dismissed without a trial if you do not respond to this motion on time by filing sworn affidavits and/or other documents as required by Rule 56(c) of the Federal Rules of Civil Procedure and by D. Kan. Rule. 56.1. The full text of these two rules is attached to this notice. In short, Fed. R. Civ. P. 56 provides that you may not oppose summary judgment simply by relying upon the allegations in your complaint. Rather, you must submit evidence, such as witness statements or documents, countering the facts asserted by the defendant and raising specific facts that support your claim. If you have proof of your claim, now is the time to submit it. Any witness statements must be in the form of affidavits. An affidavit is a sworn statement of fact based on personal knowledge stating facts that would be admissible in evidence at trial. You may submit your own affidavit and/or the affidavits of others. You may submit affidavits that were prepared specifically in response to defendant's motion for summary judgment. If you do not respond to the motion for summary judgment on time with affidavits and/or documents contradicting the material facts asserted by the defendant, the court may accept defendant's facts as true, in which event your case may be dismissed and judgment entered in defendant's favor without a trial.

## II. STATUTORY SCREENING OF PRISONER COMPLAINTS

THIS COURT AND DISTRICT AND JUDGES, CONTINUES TO UNDERMINE THE CONSTITUTION AND FEDERAL AND STATE LAWS OF THE UNITED STATES, INSTEAD OF UPHOLDING THEM APPLICABLY, ACCOUNTABLY, AND CONTINUOUSLY THROWS THE TERMS OF ITS INTERPRETATION OF IMMUNITY AROUND, AS IF IT'S OKAY FOR THE EMPLOYEES OF GOVERNMENTAL AGENCIES, STAFF AND VOLUNTEERS, JUDICIARY HIERARCHY, TO REPEATEDLY, BLATANTLY AND CONTINUOUSLY VIOLATE PLAINTIFFS CONSTITUTIONAL, CIVIL RIGHTS AND ASSURANCES, AND THE FEDERAL AND STATE LAWS OF THE UNITED STATES, WHICH ALSO UNDERMINES EQUAL PROTECTION OF THE LAW, PERSONAL SAFETY, AND MEANINGFUL ACCESS, LIFE, LIBERTY, FREEDOM, JUSTICE, EQUALITY, EQUAL APPLICATION, THE GUARENTEE OF APPLICABILITY, JUDICIARY INTEGRITY, ITS MISSION TO PROVIDE AN IMPARTIAL AND ACCESSIBLE FORUM FOR THE JUST, TIMELY, AND ECONOMICAL RESOLUTION OF LEGAL PROCEEDINGS WITHIN THE JURISDICTION OF THE COURTS, SO AS TO PRESERVE JUDICIAL INTEGRITY, INDEPENDENCE, PROTECT INDIVIDUAL RIGHTS AND LIBERTIES, AND PROMOTE PUBLIC TRUST AND CONFIDENCE. THE CODE OF CONDUCT FOR UNITED STATES JUDGES, SURELY DOES NOT CALL FOR OR ALLOW THE INTENTIONAL LEAVING OUT OF PROVEN FACTUAL DETAILS AND VIOLATIONS OF LAW FEDERAL AND STATE AND CLEAR CONSTITUTIONAL VIOLATIONS, AND CRIMINAL

SunCatcherStudio.com

MISCONDUCT, CLEAR VIOLATIONS OF K.S.A's, K.A.R's, CONTRACTUAL AGREEMENTS, FOR EXAMPLE IMPP 02-118D. IN ITS ENTIRETY, WITH ALL ATTACHMENTS TO INCLUDE ATTACHMENT A-KDOC, CODE OF ETHICS CONTRACT AND ADHERENCES. ATTACHMENT B-KDOC ACKNOWLEDGEMENTS CONTRACT AND RULES OF CONDUCT ADHERENCES. THESE ARE STRUCTURED CONTRACTS, FOR STATE OF KANSAS AND KDOC, LAW ENFORCEMENT, EMPLOYEES, VOLUNTEERS, CONTRACT PERSONELL, EAI-SPECIAL AGENTS OF THE KBI, ARE ALL LAW ENFORCEMENT OFFICIALS, IN PRIVILEDGED AND FEDERAL AS WELL AS STATE POSITIONS-GOVERNMENTALLY, AS GOVERNMENTAL AGENCIES-ENTITIES-BODIES.

IN PARAGRAPH 2 OF PAGE 4, STATUTORY SCREENING OF PRISONER COMPLAINTS, BY THIS COURTS OWN MEMORANDUM AND ORDER TO SHOW CAUSE, "TO STATE A CLAIM UNDER §1983, A PLAINTIFF MUST **ALLEGE THE VIOLATION OF A RIGHT SECURED BY THE CONSTITUTION AND LAWS OF THE UNITED STATES**", AND MUST SHOW THAT THE ALLEGED ~~VIOLATION~~ DEPRIVATION WAS COMMITTED BY A PERSON ACTING UNDER COLOR OF STATE LAW."' PLAINTIFF HAS **REPEATEDLY** REQUESTED A LIASON, LEGAL **REPRESENTATION**, DUE TO MULTIPLE HEAD **INJURIES** AND **MENTAL** HEALTH DISABILITIES, DUE TO FIRST, AND AS A RESULT OF **LENGTH OF TIME** INCARCERATED **ILLEGALY**, **UNLAWFULLY**-UNCONSTITUTIONALLY, DEPRIVING PLAINTIFF OF LIFE, LIBERTY, FREEDOM, JUSTICE, RESTORATION, WELL-NESS-WHOLENESS, REPARATION-COMPENSATION. NO MATTER WHAT THE JURISDICTION OR VENUE OR PERFORMANCE OF DUTIES OR JOB DESCRIPTION, ABSOLUTELY NO GOVERNING BODY,

SunCatcherStudio.com

2

NO OFFICIAL, NO EMPLOYEE OF ANY CORPORATION, ENTITY, OR SUBSIDIARIES, STATES, DEPARTMENT OF CORRECTIONS, BOARDS OF ACCOUNTANCY, PRIVATE OR PUBLIC CONTRACTORS — CONTRACTS, ENTITIES, CITIZEN, EMPLOYEE, EMPLOYER, GOVERNMENTS, GOVERMENTALS, AFFILIATES, SUBORDINATES, SUPERIORS — DUE TO MANAGEMENTS — CHAIN OF COMMAND — BOARDS — REVIEW — HUMAN RESOURCES — MONORTING — RECRUITING — TRAINING — STATUTES. TO INCLUDE ALL JUDICIARY BODIES — SERVICES — STRUCTURING. ABSOLUTE NONE OF THESE OR ANY ARE EXEMPT FROM OBEYING, FOLLOWING, ADHERING TO, THE US CONSTITUTION, AND AMENDMENTS — CIVIL RIGHTS ASSURANCES — PROTECTIONS, LEGAL AND BINDING CONTRACTUAL AGREEMENTS — ADHERENCES, GOVERNING POLICIES, PROCEDURES, PROTOCOLS, TRAINING, STATUTORY REQUIREMENTS, AND ALL FEDERAL AND STATE LAWS OF THE UNITED STATES OF AMERICA, PUBLIC OR PRIVATE!

THUS DEFEATING AND/OR DISQUALIFYING ALL FORMS OF IMMUNITY — WETHER ON OR OFF DUTY, ACTING UNDER COLOR OF LAW OR NOT, PERFORMANCE OF DUTIES, TITLES, OR LEISURE TIME, PRESENT OR ABSENT, IN OFFICE OR RETIRED, INCLUDING ALL ACTS OF LEGISLATION, AUTHORIZED OR UNAUTHORIZED, AND ALL EMBODIMENTS AND ENTERPRISES, VENTURES, COMMODITIES, COMMITTMENTS, COMMITTEES, COMMANDS, MONITORING, MENTORING, OFFICES,

SunCatcherStudio.com

3

OFFICERS, SECURITY-SECURITIES, DEPARTMENTS AND ITS ADMINISTRATIONS, TECHNIQUES-TECHNICAL SUPPORT, ASSETS, ACCESSIBILITIES, ADA-DISABILITIES ACTS, AND DISABLEMENTS-EXECUTIVES, EXECUTIVE ORDERS, SAFEGUARDS AND DISCRETIONS, AND ALL HOLDINGS, AND PRESENTATIONS, MEMBERS, PERSONS, COMMON OR NOT, MEDICAL-BEHAVIORAL HEALTH, MEETINGS, POPULATIONS, NO EXEMPTIONS, EXITS, EXEMPTIONS, FILES, PAST AND PRESENT, PUBLISHED, UNPUBLISHED, DIRECTIVES-ASSESMENTS, CLAIMS, SITUATIONS, ASSERTIONS.

IN FOLLOWING THIS 10TH CIRCUIT COURTS FORMAT AND FORMULA THE PLAINTIFF CLEARLY AND ALSO DEFINITIVELY HAS LAID OUT TRUTHFUL ALLEGATIONS AND FACTS OF WHO DID WHAT, HOW THEY DID IT, HOW THE PLAINTIFF WAS HARMED-INJURED-DISABLED, AND WILL DO SO ONCE AGAIN IN THIS ~~LAWSUIT~~ AMENDMENT WITHOUT COMPROMISING FACTS OR INVOLVEMENTS OR VIOLATIONS. PLAINTIFF IS CLAIMING THE DEFENDANTS HAVE VIOLATED HIS 4TH, 5TH, 8TH, 14TH, CONSTITUTIONAL RIGHTS-AMENDMENTS AND MULTIPLE FEDERAL AND STATE LAWS. PLAINTIFF KEEPS ASSERTING THAT HE IS A MENTAL HEALTH PATIENT-WITH REAL, NOT IMAGINED, DISABILITIES. TO INCLUDE PERMANENT PHYSICAL INJURIES, DUE TO, LACK OF SURGERY, SURGICAL CARE, MEDICAL MALPRACTICE, LACK OF LEGAL, ADEQUATE AND PROPER MEDICAL CARE, AND ALMOST 32 YEARS OF ILLEGAL AND UNCONSTITUTIONAL INCARCERATION. DUE TO SENTENCES BEING VACATED IN 1991, BY WYANDOTTE COUNTY COURTS, AND THE STATE OF KANSAS SunCatcherStudio.com APPEAL BEING DENIED.