UNITED STATES DISTRICT COURT FOR THE STATE OF KANSAS
TO: CLERK OF THE COURT = HONORABLE JOHN W. LUNGSTRUM
444 S.E. QUINCY 490 U.S. COURTHOUSE TOPEKA KS 66683
FROM: RONNIE ALLEN BELLAMY JR #0053454 L.C.F. P.O. BOX
2, LANSING, KANSAS 66043
RE: ACTIVITY IN CASE NO. 5:23-CV-03051-JWL, AND RESPONSE
TO COURT DOCUMENT NO. 11 MEMORANDUM AND ORDER
TO SHOW CAUSE.

FIRST PLAINTIFF WANTS TO MAKE CERTAIN THAT
THIS HONORABLE COURT UNDERSTANDS PLAINTIFF IS
SEEKING A JURY TRIAL, AND SWEARS UNDER THE
PENALTY OF PERJURY, THAT EVERYTHING ALLEGED IN
BOTH CIVIL RIGHTS COMPLAINTS ARE FACTUAL ALLEGATIONS;
PLAINTIFF HAS NOT PRODUCED OR CARRIED OUT ANY
LIES WHATSOEVER IN ANY OF THESE COMPLAINTS.
PLAINTIFF HAS FOLLOWED THE PRISON LITIGATIONS REFORM
ACT OF ADMINISTRATIVE EXHAUSTION OF REMEDIES AS MUCH
AS IS POSSIBLE. THE DEFENDANTS GIVE THE SAME RESPONSE
OVER AND OVER, THWARTING THEIR OWN PROCEDURES-POLICIES
PROTOCOLS-CONTRACTS-STATE AND FEDERAL LAWS, AND ALL
PROTECTIVE GOVERNANCES. ALSO VIOLATING STATE LAW, BY
REFUSEING TO PROSECUTE CRIMES COMMITTED AGAINST THE
PLAINTIFF, BY STAFF-KDOC EMPLOYEES-CONTRACTORS-MEDICAL
PERSONELL, EAT AGENTS REFUSEING TO TAKE STATEMENTS
FROM PLAINTIFF AND A MEMBER OF SOCIETY WHO CONTACTED
LEAVENWORTH COUNTY PROSECUTORS OFFICE, BY NAME OF MR.
MARVIN NICKELS-FORMER INMATE PHONE # 316-617-7789,
RESIDING IN KANSAS, TO HELP REPORT THE CRIMES COMMITTED

SunCatcherStudio.com

1

AGAINST PLAINTIFF RONNIE ALLEN BELLAMY Jr. #53454, AS
LEAVENWORTH COUNTY PROSECUTORS OFFICE BY WAY OF LETTER
REFUSED TO TAKE A SWORN AFFIDAVIT FROM PLAINTIFF, THAT
WAS REQUESTING TO PROSECUTE CRIMES COMMITTED AGAINST
PLAINTIFF, FURTHER INFLICTING CRUEL AND UNUSUAL
PUNISHMENTS ON PLAINTIFF VIOLATING PLAINTIFFS
CONSTITUTIONALLY PROTECTED RIGHTS TO LIFE, FREEDOM,
ADEQUATE AND PROPER MEDICAL CARE, VIOLATING STATE
AND FEDERAL LAWS, THUS SATISFYING THE FEDERAL
QUESTION OF JURISDICTION, MULTIPLE 8TH AMENDMENT
VIOLATIONS, AND 4TH, AND 14TH, AMENDMENTS.

THESE VIOLATIONS OF CONSTITUTIONALLY PROTECTED RIGHTS
HAVE BEEN AND ARE BEING VIOLATED BY ALL INVOLVED,
UNITED STATES DISTRICT COURTS, STATE OF KANSAS, KDOC ACTING
UNDER COLOR OF LAW EMPLOYEES, CONTRACTORS, INMATES,
MEDICAL PERSONELL, SECURITY, DISCIPLINARY, SENTENCE
COMPUTATION UNIT, ADMINISTRATION, LEAVENWORTH COUNTY
PROSECUTORS OFFICE, EAI-SPECIAL AGENTS OF THE KBI.

FOR EXAMPLE, UNITED STATES DISTRICT COURT - TOPEKA, KS, NEVER
RESPONDED TO TWO SEPERATE RESPONSES BY WAY OF MAIL TO
APPEAL FOR 10TH CIRCUIT IN DENVER COLORADO, IN RESPONSE
TO APPEALATE CASE NO. 22-3106 BELLAMY V. McCOLLOUGH ET.AL,
IN REGARDS TO FAILURE TO PROSECUTE, FROM CLERK CHRISTOPHER
WOLPERT, AND ASISSTANT. TO INCLUDE THE MULTIPLE AND
ERRONEOUS VIOLATIONS THAT KEPT OCURRING IN THAT CASE AS
CASE NO. 5:20 - CV-03229-SAC, CASE NO. 5:20-CV-03229-DDC-ADM,
BELLAMY V. CLINE, ET.AL., TO INCLUDE APPEALATE DEPUTY CLERK, JANE
K. CASTRO.

SunCatcherStudio.com

2

FURTHER

IN RESPONSE TO COURTS MEMORANDUM AND ORDER TO SHOW
CAUSE **I. NATURE OF MATTER BEFORE THE COURT,** THE COURT IS
CORRECT, PLAINTIFF, BRINGS THIS PRO SE, **CIVIL** RIGHTS ACTION
UNDER 42 U.S.C. §1983, DUE TO THE MULTIPLE VIOLATIONS OF
CRUEL AND UNUSUAL PUNISHMENTS **8TH AMENDMENT.** VIOLATIONS,
THE ATTEMPTS TO DENY MY RIGHT TO **LIFE,** FREEDOM, PERSONAL
SAFETY, EQUAL PROTECTION OF THE LAW, PROPER AND ADEQUATE
MEDICAL CARE, PROPER RESPONSES FROM MEDICAL **SERVICES,**
AND PROPER RESPONSES FROM KDOC SECURITY—ADMINISTRATIONS
AND SPECIAL AGENTS OF THE K.B.I, KNOWN AS E.A.I, REFUSING
TO SPEAK WITH AND RESPOND TO MULTIPLE REQUESTS FROM
PLAINTIFF, AND E-MAILS, SENT TO THEM BY KDOC SECURITY,
CSI SHACKELFORD, CSI HOPKINS, LT. BARNETT, UTS REBECKA HALL,
FOR THE PURPOSE OF GIVING A STATEMENT AND SWORN AFFIDAVIT,
ABOUT THE CRIMES COMMITTED AGAINST PLAINTIFF, BY **ON**
**DUTY ACTING UNDER COLOR OF LAW,** KDOC EMPLOYEES—SECURITY,
CSI LARRY E. WAGNER, CSI JAMES ENGLIS, UTS MERIDETH,
UTM ANDREW PARKS, UTM KIMBERLY OPLIGER, UTS REBECKA HALL,
CSI ANDRING, CO2 ELLIS, UTS STEIMLE, UTM S. LATZKE, AND
ALL INVOLVED, AT E.D.C.F, WESLEY MEDICAL CENTER, L.C.F., AND
ALL SECURITY AND MEDICAL SERVICES INVOLVED. AND YES,
PLAINTIFF, WAS PLACED IN THE MENTAL HEALTH UNIT AS
A RESULT OF THE FIRST ATTACK AT E.D.C.F., UNABLE TO
FIGURE OUT WHAT TO DO, AND DUE TO **LACK OF** PROPER AND
ADEQUATE MEDICAL CARE, AND **PROPER RESPONSES** FROM MEDICAL
AND SECURITY FOR KDOC, STATE OF KANSAS, CONTRACTS, POLICY,
LEGAL COUNSEL FOR **KDOC,** ATTORNEY GENERALS **OFFICE,** KDOC,
CORIZON AND CENTURION MEDICAL SERVICES; DUE TO ALL
OF THE VIOLATIONS OF THE 8TH AMENDMENTS CRUEL AND

SunCatcherStudio.com
3

UNUSAL PUNISHMENTS; AND ATTEMPTS TO DENY PLAINTIFF LIFE, FREEDOM, EQUAL PROTECTION OF THE LAW, CONSTITUTIONAL PROTECTIONS, PERSONAL SAFETY, ADEQUATE AND PROPER MEDICAL CARE, ADEQUATE AND PROPER HOUSING WHILE INCARCERATED ON AN ILLEGAL VACATED SENTENCE, AND AS A MENTAL HEALTH PATIENT, FORCED INTO RESTRICTED HOUSING LOCKED IN A ROOM 24 HOURS A DAY 7, DAYS A WEEK, WITH ACCESS TO THE PHONE 3-TIMES A WEEK FOR 15 MINUTES IF ALL GOES RIGHT WITH OFFICERS ON DUTY, WHICH IS ALSO TIME TO SHOWER, AND THIS DUE TO THE REPEATED **ATTEMPTS TO MURDER OR MAIM** ME, THROUGH **NO FAULT** OF MY OWN, PLAINTIFF, HAS DONE EVERYTHING POSSIBLE TO PROTECT HIMSELF INCLUDING THE FILING OF 2-SEPERATE LAWSUITS IN THIS DISTRICT COURT. IT IS OBVIOUS THAT THIS COURT AND ITS JUDGES ARE CONTINUING TO VIOLATE THE LAW AND CONSTITUTION, IN REFUSING TO ACKNOWLEDGE ALL OF THE DETAILS, FACTS, TRUTH, VIOLATIONS, AND INFORMATION, LISTED IN PLAINTIFFS COMPLAINT, AND TO HONOR AND ADHERE TO THE LAWS OF THE UNITED STATES AND THE CONSTITUTION. SEE E.G. PAGE 4, II. STATUTORY SCREENING OF PRISONERS COMPLAINTS, PARAGRAPH 2, " TO STATE A CLAIM UNDER §1983, A PLAINTIFF MUST ALLEGE THE VIOLATIONS OF A RIGHT **SECURED** BY THE CONSTITUTION AND LAWS OF THE UNITED STATES, AND MUST SHOW THAT THE ALLEGED DEPRIVATION WAS COMMITTED BY A PERSON ACTING UNDER COLOR OF STATE LAW." PLAINTIFF, HAS DONE EXACTLY THAT BY FOLLOWING THE COURTS FORMAT, ON THE 1983 FORMS PROVIDED, WHICH HAVE BEEN INCOMPLETE MISSING THE IN FORMA PAUPERIS FORMS, AND MOTION FOR APPOINTMENT OF COUNSEL AND PRO SE GUIDE, PLAINTIFF REITERATES

SunCatcherStudio.com

4

THAT PLAINTIFF IS A MENTAL HEALTH PATIENT, DUE TO THE FIRST AND DEVASTATING ATTACK ON PLAINTIFF IN HIS SLEEP, AND PLAINTIFF, SUFFERED MULTIPLE, PERMANENT AND DEVASTATING INJURIES, DUE TO THE UNPROVOKED ATTACK, AND LACK OF PROPER-LEGAL, AND ADEQUATE RESPONSES, FROM SECURITY-KDOC, MEDICAL SERVICES-CENTURION, CORIZON, AND NON ADHERENCE TO LAW, POLICY, PROTOCOL, CONSTITUTION, TO INCLUDE THE STATE OF KANSAS, E.D.C.F., UNITED STATES DISTRICT COURT, UNDER SAM A. CROW, TOBY CROUSE, DANIEL D. CRABTREE, ANGEL D. MITCHELL, APPEALATE CHIEF JUDGE TYMKOVICH, CLERK OF THE COURT(S) CHRISTOPHER M. WOLPERT, JANE K. CASTRO, AND TIMOTHY M O'BRIEN; AND AS ALL ARE ACTING UNDER COLOR OF STATE LAW, AND CONSTITUTIONAL ADHERENCES, AND FEDERAL AND STATE REGULATIONS, DUE TO THE TRAINING IN LAW ENFORCEMENT, TRAINING FOR KDOC AND THE SECURITY AND TRAINING FOR ALL EMPLOYEES, VOLUNTEERS, MEDICAL SERVICES, AND CONTRACTUAL GOVERNANCES THAT ALL EMPLOYEES, VOLUNTEERS, CONTRACTORS MUST SIGN, KNOWN AS IMPP 02-118D SEE PLAINTIFFS EXHIBITS-EVIDENCE(S) THAT ARE AVAILABLE TO PLAINTIFF, THE REST OF THE EVIDENCE(S)-VIDEO FOOTAGES, RECORDED EYEWITNESS, PROSECUTORIAL WITNESS, INSURANCE WITNESS, DEFENDANTS, AS PLAINTIFF LISTED THE CAMERAS, AS DEFENDANTS 5-8, IN BODY OF COMPLAINT AND AS WITNESSES, IN EDCF ALL PLACES PERTAINING TO ATTACK ON SEP. 3, 2019, ALL RESPONSES, RESPONDERS, TO INCLUDE FIRST RESPONDER DAVID KASPER, AMBULANCE SERVICES, WESLEY MEDICAL CENTER, CAMERAS IN AMBULANCE—BRAND NEW SYSTEM, CAMERAS IN AND AT WESLEY MEDICAL CENTER-HOSPITAL, MRI IMAGES, HAND HELD, CELLPHONES, RECORDING STAY,

SunCatcherStudio.com

5

BY WAY OF KIDOE, SST O'BRIEN, AND NURSE AT DESK IN WESLEY
HOSPITAL, BY WAY OF SEVERAL DIFFERENT PHONES ONE OF
DIFFERENT COLOR. SEE VIDEO FOOTAGES, AS WITNESS, DEFENDANT,
EVIDENCE, AND DEFENDANTS OWN ADMITTANCE OF PERMANENT
INJURY, E.G. MENTAL HEALTH DIAGNOSIS'S, LIFE ALTERING AND EQUALLY
DEVASTATING, MUSCLE IN RIGHT TEMPLE NEVER REATTACHED, MUSCLE
IN FOREARM NEVER REATTACHED, MULTIPLE INJURIES NEVER
ADDRESSED OR ACKNOWLEDGED, LEFT UNATTENDED, VIDEO EVIDENCE,
FOOTAGE TO PROVE THESE CONSTITUTIONAL VIOLATIONS AND VIOLATIONS
OF LAW AND PROCEDURES, NO IV, NO PAIN MEDS, LEFT ON A
TABLE UNATTENDED EXCEPT FOR AN OCASIONAL GLANCE FOR
8-10 HOURS, IN PLAIN VIEW, AND VIDEO FOOTAGE FROM THE
MAIN COMPOUND WILL SHOW NO MEDICAL RESPONDED PER
POLICY-PROCEDURES, LAW, SEE FIRST RESPONDER DAVID KASPERS
NARRATIVE, WHO WAS IN ATTENDANCE THE ENTIRE TIME, AND
SEE THE LIES AND MISREPRESENTATIONS IN THE OTHER
NARRATIVES NOTE COMMENTARY FROM UTM ANDREW FUOSS, E.D.C.F.
ADMINISTRATIVE MEMBER, AND OTHER COMMENTARY IN NATASHA
PARTERS RESPONSE AND MOTION TO DISMISS OR IN THE ALTERNATIVE
FOR SUMMARY JUDGEMENT IN CASE NO. 5:20-CV-03229 SAC, 5:20-
CV-03229-TC, DOC-ADM BELLAMY V. CLINE ET. AL., APPEAL NO. 22-3106
BELLAMY V. MCCOLLOUGH ET. AL, ALL ATTACKS HAVE BEEN STG MEMBERS.

THE FIRST ATTACK AT L.C.F. ON OCT 12 2021, DETAILS
GIVEN IN BODY OF COMPLAINT, 1ST ATTACK BY THOMAS MOORE,
STG MEMBER, ON ORDERS OF STG ASATRUS-A.B., INMATES
FROM FIRST ATTACK, IN E.D.C.F. HOUSED HERE IN L.C.F., KNOWN
AS A.J. KIDD, THE ATTACKER, ATTEMPTED MURDERER, IN MY
SLEEP, EVIDENCE HAS TO BE HELD FOR 7 YEARS BY LAW, AND

SunCatcherStudio.com

AND PLAINTIFFS VITALS WERE TAKEN AND MENTAL HEALTH HESTER ASKED IF PLAINTIFF WAS SUICIDAL, AND SAID I DONT CARE IF YOU ARE SINGLE CELL OR NOT LT BARNETT, CAN DO WHAT HE WANTS. VIOLATING MY CONSTITUTIONALLY PROTECTED RIGHT TO BE FREE OF CRUEL AND UNUSUAL PUNISHMENT, TO LIFE, FREEDOM, EQUAL PROTECTION OF THE LAW, PROPER AND ADEQUATE MEDICAL CARE, PROPER AND SAFE HOUSING, AND ADEQUATE TO PLAINTIFFS NEEDS, LT. BARNETT, LIED ABOUT WATCHING THE VIDEO OF INCIDENT, AND PLACED PLAINTIFF, IN FURTHER JEAPORDY, WITH DOUBLE CELLING, WHERE PLAINTIFF COULD NOT SLEEP FOR 3-DAYS, AS CELLMATE WAS STANDING IN BACK OF CELL MASTURBATING WITNESSED BY KDOC ON DUTY ACTING UNDER COLOR OF LAW COI BRUSH, ALSO VIOLATING THE 8TH AMENDMENT CRUEL AND UNUSUAL PUNISHMENT, PLAINTIFF, SHOULD NEVER HAVE BEEN PLACED IN SEGREGATION - RESTRICTED HOUSING. TO BEGIN WITH, AFTER AND IF THE VIDEO FOOTAGE WAS VIEWED, AS CAN BE SEEN BY THE JUDGE PRESIDING OVER THE HEARING KDOC-EMPLOYEE GOODMAN, DISMISSING THE WRONGFUL D.R., SEE EXHIBITS, AFTER JUDGE GOODMAN VIEWED THE VIDEO FOOTAGE OF ATTACK, NOT SOLVING THE MENTAL ANGUISH, AND ACTUAL INJURY PLAINTIFF HAS SUFFERED, THE STAY IN THE INFERMARY ON CRISIS NOW RESPONSIVE DUE TO ATTACK AND DOUBLE CELLING, LIES, ALL 8TH AMENDMENT VIOLATIONS AND VIOLATIONS OF LAW, RULES, POLICY, PROCEDURES, THE RULES, CONTRACTS, ARE IN COMPLIANCE AND IN PLACE BASED OFF OF KANSAS STATUTES ANONITATED, AND KANSAS ADMINISTRATIVE REGULATION, ACTS OF LEGISLATION, AND HAVE TO BE IN COMPLIANCE WITH U.S. CONSTITUTION AND THE LAWS OF THE UNITED STATES AS YOU JUDGE

SunCatcherStudio.com

7

John W. Lungstrum pointed out yourself in page 4 of this memorandum and order to show cause paragraph 2, and plaintiff wants to point out once again which seems to be an ongoing violation of truth, justice, equal protection of the law, and violations of a constitutional nature, conveniently leaving out pertinent details, facts, evidence as exhibits, filed with plaintiffs civil rights complaint and as part of PLRA exhaustion of administrative remedies, and law, federal court mandate, in an effort to violate plaintiffs constitutional rights to meaningful access to the courts, to protect constitutional rights guarenteed, and the laws of the United States, equal protection of the law, life, freedom, liberty, justice, reparation, the detailed facts are pertinent to the severity of the level of all violations of the constitution and laws of the United States, page 4, paragraph 2 of Judge Lungstrums memorandum and order, this court and its judges continue to leave out factual details in the body of the complaint plaintiff has filed and or add things that are not true in an effort to call plaintiff a liar, or impede true meaningful and equal access to the court by law, constitution, justice to save the state of Kansas some money or disgrace, there is actual evidence in writing filed with the plaintiffs complaint, and video footages available, also admitted to by KDOC-employees in writing filed with plaintiffs complaint, the continuous and unconscienable, level of cruel and unusual punishment, 8th amendment violations, violations of state-federal laws, Kansas

SunCatcherStudio.com

8

STATUTES, REGULATIONS, ARE GOVERNING LAWS, SEE SEGREGATION REPORTS, THE LIST-CHAIN OF COMMAND FOR ALL KDOC THAT ARE INVOLVED IN THESE PROCESSES, THE OFFICERS, THE JUDGES, THE CAPTAIN OR LT., EAI, MEDICAL-CLINIC, WARDEN, THE DEPUTY WARDENS, SECRETARY OF CORRECTIONS, REVIEW BOARD, THE UNIT TEAM, UNIT TEAM MANAGERS, MENTAL HEALTH, THE D.R., HEARINGS-DISPOSITIONS, OFFICERS AS JUDGES IN HEARINGS, WITNESSES, AFFIDAVITS.

ONCE AGAIN THIS COURT ERRS IN ITS RESPONSE TO SECOND ATTACK AT L.C.F., BY TRYING TO MAKE THIS ATTEMPT TO MURDER PLAINTIFF LESS THAN WHAT IT WAS AND LEAVING OUT ALL PERTINENT DETAILS, THE ATTACK WAS SO SEVERE THAT PLAINTIFF DID NOT REALIZE THE SEVERITY, SST MEMBERS IN THE HALLWAY EITHER WERE NOT PRESENT, NO SECURITY, OR JUST WATCHED ATTACK, THE OFFICER RUNNING THE MENTAL HEALTH UNIT CO2 ELLISON, AS PLAINTIFF ON CAMERA NOT REALIZING WHAT WAS GOING ON STATED TO OFFICER ELLISON, "WOULD YOU PLEASE OPEN MY DOOR, I DONT FEEL GOOD, AS PLAINTIFF, WAS LOSING CONSCIENCE APPARENTLY AGAIN AND HIT THE FLOOR, THE OFFICER ELLISON, STATED THATS BECAUSE THERES BLOOD ALL OVER YOU," AND 2-SST-SORT MEMBERS WERE HELPING PLAINTIFF UP OFF THE FLOOR, THEY NEVER CARRIED PLAINTIFF, THEY MADE PLAINTIFF, WALK BETWEEN THEM TO INFIRMARY, PLAINTIFF SHOULD NEVER HAVE BEEN MOVED, MEDICAL SHOULD HAVE RESPONDED WITH A STRETCHER, AND PLAINTIFF SHOULD NEVER HAVE BEEN PLACED IN A STRIP-CRISIS CELL UNATTENDED LEFT TO LIVE OR DIE, WITH A SEVERE CONCUSSION UNABLE TO STAY AWAKE

SunCatcherStudio.com

NOT KNOWING WHAT TO DO, UNABLE TO WALK OR STAND ON
OWN PROPERLY AT ALL IN THE BEGINNING AS MEDICAL DID
NOTHING, AND DID NOT FOLLOW THE LAW, CONSTITUTION, POLICY-
PROTOCOL, FURTHER PLACING PLAINTIFFS, LIFE IN MORE DANGER,
VIOLATING THE 8TH AMENDMENTS RIGHT TO BE FREE OF CRUEL
AND UNUSUAL PUNISHMENTS, PLAINTIFFS RIGHT TO LIFE, THE
PLAINTIFFS ABILITY TO ACCESS THE COURTS, THE RIGHT TO
PERSONAL SAFETY, PROPER, ADEQUATE, LEGAL, MEDICAL CARE,
EQUAL PROTECTION OF THE LAW; SEE BODY OF COMPLAINT AND
AVAILABLE VIDEO FOOTAGE, AS KDOC DID NOT FOLLOW THE DUE
PROCESS-PROCEDURAL PROCESSES, AND PLAINTIFF DID NOT RECEIVE
ANY PAPERWORK, OTHER THAN RESPONSE TO GRIEVANCE THAT THE
PLAINTIFF WAS ATTEMPTING TO FILE AND PUT TOGETHER WITH NO
HELP AVAILABLE AFTER I BELIEVE A COUPLE OF WEEKS, I, THE
PLAINTIFF, HAD NO CONCEPT OF TIME OR DAY, PLAINTIFF, JUST
KEPT TRYING TO FIGURE OUT WHAT TO DO, THIS STILL GOES ON, BUT
I AM WALKING PROPERLY AGAIN, AND MY BALANCE HAS MOSTLY
RETURNED. SEE BODY OF COMPLAINT, FOR ALL DETAILS AVAILABLE TO
PLAINTIFF, AND AFFIDAVIT OF BRANDON SCOTT # 70517, EYE-
WITNESS, AS WELL AS THE DEFENDANTS 5-8, ALL CAMERAS AT
ALL LOCATIONS RESIDENT-PLAINTIFF, WAS HOUSED, ATTACKED,
TAKEN, CARE GIVEN, ALL DISCIPLINARY REPORTS - ATTACKER
CARILLO, NUMBER UNKNOWN, I DID NOT EVEN KNOW THIS
WAS THE ATTACKER FOR 11 DAYS, UNTIL OFFICER ANDERSON
TOLD ME, " THE COWARD GOT YOU FROM BEHIND", NO ONE FROM
KDOC-EDT-SECURITY-ADMINISTRATION, GAVE THE PLAINTIFF
ANY INFORMATION OR PAPERWORK, AT ANY TIME DURING OR
AFTER, OTHER THAN ONE OF THE 2-SST-SORT MEMBERS WHO
WALKED PLAINTIFF, BETWEEN THEM, ~~WHICH~~ TOGETHER AND WAS

SunCatcherStudio.com

10

HOLDING THE WEAPON INTENDED TO KILL OR MAIM, AS THE
PLAINTIFF, WAS NOT COGNIZANT OR COHERENT, AND WAS PLACED IN
A CRISIS CELL INTENDED FOR PUNISHMENT DUE TO DRUG OVER DOSES,
HALLUCINATIONS, SUICIDAL TENDENCIES, HOMICIDAL THOUGHTS, NOT
FOR SOMEONE IN NEED OF MEDICAL ATTENTION, EMERGENCY
MEDICAL ATTENTION, VIOLATING ALL PROTECTIVE LAWS, PROTOCOLS,
PROCEDURES, POLICIES, CRIME SCENE PROTOCOL, VIOLATING
MULTIPLE CONSTITUTIONAL RIGHTS OF PLAINTIFF, BEFORE,
DURING, AFTER, 8TH AMENDMENTS CRUEL AND UNUSUAL PUNISHMENTS
FORBIDDEN, LIFE, BEFORE, DUE TO LACK OF SECURITY, PATROL IN
THE HALLWAY OF A-BLDG, DURING - AS PLAINTIFF WAS CLEARLY
UNCONSCIOUS AND IN DISTRESS, AND THE MH UNIT IS THE
LAST 2-UNITS IN THE BLDG-A, AND NO SECURITY WAS THERE
TO STOP ATTACK OR APPARENTLY SOUND ALARM UNTIL AFTER
WARDS, PLAINTIFF SHOULD NOT HAVE BEEN MOVED, NO EAI
SPECIAL AGENT OF KBI, EVER TALKED TO PLAINTIFF, DURING
OR AFTER, VIOLATING PLAINTIFFS RIGHTS TO LIFE, LIBERTY,
EQUAL PROTECTION OF THE LAW, FREEDOM, THE RIGHT TO BE FREE
OF CRUEL AND UNUSUAL PUNISHMENTS, 8TH AMENDMENT TO
THE BILL OF RIGHTS, 4TH, 14TH, AMENDMENTS TO THE BILL
OF RIGHTS, CONTRACTS, FOR KDOC EMPLOYEES, VOLUNTEERS, CONTRACT
PERSONELL, AND KNOWN AND UNKNOWN STATE AND FEDERAL
REGULATING LAWS - GOVERNANCES, PLAINTIFF DOES NOT HAVE
ACCESS TO, THE TEN COMMANDMENTS OF THE HOLY BIBLE.
AFTER ATTACK, PLAINTIFF SHOULD NOT HAVE BEEN MOVED,
MEDICAL SHOULD HAVE COME TO PLAINTIFF, EAI SHOULD HAVE
SHOWED UP, DUE TO SECOND SERIOUS-SEVERE HEAD INJURY
PLAINTIFF SHOULD HAVE RECIEVED PROPER AND ADEQUATE CARE
BY PROTOCOL-GUIDANCE-POLICY-GUIDELINES-CONTRACTUAL

SunCatcherStudio.com

11

AGREEMENT, BY LAW, AND THE EVOLVING STANDARDS OF ARE SOCIETY, EQUAL PROTECTION OF THE LAW, CONSTITUTIONAL STANDARDS, MEDICAL STANDARDS, ALL KNOWN ADHERENCES, TO INCLUDE ADMINISTRATIVE PROCEDURES - POLICIES - PROTOCOL - INVESTIGATIVE PROCEDURES - PROTOCOL, PROCESSES, REPORTS, CRIMINAL CHARGES, POLICE REPORTS, ~~INTERVIEWS~~ INTERVIEWS.

ONCE AGAIN THIS COURT GLOSSES OVER UNCONSTITUTIONALLY AND UNLAWFULLY, THE FACTUAL DETAILS OF THE 3RD ATTACK ATTEMPT TO MURDER OR SERIOUSLY MAIM - DISABLE THE PLAINTIFF, WITH THE HELP OF 3 - KDOC STAFF - EMPLOYEES - SECURITY, VIOLATING PLAINTIFF, CONSTITUTIONAL RIGHTS TO LIFE, SAFETY, FREEDOM, 8TH AMENDMENT TO THE BILL OF RIGHTS TO BE FREE OF CRUEL AND UNUSUAL PUNISHMENTS, AND THE CONSPIRING TO COMMITT A FELONY OR MURDER, AS ONLY THE OFFICER ON DUTY - KDOC - SECURITY, AND ADMINISTRATIVE MEMBERS HAD ACCESS TO SECURE, CAMERA - VIDEO FOOTAGE - SYSTEM AND CONTROL OF THE SECURE COMPUTERIZED DOOR SYSTEM, TO WIT CS1 JAMES ENGLIS, ON DUTY, ACTING UNDER COLOR OF STATE AND FEDERAL LAWS, CONTRACT, ~~ETTO ALSO~~ CONSTITUTION, WHO WAS IN CONTROL OF DOORS AND VIDEO SYSTEM, UNDER UTM ANDREW PARK'S DIRECT SUPERVISION - ADMINISTRATIVE MEMBER. AND THE CS1 LARRY E. WAGNER, ON DUTY ACTING UNDER COLOR OF STATE AND FEDERAL LAW, K's AND UNITED STATES CONSTITUTION, KDOC CONTRACT, STATE OF Ks EMPLOYMENT AND CONTRACT - KSA, K.A.R. REGULATIONS, AND VIOLATION, CS1 WAGNER, THE REGULAR 4 - DAY A WEEK, O.I.C = OFFICER IN CHARGE, HAS KNOWN PLAINTIFF FOR YEARS AND KNOWS THAT PLAINTIFF LIVES ALONE, AND KNOWING THAT INMATE LIZARD FELLERS, WAS WIELDING A KNIFE FOR

SunCatcherStudio.com

THE PURPOSE TO BE USED ON PLAINTIFF, UNLAWFULLY AND
UNCONSTITUTIONALLY, ILLEGALY, UNCONSCIENABLY, OPENED THE
PLAINTIFFS DOOR, SO THE INMATE COULD ATTEMPT TO ASASSINATE,
MAIM-MURDER, THE PLAINTIFF, IN PLAIN VIEW OF THE
ENTIRE CELL HOUSE, OBVIOUSLY WATCHING IN ANTICIPATION,
ALL KNOWING WHAT WAS GOING ON, INCLUDING STAFF AND
OFFICERS, AND AGITATORS - SMUGGLERS, DEALERS, STG MEMBERS -
GANG AFFILIATES, AS THIS UNFOLDED CSI-OIC KDOC-SECURITY
LARRY E. WAGNER, CONSPIRATOR BY DEFINITION OF LAW, WAITED
UNTIL I HAD CONTROL OF THE KNIFE WIELDING ATTACKER AND THEN
SOUNDED THE ALARM AS HE RAN TOWARD PLAINTIFF, AND PLACED
A RIOT CANISTER OF MACE IN PLAINTIFFS FACE INCHES AWAY AND
THREATENED PLAINTIFF, AS PLAINTIFF WAS ONLY MAINTAINING
CONTROL OF THE ATTACK, THAT THIS OFFICER HELPED TO FACILITATE,
AND OFFICER WAGNER, WAS YELLING LET GO OF HIM NOW
BELLAMY, AND PLAINTIFF, STATED I WILL AS SOON AS HE DROPS
THE GOD DAMN KNIFE, AS OTHER INMATES - AGITATORS G. D., STG
MEMBER, DAZRION LANOS, WAS APPROACHING, PLAINTIFF BEGAN WAS
LISTENING TO GOD, SAY, DO NOT HURT HIM RONNIE, AS I WAS
CHOKING HIM, AND FOCUSING ON THE REST OF THE CELL HOUSE AND
SCENE BEFORE ME. SST CONNER AND ANOTHER SST HAD ALREADY
SEARCHED PLAINTIFFS CELL THE DAY BEFORE DUE TO CSI-OIC JAMES
ENGLIS, AND THE DRUG SMUGGLING THEFT-RING, AND ABSOLUTELY
NOTHING WAS FOUND OR TAKEN, CLEARING PLAINTIFF, PLAINTIFF
NEVER SAID HE WAS TAKEN TO PROTECTIVE CUSTODY, THIS
IS ANOTHER BLATANT LIE, AND COVER UP ATTEMPT FROM THIS
FROM THIS COURT AND HONORABLE JUDGE JOHN W. LUNGSTRUM,
WHICH BY DEFINITION PLACES THIS COURT AND JUDGE IN
THE CATEGORY OF CONSPIRACY TO DO HARM, AND FURTHER VIOLATE

SunCatcherStudio.com

/3

PLAINTIFFS CONSTITUTIONAL RIGHTS, AND THE LAWS OF THE UNITED STATES, SEE PAGE 4, PARAGRAPH 2. JUDGES OWN WORDS OF MEMORANDUM AND ORDER TO SHOW CAUSE, PERPLEXINGLY, FAI SPECIAL AGENTS OF THE RBI, NEVER MADE ANY ATTEMPT TO SPEAK WITH-CONTACT PLAINTIFF, AND ALL AGENTS HAVE REFUSED TO RESPOND TO PLAINTIFFS REQUEST TO SPEAK WITH THEM, GIVE A STATEMENT FOR PROSECUTORIAL PURPOSES, AND REQUESTS TO PROSECUTE ALL INVOLVED AND TAKE A POLYGRAPH EXAM- A KDOC CONTRACT OPTION IF WANTED, AND PLAINTIFF DOES WANT THAT AND HAS FILED IT IN GRIEVANCE REFUSED BY KDOC ADMINISTRATION WITH OPLIGER, AND ITS MERIDETH, EAI ANY AGENT, LEAVENWORTH COUNTY PROSECUTOR, TODD THOMPSON, SECRETARY OF CORRECTIONS, KDOC, STATE OF KANSAS, **PLAINTIFF DEMANDS JURY TRIAL, AND WILL TAKE THE STAND, CIVILY- AND CRIMINALLY, AGAINST ALL INVOLVED,** INCLUDING THIS COURT IF NECESSARY TO PROTECT PLAINTIFFS CONSTITUTIONAL RIGHTS, LIFE, FREEDOM, EQUAL PROTECTION OF THE LAW, 8TH AMENDMENT RIGHT, 4TH AMENDMENT RIGHT, 14TH AND 5TH, AMENDMENT RIGHTS, TO THE CONSTITUTIONS BILL OF RIGHTS, AND PROTECTIVE STATE AND FEDERAL LAWS.

**AS HAS HAPPENED THE ENTIRE TIME THIS COURT AND JUDGE HAS LIED,** AND UNCONSTITUTIONALLY SUMMARIZED THE SERIOUSNESS, AND HEINOUSNESS OF THESE ATTACKS ILLEGALY, AND ALSO 4TH UNCOUSCIENABLY, IN AN EFFORT TO MINIMALIZE AND ALSO FURTHER VIOLATE THE PLAINTIFFS CONSTITUTIONAL RIGHTS AND LAWS OF THE UNITED STATES CONSPIRATORIALLY THE HARM DONE TO PLAINTIFF BY A STG MEMBER WAS SEVERE REQUIRING MULTIPLE STAPLES, SUTURES, THE REATTACHING OF THE PLAINTIFFS EAR, SUTURES IN BACK OF NECK LOWER SKULL AREA THAT

SunCatcherStudio.com

FELL OUT AS PLAINTIFF WAS IN SEGREGATION, KNOWN AS RESTRICTED HOUSING, PLAINTIFF NEVER GRABBED HIS ATTACKER PLAINTIFF FOUND INMATE FREY, THE ATTACKER WHO ATTACKED FROM BEHIND WITH HELP OF SST-SORT HRISTOFIDIF, KDOC SPECIAL OPERATIONS RESPONSE TEAM MEMBER, WHO HELD THE DOOR OPEN FOR INMATE FREY, THE ATTACKER ON 10-2-2022, TO ATTEMPT TO MURDER OR MAIM, PLAINTIFF, AS PLAINTIFF BEGAN TO WALK NOT KNOWING THAT WAS GOING TO HAPPEN, AND NEVER HAVING ANY INTERACTION WITH THIS INMATE EVER, WAS NOT EXPECTING TO BE ATTACKED, AFTER JUST BEING ATTACKED ON 9-29-2022, AT KNIFEPOINT, AS SST-SORT WATCHED ATTACK IN PLAIN VIEW, PLAINTIFF WAS BEING BEATEN FROM BEHIND, TRYING TO FIND ATTACKER, AND AS PLAINTIFF DID, WITH BLOOD POURING OUT OF PLAINTIFFS HEAD, PLAINTIFF WENT TO GRAB HIS ATTACKER AND COULDNT, AS PLAINTIFF WAS ATTACKED FROM THE SIDE AND TAKEN DOWN FOOTBALL TACKLED, FROM A VERY LARGE OFFICER, INSTEAD OF THE ATTACKER WIELDING THE WEAPON ACTUALLY COMMITTING THE CRIME, AGAINST PLAINTIFF, FURTHER PUTTING THE PLAINTIFFS LIFE IN JEAPORDY, AS PLAINTIFF WITH AN OBVIOUS HEAD INJURY, AND BLOOD POURING OUT, DUE TO ATTACK, PLAINTIFF SHOULD NOT HAVE BEEN FURTHER ATTACKED, BY A KDOC SST-SORT MEMBER, ALL ON DUTY, ACTING UNDER COLOR OF STATE AND FEDERAL LAW, LAW ENFORCEMENT TRAINED, AS ALL KDOC-SECURITY, AGENTS, SST-SORT MEMBERS, FIREARM TRAINED PERSONEL, ALL RESPONSE TEAMS, UNDER CONTRACT, TRAINING, PLAINTIFF SHOULD NOT HAVE BEEN TACKLED OR TAKEN TO THE GROUND OR MOVED DUE TO HEAD AND NECK INJURY, OR PLACED IN CUFFS, UNABLE TO DEFEND SELF OR ATTEMPT TO DO SO AND FORCED TO WALK IN HAND CUFFS, BEHIND THE BACK TO THE INFIRMARY A G.D. AND

SunCatcherStudio.com

AND GANG AFFILIATE-STG, STRONGHOLD POSITION-JOB AREA.
AND AS STATED IN PLAINTIFFS COMPLAINT, AS PLAINTIFF
IS CUFFED BEHIND THE BACK WITH YET ANOTHER HEAD INJURY,
DUE TO NO FAULT OF HIS OWN OR PROVOCATION OR INTERACTION,
AS STG MEMBER G.D. SHOT CALLER, HEAD OF THE GANGSTER DISCIPLES
FOR STATE OF KANSAS AND MISSOURI; DRUG KINGPIN KNOWN ONLY
TO PLAINTIFF AS DOUGH POPPA, LAW LIBRARY CLERK, UNDER PUBLIC
ADMIN STIFFINS, WAS AT HIS POST WHEN HE CALLS A HIT
STANDING OUTSIDE THE LAW LIBRARY OR BUISNESS DEAL, AS 2-MORE
AGGITATORS UNUSUALLY WALKED THE STREET, INSTEAD OF BEING
IN THE CHOW HALL LIKE ALWAYS FIRST, NAMED DAZRION LANOS-STG
G.D., SHAWN NORTH, UNAFILIATED AGITATOR, FROM THE MENTAL
HEALTH UNIT, DUE TO DRUG CONNECTIONS TO LELAND "SKEE" DIXON,
WHO ALSO POISONED AND KILLED PATRICK "CHAPO" UNREIN, WITH
SOME POISONED ICE-METH, THAT HAD PEST BE GONE, RAT BE GONE,
MIXED IN WITH STARTER FLUID-"ETHER", FOR THE RUSH, AND BLACK FLAG
SPRAYED ON IT, WHICH CAME FROM THE DEUCE, AND HE TOOK SOME
9 PTN RON, AND SMOKED A HALF A STICK OF PAPER DEUCE TO TRY AND
COME DOWN, AND DRANK DRANK SOME URINE TO TRY AND COUNTER
THE POISON, WHEN HE REEL REALIZED THATS WHAT IT WAS, AND
HE BECAME UNSTABLE, THE REST OF WHAT HE DID WAS AN
UNCONSCIENABLE ACT SO DEMEANING, I WOULD RATHER NOT
MENTION, SO AS NOT TO DEMORALIZE HIS FAMILY. AND I
PERSONALLY WATCHED AS LELAND FLOYD DIXON# 104117, LAVELL
LEE #0077035, CELLMATE AND FRIEND, GAVE THE SAMPLE TO
PATRICK "CHAPO" UNREIN#0065333, TO TRY AS I WAS WATCHING.
IT IS BELIEVED FOR THE HEAD OF THE MUSLIM CALL OUT, DUE TO
INFORMATION HE ALLEGED GAVE TO EAI DENISE SISCO, SA.

16

— AS PLAINTIFF IS GETTING STAPLES, SUTURES, EAR BEING RE-ATTACHED, THE G. D. — GANGSTER DISCIPLES ARE BLATANTLY AND OBVIOUSLY POURING INTO THE INFIRMARY AND PATROLLING THE HALLWAY AND OPEN DOOR ROOM BEING USED TO PUT PLAINTIFF BACK TOGETHER STILL HANDCUFFED BEHIND THE BACK, AS GOD SAID STAND UP AND GET READY, USE YOUR FEET IF HE MAKES A MOVE HE HAS A KNIFE ON HIM, AS HE WALKED PAST THE ROOM TWICE AND THEN LEFT, AND BUTLER — WAS WAITING AT DOOR INSIDE, WHEN HE SAID NOW THAT YOU KNOW WHO WE ARE, WE'RE JUST GETTING STARTED, TO WHICH PLAINTIFF SAID NOTHING, AND AS PLAINTIFF EXITED STILL CUFFED BEHIND THE BACK, BLOODY, BEING TAKEN TO SEG — RESTRICTED HOUSING, WRONGFULLY, UNLAWFULLY, UNCONSTITUT- IONALLY, THE DINING ROOM PORTER BRADSHAW, WHO STEPPED OUT TO WATCH, THE ONLY PERSON, G.D. DOUGHPOPPA, COMES OUT TO SEE AND GIVE INSTRUCTIONS TO, WAS BACK IN THE CHOW HALL DINING AREA. AND PLAINTIFF WAS TAKEN TO A-4, WHERE ALL OF THE INMATES WHO HAD ATTACKED PLAINTIFF WAS ALSO HOUSED, AND THREATENED WITH DOUBLE BUNKING ON SEVERAL OCASSIONS, BEFORE BEING EMERGENCY MOVED FROM A-4 TO A-1, WHICH IS THE NORMAL ROOM OF UNIT USED TO HOUSE MH FOR SEGREGATION, WHICH IS A MIXTURE OF P.C., AD.SEG — OSR, DISCIPLINARY SEG, TEMP SEG, SUICIDE WATCH — MENTAL HEALTH, THE MENTAL ANGUISH THAT PLAINTIFF HAS CONTINUOUSLY HAD TO ENDURE, WITH REPEATED, ACTUAL, PHYSICAL INJURIES, AND ATTEMPTS TO MURDER PLAINTIFF OR MAIM OR DISABLE, AS ALL STAFF AND ADMINISTRATION ARE AWARE THRU CHAIN OF COMMAND, AND SEG REPORTS, VIDEO FOOTAGE, DISCIPLINARY REPORTS, HEARINGS, WITNESSES, ADMIN RESTRICTED HOUSING REPORTS, NARRATIVES, INCIDENT REPORTS, MEDICAL CARE ALWAYS INADEQUATE

SunCatcherStudio.com

THE PLAINTIFFS CONSTITUTIONAL RIGHTS OF
PERSONAL SAFETY WERE VIOLATED AS WELL AS THE
8TH AMENDMENT TO THE BILL OF RIGHTS, TO BE FREE OF
CRUEL AND UNUSUAL PUNISHMENTS, THIS IS NOT NORMAL
EVERYDAY BEHAVIOR, HAVING PEOPLE TRYING TO MURDER YOU,
EVEN IN PRISON. PLAINTIFF HAS BEEN AND IS, BEING
DENIED EQUAL PROTECTION OF THE LAW, MEANINGFUL
ACCESS TO THE COURTS, 8TH AMENDMENT PROTECTION,
ATTEMPTS TO DENY PLAINTIFF, LIFE, LIBERTY, AND
FREEDOM,

    EVEN THIS COURT IS BLATANTLY VIOLATING
PLAINTIFFS CONSTITUTIONALLY PROTECTED RIGHTS, AND
ATTEMPTING TO DENY PLAINTIFF LIFE, LIBERTY, AND
FREEDOM, 8TH AMENDMENT PROTECTION, INFLICTING EVEN
FURTHER CRUEL AND UNUSUAL PUNISHMENTS, AND CAUSING
MORE MENTAL ANGUISH AND STRESS, AND DENYING
PLAINTIFF EQUAL PROTECTION OF THE LAW, AND EVEN
MORE SHOCKING- MEANINGFUL ACCESS, BY GLOSSING
OVER LIFE ENDANGERING, PERTINENT, PROVABLE AND
PROVEN FACTS, AND CONVENIENTLY LEAVING OUT DETAILS
THAT EXPLAIN AND LAY OUT ALL VIOLATIONS IN A
COMPREHENSIVE FORMAT, IN AN UNLAWFUL, ILLEGAL,
AND UNCONSTITUTIONAL WAY TO LESSEN TRUTH, AND

18

LEAVING OUT DEFENDANTS, FORCING PLAINTIFF TO FILE A MOTION TO CORRECT, THE COURTS ERROR IN NOT LISTING ALL CAMERAS PERTAINING TO ALL ATTACKS AND LACK OF PROPER AND ADEQUATE MEDICAL CARE, RESPONSES, SIGNALS, RESPONDERS, PLAINTIFF LISTED ALL CAMERAS, RECORDED VIDEO FOOTAGE FROM PLACES OF ATTACK, AND ALL PLACES PLAINTIFF WAS TAKEN AND HOW, BY WHOM, HOW MANY AND ALL PLACES WHERE MEDICAL CARE WAS GIVEN, BY WHOM, WHY, HOW PLAINTIFF GOT THERE, TO SHOW ALL VIOLATIONS AS ALL CAMERAS ARE RECORDED EYEWITNESSES AND DEFENDANTS DUE TO RECORDED VIDEO-AUDIO FOOTAGE-RECORDINGS, PROSECUTORIAL WITNESSES, TO ENSURE TRUTHFULNESS, EQUAL PROTECTION OF THE LAW, NO SEQUESTERING, AND UPHOLDING THE CONSTITUTIONAL RIGHTS OF THE PLAINTIFF, AND VIOLATIONS OF A CONSTITUTIONAL NATURE AND LAWS OF THE UNITED STATES, KANSAS STATUTES ANNOTATED, KANSAS ADMINISTRATIVE REGULATIONS, POLICIES, PROTOCOLS, PROCEDURES- CONTRACTS, WHICH HAVE TO BE LEGAL AND IN COMPLIANCE, WITH ALL STATE AND FEDERAL LAWS, AND THE UNITED STATES CONSTITUTION AND BILL OF RIGHTS, PLAINTIFF SWEARS UNDER PENALTY OF

PERJURY, TO ALL OF THE ALLEGATIONS—FACTUAL
LISTING, OF ALL VIOLATIONS AND AFFIDAVITS,
AND HAS ALSO SUBMITTED A KDOC CONTRACT
KNOWN AS IMPP 12-116D POLYGRAPH EXAMINATION
OF OFFENDERS, TO FURTHER SUPPORT, ALL ALLEGATIONS,
THAT HAVE BEEN ALLEGED, DUE TO THEIR SEVERITY
AND LIFE ENDANGERING, AND ALTERING, NATURE,
AND RESULTS, THROUGH BEING CARRIED OUT AND
EXPERIENCED.

SUBSCRIBED AND SWORN TO BEFORE ME
N Rebecka Heull NOTARY PUBLIC, FOR THE
STATE OF KANSAS ON April 3rd, 2023,
UNDER DIRECT SUPERVISION OF THIS
NOTARY REBECKA HALL—LTS



Rebecka Hall
NOTARY PUBLIC—STATE OF KANSAS
MY APPT EXP: 7/21/25

/S/ R Bellamy R.B.
(53454)
RONNIE ALLEN BELLAMY JR.
L.C.F. P.O. BOX 2
LANSING, KS 66043