TO: UNITED STATES DISTRICT COURT
444 S.E. QUINCY
TOPEKA, KANSAS 66693
CLERK: SKYLER B. O'HARA

FROM: RONNIE ALLEN BELLAMY JR. 53454
L.C.F. P.O. BOX 2, LANSING, KS 66043

RE: <u>ACTIVITY</u> IN CASE NO: 5:23-CV-03051-JWL AND RESPONSE TO, <u>MEMORANDUM AND ORDER TO SHOW CAUSE</u>, AND <u>PLAINTIFFS, DEMAND FOR A JURY TRIAL, TO BE SEEN, HEARD, JUDGED, BY LAW, AND CONSTITUTION</u>, AND <u>VIEWING ALL OF THE EVIDENCES</u>, TO WIT, <u>VIDEO FOOTAGES</u>, FROM <u>ALL PLACES PERTINENT</u> — <u>PERTAINING TO ALL OF THE ATTACKS, RESPONSES, VIOLATIONS OF LAW, AND CONSTITUTION, LACK OF PROPER AND ADEQUATE AND LEGAL MEDICAL CARE, LACK OF CONSTITUTIONAL, LEGAL, CIVIL RIGHTS ASSURANCES, STATE AND FEDERAL LAWS OF THE UNITED STATES, PROTECTIVE GOVERNANCES, FOR THE MENTALLY DISABLED, WITH MENTAL DISABILITY</u>, DUE TO BEING ATTACKED IN SLEEP BY STG MEMBER, <u>LEGAL SERVICES FOR PRISONERS REFUSING TO HELP, VIOLATIONS OF STATE AND FEDERAL LAWS — CONST.</u>

1

AND CIVIL RIGHTS ASSURANCES, THAT BY EXECUTIVE ORDERS, PROTECT AND HELP PLAINTIFF, BY STATE AND FEDERAL LAW, AND UNITED STATES CONSTITUTION.

PLAINTIFF, RONNIE ALLEN BELLAMY JUNIOR, SWEARS UNDER PENALTY OF PERJURY, THAT AFOREMENTIONED AFFIDAVITS, AND ALL PARTS OF PLAINTIFFS 1983 COMPLAINT - EXHAUSTION OF ADMINISTRATIVE REMEDIES, AND ATTEMPTS HAVE BEEN GENUINE, HONEST, AND ARE TRUE AND ALL FACTUAL, AS ALL EVIDENCES, RECORDINGS, VIDEO FOOTAGES - RECORDED EYEWITNESSING, AND ALL COMPUTERICS, THAT ARE LEGAL, BINDING, AND ALSO CONSTITUTIONAL, WILL SHOW, PLAINTIFF, HAS ALSO REQUESTED, LEGAL-CONSTITUTIONAL, KDOC-CONTRACT OPTION, OFFENDERS CONSENT FORM, KNOWN AS IMPP 12-116D, WITH ATTACHMENT A, SIGNED BY, AND DATED BY, RONNIE ALLEN BELLAMY JR. 53454, AND WITNESSED BY KDOC - ACTIVE, ON DUTY, ACTING UNDER COLOR OF STATE LAW, CORRECTIONS SPECIALIST, JAMES A. ANDRING, ON FEBRUARY 15, 2023, EMPLOYED BY STATE OF KANSAS - KDOC = CIVIL SERVICE - SECRETARY OF CORRECTIONS, SINCE JUNE 10, 2013.

BY THE HECK BAR STANDARD- HABEAS CORPUS TECHNICLY THE STATE COURT REMEDY WAS AND IS EXHAUSTED BY LAW WHEN IN 1991 PLAINTIFFS SENTENCES WERE VACATED AND THE STATES APPEAL WAS DENIED, IT WAS AND IS THE STATE OF KANSAS- WYANDOTTE COUNTY COURTS- KDOC- SOC ET.ALS., RESPONSIBILITY TO RELEASE PLAINTIFF ACCORDING TO STATE LAW AND BY COURT MANDATE-ORDER- THUS CREATING THE EGREGIOUS GROSS MISCARRIAGE OF JUSTICES AND MASSIVE 32 YEARS OF ILLEGAL IMPRISONMENT AND 4TH, 5TH, 8TH, 14TH AMENDMENT VIOLATIONS TO THE BILL OF RIGHTS OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND THE FEDERAL AND STATE LAWS OF THE UNITED STATES OF AMERICA, AND IS A GROSS ABUSE OF DISCRETIONARY POWERS AND LEGAL AND JUDICIAL MISCONDUCT TO AND IN ALL WAYS OF MEANINGFUL ACCESS- EQUNITY- EQUAL PROTECTION OF THE LAW- PERSONAL SAFETY- LIFE- LIBERTY- FREEDOM, JUSTICE- REPARATION- RESTORATION- WHOLENESS- WELNESS- COMPLETENESS IN FURTHERANCE OF 8TH AMENDMENTS VIOLATIVE REPEATED CRUEL AND UNUSUAL PUNISHMENTS TO INCLUDE ACTUAL MENTAL AND ACTUAL PHYSICAL INJURIES REPEATEDLY BY STATE OF KANSAS ET.AL., KDOC ET.AL., SOC ET.AL.,——— KDOC INMATE "STG"- GANG MEMBERS- GROUPS- DRUG SMUGGLERS ET.AL., AND EMPLOYEES- SECURITY- PERSONELL- CONTRACTS- CONTRACTORS TO INCLUDE THE UNIVERSITY OF KS- CENTURION MEDICAL SERVICES.

1 OF 1 RE: HECK BAR STATE REMEDIES

SunCatcherStudio.com

THE PLAINTIFF, RONNIE ALLEN BELLAMY JR. 53454, IS REQUESTING, ~~NOT ONLY~~ A JURY TRIAL, IN ALL MATTERS, CIVIL-CRIMINAL-CONSTITUTIONAL-FEDERAL, AND STATE.

III. DISCUSSION - WHAT THIS COURT CALLS ADDITIONAL CLAIMS ETC. IS PART OF PLRA ADMINISTRATIVE REMEDIES EXHAUSTION AND ITS GOUVERNANCES - RULES-POLICIES-STATUTES-REGULATIONS-CONST UPHOLDANCES

2. FAILURE TO STATE A CLAIM.

CLAIM IS CLEARLY ESTABLISHED, BY ALL CONSTITUTIONAL VIOLATIONS AND VIOLATIONS OF FEDERAL AND STATE LAWS OF THE US - AND PRISON REGULATIONS

FOR REFERENCE 32 YEARS OF UNCONST. ILLEGAL UPDATED SENTENCE AND GROSS MISCONDUCTS 4TH, 5TH, 8TH, 14TH AMEND VIOLATIONS REPEATEDLY

THERE IS NO ONE IN EXISTENCE WITH IMMUNITY TO VIOLATIONS OF THE US CONSTITUTION OR AND THE FEDERAL AND STATE LAWS OF THE UNITED STATES. IT IS ABSOLUTELY IMPOSSIBLE. UNDER ANY CIRCUMSTANCES PLAINTIFF IS TRYING TO AVOID TIME BAR AND IN NEED OF HELP.