IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

RONNIE ALLEN BELLAMY JR. #53454 )
)
                Plaintiff(s),  )
)
v.                                       )    Case No. 5:23-CV-03051-JWL
)    555 HABEAS CORPUS
STATE OF KANSAS ET. ALS.; -KDOC-SOC ET. ALS., )    42 USC §1983 CIVIL-
)    CRIMINAL
                Defendant(s).  )
)

**MOTION FOR APPOINTMENT OF COUNSEL
AND DECLARATION OF GOOD FAITH EFFORTS TO OBTAIN COUNSEL**

I, RONNIE ALLEN BELLAMY JR., ask the court to appoint counsel, i.e. an attorney to represent me in this case. I understand that any false statements in this motion will subject me to penalties of perjury.

I understand that in civil cases, there is no constitutional right to an appointed attorney. While the court may appoint an attorney to represent me, it does so only in rare cases. I understand that if the court does not appoint an attorney, I must be prepared to represent myself going forward in this case.

I understand that in deciding whether to appoint an attorney, the court will consider a variety of factors, including but not limited to the following: (1) the merits of my claims; (2) the nature and complexity of factual and legal issues raised in the claims; (3) my ability to present the claims; (4) my financial ability to pay an attorney; and (5) my diligence in attempting to secure an attorney.

I understand that with regard to the fifth factor, I must show that I have made a reasonably

diligent effort under the circumstances to obtain an attorney to represent me. I understand that the court's Pro Se Guide (pages 26-27) suggests possible ways to find an attorney and/or obtain legal advice.

I understand that the court typically requires that before seeking an appointed attorney, a plaintiff confer with (not merely contact) at least five attorneys regarding legal representation. Below is a list of the attorneys that I have contacted, a detailed description of the efforts that I made to obtain representation, and the responses that I received:

(1) Name of Attorney CHARLES CAVANEE
Firm Name LEGAL SERVICES FOR PRISONERS
Address LCF P.O. Box 2 LANSING, KANSAS 66043
Date(s) of Contact _____
Method of Contact INTER FACILITY MAIL
Response Received SENT PAPERWORK - PARTIAL 42 USC §1983 PACKET, MISSING IN FORMA PAUPERIS

(2) Name of Attorney KANSAS BAR ASSOCIATION
Firm Name LAWYER REFERRAL SERVICES
Address TOPEKA AND WICHITA BRANCHES
Date(s) of Contact _____
Method of Contact UNITED STATES POSTAL SERVICES - DETAILED LETTERS OF EXPLANATION
Response Received NO RESPONSE RECEIVED FROM EITHER BRANCH SAME LETTERS SENT

(3) Name of Attorney ACLU OF KANSAS
Firm Name P.O. Box 919
Address MISSION, KANSAS
Date(s) of Contact _____
Method of Contact UNITED STATES POSTAL SERVICES - FIRST CLASS PRIORITY MAIL
Response Received SENT ACLU - EXECUTIVE CLEMENCY FORMS TO BE FILLED OUT PLAINTIFF DID NOT KNOW WHAT TO DO, DUE TO THE MULTIPLE HEAD INJURIES, SINCE THE FIRST BRAIN INJURY.

4) Name of Attorney CHARLES O'HARA
   Firm Name O'HARA LAW FIRM
   Address _____
   Date(s) of Contact REFERRED BY BRADLEY A. PISTOTNIK
   Method of Contact PHONE CALL THROUGH UNIT TEAM OFFICE, FACILITY PHONE
   Response Received NOT INTERESTED DUE TO KDOC AND COMPLEXITIES OF ATTEMPTED MURDER - AND KDOC INFLUENCES - HISTORY - NATURE OF KDOC

(5) Name of Attorney _____
    Firm Name _____
    Address _____
    Date(s) of Contact _____
    Method of Contact _____
    Response Received _____

(6) Name of Attorney BRADLEY A. PISTOTNIK
    Firm Name PISTOTNIK LAW FIRM
    Address _____
    Date(s) of Contact _____
    Method of Contact PHONE CALL FROM UNIT TEAM - KDOC OFFICE EDCF - US POSTAL SERVICE
    Response Received NOT INTERESTED DUE TO KDOC - GAVE ADVICE ON SPEAKER PHONE AND RESPONDED BY MAIL ALSO NO HELP. *(attach additional sheets, if necessary)*

I understand that I am required to establish that I am financially unable to retain my own attorney.

I have already completed and filed an Affidavit of Financial Status.

　　　　Yes ☒　　　No ☐

*OR*

I have completed and am now filing an Affidavit of Financial Status along with this motion.

　　　　Yes ☐　　　No ☒

In addition to the foregoing, I believe that the court should consider the following additional information:

I AM A MENTALLY DISABLED PERSON, DUE TO THE FIRST ATT MURDER ON ME IN MY SLEEP - AND FOUR MORE ATTACKS - ATTEMPTS TO MURDER PLAINTIFF - ALONG WITH 32 YEARS OF ILLEGAL - UNCONSTITUTIONAL - VACATED SENTENCES, AND THE STATES APPEAL DENIED.

-3-

AND THE PLAINTIFF WAS NEVER RELEASED AT ANY TIME DURING THE ENTIRE ILLEGAL STAY OF UNCONSTITUTIONAL, LIFE DEPRIVING GROSS MISCARRIAGE OF JUSTICE

*(attach additional sheets, if necessary)*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4-8-2023
(Date)

RONNIE ALLEN BELLAMY Jr #53454
Signature of Plaintiff

RONNIE ALLEN BELLAMY Jr
Name (print or type)

L.C.F. P.O. BOX 2
Address

LANSING   KANSAS   66043
City      State     Zip Code

Telephone Number

E-Mail Address

~4~

## CERTIFICATE OF SERVICE

(For Registered Electronic Filing Users)

I hereby certify that on  4-10-2023 , I electronically filed the foregoing document with the clerk of
(Date)
the court by using the CM/ECF system which will send a notice of electronic filing to the following:

N/A

*[list parties that are CM/ECF participants: for represented parties list the name and address of attorney(s) for each party; for unrepresented parties list the name and address of each party]*

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, postage prepaid, to the following non-CM/ECF participants:

N/A

*[list parties that are not CM/ECF participants: for represented parties list the name and address of attorney(s) for each party; for unrepresented parties list the name and address of each party]*

s/
Name
Address

Phone Number
Email Address

## CERTIFICATE OF SERVICE

(For Pro Se Filers Who Are Not Registered Electronic Users)

I hereby certify that on  4-10-2023 , I served the foregoing document by depositing a true and
(Date)

correct copy of the document in the U.S. Mail, postage prepaid, addressed to the following:

*[for represented parties list the name and address of attorney(s) for each party; for unrepresented parties list the name and address of each party]*

s/ RONNIE ALLEN BELLAMY Jr #53454

Name RONNIE ALLEN BELLAMY Jr #53454

Address L.C.F. P.O. Box 2

LANSING, KANSAS 66043

Phone Number _____

Email Address _____

~5~