RONNIE ALLEN BELLAMY JR.(53454)
Name

L.C.F. P.O. BOX 2

LANSING,KANSAS 66043
Address

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RONNIE A.BELLAMY JR. Plantiff<br>*(Full Name)* | CASE NO. 23-3051-JWL<br>*(To be supplied by the Clerk)* |
| V. | |
| STATE OF KANSAS , Defendant (s)<br>KDOC,ET.AL.,SOC,ET.AL., | **SECOND AMENDED**<br>CIVIL RIGHTS COMPLAINT<br>PURSUANT TO 42 U.S.C.<br>§1983 |

## A. JURISDICTION

1) RONNIE ALLEN BELLAMY JR. , is a citizen of KANSAS
   *(Plaintiff)*                                                          *(State)*

   who presently resides at L.C.F. P.O.BOX 2
                                                    *(Mailing address or place*

   LANSING,KANSAS 66043                          .
   *of confinement.)*

2) Defendant STATE OF KANSAS                     is a citizen of
            *(Name of first defendant)*

   STATE OF KANSAS                          , and is employed as
   *(City, State)*

   GOVERNANCE OF ALL LAWS AND CONSTITUTIONS,AMEND-At the time the
   MENTS-K.S.A.,K.A.R.*Position and title, if any)*

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes xxx No ☐ . If your answer is "Yes", briefly explain:

   THE ENFORCEMENT OF ALL LAWS STATUTES,REGULATIONS,

   BILL OF RIGHTS,CONSTITUTIONS,ADA ACTS,

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983



3) Defendant __KDOC ET.AL., SOC ET.AL.,_____ is a citizen of
   _(Name of second defendant)_

   __L.C.F.P.O.BOX 2 LANSING,KS.66043,900ESW.__ , and is employed as
   _(City, state)_

   place of confinement and control,-institution.
   __JACKSON,SUITE 300,TOPEKA,KS. 66683._____. At the time the
   _(Position and title, if any)_

   claim (s) alleged in this complaint arose was this defendant acting under the color of state

   law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain:

   __PLACEMENT AND CONTROL OF CONFINED,CONVICTED,WARDS OF THE__

   __STATE,AND CONTROL OF ALL INSTITUTIONS,AND INMATES AND STAFF-__
   SECURITY,PERSONELL,AND CONSTITUTIONAL UPHOLDANCES. AND ALL
   (Use the back of this page to furnish the above information for additional defendants.)
   LAWS,STATUTES,REGULATIONS,CONSTITUTIONAL LAW,CIVIL RIGHTS.

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

   assert jurisdiction under different or additional statutes, you may list them below.)

   __ALL APPLICABLE CONSTITUTIONAL VIOLATIONS,SUCH AS THE__

   __MOST EGREGIOUS THE 8TH AMENDMENT VIOLATIONS,AND DENIAL__
   OF EQUAL PROTECTION OF THE ~~LAWX~~ LAW,LIFE,LIBERTY,FREEDOM.
   B. NATURE OF THE CASE

1) Briefly state the background of your case:

   __IN 1991,PLAINTIFFS SENTENCE,WAS VACATED AND THE PLAINTIFF__
   WAS NEVER RELEASED,STATES APPEAL WAS DENIED.AND THE KDOC,
   HAS REPEATEDLY REFUSED TO GIVE PLAINTIFF,A COPY OF JOURNAL
   ENTRIES,AND LET PLAINTIFF PURCHASE A COPY.AND PLAINTIFF
   HAS BEEN REPEATEDLY ATTACKED,DUE TO LACK OF SECURITY IN
   CERTAIN AREAS,AS CAMERAS WILL SHOW,PLAINTIFF HAS HAD SEVERE
   HEAD INJURIES,AND SHOULD NOT HAVE BEEN MOVED,MEDICAL SHOULD
   HAVE COME TO PLAINTIFF,INSTEAD OF PLAINTIFF BEING FORCED TO
   WALK,AND BE CUFFED,AS ALSO ATTACKED BY OFFICER,WHILE BEING BEATEN
   BY ANOTHER INMATE WITH A WEAPON FROM BEHIND ALL WITNESSED ON
   CAMERA,RETRIEVABLE FOOTAGE,AND BY OTHER OFFICERS,SEE ATTACHED
   AFFIDAVITS IN SUPPORT OF COMPLAINT,AND AS DEFENDANT-WITNESSES.
   I WAS DENIED PROPER CARE,AFTER THE ATTACKS,EQOUAL PROTECTION OF
   LAW,CONSTITUTIONAL RIGHTS,CIVIL RIGHTS,AND I HAVE SPENT 32,YEARS
   IN PRISON ILLEGALLY,UNCONSTITUTIONALLY,SECURITY DID NOT RESPON
   ACCORDING TO POLICY PROCEDURES,ONE OFFICER,ASISTED IN HELPING
   INMATE TO TRY AND MURDER ME AT KNIFE POINT BY OPENING MY DOOR.

ADDITIONAL DEFENDANTS,(1),CS1-OIC, <u>LARRY E.WAGNER,KDOC</u>

(2) CS1-OIC, <u>JAMES  ENGLIS,KDOC-SECURITY</u>

THIS OFFICER-SECURITY PERSONELL,UNLAWFULLY,ILLEGALY,AND
UNCONSTITUTIONALLY,VIOLATING MULTIPLE LAWS,RULES,POLICIES,
PROCEDURES,PROTOCOL,OPENED MY DOOR IN A-7-239,IN FULL VIEW
OF MULTIPLE WITNESSES,KDOC,STAFF,SECURITY,INMATES,SO THAT
ANOTHER INMATE KNIFE IN HAND COULD ATTEMPT TO MURDER ME,BY
WAY OF STABBING PLAINTIFF,DUE TO CS1,OIC,JAMES ENGLIS,AND
UTM ANDREW PARKS ACTIONS,AND VIOLATIONS OF LAW,AS THE ENTIRE
CELL HOUSE WATCHED IN ANTICIPATION AS SEEN ON RECORDED VIDEO,
AND WITNESSED BY CS1-SST-DISCIPLINARY CHRISTOPHER HUNT,ALSO
KDOC,AND BOTH OFFICERS ADMITTING TO THIS IN FRONT OF SST-SORT-
KDOC SECURITY,MANDATORY REPORTER,MR.MEREDITH,WHO INTERVENED AND
SAID MR.BELLAMY IT IS RECKLESS ENDANGERMENT,IMPLYING THAT THE
CONSPIRACY TO COMMITT MURDER WAS ASKING TOO MUCH,TO BE PROSECUTED
OR REQUESTED,AS LEAVENWORTH COUNTY,PROSECUTOR,TODD THOMPSON,AND
STAFF,REFUSED TO LET PLAINTIFF REPORT THESE AND ALL CRIMES THAT
WERE COMMITTED AGAINST PLAINTIFF,STATING EAI HAS TO DO IT,EVEN
AFTER A FRIEND REPORTED IT FROM OUTSIDE THIS FACILITY,NAMED
MARVIN MICKELS,CASSANDRA BARRETT,PHONE # 785-760-5291,316-617-
7789,AND EAI,HAS REFUSED TO TALK TO PLAINTIFF,FOR SOME REASON
UNBEKNOWNST TO PLAINTIFF,ALSO VIOLATING LAW,CIVIL RIGHTS,AND
MY CONSTITUTIONAL RIGHTS.I HAVE REQUESTED TO PROSECUTE BOTH
OFFICERS,UNIT TEAM-ADMINISTARATIVE OFFICIAL,AND ALL INMATES
THAT WERE INVOLVED,IN THE ATTACKS ATTEMPTS TO MURDER ME.I
AM AN UNFORTUNATE 32,YEAR VETERAN OF THE KANSAS DEPT OF CORR.
ILLEGALY,UNCONSTITUTIONALLY.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I:   THE 8TH AMENDMENTS RIGHT TO BE FREE OF CRUEL AND UNUSUAL PUNISHMENTS,MY RIGHT TO LIFE,LIBERTY,FREEDOM.   SEE ATTACHED.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

I WAS ATTACKED IN MY SLEEP,AND IT LED TO ME BEING PLACED IN THE MENTAL HEALTH UNIT WHERE I HAVE NEVER BEFORE HAD TO BE,AND I HAVE BEEN ATTACKED FOUR MORE TIMES SINCE BEING HERE AT L.C.F.,AND TWO OF THOSE TIMES HAVE INVOLVED SEVERE HEAD TRAUMA,ONCE WITH A SEVERE CONCUSSION,WHERE I WAS LEFT

B) (1) Count II: SECOND AND THIRD SEVERE HEAD TRAUMA,AT L.C.F. ALSO 8TH AMENDMENT VIOLATIONS,MY RIGHT TO LIFE,LIBERTY, FREEDOM,EQUAL PROTECTION OF THE LAW,PERSONAL SAFETY.

(2) Supporting Facts:  PLAINTIFF HAS REPEATEDLY TRIED TO EXPLAIN EVERYTHING AS COMPREHENSIVELY AS POSSIBLE,I AM A VERY INTELLIGENT MAN,IVE JUST SUFFERED SEVERE HEAD TRAUMA BASICLY LEFT UNTREATED AND NOT GIVEN PROPER CARE,BY LAW

## C.CAUSE OF ACTION

COUNT(1),(2) SUPPORTING FACTS CONT.TO LIVE OR DIE ON A STRIP
CELL USED FOR DRUG OVERDOSES AND SUICIDE WATCHES,DIAGNOSED,
WITH A SEVERE CONCUSSION,NEVER TAKEN TO HOSPITAL,FORCED TO GET
UP OFF FLOOR ON MY OWN,WITH SST,SECURITY,MAKING ME WALK,AND
NOT HAVING MEDICAL COME GET ME PER POLICY,WITNESSED BY SECURITY
OFFICER ELLISON,AND CAMERAS,NOT NORMAL PRACTICE,DUE TO SERIOUS
INJURY.LEAVING PLAINTIFF UNABLE TO WALK WITHOUT HOLDING ON TO
SOMETHING TO MOVE FOR OVER TWO WEEKS,AFTER SURVIVING,ONE NURSE
SPEAKING AGAINST WHAT WAS BEING DONE TO ME,ILLEGALY.

COUNT(2),(2),SUPPORTING FACTS,2ND SEVERE HEAD INJURY REQUIRING
STAPLES,SUTURES,REATTACHING OF PLAINTIFFS EAR,NEVER TAKEN TO
HOSPITAL,TAKEN TO SEGREGATION,DURING ATTACK FROM BEHIND OUTSIDE
CHOW HALL,ONE OFFICER HELD DOOR OPEN FOR ATTACKER,WHO ATTACKED
FROM BEHIND,WITH WEAPON,BEATING PLAINTIFF,WHEN PLAINTIFF REALIZED
WHAT WAS GOING ON,ANOTHER SST,SECURITY OFFICER,WAS HITTING THE
PLAINTIFF FROM THE SIDE FOOTBALL TACKLE STYLE,INSTEAD OF STOPPING
THE ATTACKER,ATTACK FROM HAPPENING AND THE INMATE HOLDING THE
WEAPON,PLAINTIFF SHOULD NEVER HAVE BEEN TAKEN TO SEGREGATION,OR
SPENT 6,MONTHS BEING PUNISHED ILLEGALY,FOR NOTHING.VIOLATING THE
PLAINTIFFS CIVIL RIGHTS,POLICY,LAW,PROCEDURES.

COUNT(3),(2),SUPPORTING FACTS,SEE BACK OF PAGE 2,OF SECOND
AMENDED COMPLAINT,AND ADDITIONAL INFORMATION PROVIDED IN
PLAINTIFFS AFFIDAVIT.

THIS AND ALL DOCUMENTS AND AFFIDAVITS ARE SWORN TO BY LAW AND
UNDER THE PENALTY OF PERJURY BY,RONNIE ALLEN BELLAMY JR.(53454)
AS THE PLAINTIFF,AND THE VICTIM OF THESE EGREGIOUS CRIMES,AND
VIOLATIONS,DUE TO BEING IN PRISON,UNCONSTITUTIONALLY,FOR ALMOST
32,YEARS IN THE STATE OF KANSAS,ON AN ILLEGAL CONVICTION-3,JUDGE
PANEL-ILLEGAL PLEA AGREEMENT.SEE JOURNAL ENTRIES,PLAINTIFF CAN
NOT PROVIDE DUE TO KDOC,STATE OF KANSAS ET.AL.,SECRETARY OF
CORRECTIONS ET.AL.,

/S/ *Ronnie Allen Bellamy Jr*

RONNIE ALLEN BELLAMY JR.

C) (1) Count III: __8TH AMENDMENT VIOLATIONS,MY RIGHT TO LIFE,__

__LIBERTY,FREEDOM,EQUAL PROTECTION OF THE LAW,AND__

__MEANINGFUL ACCESS,PERSONAL SAFETY,PREA VIOLATIONS,__
ADDRESSED THROUGH EAI-AT L.C.F.
(2) Supporting Facts: _____ __BOTH OFFICERS HERE AT__

__L.C.F.WAGNER,AND ENGLIS,VIOLATED MY CONSTITUTIONAL RIGHTS__

__AND ENDANGERED MY LIFE,ILLEGALY,UNLAWFULLY,TO INCLUDE__

__PERMISSION GIVEN BY UTM PARKS,AND KDOC,ADMINISTARTION(S).__

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts

involved in this action or otherwise relating to the conditions of your imprisonment?

Yes ☐ No ☒. If your answer if "Yes", describe each lawsuit. (If there is more than

one lawsuit, describe the additional lawsuits on another piece of paper, using the same

outline.)

    a) Parties to previous lawsuit:

        Plaintiffs: _____ *N/A* _____

        Defendants: _____ *N/A* _____

    b) Name of court and docket number _____ *N/A* _____

        _____ *N/A* _____

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still

        pending?) _____ *N/A* _____

    d) Issues raised _____ *N/A* _____

e) Approximate date of filing lawsuit _____ N/A _____

f) Approximate date of disposition _____ N/A _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

ATTEMPTS AT GRIEVANCE RESOLUTION,INJURY CLAIMS,SOUGHT

A LIASION AND LEGAL ASSISTANCE FROM LEGAL SERVICES FOR

PRISONERS,WARDENS,DEPUTY WARDENS,FORM-9's,VERBAL RESO.,

BY WAY OF ALL OFFICERS INVOLVED,TO INCLUDE,MEDICAL,CS1
SHACKELFORD,CS1HOPKINS,UT'sMERIDETH,HALL,OPLIGER,NEW
WARDEN.     2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

IMMEDIATE RELEASE FROM PRISON AND ILLEGAL CONVICTIONS,

PROPERLY COMPENSATED FOR PERMANENT INJURIES,DISABLEMENT,

DISFIGUREMENT,LACK OF PROPER MEDICAL CARE,SURGERY,THE

THREAT OF LOSING LIFE,LIBERTIES,FREEDOM,LOSS OF CIVIL

RIGHTS ASSURANCES,LACK OF LEGAL ASSISTANCES,ACCESS-
MEANINGFUL,EQUAL PROTECTION,THE RIGHT TO REPORT CRIMES,
ABUSE AND NEGLECT OF A MENTALLY DISABLED PERSON-ME.

_____          _Ronnie Allen Bellamy Jr._
Signature of Attorney (if any)                    Signature of Plaintiff

_____

_____

_____

(Attorney's full address and telephone number)

5

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983

ON OCTOBER 12,2021,INMATE THOMAS MOORE,WAS ATTACKED IN THE
HALLWAY OF BUILDING A,RETURNING FROM CHOW,THE ONLY INJURIES
THAT WERE SUSTAINED IN THAT ATTACK,CAME FROM THE SST,OFFICER,
THAT TACKLED PLAINTIFF FROM THE SIDE WHILE TRYING TO DEFEND
MYSELF,PROVEN BY THE CAMERA IN REVIEW,BY LT.GOODMAN,WHO
DISMISSED THE D.R.,THAT WAS WRITTEN WRONGFULLY,THE ATTACK,
AND RESPONSE FROM SST TACKLING PLAINTIFF,GAVE PLAINTIFF
PAUSE FOR CONCERN DUE TO ALREADY HAVING A SEVERE HEAD INJURY
FROM ANOTHER ATTACK,GIVING PLAINTIFF WHIPLASH,LEFT UNTREATED,
AS PLAINTIFF WAS WRONGFULLY PLACED IN SEGREGATION,AWAITING
A HEARING.AND FORCED INTO A DOUBLE BUNKING SITUATION,THAT
LED TO PLAINTIFF BEING PLACED ON CRISIS,UNRESPONSIVE,DUE
TO NOT BEING ABLE TO SLEEP FOR 3,DAYS WITH SOMEONE IN THE
ROOM,AND DUE TO HIM MANIPULATING HIMSELF,AND STARING AT THE
WALL,PLAINTIFF HAS AND IS SUFFERING REAL HARM AN MENTAL
ANGUISH,AND PHYSICAL HARM FROM THE REPEATED ATTACKS.THESE
ATTACKS HAVE BEEN POSSIBLE AND ARE BEING CARRIED OUT DUE
TO THE LACK OF SECURITY,AND ADHERENCE TO CONSTITUTIONAL LAW.


ON MAY 18,2022,PLAINTIFF WAS ATTACKED BY SECURITY THREAT
GROUP MEMBER,INMATE CARILLO,FROM BEHIND WHILE IN THE ,HALLWAY
OF BUILDING A,RETURNING FROM BREAKFAST,AND DID NOT SEE THE
ATTACKER,AT ANY POINT IN TIME OR ATTACK,AND PLAINTIFF WAS
ALMOST MURDERED IN THAT ATTACK BEATEN SEVERELY,GIVING PLAINTIFF
A SEVERE CONCUSSION,LEAVING PLAINTIFF UNABLE TO WALK OR STAND
PROPERLY WITHOUT ASSISTANCE FOR 17,DAYS,PLAINTIFF THROWN IN A
CRISIS STRIP CELL,NOT AUTHORIZED OR USED FOR INJURIES,AND LEFT
TO LITERALLY LIVE OR DIE,WITHOUT ANY PROPER OR APPROPRIATE CARE
DUE TO SEVERE HEAD INJURY,DIAGNOSED BY KDOC,MEDICAL SERVICES,
ATTENDING DOCTOR,WHO PRESCRIBED MECLAZINE FOR THE DIZZINESS,AT
SOME POINT,WITHOUT EVER SENDING PLAINTIFF TO THE HOSPITAL,AND
AS PLAINTIFF WAS UNCONSCIUS SEVERAL TIMES,THE ONLY TIME THAT
PLAINTIFF REMEMBERS WAS RETURNING TO THE MENTAL HEALTH UNIT,
AND ASKING THE OFFICER TO OPEN MY DOOR PLEASE I DONT FEEL GOOD
AND OFFICER ELLISON STATED THATS BECAUSE THERES BLOOD ALL OVER
YOU  AS PLAINTIFF HIT THE FLOOR,AND WAS GETTING UP,TWO SST-SORT
OFFICERS FORCED PLAINTIFF TO WALK TO MEDICAL,BETWEEN THEM,
INSTEAD OF MEDICAL COMING TO GET PLAINTIFF ON A STRETCHER,OR
GURNEY,DUE TO SEVERITY OF HEAD INJURY AND ATTACK,FROM BEHIND
THERE WAS NO SECURITY IN THE HALLWAY ONCE AGAIN ONLY CAMERAS
MONITORING,PLAINTIFF SUFFERED SEVERELY AND STILL DOES,THE
PLAINTIFF,WAS NOT TREATED PROPERLY OR  ACCORDING TO POLICY
AND MEDICAL ADHERENCE,PLAINTIFF WAS NOT  COMBATIVE AS ALL I
COULD DO WAS SLEEP,WAKE UP TRY TO EAT AND FIGURE OUT WHAT
WAS GOING ON,I WAS DENIED PROPER AND ADEQUATE MEDICALCARE
TO HELP SAVE MY LIFE.THIS ATTACK HAPPENED ACCORDING TO THE
ATTACKER CARILLO,ALMOST A YEAR LATER,BECAUSE HE COULD NOT
PAY HIS DEBT TO HIS GANG AFFILIATION,SO THEY PAID IT FOR HIM
AND HE WAS ORDERED TO ATTACK ME.THE WEAPON THAT HE USED WAS
INTENDED TO MAIM OR KILL.PLAINTIFF SHOULD NOT HAVE BEEN
MOVED.

AFFIDAVIT OF
BRANDON SCOTT (70517)

I was coming from chew and as soon as the inmate behind me came in another started hitting him with a sock with a weight in the bottom like 10 times. The first inmate passed out after he woke he start going to his cell house in A2.

        THIS IS AN AFFIDAVIT FROM AN
EYEWITNESS TO THE CRIME COMMITTED AGAINST
RONNIE ALLEN BELLAMY JR.(53454),ON 5-18-2022,
IN THE HALLWAY ENROUTE TO THE CELLHOUSE FROM
THE DINING ROOM INSIDE BUILDING A-CORE-CIVIC PRISON.
THIS MANS NAME IS BRANDON SCOTT(70517)A MENTAL
HEALTH  PATIENT LIVING IN BUILDING A-WING 8.
HE REFUSED TO PUT NAMES IN HERE OUT OF FEAR OF REPRISALS
BUT CAN BE SEEN ON THE CAMERAS IN THE BUILDING DEFINITIVELY
AS THERE ARE A MULTITUDE OF CAMERAS IN THE HALL

ON SEPTEMBER 29,2022,PLAINTIFF WAS ATTACKED AT KNIFE POINT,BY
INMATE BRIAN LIZARD FELLERS # 6003270,IN AN ATTEMPT TO MURDER
PLAINTIF DUE TO THE ACTIONS OF ANOTHER INMATE,MARK RIDLE 94373,
STEALING FROM HIS ROOM,DUE TO THE ACTIONS OF KDOC OFFICER-SECURIT
SECURITY,RUNNING THE CELLHOUSE,OPENING THE DOOR JAMES ENGLIS,SO
THAT WITH BOOK IN HAND,RIDDLE COULD STEAL FROM HIS LOCKER WHIICH
HAD RIDDLES PADLOCK ON IT,AND UPON DISCOVERY OF THIS BY JOHN
HELMS,FELLERS CELLMATE,THE SAME OFFICER SHOWED SOME VIDEO FOOTAGE
OF THIS HAPPENING,AND IT SHOWED RIDDLE GOING TO GANG MEMBER CELL
HERNANEZ,124693,AND THEN COMING TO MY ROOM,AND I PUSHED HIM OUT
OF MY DOOR,BUT THVIDEO WOULD NOT BE THAT SELF EXPLANATORY TO
ANYONE WITHOUT COMMENTARY,OR KNOWLEDGE OF WHAT WAS GOING ON,SO
THIS OFFICER VIOLATED THE LAW,POLICY,AND MY CONSTITUTIONAL RIGHTS
AND PLACED MY LIFE IN DANGER,DUE TO HIS ACTIONS,AND THE ACTIONS
OF ANOTHER INMATE,BECAUSE THEY HAD TO COVER UP WHAT WAS GOING ON
AND WHAT APPENED,AND THE FOLLOWING DAY,AFTER SST-SORT,HAD ALREADY
SEARCHED MY CELL IN A-7-201,IMMEDIATELY FOLLOWING THE THEFT AND
ILLEGALITIES,IN EFFECT CLEARING ME,ANOTHER OFFICER,KDOC,OIC LARRY
E.WAGNER,SECURITY WHO HAS KNOWN PLAINTIFF FOR YEARS,KNOWING THAT
THE PLAINTIFF LIVED ALONE,OPENED PLAINTIFFS DOOR,SO THAT KNIFE
WIELDING INMATE BRIAN LIZARD FELLERS # 6003270,COULD GAIN ENTRY
INTO PLAINTIFFS ROOM AND STAB HIM IN AN ATTEMPT TO MURDER ME,FOR
SOMETHING THAT I DID NOT DO,BECAUSE OF THE ACTIONS OF AN KDOC
ON DUTY ACTING UNDER COLOR OF LAW,SECURITY PERSONELLS,ACTIONS
THAT ALSO LED TO THE SAME WITH ANOTHER OFFICER,ON A DIFFERENT
SHIFT,FOR THE SAME REASONS,THIS OFFICER,LARRY E.WAGNER,ADMITTED
TO THIS  IN FRONT OF OFFICER SST-SORT MEMBER AND SECURITY MR.
MERIDETH,WHO,SAID ITS NOT CONSPIRACY TO COMMITT M URDER ITS JUST
RECKLESS ENDANGERMENT,THIS ATTACK COULD COST ME MY LIFE,ALL
DUE TO THE ACTIONS OF THE KDOC AND ITS EMPLOYEES,AND AN INMATE
THAT THE OFFICER HELPED STEAL,AND THE OFFICER,LET THE INMATE TRY
TO MUREDER ME BY OPENING MY DOOR WITH THOSE INTENTIONS,ALL OF THE
KDOC,ON DUTY ACTING UNDER COLOR OF LAW STATE EMPLOYEES,WERE
DIRECTLY INVOLVED AND LIABLE AND RESPONSIBLE AS PART OF EVERY
ASPECT OF THE SITUATION FROM BEGINNING TO THE END RESULT OF ME
BEING HARMED.AND THE RESPONSES,WERE ALL DUE TO THE ACTIONS OF
STATE OF KANSAS,KDOC,SOC,THOSE RESPONSIBLE FOR THE SAFETY,OF
ALL RESIDENTS AND STAFF-EMPLOYEES-VOLUNTEERS-SECURITY-CONTROL-
RESPONSES-TRAINING-RECOVERY OF EVIDENCES=RETRIEVING OF VIDEO
FOOTAGES-LIVE FEEDS,FOLLOWING THE LAW,POLICIES,RULES,STATUTES,
CONSTITUTIONAL PROTECTIONS,TO ENSURE EQUAL PROTECTION OF THE
LAW,THE RIGHT TO BE FREE OF CRUEL AND UNUSUAL PUNISHMENTS,THE
RIGHT TO LIFE,LIBERTY.PROPERTY,FREEDOM,THE OFFICER LARRY E.WAGNER
ALSO VIOLATED MULTIPLE ARTICLES,AND TRAINING BY PLACING THE RIOT
CANISTER,ONE INCH FROM MY EYES,AND THREATENING TO PULL THE
TRIGGER ON THE CAN,WHEN I WAS ONLY SUBDUING MY ATTACKER,THAT HE
ATTEMPTED TO HELP GAIN ENTRY FOR THE PURPOSE STATED,AND THEN
WROTE A DISCIPLINARY REPORT,TO COVER HIS TRAACKS,SHOWING MORE
THAN JUST RECKLESS DISREGARD,FOR MY LIFE,PROTECTED RIGHTS,LAWS,
CONSTITUTION.

AND PLACED IN THE MENTAL HEALTH UNIT,PLAINTIFF DOES NOT TAKE
ANY MEDICATIONS FOR MENATL DISABILITY,ITS NOT DUE TO ANY CHEMICAL
INBALANCE,IT STEMS FROM TEH ATTACK IN PLAINTIFFSSLEEP BY INMATE
KIDD,WHO ATTEMPTED TO MURDER PLAINTIFF,FOR NO REASON OTHER
THAN A HATE CRIME,AND SOME LIES APPARENTLY,THIS ATTACK BY FREY,
OUTSIDE CHOWHALL,CAUSED PLAINTIFF TO SPEND 6,MONTHS IN RESTRICTED
HPOUSING,IN AN VERY HARSH ENVIRONMENT,BEING TOLD THAT I WAS
ONLY GOING TO BE THERE TILL I WAS TRANSFERRED,WHICH ON HOLD OVER
STATUS,WHICH IS WHAT PLAINTIFF SHOULD HAVE BEEN IS ONLY FOR 2,
WEEKS,BY KDOC POLICY,AND PLAINTIFF HAD TO HAVE HIS EAR REATTACHED
STAPLES,SUTURES,NOT BEING ABLE TO FUNCTION PROPERLY,AND STILL
SUFFERING IN THAT CAPACITY,OF NOT CERTAIN,WHAT TO DO AT TIMES,
BUT NOT WANTING TO BE FORCED INTO P.C.WHICH IS JUST SEGREGATION,
CALLED RESTRICTED HOUSING,WHERE THEY TAKE EVERYTHING FROM YOU,
YOU CANT BUT FOOD COFFEE FROM CANTEEN YOU HAVE NO PRIVILEDGES,
YOU ARE JUST LOCKED IN A CELL FOR 24,HOURS A DAY,AND YOU CAN NOT
HAVE YOUR PROPERTY FOR 6,MONTHS AND THEN ONLY LIMITED ITEMS,
AND THEY SAY ITS NOT PUNISHMENT BUT IT IS,THE VERY NATURE OF IT
IS PUNISHING,AND WAS DETERIORATING MYMENTAL HEALTH ISSUES EVEN
FURTHER,CAUSING ME TO STARE AT THE WALLS NOT UNDERSTAND WHY THEY
KEEP HARMING ME WHEN IM NOT IN THE WRONG,REFUSING TO HELP ME,
NOT ALLOWING ME THE SAME PROTECTIONS AND PRIVILEDGES AND THE
AFFORDANCES THAT EVERYONE ELSE WAS ENJOYING,LIVING,PLAYING GAMES
WITH MY LIFE,MY FREEDOM,LIBERTIES,MY MENTAL WELL BEING,THE
SINGLE CELL STATUS PUT IN PLACE TO PROTECT ME FROM BEING ATTACKED
IN MY SLEEP AGAIN,DUE TO THE VOLUME OF PEOPLE INVOLVED,ALSO
INCLUDING THE KDOC STAFF,SECURITY,ADMINISTARTIONS,AWARE OF THE
EVENTS,ATTACKS,VIOLATIONS OF LAW,CONSTITUTIONAL VIOLATIONS,AS
ALL KDOC,STAFF,RECEIVE TRAINING ANNUALLY,AS PART OF LAW
ENFORCEMENT,AND TRAINING IN CONSTITUTIONAL ADHERENCES,HOW IT
WORKS,WHY,AND FOR WHAT RAESONS TO PROTECT EVERYONES RIGHTS,AND
LIFE,.UTM LATZKE,PLACED THE PLAINTIFF ON OSR,DUE TO BEING
REPEATEDLY ATTACKED IN TRU-UNIT GENERAL POPULATION,BUT
MOST OF THE ATTACKS,EXCEPT FOR THE ONE ON9-29-2022,CAME FROM
OUTSIDE OF THE TRU-UNIT MENTAL HEALTH UNIT,AND FROM INMATES
THAT WERE IN REGULAR GENERAL POPULATION,TAHT SHOULD NOT HAVE
REALLY BEEN POSSIBLE,DUE TO THE SEPERATION IN UNITS,AND NOT
HAVING YARD OR CHOW TOGETHER,AND THESE ATTCKS ARE NOT DUE TO
PLAINTIFF DOING ANYTHING WRONG THEY ARE DUE TO THE ACTIONS OF
OTHERS,AND THE KDOC,AND ITS EMPLYEES,ANDTHEIR ACTIONS,AND/OR
INACTIONS,AND FAILURE TO PROTECT,AND PRESERVE THE PLAINITFFS
CONSTITUTIONAL RIGHTS,STATING THIS A MATTER FOR THE COURTS,
AND PAROLE BOARD,NOT US,REFERING TO THE ADMINISTARATIONS,
AND THE WARDEN,AND SECRETARY  OF CORRECTIONS,MR.JEFF ZMUDA,
AND HIS DESIGNATED,TO DELEGATE ON HIS AUTHORITY,AND SIGNATURE.
FOR THE STATE OF KANSAS,KDOC,REVISOR OF STATUTES FOR THE STATE
OF KANSAS ET.AL.,

/S/ _____

ON OCTOBER 7,20222,PLAINTIFF RONNIE ALLEN BELAMY JR.(53454),
WAS ATTACKED FROM BEHIND BY ANOTHER INMATE,OUTSIDE THE ENTRY
IN PLAIN VIEW,AND IN THE OPEN,BY INMATE FREY,PLAINTIFF HAD NO
PRIOR KNOWLEDGE,NEVER MET THIS INMATE,AND IT WAS DISCOVERED
BY HIS OWN ADMITION,THAT HE HAD TO TEACH PLAINTIFF WHAT NOT TO
DO,DUE TO THE ACTIONS,OF THE KDOC,AND THE OFFICERS INVOLVED
IN THE ATTEMPT TO MURDER THE PLAINTIFF ON SEPTEMBER 9,2022,
DUE TO THE ACTIONS OF INMATE MARK RIDDLE,AND OFFICERS MR.
JAMES ENGLIS,MR.LARRY E.WAGNER,PLACING THE PLAINTIFF AND OTHERS
LIVES IN JEAOPORDY,DUE TO THE EVNTS THAT TOOK PLACE ON SEPT.9,
2022,THROUGH OCTOBER 7,2022,AND STILL AN ONGOING LIFE THRETENING
AND  ENDANGERING SITUATION,THAT THE PLAINTIFF HAS TO DEAL WITH
OVER AND OVER,WHEN THE KDOC,STATE OF KANSAS,AND ITS EMPLYEES ARE
TO BLAME AND RESPONSIBLE,THEY ALLOWED AND CREATED AND HELPED TO
FACILITATE,ALL ATTACKS,THE ATTACK BYFREY,OUTSIDE CHOWHALL ON,!0-
7-2022,THE OFFICER-SST-SORT,HRISTOFIDUS,HELD THE DOOR OF THE EXIT
OPEN FOR THE ATTACKER INMATE FREY TO COME OUT,AND PLAINTIFF WAS
LEAVING TO GO TOWARDS THE MED LINE AREA,AND WAIT FOR A FRIEND,
I,WAS ATTACKED FROM BEHIND,AND WHEN I REALISED THAT I WAS BEING
HIT FROM BEHIND,I WAS TRYING TO FIND MY ATTACKER,AND AS I FOUND
HIM I WENT TO GRAB HIM,AND ANOTHER SST-SORT TEAM MEMBER,NAMED
BUSBY,WAS ALREADY HITTING ME FROM THE SIDE TACKLING ME LIKE A
FOOTBALL PLAYER WOULD,THE PLAINTIFF,ME WAS COVERED IN BLOOD,
AS IT WAS POURING OUT OF ME,FROM AN OBVIOUS HEAD INJURY,AS
THEY COULD SEE WHAT WAS AHPPENING,AND THE ATACKER WAS STILL
IN FRONT OF ME,HOLDING THE WEAPON,THAT HE WAS USING ON ME,AND
I AM THE ONE THAT WAS BEING ATTACKED FURTHER BY THE KDOC,AND
ITS EMPLOYEES,FURTHER JEAOPORDIZING MY LIFE,BY NOT SUBDUING
THE ATTACKER,ALLOWING THIS TO HAPPEN,HELPING HOLD THE DOOR FOR
THE ATTACKER,TAKING CONTROL OF ME,SO I COULD NOT DEFEND MYSELF,
TACKLING ME WITH AN OBVIOUS HEAD INJURY THAT IS IN NEED OF
EMERGENCY TREATMENT,AND AN EAR THAT NEEDS TO BE REATTACHED,AND
HERE I AM  ONCE AGAIN BEING TACKLED,THIS IS NOT A COMMON AND/OR
NECESSARY,STEP,WHICH THEY DO NOT DO MOST OF THE TIME,UNLESS THEY
ARE ANGRY AT SOMEONE OR WANT TO OR ATTEMPT TO FURTHER HARM OR
AND HELP HARM SOMEONE,I SHOULD NOT HAVE BEEN ATTACKED TO BEGIN
WITH DUE TO THE KDOC AND ITS ACTIONS,BY THE TWO OFFICERS,AND
THE ADMINISTARATION NOT EXERCISING DUE DILLIGENCE,PROTECTIONS,
DUE PROCESSES,ACTIONS IN FURTHERANCE OF CONSPIRACY,BY ITS VERY
DEFINITION,PLAINTIFF HAS HAD MULTIPLE LIFE THREATENING HEAD
TRAUMA-INJURIES,WITH NO REAL OPPORTUNITY TO HEAL COMPLETELY,
AND DUE TO THE GROSS NEGLIGENCE AND NEGLECT,OF THE KDOC,STATE
OF KANSAS,PRISON AND MEDICAL,PLAINTIFF HAS BECOME A MENTAL
HEALTH PATIENT INMATE,DISABLED AS A RESULT OF THESE ATTACKS,

CAUSING ME,THE PLAINTIFF TO SPEND 6,MONTHS IN HTHE HOLE-SEG-
RESTRICTED HOUSING,BECAUSE ONCE THAT SITUATION WAS OVER,AND
THE PLAINTIFF WAS RELEASED FROM SEGREGATION AFTER THE JUDGE,
CHRISTOPHER HUNT,KDOC-SST,LONG STANDING-DISCIPLINARY HEARING
OFFICER WHO HAS KNOWN THE PLAINTIFF FOR A DECADE OR MORE,AS
SOON AS HE WATCHED THE VIDEO,FILED THE PAPERWORK AS IS THE
CUSTOM FOR ALL HEARINGS,THAT GOES TO THE WARDEN,SECRETARY OF
CORRECTIONS,DEPUTY WARDENS,SECURITY,THE CHAIN OF COMMAND,FOR
THEIR SIGNATURES AND APPROVAL,AND PLAINTIFF WAS THEN RELEASED
FROM SEGREGATION WHERE HE SHOULD HAVE NEVER BEEN PLACED TO
BEGIN WITH,MOST OTHERS DO NOT GO TO SEG FOR SELF DEFENSE-AND
OR AN OFFICER INVOLVED ,ATTACK WHERE THE OFFICERS,ASSISTED IN
HELPING TO FACILITATE THE ATTACK-ATTEMPT TO MURDER,OR MAIM,
CAUSE GREAT BODILY HARM,AND AS A 32,YEAR RESIDENT,THE STATE
OF KANSAS,KDOC,RARELY REFUSES TO PROSECUTE,AND HOLD THOSE
RESPONSIBLE FOR THEIR ACTIONS AND VIOLATIONS OF THE UNITED
STATES CONSTITUTION,KS STATE CONST.KANSAS STATUTES VIOLATIONS,
KDOC EMPLOYMENT CONTRACTS-JOBS-SECURITY VIOLATIONS,THAT ENDANGER
THE LIVES OF KDOC EMPLOYEES,AND INMATES,AND THEY NEVER ALLOW
THE VILATORS TO KEEP THEIR JOBS PLACING THE PALINTIFF AND ALL
RESIDENT INMATES AND STAFF IN FURTHER JEAOPRDY,AND VIOLATING
NOT ONLY THE PLAINTIFFS RIGHTS,BUT THE STATE OF KANSAS RIGHTS,
KDOC"s RIGHTS,INMATE POPULATIONS RIGHTS,AND ALL EMPLOYEES
RIGHTS TO BE FREE OF CORRUPTION,DECEIT,THEFT,MURDER,ATTEMPTS
AT SUCH,EMPLOYMENT OPPORTUNITY,THE RIGHT TO BE FREE OF A
HOSTILE WORK ENVIRONMENT,PART OF THE KDOC EMPLOYMENT-CONTRACT
ADHERENCE,AND THE WITNESSES TO THIS AND ALL STAFF-EMPLOYEES,
OF THE KDOC ARE ALL MANDATORY REPORTERS,AND PLAINTIFF HAS
REPEATEDLY BROUGHT THIS TO THEATTENTION OF ALL STAFF-SECURITY,
THAT HE POSSIBLY COULD,THE PERSSONAL WITNESS,OF BEING PRESENT
FOR FIRST HAND CONVERSATION AND ALREADY WITH APPARENT KNOWLEDGE
AS SHOULD BE,SST-SORT,SPECIAL OPERATIONS RESPONSE TEAM MEMEBER
MR.MERIDETH,OIC WORKING THE MENTAL HEALTH UNIT,BOTH PARTIES,
MR.ENGLIS,AND MR.WAGNER ADMITTING,TO VIOLATING THE LAWS,OF THE
UNITED STATES OF AMERICA,STATE OF KANSAS,THE UNITED STATES
AND KANSAS CONSTITUTIONS,AND ITS PROTECTIONS AFFORDED ALL MEN,
EVEN PRISONERS,AND ESPECIALLY A PRISONER BEING HELD ILLEGALLY,
AND UNCONSTITTUIONALLY,DUE TO SENTENCE BEING VACATED AND NEVER
BEING RELEASED,UNFORTUNATELY,MISTAKENLY,CAUSING THE  PLAINTIFF
TO ENDURE AN EGREGIOUS AMOUNT OF CRUEL AND UNUSUAL PUNISHMENT,
THROUGHOUT PLAINTIFFS INCARCERATION,AND  THESE LAST FOUR YEARS
HAVE BEEN THE MOST GRUELING AND PUNISHING,OF THE 32,YEARS,I
RONNIE ALLEN BELLAMY JR.(53454),HAVE  DONE,THROUGH NO FAULT
OF MY OWN,SWORN TO UNDER THE PENALTY OF PERJURY,BY RONNIE A.
BELLAMY JR.PERSONALLY,IN THE EVENT OF MY DEATH.

/S/

PLAINTIFF RONNIE ALLEN BELLAMY JR.(53454),BELIEVES HE IS
ENTITLED TO THE RELIEF REQUESTED BY WAY OF MONEY DAMEGES,
COMPENSATORILY,PUNITIVELY,INDIVIDUALLY,JOINTLY, OFFICIALLY,
FROM ALL PARTIES INVOLVED IN THE GROSS MISCARRIAGES OF JUSTICE,
VIOLAING THE PLAINTIFFS CONSTITUTIONAL RIGHTS,THE RIGHT TO
LIFE,LIBERTY,FREEDOM,JUSTICE,EQUAL PROTECTION OF THE LAW,TO BE
FREE FROM CRUEL AND UNUSUAL PUNISHMENTS,THE RIGHT TO DUE PROCESS,
PLAINTIFF IS ASKING FOR MONETARY COMPENSATION,DUE TO HIS
REAL NOT IMAGINED IMPAIRMENT,DISABLEMENT-DIAGNOSIS-ASESSMENT,
THE REPEATED AND VIOLENT ATTACKS ON PLAINTIFF,BY KDOC,RESIDENTS,
AND INMATES,WITH THE HELP OF ONE ANOTHER,PLAINTIFFS SENTENCE,
WAS VACATED IN 1991,THE JOURNAL ENTRIES,WILL REFLECT AND SHOW
THIS EGREGIOUS CONSTITUTIONAL VIOLATION,OF PLAINTIFFS RIGHTS
TO LIFE,FREEDOM,THE STATES APPEAL WAS DENIED,PLAINTIFF WOULD
NEVER APPEAL HIS OWN SENTENCE BEING VACATED,AND THE STATE OF
KANSAS WOULD NOT ALLOW IT,THE THREE JUDGE PANEL IN WYANDOTTE
COUNTY ,KANSAS WAS RULED UNCONSTITUTIONAL.PLAINTIFF WOULD
ASK THIS HONORABLE COURT AND JUDGE,IF THIS WAS YOU AND YOU
WERE SUFFERING THESE EGREGIOUS ATTACKS AND IMPRISONMENT,AS
A FREE CITIZEN,ILLEGALY INCARCERATED,WHAT WOULD YOUR FREEDOM
BE WORTH? WHAT AMOUNT OF MONEY WOULD YOU ASK FOR,TO HELP YOU
FEEL WHOLE,WELL,RESTORED,AND PREPARE FOR A LIFE OUTSIDE OF
A PLACE SO HARSH AND RESTRICTIVE,AND UNNATURAL,AND ADD TO THE
32,YEARS,OF ILLEGAL INCARCERATION,THE CONSTANT THREAT OF BEING
MURDERED,BY KNIFE AND PIPE,AND ALL FORMS OF WEAPONS,WIELDING
MANIACS,WHO HAVE NO IDEA WHO,GOD IS,WHO THEY ARE,THAT THEY ARE
SO MUCH MORE THAN THAT PRISON NUMBER,OR JACKET,OR PERSONNA,
THAT THEY HIDE BEHIND,OR HAVE CREATED FOR THEMSELVES IN HERE,
WETHER IT WAS OF NEED OR JUST WHO THEY WANTED TO BE ORMAYBE
EVEN IDOLIZED,DUE TO SOME MISGUIDED IDEOLOGY,OR FORCED MOVE.
EITHER WAY IT DOES NOT NEGATE ACCOUNTABILITY,RESPONSIBILITY,
FOR OUR ACTIONS,DECISIONS,DELEGATING,PERMISSION,STATION,BE IT
ON THE JOB,OR IN OUR COMMUNITY,SOCIAL CIRCLES,THE WORDS WE USE
THE INFLUENCE,THAT WE EXERT,OUR PRESENCE AND THE WORDS WE USE
HELP DETERMINE THE OUTCOME OF EVERYTHING THAT WE ARE INVOLVED
IN,AND WHAT OTHERS THINK OR DO,WETHER IT IS TO OUR OR OTHERS
DETRIMENT,DEMISE,OR PROSPERITY,IF WE HOLD OURSELVES ACCOUNTABLE
AND NEVER LIE WE WILL ALWAYS WIN,I AM NOT A MAN DEVOID OF GOD,
SO I BELIEVE IN THE WORDS OF GOD,AND THAT HOLY BIBLE.LET YOUR
CONSCIOUS BE YOUR GUIDE IN HOW FAR THIS GOES BY WAY OF THE LAW
AND ITS PROTECTIONS,THE CONSTITUTION OF THE UNITED STATES,AND ALL
EXISTING AND APPLICABLE LAWS,AND BY WAY OF THE OATHS TAKEN TO
UPHOLD THE UNITED STATES CONSTITUTION,AND ITS AMENDMENTS,KNOWN
AS THE BILL OF RIGHTS,SO HELP YOU GOD,SWORN TO UNDER THE PENALTY
OF PERJURY,AND AS ALWAYS GOD BE MY WITNESS IN ALL THINGS,AS I AM
A MAN OF GOD,I AM A WALKING TALKING ACT OF GOD,AND I ALWAYS WILL
BE!FOR PROOF SEE THE VIDEO EVIDENCE,RETRIEVABLE FROM ARCHIVES,
IN ALL PLACES ATTACKED,        PAGE 1 OF 2

/S/ RONNIE ALLEN BELLAMY Jr. #53454

PLAINTIFF IS SUING  FOR INDIVIDUAL AND OFFICIAL CAPACITIES
TO INCLUDE JOINTLY, IN THE AMOUNT OF ONE MILLION EACH
DEFENDANT,TO INCLUDE PERSONALLY,AS WELL AS BY EMPLOYMENT,
THATS ONE MILLION DOLLARS EACH,INDIVIDUAL ANDOFFICIAL,AND
JOINTLY,AND REQUESTING THAT PLAINTIFF BE AWARDED AN
ADDITIONAL SETTLEMENT AGREEMENT IN THE AMOUNT OF SEVENTEEN-
TWENTY ONE MILLION DOLLARS,FOR OVER 32,YEARS OF ILLEGAL, AND
UNCONSTITUTIONAL IMPRISONMENT,AND A COURT ORDER TO IMMEDIATELY
RELEASE PLAINTIFF BACK INTO SOCIETY,TO BECOME A PRODUCTIVE
MEMBER OF SOCIETY AS MUCH AS POSSIBLE,BY WAY OF SENTENCE BEING
VACATED,SEE JOURNAL ENTRIES-ARCHIVES,HUTCHINSON HISTORICAL
RECORDS SOCIETY,BY WAY OF WYANDOTTE COUNTY,KANSAS AND THE
UNITED STATES DISTRICT COURT,FORTHE STATE OF KANSAS,PLAINTIFF
HAS STATED FACTS,TRUTH,VIOLATIONS,OF THE LAWS OF THE UNITED
STATES OF AMERICA,AND MULTIPLE EGREGIOUS CONSTITUTIONAL
VIOLATIONS,THE EIGHTH AMENDMENTS RIGHT TO BE FREE OF CRUEL
AND UNUSUAL PUNISHMENTS,THE PLAINTIFFS RIGHTS TO LIFE,FREEDOM,
MEANINGFUL ACCESS,TO CIVIL RIGHTS PROTECTIONS,AND AMERICANS
WITH DISABILITES ACTS-RIGHTS,PLAINTIFF DID NOTHING WRONG,THERE
WERE NO THREATS FROM PLAINTIFF,BEFORE HE FELL ASLEEP,OR AT ANY
TIME.PLAINTIFF WOULD NEVER MAKE THAT MISTAKE,DUE TO THE
ENVIRONMENT,AND NATURE OF IT,THE ONLY COMMENT PLAINTIFF MADE
WAS THAT EVENING WHEN INMATE KIDD,WAS SMOKING DEUCE,AND ASKED IF
PLAINTIFF WANTED SOME PLAINTIFF SAID NO,I DONT SMOKE,BLOW THAT
IN THE VENT IF YOU WOULD,ID APPRECIATE IT,AND THAT WAS IT NO
FURHTHER CONVERSATION FOLLOWED,AND PLAINTIFF WOKE UP FROM THE
ATACK WITHOUT KNOWING HOW LONG AFTERWARDS,INMATE KIDD STILL IN
CELL HOLDING THE  WEAPON,OFFICERS AT DOOR.THE LACK OF CARE WAS
SHOCKING,APPALING AT BEST,INTENTIONS WERE MADE CLEAR,TO LET ME
DIE IF POSSIBLE,WITNESSED BY KDOC EMPLOYEES-TRANSPORT-AND ALL
MEDICAL STAFF AT WESLEY MEDICAL CENTER.THE ONLY REASON PLAINTIFF
SURVIVED WAS BECAUSE OF GOD,AND THE VIDEO WILL SHOW THAT,SO I
AM PERPLEXED AS TO WHY AND HOW THIS KEEPS HAPPENING,THAT THE
TRUTH,FACTS,ACCOUNTABILITY,PROVABLE,ACTUAL AND REAL,KEEP BEING
IGNORED,AND NOT HONORED,THE LAW AND THE UNITED STATES CONST.
AND ALL GOVERNANCES HAVE MANDATORY LANGUAGE,DO THIS,OR THIS
WILL HAPPEN,YOU SHALL,YOU MUST,ETC...THE STATE,KDOC,SOC,CAN NOT
JUST RANDOMLY OR ARBITRARILY,TAKE AWAY SOMEONES RIGHTS,OR
FREEDOM,LIFE,OR REFUSE EQUAL PROTECTION OF THE LAW,AND RIGHTS
OF ALL AMERICANS,BY WAY OF CONSTITUTION,BILL OF RIGHTS,THE
AMERICANS WITH DISABILITIES ACTS-RIGHTS PROTECTIONS,AND THE
EQUALITY PROMISED,TO INCLUDE EMPLOYMENT,AND HOUSING,INCOME,
CARE.IF THERE IS SUCH A LAW WOULDN'T THAT BE UNCONSTITUTIONAL ?

PAGE 2 OF2 /S/ _Ronnie Allen Bellamy Jr. #53454_

THE CONSTITUTIONAL VIOLATIONS ARE CLEAR CUT AND THERE IS NO
WAY AROUND SAYING THAT THE INSTITUTIION-FACILITY-KDOC,IS NOT
AND OR HAS NOT BEEN AWARE,THEY HAVE CLEARLY BEEN AWARE OF THE
CONSTITUTIONAL VIOLATIONS AND THE VIOLATIONS OF THE LAWS OF
THE UNITED STATES OF AMERICA AND STATE OF KANSAS,JUST AS MR.
MEREDITH,SST-SORT-SECURITY,AND HEARING OFFICER MR.CHRISTOPHER
HUNT,THE CHAIN OF COMMAND,BY VIDEO EVIDENCES,SECURITY,SEG
REPORTS,WERE ALL MADE AWARE OF THESE AND ALL EVENTS,RELATED TO
THESE ISSUES AND FOR WHAT REASONS,ARE ALL LIABLE AND RESPONSIBLE
BY MONELL V.DEP'T OF SOCIAL SERVS.CITY OF N.Y.,436 U.S. 658,691
(1978),BY NOT RESPONDING LEGALLY,CONSTITUTIONALLY,LAWFULLY,THE
STATE OF KANSAS,KDOC,ARE CLEARLY SUPPORTING THESE CRIMES,AND
VIOLATIONS OF LAW AND  CONSTITUTION,FOR FAILURE TO REACT,RESOLVE,
REPAIR,RELEASE PLAINTIFF,ALL OF THESE VIOLATIONS AMOUNT TO MASS-
IVE CRUEL AND UNUSUAL PUNISHMENTS SPANNING OVER 32,YEARS,AND THE
DAMAGE DONE IS SO SUBSTANTIAL HOW COULD ANY COURT IN THE LAND
JUST IGNORE SUCH AN EGREGIOUS VIOLATION OF SUCH A HEINOUS AND
CALLOUS NATURE.SO BY NOT EVEN ATTEMPTING TO RIGHT THESE WRONGS
AND BY THEIR OWN ADMISSION,THE KDOC AND ITS STRUCTURES,IN WRITING
SUBMITTED BY PLAINTIFF HAVE AND HAS ADMITTED TO SUPPORTING THESE
HEINOUS VIOLATIONS,BY STATING THIS IS A MATTER FOR THE COURTS
AND PAROLE BOARD,AND BY REFUSING TO DO THEIR JOBS AND CONVEY THE
SERIOUSNESS OF WHAT HAS AND IS STILL OCURRING,AS A RESULT OF THE
STATE OF KANSAS,KDOC-SOC,AND ITS EMPLOYEES,ADMINISTARTIONS.THIS
IS CLEARLY THE VERY DEFINITION OF WHAT THIS COURT QUOTED IN ITS

MOSC,MONELL V.DEP'T OF SOCIAL SERVS.OF CITY OF N.Y.436 U.S 658,

691 (1978)AS SUCH THE PLAINTIFF HAS MADE THE SAME CLAIM AND

THIS JUDGE IS IN ERROR OF MISQUOTING THE PLAINTIFF EITHER

INTENTIONALLY OR MISTAKENLY EITHER WAY THE DETRIMENT TO THE

PLAINTIFFS CASE IS SERIOUS,AND PLAINTIFF WANTS TO MAKE IT CLEAR

ONCE AGAIN THAT THIS CASE EMBODIES THAT CLAIM AND STATEMENT

SPECIFICALLY,THE KDOC HAS A CUSTOM OF NOT FOLLOWING THEIR OWN

POLICIES AND EVEN THE STATE LAWS,THE TWO OFFICERS INVOLVED IN

THE MOST RECENT ATTACKS,THAT HELPED FACILITATE THE ATTACKS,

ATTEMPTS TO MURDER THE PLAINTIFF,SHOULD HAVE ALREADY BEEN ARRESTE

AND FIRED,IF NOT CHARGED AS CONSPIRATORS,AND SINCE THE ENTITY OF

THE STATE OF KANSAS,THE DEPARTMENT OF CORRECTIONS,IS NOT REPONDIN

AND TAKING ACTION THEY ARE SUPPORTING THIS AND ALL VIOLATIONS OF

THE US CONSTITUTION AND KANSAS CONSTITUTION,AND THE VIOLATIONS

OF THE LAWS OF THE UNITED STATES.AND AS SUCH ARE SUPPORTING

CRIMINAL ACTIVITY,IN FURTHERANCE OF TRYING TO DEPRIVE ME OF LIFE,

FREEDOM,LIBERTY,JUSTICE,EQUAL PROTECTION OF THE LAW,AND INFLICT-

ING FURTHER CRUEL AND UNUSUAL PUNISHMENTS ON PLAINTIFF,THAT HAVE

CAUSED ACTUAL INJURIES,LIFE ALTERING AND THREATENING,PHYSICAL AND

MENTAL,AND KEEPING ME INPRISONED ILLEGALY,UNCONSTITUTIONALLY.AND

PLAINTIFF ASKS THIS HONORABLECOURT AND JUDGE FOR THE RELIEF THAT

HE IS DUE AND ENTITLED TO BY LAW,CONSTITUION,BILL OF RIGHTS,

AMERICANS WITH DISABILITES ACTS,BY WAY OF JOURNAL ENTRIES-AND

SENTENCE BEING VACATED,AND PLAINTIFF NEVER RELEASED.SO THAT

MANIFEST INJUSTICE DOES NOT CONTINUE.

IN RESPONSE TO THE COURTS MEMORANDUM AND ORDER TO SHOW

CAUSE,PAGE 3,BY THE COURTS OWN ADMISSION IN HECK V.

HUMPHREY,512 U.S.477 (1994),I MAY PROCEED FOR MONEY

DAMAGES BASED ON WHAT PLAINTIFF HAS STATED AND IS  PROVEN

WITH A COPY OF THE JOURNAL ENTRIES,THEY REFUSE TO ALLOW

PLAINTIFF TO HAVE DUE TO BEING LOST AT SOME POINT FOR

WHATEVER REASON,AND CONSTITUTIONAL LAW CLEARLY STATES THAT

NO PUBLIC OFFIAL OR OFFICER ISIMMUNE FROM BEING SUED FOR

MONETARY DAMAGES,AND HOW IS ANYONE,OR ANYTHING,EVER IMMUNE

TO THE LAWS OF THE UNITED STATES OF AMERICA OR THE PROTECTIONS

AFFORDED TO ALL PEOPLE BY THE UNITED STATES CONSTITUTION AND

ITS AMENDMENTS.I WOULD EVEN GO AS FAR AS TO SAY IT WOULD BE

AN EGREGIUOSNESS TO THAT CONST.TO EVER EVEN ALLOW TIME TO BE

A FACTOR,AND GIVING IMMUNITY TO SOMEONE,THING,OR CORPORATION

ONLY ALLOWS AND AFFORDS OPPORTUNITY,FOR SOMEONE TO HIND THEIR

ILLEGAL ACTIONS BEHIND THAT SHIELD,COMPLETELY INTEDED SOLEY

TO PROTECT THE STATE TREASURY,FROM ARBITRARY ACTION,IN A

CLANDESTINE FORMAT OR TO BE PILFERED,AS WE ALL KNOW PEOPLE

ARE SUBJECT TO FAILURE,AND OR MISTAKES,SUCH AS WHAT HAS

HAPPENED TO PLAINTIFF REPEATEDLY,GROSSLY,UNCONSTITUTIONALLY.

TO FURTHER PLAINTIFFS ARGUEMENT,PLAINTIFF WOULD URGE THIS

HONORABLE JUDGE AND COURT TO TAKE INTO CONSIDERATION IF

PRISON OFFICIALS,AND JAIL OFFICIAL,WERE ABSOLUTELY IMMUNE

FROM SUITS FOR MONETARY DAMAGES,THEN HOW WOULD YOU ADDRESS

PREVIOUS RULINGS,TO INCLUDE THE UNITED STATES SUPREME COURT

AND EVEN THIS CIRCUITS RULINGS AND AWARDINGS FOR MONETARY

DAMAGES BASED SOLELY UPON CONST.VIOLATIONS,AND VIOLATIONS

OF LAWS OF THE UNITED STAES OF AMERICA AND KANSAS?

PLAINTIFF IS TRYING TO GAIN UNDERSTANDING ON HOW THIS COURT
AND ITS HONORABLE JUDGES MAKE DECISIONS AND RULINGS,IS IT BY
THE CONSTITUTION AND THE LAWS AND ITS PROTECTIONS AND WHAT
THAT AFFORDS,OR IS IT A MATTER OF WHAT THE POPULAR ,OR THE
ATTORNEY GENERAL WANTS FOR HIS OFFICE AND IMAGE ? BECAUSE
THAT HAS NO CONSTITUTIONAL BEARING WHATSOEVER,ON TRUTH OR
RIGHTEOUSNESS,BASED UPON THE LAWS WE HAVE,WHICH ALL STEM FROM
THEIR BEGINING AS THE TEN COMMANDMENTS OF GOD ? PLAINTIFF
DOES NOT INTEND THIS TO BE TAKEN DISRESPECTFULLY,BUT THIS
COURT HAS A HISTORY OF UNCONSTITUIONAL RULINGS,AND VIOLATIONS
IN ORDER TO SAVE FACE SO TO SPEAK,INSTEAD OF HONORING THAT
BENCH,APPOINTMENT,AND WHAT IT STANDS FOR.AND PLAINTIFFS LAST
FILING WHILE CONFUSING EVEN TO PLAINTIFF DUE TO INJURIES,AND
NOT BEING ABLE TO PUT THOUGHTS TOGETHER PROPERLY SOMETIMES,
SUCH AS NOW PLAINTIFF HAS COMPLETE CLARITY,AND EVERYTHING
IS FLOWING FLUIDLY AS IT SHOULD,I HAVE BEEN HURT REPEATEDLY
AND BRUTALLY AS ALL VIDEO WILL SHOW,I SHOULD NEVER HAVE BEEN
MOVED FROM THE POSITIONS I EITHER FELL IN OR WAS FOUND IN
WHICH FURTHER ENDANGERED MY LIFE,BY THE KDOS,STATE OF KANSAS
AND ITS EMPLOYEES,MEDICAL PERSONELL,SECURITY.THESE WERE AND
ARE VIOLATIONS OF THEIR TRAINING AND PROCEDURES AS WELL AS
8TH AMENDMENT VIOLATIONS OF FURTHER CRUEL AND UNUSUAL AND
EGREGIOUS PUNISHMENTS,AS WELL AS THE ATTEMPTS TO DENY ME OF
LIFE,FREEDOM,LIBERTIES,BY KDOC,STATE OF KS,SECURITY,MEDICAL
ALL PART OF THE INFRASTRUCTURE OF THE SECRETARY OF CORRECTIONS
STATE OF KANSAS,KDOC,CONTRACT MEDICAL.AS PART OF THE PROCESS.

PLAINTIFF WAS NOT NAMING THE INANIMATE OBJECTS-CAMERAS AS
DEFENDANTS SO THIS COURT AND JUDGE COULD USE THAT AS AN
ARBITRARY AND ILLUSIVE REASONING FOR DISMISSAL,PLAINTIFF
WAS SIMPLY NAMING FOR THE PURPOSE OF A RECORDED EYEWITNESS
AND RETRIEVABLE FOOTAGE THAT CAN NOT LIE OR BE ERRONEOUS,
OR ALLOW ANYONE TO RANDOMLY HIDE BEHIND LIES OR IMMUNITIES
THAT ARE NOT REAL,THESE SAME ACTIONS ARE USED IN CRIMINAL
COURT,TO CONVICT PEOPLE OF FELONIES,MISDAMEANORS ETC....SO
ONCE AGAIN NO DISRESPECT INTENDED,BUT PLAINTIFF OFFERS AND
REQUIRES COMPLETE TRANSPARENCY,IN ORDER TO SHOW THIS IS THE
MOST LEGITIMATE LAW SUIT COMING OUT OF THE KDOC,AS FAR AS I
AM CONCERNED,I HAVE PROVEN EVERYHTING I HAVE STATED AND THE
PEOPLE INVOLVED AND LISTED,AS WITNESSES,DEFENDANTS,ARE REAL
THE CAMERAS ARE SIMPLY RECIRDED EYEWITNESSES,AND CAN NOT BE
SWAYED BY BEING FIRED.AS FOLLOWS IS A LIST OF ALL INVOLVED
AND IN EVERY WAY THEY ARE INVOLVED.THE INMATES ATTACKERS
ARE ALL LISTED AS THE DATES OF ATTACK,THE OFFICERS ARE ,ONE
LARRY E.WAGNER,OIC,SECURITY FOR KDOC-OPENED DOOR FOR INMATE
TO STAB ME KNOWING THAT WAS THE REASON,WITH KNIFE IN HAND,
AND ONE,JAMES ENGLIS,OIC,SECURITY,FOR KDOC-OPENED DOOR FOR
ANOTHER INMATE TO STEAL FROM SOMEONE,AND SHOWED PARTIAL
VIDEO EVIDENCE IN ATTEMPT TO COVER HIS TRACKS,AS HE WAS THE
ONE WHO OPENED THE DOOR FOR MARK RIDDLE,TO STAEL KNOWING THAT
WAS NOT HIS ROOM,WITH BOOK IN HAND.AND HE SHOULD HAVENEVER
DONE ANY OF THAT,THE ONLY THING HE DID RIGHT WAS CALL FOR
SST_-SORT,WHO CAME AND SEARCHED MY CELL IMMEDIATELY AS SOON
AS THIS HAPPENED,DUE TO THE THIEF BEING REMOVED,AND THEY
NEVER SEARCHED THE CELL OF THE OTHER INMATE THAT THE THIEF

MARK RIDDLE,WENT TO FIRST BEFORE HE CAME TO MY ROOM AND I

RONNIE ALLEN BELLAMY JR.(53454),PUSHED HIM OUT OF MY ROOM

ALL ON AMERA,SO BOTH OFFICERS VIOLATED MY CONSTITUTIONAL RIGHTS

AND MULTIPLE LAWS AND RULES,STATUTES,PLACING MY LIFE IN

DANGER WHERE I WAS ATTACKED TWICE,WITH INTENTIONS OF EITHER

MAIMING OR KILLING ME,AND PLAINTIFF STILL HAS TO BE AS ALERT

AS POSSIBLE DUE TO THOSE AND OTHER ISSUES,AND PLAINTIFF WILL

ONCE AGAIN ASSERT THAT THIS IS ALL POSSIBLE NOT ONLY BECAUSE

OF THESE OFFICERS BUT DUE TO THE STATE OF KANSAS,KDOC,SOC,

ILLEGALY AND UNCONSTITUTIONALLY HOLDING THE PLAINTIFF IN

CUSTODY,IMPRISONED,WRONGFULLY,AFTER SENTENCE WAS VACATED IN

1991,AND STATES APPEAL DENIED.MY RIGHT TO LIFE,LIBERTY,AND

FREEDOM,EQUAL PROTECTION OF THE LAWS OF THE UNITED STATES OF

AMERICA,HAVE BEEN VIOLATED CONTINUOUSLY AND EGREGIOUSLY FOR

32,YEARS,I WOULD CALL THAT A GRIEVABLE MISCARRIAGE OF JUSTICE

AND QUITE DISGUSTINGLY WOULDNT YOU ? THE FACT THAT THE STATE

OF KANSAS HAS AND IS STILL ALLOWING THIS IS A VERY GROSS

MISCARRIAGE OF JUSTICE,A SPIT IN GODS FACE,NOT CARING ABOUT

TRUTH,GOVERNANCE OF LAWS AND JUSTICE.HOW DO YOU BALANCE THAT

AGAINST STATE INTREST ?MY LIFE HAS BEEN THE BEST THAT I COULD

MAKE IT AND I WANT MORE THAN THIS,I AM DUE AND ENTITLED TO

NOT ONLY IMMEDIATE RELEASE,BUT ALSO COMPENSATION FOR THESE

REASONS AND ISSUES,I HAVE PERSONALLY SEEN PEOPLE RECEIVE THE

SAME RELIEF THAT I AM REQUESTING FOR SIMILAR REASONS,MY

JOURNAL ENTRIES ARE REAL NOT IMAGINARY,AS ARE ALL OF MY INJURIES

BOTH ONCE AGAIN THE PHYSICAL,AND MENTAL,THE LIFE CHANGING AND

ALTERING  ATTACK,IN MY SLEEP THAT PUT ME INTHE MENTAL HEALTH

UNIT,UNABLE TO FIGURE OUT WHAT TO DO OR EVEN UNDERSTAND WHAT

HAPPENED THINKING THAT MY FAMILY WAS DEAD AND NOT CONTACTING

THEM DUE TO THE INJURIES SUSTAINED IN THAT ATACK,AND LACK OF
CARE,BY LAW,MORALLY,BY CONTRACT AGREEMENTL,CONSTITUTIONALLY,
IT LEFT PLAINTIFF IN A STATE OF CONFUSION,UNCERTAIN OF WHAT TO
DO OR HOW TO DO IT,WITH PERMANENT INJURIES.

AND SINCE THESE INJURIES FROM SEPTEMBER 3,2019,THAT OCURRED IN
MY SLEEP, WHILE AT THE ELDORADO CORRECTIONAL FACILITY,SEGREGATION
UNIT,KNOWN AS RESTRICTED HOUSING.AND PLAINTIFF HAS HAD FOUR MORE
SUCH EVENTS HERE AT L.C.F. TRU-UNIT,MENTAL HEALTH UNIT,G.P. DUE
TO THAT EVENT AND ONE OTHER EVENT THAT CAUSED TWO SEPERATE SUCH
ATTACKS,BY INMATES,AND OFFICERS,BACK TO BACK REPEATEDLY AND EVEN
BRUTALLY,TWO BY KNIFE POINT,TWO BY WEAPONS FOR BEATING,USED ON
THE HEAD AND FACE,EVEN BODY,BUT MOSTLY HEAD AND FACE,MEANT TO
MAIM,KILL,DISFIGURE,THE MUSLES IN PLAINTIFFS FACE ,WERE NEVER
REATTACHED FROM FIRST ATTACK,AND NEITHER WERE THE MUSCLES IN
PLAINTIFFS FOREARM THAT HAD BEEN CUT IN HALF,AND THE MUSCLES
IN THE FACE THAT HELP TO CLOSE THE JAW AND CHEW FOOD,PLAINTIFF
HAD TO EAT WITH A BROKEN JAW,THAT WAS NEVER REPAIRED BY MEDICAL,
SURGERY WAS NOT EVEN OFFERED ONLY THE SKIN WAS SEWN BACK TOGETHER
ON MY FOREARM,AFTER ALMOST 12,HOURS.NO REHAB WAS OFFERED EVEN
WHEN PLAINTIFF ASKED FOR HELP LETTING EVERYONE KNOW I WAS NOT
OKAY SOMETHINGS NOT RIGHT.THE TWO MAJOR HEAD INJURIES HERE HAVE
BEEN SEVERE,AS WELL AS THE LIABILITY OF THE OFFICERS INVOLVED
THE FACILITY,DUE TO THE LACK OF SECURITY,IN ALL AREAS OF THE
PRISON,MAIN HALLWAY,OF A-BUILDING,CELL HOUSE,MEDICAL.