TO: UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF KANSAS

FROM: RONNIE ALLEN BELLAMY JR.(53454)
   L.C.F. P.O.BOX 2
   LANSING, KANSAS 66043

RE: RESPONSE TO COURT ORDER-MOSC-2ND AMENDMENT OPPORTUNITY.

PLAINTIFF, FIRST OF ALL APOLOGISES TO THIS HONORABLE COURT, DUE TO THE REPEATED INJURIES SUSTAINED IN THE MULTIPLE ATTACKS THAT HAVE OCURRED, I HAVE COMPLICATIONS UNFORTUNATELY THAT I HAVE NEVER BEFORE EXPIERIENCED, AND I AM DOING THE BEST THAT I CAN AS LEGAL SERVICES FOR PRISONERS REFUSES TO HELP DUE TO PLAINTIFF SUING AND ASKING FOR MONEY DAMAGES AND COMPENSATION, PRIOR TO THESES REPEATED ATTACKS, PLAINTIFF HAS ALWAYS BEEN FULLY COGNIZANT AND NEVER HAD THESE PROBLEMS, I LIVE IN THE MENTAL HEALTH UNIT AS A RESULT OF ALL OF THESE ATTACKS, I-RONNIE ALLEN BELLAMY JR.-PLAINTIFF WANT TO THANK YOU FOR YOUR CONSIDERATION AND THIS OPPORTUNITY, I WILL DO MY BEST TO EXPLAIN WHAT HAPPENED AND WHATS GOING ON. THE PLAINTIFF SWEARS TO THIS AND ALL INCLUDED IN THIS COMPLAINT 555 HABEAS CORPUS(PRISON CONDITION), AS THIS HONORABLE JUDGE JOHN W. LUNGSTRUM HAS LABELED AND DEEMED.

/S/ *Ronnie A. Bellamy Jr*
RONNIE A. BELLAMY JR.
L.C.F.P.O.BOX 2
LANSING, KANSAS 66043