TO: UNITED STATES DISTRICT COURT
   FOR THE STATE OF KANSAS
   444 S.E.QUINCY 490 US COURTHOUSE
   TOPEKA,KANSAS 66683

FROM: RONNIE ALLEN BELLAMY JR.(53454)
   L,C,F, P.O.BOX 2
   LANSING,KANSAS 66043

RE:ACTIVITY IN CASE NO. 23-3051-JWL ,AFFIDAVIT IN SUPPORT OF,

MOTION (S),FOR APPOINTMENT OF COUNSEL,OR A LIASION,DUE TO MY

MENTAL HEALTH DIAGNOSIS AND STATE AND SERIOUS INJURIES

SUSTAINED IN SOME OF THESE ATTACKS,MOSTLY LEFT UNTREATED AND

ALL LACKING PROPER AND LEGAL CARE,ADEQUATE CARE,EQUAL CARE,

CONSTITUTIONAL LAW ADHERENT,AND COMPLIANT WITH ALL AFFORDED

PROTECTIVE AND GOVERNING LAWS.AND DISABILITIES ACTS PROTECTIONS.

## MOTION FOR DISCOVERY

DUE TO ALL OF THE COMPLEXITIES,AND THE AGENCY INVOLVED THEY

HAVE REPEATEDLY PLACED THE PLAINTIFF IN JEAPORDY OF LOSING

HIS LIFE,OR HAVING TO DEFEND HIMSELF AGAINST MULTIPLE ATTACKS

WITH WEAPONS,CONSTANTLY ON EDGE UNABLE TO FOCUS ON ANYTHING

OTHER THAN SURVIVING NOT ABLE TO LIVE IN ANYWAY WHATSOEVER

AND THIS IS A GROSS MISCARRIAGE OF JUSTICE AND MANIFESTS

INJUSTICES AND EGREGIOUSNESSES CONSTITUTIONALLY AND BY LAWS

OF THE UNITED STATES OF AMERICA AND ALL STATES EVEN FOR PRISON.

THIS IS AN ATROCITY PHYSICALLY MENTALLY EMOTIONALLY FINANCIALLY.

AND IN EVERY WAY THAT YOU CAN IMAGINE IT IS AND HAS BEEN A

DETESTABLE SITUATION ALL THE WAY AROUND A COMBAT ZONE AND I NO

LONGER USE WEAPONS OR INITIATE CONTACT.I DEFEND AND DO ONLY

WHAT IS NECESSARY TO STOP THE ATTACK OR ONSLAUGHT AND I WILL

CONTINUE TO DO SO   PAGE 1 OF 1   /s/ Ronnie Bellamy
                                  Ronnie Allen Bellamy Jr.