IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **RONNIE ALLEN BELLAMY, JR. #53454** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 23-3051-JWL |
| **v.** ) | |
| ) | |
| **STATE OF KANSAS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION FOR EXTENSION OF TIME TO FILE MARTINEZ REPORT

**COMES NOW**, the Kansas Department of Corrections (KDOC) as an interested party, through Counsel, Natasha Carter, and moves this Court for an order extending the time to file the *Martinez* Report ordered by the Court in this matter. In support of this motion, KDOC states as follows:

1. The *Martinez* Report is currently due August 1, 2023.

2. Counsel has requested but has not yet received all the essential records to complete the *Martinez* Report in this matter.

3. Counsel believes a 30-day extension will provide sufficient time to secure the records and complete the report. The interest of Justice will be served by granting this extension in that Counsel will be able to provide meaningful information to the Court to assist in the resolution of the cause.

4. This is counsel's first request for an extension in this matter. Counsel has not consulted with plaintiff *pro se* before filing this motion.

1

**WHEREFORE**, KDOC respectfully requests a thirty-day (30) extension, or until September 1, 2023, to file the *Martinez* report ordered in this cause.

Respectfully Submitted,

/s/ *Natasha Carter*
Natasha Carter, SC# 26074
Chief Legal Counsel
Kansas Department of Corrections
714 SW Jackson St, 2nd Floor
Topeka, KS 66603
Tel: 785-506-7615
natasha.carter@ks.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Ronnie Allen Bellamy, Jr., #53454
Lansing Correctional Facility
P.O. Box 2
Lansing, KS 66043

Kansas Attorney General
120 SW 10th Ave., #2
Topeka, KS 66612

/s/ *Natasha Carter*
Natasha Carter, SC# 26074