TO: UNITED STATES DISTRICT COURT
444 S.E. QUINCY, ROOM 490
TOPEKA, KANSAS 66683

FROM: RONNIE ALLEN BELLAMY JR.
L.C.F. P.O. BOX 2 CORE CIVIC
LANSING, KANSAS 66043

RE: <u>ACTIVITY AND ORDER</u>, IN CASE NO. <u>23-3051-JWL</u>.

IN RESPONSE TO THE COURTS ORDER, AND RESPONSE PROVIDED AS THE REASON FOR THE REQUEST OF THE TIME EXTENSION, PLAINTIFF OPPOSES ANY FURTHER REQUESTS FOR THE FOLLOWING REASONS ALL OF THE THREATS ARE STILL <u>PREVALENT</u>, AND EXIST. DUE TO AND IN PART BECAUSE

1. THE <u>KDOC EMPLOYED</u> OFFICERS THAT CREATED, CAUSED, HELPED TO FACILITATE THE ATTACKS, CONSPIRED TO COMMITT MURDER, ARE VIOLATING KDOC POLICIES, AND STATE LAWS, ADMITTINGLY IN FRONT OF AND TO OTHER KDOC EMPLOYED WITNESSES ARE STILL WORKING, AND HAVE NEVER BEEN ARRESTED OR FIRED. MAKING THE KDOC AND STATE OF KANSAS <u>**COMPLICIT**</u>, UNABLE TO REMOVE

OR EXCUSE THEMSELVES FROM THIS COMPLAINT AND THE GROSS MISCARRIAGE OF JUSTICE THAT HAS BEEN REPEATEDLY CARRIED OUT THROUGH AND BY THEM AND <u>DUE TO</u> THEIR VIOLATIONS

2. <u>AND ONE OF THE OFFICERS MR. LARRY E. WAGNER, SECURITY, THE REGULAR FOUR DAY A WEEK OFFICER, THAT OPENED THE DOOR SO THAT AN INMATE COULD GAIN ENTRY INTO MY ROOM KNOWING HE DID NOT LIVE THERE TO ATTEMPT TO MURDER ME, WITH KNIFE IN HAND - AND THIS DUE TO THE ACTIONS OF HIS RELIEF AND ON HIS DAYS OFF MR. JAMES ENGLIS, ALSO KDOC SECURITY.</u> THE KDOC AND ITS EMPLOYEES HAVE PROVEN THAT THEY ARE WILLING TO VIOLATE THEIR OWN POLICIES AND STATE LAWS AS WELL AS PLAINTIFFS AND OTHERS CONSTITUTIONAL RIGHTS TO BE FREE OF CRUEL AND UNUSUAL PUNISHMENTS, DUE PROCESS RIGHTS, MEANINGFUL ACCESS RIGHTS AND ALL RIGHTS TO INCLUDE THE PLAINTIFFS RIGHTS TO PROPER, LEGAL, ADEQUATE MEDICAL CARE THAT IS MEANINGFUL AND **NOT** ARBITRARY AND CAPRICIOUS. SEE E.G. ALL RECORDINGS AS STATED IN THE MARTINEZ REPORT ALL VIDEO - AUDIO - PHONE - COMPUTERICS AND ALL THINGS LISTED BY THE HONORABLE JUDGE

JOHN W. LUNGSTRUM, OF THIS COURT.

Yes, I HAVE AN ACTUAL REVERENDS LICENCE REGISTERED. AND PLAINTIFF IS STILL REQUESTING-DEMAND FOR JURY TRIAL OR REASONABLE SETTLEMENT AND RESTORATION-COMPENSATIONS — GOD BE MY WITNESS BE AND BE SO — NOW AND FOREVER

By Rev. Rennie allen-Bellog jr
L.C.F. P.O. Box 2
LANSING, KANSAS
66043