*[handwritten annotation: Plaintiff's copy that was received by way of int withdrew on 8-3-2023 @ 10:30 a.m.]*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

RONNIE ALLEN BELLAMY, JR.,

    **Plaintiff,**

    v.                                                                          CASE NO. 23-3051-JWL

STATE OF KANSAS, et al.,

    **Defendants.**

## ORDER

Plaintiff brings this pro se civil rights action under 42 U.S.C. § 1983. Plaintiff is incarcerated at the Lansing Correctional Facility in Lansing, Kansas ("LCF"). On May 3, 2023, the Court entered a Memorandum and Order (Doc. 27) dismissing claims and defendants and finding that the proper processing of Plaintiff's Eighth Amendment claims cannot be achieved without additional information from appropriate officials of LCF. *See Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1978); *see also Hall v. Bellmon*, 935 F.2d 1106 (10th Cir. 1991). Accordingly, the Court ordered the appropriate officials of LCF to prepare and file a *Martinez* Report. This matter is before the Court on the Kansas Department of Corrections' ("KDOC") Motion for Extension of Time to File Martinez Report (Doc. 30).

The KDOC seeks a 30-day extension of time to file the report because counsel has not yet received all the essential records to complete the report. The is the KDOC's first request for an extension of time. The Court grants the motion.

The deadline to submit the *Martinez* Report ordered in the Court's Memorandum and Order at Doc. 27 is extended to September 1, 2023. Once the report has been received, the Court can properly screen Plaintiff's claims under 28 U.S.C. § 1915A.

IT IS THEREFORE ORDERED BY THE COURT that the KDOC's Motion for Extension of Time to File Martinez Report (Doc. 30) is **granted**.

IT IS FURTHER ORDERED THAT the deadline to submit the *Martinez* Report ordered in the Court's Memorandum and Order at Doc. 27 is extended to **September 1, 2023**.

IT IS SO ORDERED.

Dated July 31, 2023, in Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
UNITED STATES DISTRICT JUDGE