## Names

| Name Type | Name |
|-----------|------|
| Conviction | BELLAMY, RONNIE A JR |
| True | BELLAMY, RONNIE ALLEN JR |
| Alias | BELLANY, RONNIE |



(/kasper/search/image?
kdocNumber=0053454&imageNumber=1)
**BELLAMY, RONNIE A JR**

**Approx Picture Date**

2022-06-21

## Identification

| KDOC # | SID Num | FBI Num |
|--------|---------|---------|
| 0053454 | 612779 | 545533DA0 |

## Birthdates

| Birthdate Type | Birthdate | Age |
|----------------|-----------|-----|
| True | May 28, 1969 | 54 |

## Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|-----------|-----------|--------|--------|--------|------|
| Blue | Blond or Strawberry | 5'-8" | 149 | Male | White |

## Current Status reported by Dept. of Corrections

Work or Program Participation   Working in a job

Earliest Possible Release Date (1)

Current Status   Incarcerated

Admission Date   Jun 10, 1991

Current Location (2)   **Lansing CF-Central** (http://www.doc.ks.gov/facilities/lcf)
Custody Level   HMD High Medium

**(1) This date could be affected by a parole board decision or good time and/or program credit.**
**(2) Click on Location for the Facility web site.**

EXHIBIT A                                          KDOC000001

# Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Leavenworth | 9608CR626 | Apr 24, 1996 | Apr 11, 1997 | N/A | Traffic Contraband - Correctional Institution | 1 | Non Drug-Grid Severity Level 6 | Active | KS |
| Wyandotte | 91CR00037 | Jan 02, 1991 | May 24, 1991 | Attempted | Aggravated Robbery | 2 | Class C Felony | Active | KS |
| Wyandotte | 91CR00037 | Jan 03, 1991 | May 24, 1991 | N/A | Aggravated Robbery | 3 | Class B Felony | Active | KS |
| Wyandotte | 91CR00037 | Jan 05, 1991 | May 24, 1991 | N/A | Robbery | 2 | Class C Felony | Active | KS |
| Leavenworth | 9607CR481 | Jun 18, 1996 | Apr 11, 1997 | N/A | Aggravated Battery LEO-Intentional,Body Harm/Phys | 1 | Non Drug-Grid Severity Level 6 | Active | KS |
| Wyandotte | 91CR0493B | Mar 06, 1991 | May 24, 1991 | N/A | Aggravated Escape From Custody | 1 | Class E Felony | Active | KS |

(I) If Number includes  JV  : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.
(II) If Status includes * : Denotes Active for Post Release Supervision Only.

# KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|---|---|---|
| Lansing CF-Central | Jun 09, 2021 | Inter-Facility Movement |
| El Dorado CF-Central | Jul 09, 2019 | Inter-Facility Movement |
| Lansing CF-Central | May 01, 2018 | Inter-Facility Movement |
| Norton CF-Central | Nov 29, 2016 | Inter-Facility Movement |
| El Dorado CF-Central | Mar 27, 2012 | Inter-Facility Movement |
| Hutchinson CF-Central | Oct 09, 2008 | Inter-Facility Movement |
| El Dorado CF-Central | Jan 29, 2008 | Inter-Facility Movement |

EXHIBIT A

KDOC000002

| Location | Movement Date | Movement Reason |
|---|---|---|
| Ellsworth CF | Jan 26, 2006 | Inter-Facility Movement |
| Lansing CF-Central | Jul 17, 2003 | Inter-Facility Movement |
| Hutchinson CF-Central | Aug 21, 2001 | Inter-Facility Movement |
| El Dorado CF-Central | Apr 30, 1997 | Returned From Court Appearance |
| Leavenworth County | Mar 05, 1997 | Released For Court Appearance |
| El Dorado CF-Central | Sep 04, 1996 | Inter-Facility Movement |
| Lansing CF-Central | Aug 21, 1996 | Inter-Facility Movement |
| El Dorado CF-Central | Jul 03, 1996 | Inter-Facility Movement |
| Lansing CF-Central | Dec 07, 1994 | Inter-Facility Movement |
| El Dorado CF-Central | Jan 15, 1992 | Inter-Facility Movement |
| Hutchinson CF-Central | Jul 03, 1991 | Inter-Facility Movement |
| Topeka CF-RDU | Jun 10, 1991 | New Court Commitment |

# KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|---|---|---|---|
| Oct 07, 2022 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Jan 30, 2020 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Jan 30, 2020 | 1 | El Dorado Correctional Fac. - Central | Interf W/Cell Oper/Visibility |
| Apr 10, 2019 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Mar 18, 2019 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Feb 12, 2019 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Dec 27, 2018 | 1 | Lansing Correctional Facility - Central | Refused UA |
| Dec 26, 2018 | 1 | Lansing Correctional Facility - Central | Possession UnAuth Commo Device |
| Dec 26, 2018 | 1 | Lansing Correctional Facility - Central | Tobacco Contraband Possession |
| Sep 11, 2018 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Sep 05, 2018 | 1 | Lansing Correctional Facility - Central | Possession UnAuth Commo Device |
| Mar 02, 2018 | 1 | Norton Correctional Facility - Central | Use of Stimulants |

EXHIBIT A

| Date | Class | Location | Type of report |
|------|-------|----------|----------------|
| Feb 28, 2018 | 1 | Norton Correctional Facility - Central | Undue Familiarity |
| Feb 27, 2018 | 1 | Norton Correctional Facility - Central | Dangerous Contraband |
| Aug 09, 2017 | 1 | Norton Correctional Facility - Central | Dangerous Contraband |
| Jul 15, 2017 | 2 | Norton Correctional Facility - Central | Lying |
| Jul 15, 2017 | 2 | Norton Correctional Facility - Central | Restr Area/Unauth Presence |
| Jun 28, 2017 | 2 | Norton Correctional Facility - Central | Unauthorized Dealing or Trade |
| Apr 16, 2013 | 1 | El Dorado Correctional Fac. - Central | Viol Statutes (Felony Crime) |
| Sep 13, 2010 | 1 | Hutchinson Correctional Fac. - Central | Use of Stimulants |
| Dec 16, 2008 | 1 | Hutchinson Correctional Fac. - Central | Possession UnAuth Commo Device |
| Feb 28, 2006 | 2 | Ellsworth Correctional Facility | Regis. & Use of Pers. Property |
| Dec 06, 1998 | 2 | El Dorado Correctional Fac. - Central | Less Dangerous Contraband |
| Jun 05, 1997 | 3 | El Dorado Correctional Fac. - Central | Violation of Published Orders |
| Mar 02, 1997 | 3 | El Dorado Correctional Fac. - Central | Violation of Published Orders |
| Apr 24, 1996 | 2 | Lansing Correctional Facility - Central | Unauthorized Dealing or Trade |
| Apr 24, 1996 | 2 | Lansing Correctional Facility - Central | Lying |
| Apr 24, 1996 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Apr 24, 1996 | 1 | Lansing Correctional Facility - Central | Undue Familiarity |

EXHIBIT A

KDOC000004