Page 1 of 3, Attachment L1, IMPP 11-119
Effective: 12-11-2013

# DISPOSITION AND HEARING RECORD

**INMATE NAME & NO:** Bellamy, Ronnie  **53454**

| FACILITY  LCF | | | CASE NO: | HEARING: DATE | 10/26/21 |
|---|---|---|---|---|---|
| CHARGING | LCF_Tseg | | **1464** | TIME: | 1145 |
| HEARING | LCF | | | | |

| Violation | Class | Amended Violation | Amended Class | Plea | Finding |
|---|---|---|---|---|---|
| **301** | **I** | _____ | _____ | ☐G ☐N/G ☐NC | ☐G ☐N/G ☑DISM. |
| Reason:_____ | | | | | |
| _____ | ___ | _____ | _____ | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐ DISM. |
| Reason:_____ | | | | | |
| _____ | ___ | _____ | _____ | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐ DISM. |
| Reason:_____ | | | | | |
| _____ | ___ | _____ | _____ | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐ DISM |
| Reason:_____ | | | | | |
| _____ | ___ | _____ | _____ | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐ DISM. |
| Reason:_____ | | | | | |

☐ **Reporting Officer Sworn In / Affirmed**          ☐ **Notarized Testimony Read into the Record**

**Staff Testimony / Cross Examination (Attach Testimony)**

☐ **Inmate Sworn in / Affirmed**

☐ **Hearing held Inabsentia**     **Reason**_____

**Staff Assistant Assigned:** _____

☐ **Inmate Not Sworn In/Affirmed**     **Explain**_____

_____

**Inmate Testimony / Cross Examination (Attach Testimony)**

Tseg   MON1   PM   TFS

EXHIBIT B                    KDOC000001

Bellamy, Ronnie         53454    1464        __A1118__

Page 2 of 3, Attachment L2, IMPP 11-119
Effective: 12-11-2013

☐ Witness(es) Sworn In/Affirmed    _____    _____

_____    _____    _____

**Witness(es) Testimony / Cross Examination  (Attach Testimony)**

**Closing Statement(s):  (Attach Arguments)**

**If applicable include inmate's testimony/ arguments on restitution**

Sanction(s): _301: DM_

Reason for Sanctions: _Due to I/M being attacked and defending himself while trying to get away._

Disposition of Evidence: _N/A_

☐   Inmate advised of right to Appeal,  Have Inmate Initial _____

HEARING OFFICER SIGNATURE _____    DATE _10/26/21_

**FINAL ACTION BY FACILITY WARDEN:**
☒ APPROVED
☐ REINSTATE DISMISSED CHARGES; REMAND NEW HEARING
☐ AMEND THE CHARGE
☐ DISAPPROVE/DISMISS
☐ REDUCE THE PENALTY
☐ SUSPEND ALL OR PART OF SENTENCE
☐ REMAND NEW HEARING
☐ CLARIFICATION OF RECORD

☐ REDUCE TO SUMMARY JUDGMENT
 - restriction from privileges up to 10 days
 - fine not exceed $10.00
 - extra work w/o incentive pay for no more
      than 2 hrs/day no more than 5 days
 - work w/o incentive pay not to exceed 5 days
 - restitution not less than $3.00
      or more than $20.00

Comments: _____

WARDEN/DESIGNEE SIGNATURE        DATE _11/3/21_

RECEIVED

I received a Copy of the Hearing Record and understand I have 15 days to Appeal this decision.

INMATE SIGNATURE    _____    DATE    NOV 09 2021
                                              Lansing Correctional Facility
I served a copy of the Hearing Record                    Disciplinary

_CCl Spann_    _____

STAFF SIGNATURE        DATE _11/4/21_

Technical and clerical errors in the writing and/or processing of the Disciplinary Report shall not be grounds for dismissal, unless there is
substantial prejudice to the inmate, which is the burden of the inmate to prove. Pursuit to K.A.R 44-13-707. Harmless error; Plain error.

EXHIBIT B                    KDOC000002

Attachment I, IMPP 11-119
Effective: 12-11-13
P-1528i

# ACKNOWLEDGMENTS/INMATE WAIVER OF RIGHTS

**INMATE NAME/NUMBER:**   Bellamy, Ronnie   53454       **CASE NO. 1464**

---

## ACKNOWLEDGMENTS

☐ I received a copy of the Disciplinary Report and was advised of the charge within 48 hours after issuance of the report.

☐ I submitted request for Witness form within 48 hours after receipt of the Disciplinary report.

☐ I received at least 24 hour notice of the time of hearing.

☐ I was advised at the beginning of the hearing of the amount of restitution proposed and had opportunity to submit contrary evidence regarding value.

☐ I was advised as to the possible penalty involved with a plea or a finding of guilty.

## WAIVERS

☐ I waive time limits or other procedure(s) as stated below:                     Inmate's Initials

Time limits Waiver or other procedure(s)_____

☐ I waive reporting officer/reporting staff member testifying. Class I cases.      Inmate's Initials

Inmate Signature _____No:_____Date:_____

Hearing Officer: _____      Date: _10/26/21_

---

Attachment G, IMPP 11-119
Effective: 10-15-07

# DISCIPLINARY REPORT

LCF-C
( FACILITY)

| Case No. *1464* | Date of Alleged Violation:10-12-21 | Time:   1800   A.M. / P.M. |
|---|---|---|
| Date This Report Written:      10-12-21 | | Time:   1910   A.M. / P.M. |

| Name of Inmate: Bellamy, LAST | Ronnie FIRST | ____ MI | No.53454 | Cell No: *A1 118* |
|---|---|---|---|---|
| Duty Assignment:Pre-Hearing | | | | |

**Alleged Violation of Law or Rule** (*Identify by Code No., Short Title, and Class*) 44-12-301 Fighting Class I

FACTS:   On the above date and approximate time Offender Bellamy 53454 was involved in a physical alteration with Offender Moore 109232. This places Offender Bellamy 53454 in direct violation of 44-12-301 Fighting Class I Offense.

(Attach Additional Sheet(s) if necessary)

Staff Witnesses:_____   (Signature) *CSI A. H*

_____   *CSI A. Hutchison*

_____   Printed Name and Title of Employee Writing

Report

_____

Approved by:   *Lt. Jewell*

(Shift Supervisor, Unit Team Manager & Title)

I declare (or verify, certify or state) under penalty of perjury that the foregoing is true and correct.

Executed on *10-12-21*                     Signature *CSI A. H*

I received a copy of this report on *10.12.21 2343* ,  *Refuse copy given*
                                                          (Date)          (Time)                              (Inmate Signature & No)

I served a copy of this report  *10.12.21* , *2343* ,  *C. S. Baker*
                                                          (Date)          (Time)                              (Signature of Officer or Unit Team Manager & Title)

Technical and clerical errors in the writing and / or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.

# KANSAS DEPARTMENT OF CORRECTIONS
## DISCIPLINARY OFFICE
### INMATE DISCIPLINARY SUMMONS

TO:   Bellamy, Ronnie                53454               DATE: October 22, 2021
      INMATE NAME          NUMBER

HOUSING UNIT/CELL: A8232

CASE NO. 1464

---

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE A HEARING OFFICER AS DEFENDANT IN THE ABOVE REFERENCED CASE.

TIME:  7:30 a.m. or when called.

DATE: **TUESDAY      10/26/2021**

LOCATION:  A8  Hearing Room

**FAILURE TO REPORT WILL RESULT IN THE ISSUANCE OF A DISCIPLINARY REPORT FOR THE VIOLATION OF K.A.R. 44-12-501; A CLASS III OFFENSE.**

---

INMATE SIGNATURE: *Ronnie Allen Bellamy Jr*

STAFF SIGNATURE: *CCI*

SERVED: *10-22-21*                    *1649*
        DATE                          TIME

---

PLEASE RETURN ORIGINAL SUMMONS TO THE DISCIPLINARY ADMINISTRATOR'S OFFICE.  GIVE THE INMATE THE COPY FOR HIS RECORDS.

EXHIBIT B                    KDOC000005

P-1528a

Attachment B, IMPP 11-119
Effective: 07/2007

## CONTINUANCE/RECESS LOG

Inmate Name: *Bellamy, R*    No: *53454*    Case No: *1464*

Facility: *LCF-C*

| Inmate Request | Staff Request | SOC Extension | Date | 30 Day Review | Reason | Initial |
|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | 10/18/21 | ☐ | *Lock down* | ✓ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| RECESS | | | | | | ☐ |
| RECESS | | | | | | ☐ |

EXHIBIT B                    KDOC000006