KANSAS DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE SEGREGATION REVIEW (PURSUANT TO IMPP 20-105/106)

A8-223

C-SEG

Initial      XXWeekly      Monthly

Name: Bellamy, Ronnie      Number: 53454      Date: 10/22/2021

Date placed in segregation: 10/12/2021      Recommended date of release: ASAP

Did inmate appear before board? NO

1. Present Status: <u>IMPP 20-104 (4) Pre-Hearing Detention</u>

2. Return to General Population?
       XXYes      No

3. Transfer to another Kansas facility or another State or Federal facility?
       Yes      XXNo

4. Medical or Psychological intervention?
       Yes      XXNo

5. Continue XX      Modify      program or treatment status?

6. Inmate informed of right to submit written request for release to board?
       XXYes      No

7. While in segregation inmate's behavior has been satisfactory?
       XXYes      No

8. The placement was legal and proper?
       XXYes      No

9. A pre-segregation placement hearing was held?
       XXYes      No

10. Board Comments: Offender was placed prehearing detention for fighting. Went on CL on 10.13.2021 to the clinic. The Restrictive Housing Review Board agreed he could return to TRU Unit at this time.

Approved: ✓      Disapproved: _____      EAI Staff
Approved: ✓      Disapproved: _____      Clinical Staff
Approved: ✓      Disapproved: _____      Security Staff
Approved: ✓      Disapproved: _____      Chairperson
Approved: ✓      Disapproved: _____      Warden

Inmate acknowledgement
I received a copy of this review on: 11/4 20 21 At 1434

Refused- Copy given
Inmate signature and number

CCII Steimle
Signature and Title of Staff

EXHIBIT E      KDOC000001