Attachment B, IMPP 20-105
Effective 04-09-2021

# Kansas Department of Corrections
## Administrative Restricted Housing Report



TO: <u>Secretary of Corrections</u>        Report Number: __01-22-2298__
FROM: <u>Lansing Correctional Facility</u>

Date This Report Filed             <u>May 18, 2022</u>    Time of Report:     __0625 hrs.__
Date of Restrictive housing placement   <u>May 18, 2022</u>    Time of Placement:  __0625 hrs.__

Resident Name: <u>Bellamy #53454</u>

Reason(S) For Restrictive housing (Including Rule No. and Title) __IMPP 20-104A, III A-Pending Investigation__

Moved from Cell # __A7-219__ to Restrictive housing Cell #: __DC-06__

☒  Pre-Restrictive housing hearing conducted (*Capt. Office*)

☐  Pre-Restrictive housing hearing NOT conducted (*Explain*)

Facts: <u>I/M Bellamy #53454 is being placed in restrictive housing pending an investigation into his housing needs after being battered in A building hallway. Inmate not present to pack property, was seen by the clinic.</u>

☐NO   This placement is an Involuntary Protective Custody due to PREA Concerns (Respond to next two sections)

What is the basis for the facility's concern for the offender's safety?

What is the reason no alternative means of separation can be arranged?

Approved By:

__*Capt. A Perez*__ Date __5/18/2022__        __*Capt. A Perez*__ Date __5/18/2022__
Signature and Title of Reporting Officer      Shift Supervisor or Seg Unit Mgr.

                                              _____ Date __/__/__
                                              Warden Authorization (If Needed)

OFFENDER ACKNOWLEDGMENT:
I received a copy of this report on:   Date __5/18/2022__     Time: __0630 hrs.__


__Unable to sign #53454__                     __*Capt. A Perez*__
Offender Signature and Number                  Staff Witness and Title

Record this Document in Imaging
Original to Master File
Copy to: Warden

EXHIBIT F                                             KDOC000001