## DISPOSITION AND HEARING RECORD

**INMATE NAME & NO:** Bellamy, Ronnie  53454

| FACILITY LCF | CASE NO: | HEARING DATE: | 10/3/2022 |
|---|---|---|---|
| CHARGING: LCF_Tseg | 1018 | TIME: | 1215 |
| HEARING: LCF | | | |

| Violation | Class | Amended Violation | Amended Class | Plea | Finding |
|---|---|---|---|---|---|
| 301 | I | | | ☐G ☐N/G ☐NC | ☐G ☐N/G ☒ DISM. |

Reason: Per Video + I/M Bellamy. Was attacked at his cell unprovoked, self defense

| | | | | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐ DISM. |

Reason: _____

| | | | | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐ DISM. |

Reason: _____

| | | | | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐ DISM |

Reason: _____

| | | | | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐ DISM. |

Reason: _____

☐ Reporting Officer Sworn In / Affirmed          ☐ Notarized Testimony Read into the Record

Staff Testimony / Cross Examination (Attach Testimony)

☐ Inmate Sworn in / Affirmed

☐ Hearing held Inabsentia    Reason _____

Staff Assistant Assigned: _____

☐ Inmate Not Sworn In/Affirmed    Explain _____

Inmate Testimony / Cross Examination (Attach Testimony)

Tseg   MON1   AM   MTW

EXHIBIT H

KDOC000001

☐ Witness(es) Sworn In/Affirmed _____   _____

_____   _____   _____

Witness(es) Testimony / Cross Examination  (Attach Testimony)

Closing Statement(s):  (Attach Arguments)

If applicable include inmate's testimony/ arguments on restitution

Sanction(s): 30 /! DM

Reason for Sanctions: Was attacked with weapon unprovoked per Bellamy + video, self defense

Disposition of Evidence: Hold if any

☐ Inmate advised of right to Appeal,  Have Inmate Initial _____

HEARING OFFICER SIGNATURE  CSI /hut        DATE 10/3/2022

FINAL ACTION BY FACILITY WARDEN:
☑ APPROVED
☐ REINSTATE DISMISSED CHARGES; REMAND NEW HEARING    ☐ REDUCE TO SUMMARY JUDGMENT
☐ AMEND THE CHARGE                                     - restriction from privileges up to 10 days
☐ DISAPPROVE/DISMISS                                   - fine not exceed $10.00
☐ REDUCE THE PENALTY                                   - extra work w/o incentive pay for no more
☐ SUSPEND ALL OR PART OF SENTENCE                         than 2 hrs/day no more than 5 days
☐ REMAND NEW HEARING                                   - work w/o incentive pay not to exceed 5 days
☐ CLARIFICATION OF RECORD                              - restitution not less than $3.00
                                                          or more than $20.00
Comments: _____

WARDEN/DESIGNEE SIGNATURE         DATE  10/5/22

I received a Copy of the Hearing Record and understand I have 15 days to Appeal this decision.
                                                  10-17-2022      RECEIVED OCT 18 2022
INMATE SIGNATURE                  DATE                            Lansing Correctional Facility Disciplinary
I served a copy of the Hearing Record

U/S Steimle                       10/17/22
STAFF SIGNATURE                   DATE

Technical and clerical errors in the writing and/or processing of the Disciplinary Report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to prove. Pursuit to K.A.R 44-13-707. Harmless error; Plain error.

EXHIBIT H                         KDOC000002

# ACKNOWLEDGMENTS/INMATE WAIVER OF RIGHTS

**INMATE NAME/NUMBER:** Bellamy, Ronnie  53454      **CASE NO. 1018**

## ACKNOWLEDGMENTS

☐ I received a copy of the Disciplinary Report and was advised of the charge within 48 hours after issuance of the report.

☐ I submitted request for Witness form within 48 hours after receipt of the Disciplinary report.

☐ I received at least 24 hour notice of the time of hearing.

☐ I was advised at the beginning of the hearing of the amount of restitution proposed and had opportunity to submit contrary evidence regarding value.

☐ I was advised as to the possible penalty involved with a plea or a finding of guilty.

## WAIVERS

☐ I waive time limits or other procedure(s) as stated below:                                                Inmate's Initials

Time limits Waiver or other procedure(s) _____

☐ I waive reporting officer/reporting staff member testifying. Class I cases.                       Inmate's Initials

Inmate Signature _____ /s/ _____ No: _____ Date: _____
Hearing Officer: _____ /s/ _____                    Date: 10/13/2022

EXHIBIT H                                       KDOC000003

Attachment B, IMPP 11-119
Effective: 12-11-13

# DISCIPLINARY REPORT

LCF-C
(FACILITY)

| Case No. 1018 | Date of Alleged Violation: 09/29/2022 | Time: 1628 A.M. / P.M. (P.M. marked) |
|---|---|---|
| Date This Report Written: | 09/29/2022 | Time: 1732 A.M. / P.M. |

Name of Inmate: BELLAMY (LAST) RONNIE (FIRST) (MI)  No. 53454  Cell No: A1-203 / TBD

Duty Assignment: TRU 2

**Alleged Violation of Law or Rule** (Identify by Code No., Short Title, and Class) 44-12-301 FIGHTING CLASS I

FACTS: ON THE ABOVE DATE AT THE APPROXIMATE TIME, I HEARD YELLING COMING FROM THE TOP TIER OF A7, RIGHT BY CELL 235. I LOOKED UP THERE AND SAW INMATES BELLAMY #53454 AND FELLERS #6003270 FIGHTING. I CALLED THE ALARM AND RAN UP THERE. INMATE BELLAMY HAD INMATE FELLERS IN A HEAD LOCK. INMATE FELLERS WAS HOLDING A HOMEMADE WEAPON IN HIS HAND. THE WEAPON WAS HEAVY DUTY METAL WITH TAPE AROUND THE END FOR A HANDLE. INMATE BELLAMY IS IN VIOLATION OF 44-12-301 FIGHTING CLASS I

Staff Witnesses: _____

(Attach Additional Sheet(s) if necessary)
(Signature) COII Wagner
COII WAGNER A7-OIC MTW OFF
Printed Name and Title of Employee Writing Report

Approved by: CSII [signature]
(Shift Supervisor, Unit Team Manager & Title)

I declare (or verify, certify or state) under penalty of perjury that the foregoing is true and correct.
Executed on 9/29/2022   Signature COII Wagner

I received a copy of this report on 29 Sept 2022, _____
        (Date)          (Time)             (Inmate Signature & No)
I served a copy of this report 9.29.22  2038, CSI _____
        (Date)          (Time)             (Signature of Officer or Unit Team Manager & Title)

Technical and clerical errors in the writing and / or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.

EXHIBIT H                    KDOC000004

# KANSAS DEPARTMENT OF CORRECTIONS
## DISCIPLINARY OFFICE
### INMATE DISCIPLINARY SUMMONS

TO:  Bellamy, Ronnie         53454              DATE: September 30, 2022
     INMATE NAME             NUMBER

HOUSING UNIT/CELL: A1203

CASE NO. 1018

---

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE A HEARING OFFICER AS DEFENDANT IN THE ABOVE REFERENCED CASE.

TIME: 7:30 a.m. or when called.

DATE: **MONDAY**   10/3/2022

LOCATION: A1 Hearing Room

**FAILURE TO REPORT WILL RESULT IN THE ISSUANCE OF A DISCIPLINARY REPORT FOR THE VIOLATION OF K.A.R. 44-12-501; A CLASS III OFFENSE.**

---

INMATE SIGNATURE: _Refused — copy given_

STAFF SIGNATURE: _[signature]_

SERVED: 9-30-22                    1933
        DATE                       TIME

---

PLEASE RETURN ORIGINAL SUMMONS TO THE DISCIPLINARY ADMINISTRATOR'S OFFICE. GIVE THE INMATE THE COPY FOR HIS RECORDS.

EXHIBIT H                                                       KDOC000005