Attachment B, IMPP 20-105A
Effective 05-13-22

# Kansas Department of Corrections
## Administrative Restrictive Housing Report

TO: Seceratery of Corrections
FROM: Lansing Correctional Facility
Date This Report Filed: 09/29/2022   Time of Report: 1930 ☐ a.m. ☒ p.m.
Date of Restrictive Housing Placement: 09/29/2022   Time of Placement: 1929 ☐ a.m. ☒ p.m.

Report Number: 01-23-0706

Resident Name: **Bellamy**   **#53454**
Moved from Cell: A7-239   to Restrictive Housing Cell #: A1-203
☒ Pre-Restrictive Housing hearing conducted
☐ Pre-Restrictive hearing NOT conducted (Explain

Reason(s) for Restrictive Housing (including Rule No. and Title)
IMPP 20-104A ; III. C. Pre-Hearing Detention
IMPP Choose an item.

Facts:
Inmate Bellamy #53454 is being placed in restricitive housing Pre-Hearing in A1-203 due to being in a altercation with another inmate in A7. Inmate was not present when his property was packed and was seen by a clinic nurse prior to being placed in restrictive housing in A1. DR Case # 1018

☐ This placement is an Involuntary Protective Custody due to PREA Concerns (respond to next two (2) sections)

What is the basis for the facility's concern for the resident's safety?

What is the reason no alternative means of separation can be arranged?

Signature and Title of Reporting Officer: CSII [signature]   Date: 09/29/2022

Approved By: CSII [signature]   Date: 09/29/2022
Shift Supervisor or Restrictive Housing Unit Mgr.

Warden Authorization (if needed)   Date

ACKNOWLEDGMENT:
I received a copy of this report on: Date 9.29.22   Time 2041 ☐ a.m. ☒ p.m.

Resident Signature and Number #
Staff Witness and Title: CSI [signature]

Record this Document in Imaging
Original to Master File
Copy to: Warden
   Resident
   PCM

EXHIBIT I   Captain   KDOC000069