IN THE UNITED STTAES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **RONNIE ALLEN BELLAMY JR.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 23-3051-JWL |
| ) | |
| **JAMES ENGLIS, et al** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### DECLARATION OF JAMES ENGLIS

Comes now, James Englis, and declares under penalty of perjury as follows:

1. My name is James Englis. I am of lawful age to make this declaration and have personal knowledge of the matters stated below.

2. On September 28, 2022, I was employed by the Kansas Department of Corrections ("KDOC") as a Correctional Officer II (Sergeant), and I remain employed by the KDOC to date.

3. I have reviewed my files related to the incident which is the subject matter of this litigation, and electronic records of the KDOC. The statements provided herein are either based on personal knowledge, and or drawn from records kept in the ordinary course and scope of business of the KDOC and are true and correct to the best of my knowledge.

4. On Tuesday, September 28, 2022, the date I allegedly opened resident Fellers' and resident Helm's cell door for resident Riddle to steal from Fellers' locker in A7, I was working in cellhouse A3.

5. I deny any claim that I opened resident Fellers' and resident Helm's cell door for resident Riddle to steal from Fellers' locker.

6. I did not hear from any resident that resident Riddle had stolen anything from resident Fellers or resident Helm.

EXHIBIT L                                                                                  KDOC000001

7. If a resident comes to me and complains of theft of their personal property, I will contact the captain's office and request video footage, giving the approximate date and time. I will then view this footage to identify any potential thief.
8. If a thief is identified, efforts will be made to seize the stolen items, and a disciplinary report will be filed against the perpetrator.
9. The opening and closing of cell doors are operated through a computer board. During mass movements (during mealtime), it is standard operating procedure to open the cell doors for all residents going to eat at once.
10. As an extra safety precaution, I require residents to turn on the lights outside their cell with a push button, indicating they want their door open. I do this even for mass movements like mealtime.
11. It is the responsibility of the resident to close the cell door behind them when they leave. If they fail to do this, they put themselves at risk for theft or an attack.
12. It is stated in their Inmate Rule Book that they must shut their cell door behind them, and that they can receive a disciplinary report for a failure to do so.
13. I was not present during the altercation between Bellamy and Fellers on September 29, 2022.
14. I did not have knowledge of any threat to Bellamy from Fellers, or any other inmate, prior to the September 29, 2022, incident.
15. I do not recall any time that Bellamy expressed any fear or concern for his safety to me prior to the September 29, 2022, incident.
16. If any fear or concern had been expressed, or if I had any prior notification of a threat of attack, I would have called the captain's office and the resident's unit team to alert them of the resident's perceived threat. I would then offer the resident protective custody. If the resident did not want to enter protective custody, I would have the resident sign a protective custody waiver.
17. If the resident did want to be placed in protective custody, I would have the resident write a written statement that includes the perceived threat, connect the resident with the captain's office and/or their unit team, and then escort them from their cellhouse to protective custody.

EXHIBIT L                         KDOC000002

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August __15_, 2023.

_*James Englis*_____

James Englis

EXHIBIT L                                                                              KDOC000003