**0053454  BELLAMY,RONNIE,A,JR**

| Facility | Cell | Movement Date | Movement Reason |
|---|---|---|---|
| LCF | 0A7215 | 7/18/2023 | Release from segregation |
| LCF | AA7215 | 7/7/2023 | Pre-hearing detention |
| LCF | AA4201 | 7/4/2023 | Pre-hearing detention |
| LCF | 0A7201 | 4/9/2023 | Release from segregation |
| LCF | 0A1205 | 4/5/2023 | Release from segregation |
| LCF | AA1205 | 2/28/2023 | Other security risk |
| LCF | AA1238 | 10/28/2022 | Other security risk |
| LCF | AA1225 | 10/27/2022 | Other security risk |
| LCF | AA4120 | 10/7/2022 | Pending results of investigatn |
| LCF | 0A7234 | 10/5/2022 | Release from segregation |
| LCF | AA1203 | 9/29/2022 | Pre-hearing detention |
| LCF | 0A7239 | 5/27/2022 | Release from segregation |
| LCF | ADD010 | 5/24/2022 | Pending results of investigatn |
| LCF | 0DD002 | 5/23/2022 | Exit for/return medical prob. |
| LCF | 0DD014 | 5/20/2022 | Exit for/return medical prob. |
| LCF | ADB003 | 5/19/2022 | Mental prob threat to self/oth |
| LCF | ADC006 | 5/18/2022 | Mental prob threat to self/oth |
| LCF | 0A7219 | 2/7/2022 | Initial committee/team assign |
| LCF | 0A8223 | 10/22/2021 | Release from segregation |
| LCF | ADC006 | 10/14/2021 | Mental prob threat to self/oth |
| LCF | AA1123 | 10/13/2021 | Pre-hearing detention |
| LCF | AA1118 | 10/12/2021 | Pre-hearing detention |
| LCF | 0A8223 | 9/20/2021 | Initial committee/team assign |
| LCF | 0A8102 | 8/3/2021 | Initial committee/team assign |
| LCF | 0A1214 | 6/9/2021 | Facilitate recommended program |
| LCF | 0C1240 | 2/23/2021 | Rehabilitation program |
| LCF | 0C2257 | 2/17/2021 | Rehabilitation program |
| LCF | 0C1256 | 7/27/2020 | Release from segregation |
| LCF | AC1256 | 7/13/2020 | Consistent bad behavior |
| LCF | AB2209 | 6/26/2020 | Consistent bad behavior |
| LCF | AB2121 | 6/19/2020 | Consistent bad behavior |
| LCF | AA2267 | 4/6/2020 | Consistent bad behavior |
| LCF | AA2113 | 3/18/2020 | Mental prob threat to self/oth |
| LCF | AA1108 | 3/6/2020 | Consistent bad behavior |
| LCF | AA2117 | 1/13/2020 | Consistent bad behavior |
| LCF | AA1250 | 11/7/2019 | Consistent bad behavior |
| LCF | AA1218 | 11/4/2019 | Mental prob threat to self/oth |
| LCF | ANF112 | 11/1/2019 | Mental prob threat to self/oth |
| LCF | AA1250 | 9/20/2019 | Pre-hearing detention |
| LCF | ANF111 | 9/5/2019 | Pre-hearing detention |
| LCF | ANF115 | 9/3/2019 | Pre-hearing detention |