## DECLARATION OF SONYA LATZKE
## AS PER 28 U.S.C. § 1746

I, Sonya Latzke, being of lawful age and duly sworn upon my oath, do state the following facts of which I have personal knowledge and to which I would testify if called upon to do so in a court of law.

I am currently employed as a Unit Team Manager at Lansing Correctional Facility of the Kansas Department of Corrections. In my capacity as Unit Team Manager, I am familiar with Ronnie A. Bellamy, Jr., KDOC # 53454, and his housing at LCF.

From June 9, 2021, to the present, Ronnie A. Bellamy, Jr., was housed in the mental health unit at LCF. The mental health unit is also referred to as the "TRU Unit." TRU is the Treatment and Reintegration Unit for individuals with mental health needs. To my understanding, residents may be placed in the unit to be able to be more closely monitored by Behavioral Health Staff. Higher functioning residents in the unit are eligible for discharge and reintegration back into general population. Mental health unit residents and general population residents are able to go to the yard or to chow together.

To my understanding, the list of who was to be single-celled was created to prepare for the move from the old facility at LCF to the new facility where all the rooms are multi-occupancy. Behavior Health staff have listed Mr. Bellamy as an individual to be single celled based on his mental health needs. However, even with this designation, Mr. Bellamy is able to request a roommate at any time he decides to do so.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9/1/23

_Sonya Latzke_
Sonya Latzke
Unit Team Manager, LCF