STAFF READ ONLY

## KANSAS DEPARTMENT OF CORRECTIONS
## USE OF FORCE REPORT

FACILITY/PAROLE REGION:  LCF-C  LOCATION/UNIT: ACH  FILE #: 01-22-110

LOCATION OF INCIDENT: A cell House coorcidor

| NAME & NUMBER OF OFFENDERS INVOLVED Bellamy 55354 and Moore 109232  53454 | DATE OF INCIDENT 10-12-21 | TIME OF INCIDENT 1755 |
|---|---|---|
| | DATE OF REPORT 10-12-21 | TIME OF REPORT 2031 |

| NAME & POSITION TITLE OF STAFF INVOLVED* | WEAPONS/MUNITIONS USED: |
|---|---|
| 1st Sgt Hutchison Adam K0000216535<br>Cpl. Sonier, Christian K0000233036<br>Cpl. Alvarado, Johnathon K0000245357<br>Cpl. Busby, Deshaun K0000244912 | ☐ Firearms<br>☐ Chemical Agents<br>☐ K-9 Elements<br>☐ Electronic Control Devices<br>☐ Striking Instruments<br>☐ High Pressure Water<br>☐ Conducted Electrical Weapon<br>☐ Impact Munitions<br>☐ Other (Describe) _____ |

* All staff involved in or witnessing a use of force application shall submit a narrative report.

LEVEL OF FORCE USED

Less Lethal Force ☒

Deadly Force ☐

☒ REACTIVE FORCE  ☐ PLANNED FORCE*

*Print name and title of person giving authorization:

_____
Name                              Title

DOCUMENTATION:

Video Recording Made?  ☐ Yes  ☒ No      Number of Recordings: NA

Printed Name & Title of person making video recording(s):
Name  NA                               Title NA

Video recordings turned over to:  Name: NA          Title NA

Still Photographs Made?  ☒ Yes  ☐ No Total # of Photographs: 6  Of Crime Scene: _____  Of Injuries: x

Printed Name & Title of person taking photographs:
Name  Wyatt                            Title 1st.Sgt.

Printed Name & Title of person waiving the need for taking photographs:
Name  NA                               Title NA

Photographs turned over to:
Name  EAI                              Title S/A

EXHIBIT X                                          KDOC000001

STAFF READ ONLY

OTHER REPORTS PREPARED indicate number or type and attach a copy and attach a copy where appropriate)

Number of Narrative Reports: 4

Segregation Reports  ☒ **Yes**  ☐ **No**

Disciplinary Reports  ☒ **Yes**  ☐ **No**

Incident Reports
of Staff Injuries  ☐ **Yes**  ☒ **No**

REASON FOR USE OF FORCE  Responded to fight in progress A Cell House Hallway between A3 and A4.

DESCRIPTION OF THE APPLICATION OF FORCE  Verbal comands followed by open hand and took offender to the ground.

IDENTIFY INJURIES / TREATMENT & TIME OF TREATMENT / NAME & TITLE OF HEALTHCARE STAFF*  Both
Offenders were escorted to the clinic and cleared by RN Able, Chantel 40000002665

*Medical reports of any injuries to staff or offenders shall be made a part of the Use of Force file.

LIST ALL WITNESSES (specify staff or offender) *
NA

* All staff involved in or witnessing a use of force application shall submit a narrative report.

OTHER EVIDENCE (if yes, describe and specify where it is secured) NA

ADDITIONAL COMMENTS: NA

Officer/Staff Member Filing Report:   Hutchison, Adam  K0000216535

| Printed Full Name | Employee No. | Signature | Date |
|---|---|---|---|
| Adam C. Hutchison | K0000216535 | Adl C. H— | 10-12-21 |

Name of Shift Supervisor:

| Printed Full Name | Employee No. | Signature | Date |
|---|---|---|---|
| S.A.D  Stuart Bailey | K000014658 | S.A.Bc | 10/12/21 |

EXHIBIT X    KDOC000002

# <u>PICTURE LOG SHEET</u>

DATE: <u>10-0-21</u> TIME: <u>2038</u> NAME: <u>Bellamy</u> NUMBER <u>53454</u>

Use of force/Incident Report # <u>01-22-110</u>

The first picture needs to be of the inmates face or I.D.

<u>Number of Pictures</u>          <u>Brief Description of Photo</u>

<u>1</u> OF <u>2</u>    <u>of inmate face</u>

<u>2</u> OF <u>2</u>    <u>of cell A1-118 door</u>

_____ OF _____    _____

_____ OF _____    _____

_____ OF _____    _____

_____ OF _____    _____

_____ OF _____    _____

_____ OF _____    _____

_____ OF _____    _____

_____ OF _____    _____

_____ OF _____    _____

_____ OF _____    _____

_____ OF _____    _____

Identify the reason for photographs: Use of Force/Self-Harm/Tattoo/OTHER

_____

NOTES:_____

_____

_____

SIGNATURE OF OFFICER TAKING PICTURES: _(ST) J. Whyte_

EXHIBIT X                                    KDOC000003

# *PICTURE LOG SHEET*

DATE: _10-12-21_ TIME: _2035_ NAME: _Mcole_ NUMBER _109232_

Use of force/Incident Report # _____01-22-110_____

The first picture needs to be of the inmates face or I.D.

Number of Pictures          Brief Description of Photo

_1_ OF _2_     _inmates face_

_2_ OF _2_     _inmates name + number on his shirt_

_____ OF _____     _____

_____ OF _____     _____

_____ OF _____     _____

_____ OF _____     _____

_____ OF _____     _____

_____ OF _____     _____

_____ OF _____     _____

_____ OF _____     _____

_____ OF _____     _____

_____ OF _____     _____

_____ OF _____     _____

Identify the reason for photographs: Use of Force/Self-Harm/Tattoo/OTHER

_____

NOTES:_____

_____

_____

SIGNATURE OF OFFICER TAKING PICTURES: _CS7 J. _____

EXHIBIT X                    KDOC000004

**UOF - Bellamy #53454, Moore #109232**

Jeremy Jewell [KDOC] <Jeremy.Jewell@ks.gov>

Tue 10/12/2021 9:16 PM

To:  KDOC_LCF_Leadership_Team <KDOC_LCF_Leadership_Team@ks.gov>; KDOC_LCF_Lieutenants
<KDOC_LCF_Lieutenants@ks.gov>; KDOC_LCF_Captains <KDOC_LCF_Captains@ks.gov>

Use Of Force pictures needed on inmates Bellamy #53454 A1-118, and Moore #109232 DD-13

10/13/21     0838 - 2038

10/14/21     0838 - 2038

At approximately 1755, an alarm was called in A building hallway.  Inmate Moore tried attacking Bellamy with a homemade weapon. Both inmates were restrained and taken to the clinic for assessment.

EXHIBIT X                                        KDOC000005

**Fw: Post use of Force**

Stuart Bailey [KDOC] <Stuart.Bailey@ks.gov>

Tue 10/12/2021 7:24 PM

**To:** Jared Barnett [KDOC] <Jared.Barnett@ks.gov>; Jeremy Jewell [KDOC] <Jeremy.Jewell@ks.gov>; Jonathan Alvarado <Jonathan.Alvarado@ks.gov>

---

**From:** Abel, Chantel <cabel1@TeamCenturion.com>
**Sent:** Tuesday, October 12, 2021 6:18 PM
**To:** Stuart Bailey [KDOC] <Stuart.Bailey@ks.gov>
**Subject:** Post use of Force

*EXTERNAL*: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

I apologize, but our electronic charting system is frozen and I'm having difficulties generating a document that way.

Bellamy # 53454
Moore #109230
10/12/21
Altercation I believe in A cell house. Both refused our assessment, but each states that they suffered no injuries during/after the altercation. Across the room assessment is negative for any injuries or outward signs or symptoms of acute distress. They also denied any thoughts of suicidal ideation or PREA concerns.

*Chantel Abel, RN*

**Max Clinic Charge Nurse**
**Lansing Correctional Facility**

CONFIDENTIALITY NOTICE: This communication contains information intended for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by return mail and then permanently delete the communication from your system. Thank you.

EXHIBIT X                                                                 KDOC000006

**Alarm A hallway 1750**

Christian Sonier [KDOC] <Christian.Sonier@ks.gov>
Tue 10/12/2021 6:23 PM

**To:** Stuart Bailey [KDOC] <Stuart.Bailey@ks.gov>; Jared Barnett [KDOC] <Jared.Barnett@ks.gov>; Jeremy Jewell [KDOC] <Jeremy.Jewell@ks.gov>

On 10-12-2021 around 1750 I CO1 Sonier witnessed Inmates Bellamy #53454 ,and Moore #109232 engaging in a physical altercation between A3 and A4 in the Hallway. I Gave them both orders to stop fighting and called the alarm. I then went to physically stop them from fighting pulling them apart and keeping them away from each other until responders came and restrained both inmates.

CO1 Sonier
0600-1800 F/S/S
A3 4 day

EXHIBIT X                                              KDOC000007

## UOF 10/12/2021

Jonathan Alvarado <Jonathan.Alvarado@ks.gov>

Tue 10/12/2021 7:34 PM

**To:** Jared Barnett [KDOC] <Jared.Barnett@ks.gov>; Jonathan Lunsford [KDOC] <Jonathan.Lunsford@ks.gov>

On 10-12-2021 at approx 1755 I COI Alvarado responded to an alarm in A hallway.  As I arrived on scene Inmate Moore #109230 and Inmate Bellamy #53454 were actively fighting.  I gave verbal directives to Inmate Moore to get on the ground.  Inmate Moore refused all verbal directives and I used physical handling to guide Inmate Moore to the ground.  On the ground Inmate Moore submitted to hand restraints.  I then escorted Inmate Moore to the clinic to be evaluated for pre seg.  After Inmate Moore was cleared for seg I escorted him to the A4 rec cages where he will be placed until housed.  Nothing further to report.

**UOF**

DeShaun Busby [KDOC] <DeShaun.Busby@ks.gov>
Tue 10/12/2021 8:44 PM

**To:** Jonathan Lunsford [KDOC] <Jonathan.Lunsford@ks.gov>; Jared Barnett [KDOC] <Jared.Barnett@ks.gov>

On 10-12-2021 at approx 1755 I COI Busby responded to an alarm in A hallway.  As I arrived
on scene  Inmate Moore #109230 was being combative with COI Alvarado I assisted by utilizing  a
mass body take down  to assist my fellow officer then I grabbed his right arm  and  assisted with
putting him in restraints he was escorted to clinic were he was seen by medical staff placed in DC02
for pre hearing

Attachment B, IMPP 20-105
Effective 07-08-14

# Kansas Department of Corrections
## Administrative Segregation Report

TO: <u>Secretary of Corrections</u>                    Report Number: <u>01-22-0800</u>
FROM: <u>Lansing Correctional Facility</u>

Date This Report Filed          <u>October 12, 2021</u>    Time of Report:  <u>8:18 PM</u>
Date of Segregation placement   <u>October 12, 2021</u>    Time of Placement  <u>8:18 PM</u>

Offender Name:  **<u>Bellamy</u>    #  <u>53454</u>**

Reason(S) For Segregation (Including Rule No. and Title)   <u>IMPP 20-104, I.B.4-Pre-Hearing</u>

Moved from Cell #:  <u>A8-223</u>    to Segregation Cell #: <u>A1-118</u>

☐      Pre-Segregation hearing conducted

☒      Pre-Segregation hearing NOT conducted (Explain)   **<u>Not conducted due to mass movement and shift change.</u>**

Facts:  :  **Inmate Bellany #53454 is being placed in segregation for fighting with inmate Moore #109232. Inmate was seen by medical prior to placement. Inmate was not present when property was packed.**

☐      This placement is an Involuntary Protective Custody due to PREA Concerns (Respond to next two sections)

What is the basis for the facility's concern for the offender's safety?

What is the reason no alternative means of separation can be arranged?

                                        Approved By:

<u>____**Lt. Jewell**_____</u> Date_10_/_12_/2021    <u>_Lt. Jewell_____</u> Date_10_/_12_/2021
Signature and Title of Reporting Officer             Shift Supervisor or Seg Unit Mgr.

                                        <u>_____</u> Date___/__/_____
                                        Warden Authorization (If Needed)
************************************************************************************************

OFFENDER ACKNOWLEDGMENT:
I received a copy of this report on:  Date_10_/_12_/2021    Time:   19 :_25__pm

<u>_____Unable to sign_#_____</u>            <u>_____Lt. Jewell_____</u>
Offender Signature and Number                    Staff Witness and Title

Record this Document in Imaging
Original to Master File
Copy to: Warden
        Offender
        PCM

EXHIBIT X                                    KDOC000010

Attachment B, IMPP 20-105
Effective 07-08-14

# Kansas Department of Corrections
## Administrative Segregation Report

TO: <u>Secretary of Corrections</u>                    Report Number: <u>01-22-0799</u>
FROM: <u>Lansing Correctional Facility</u>

Date This Report Filed            <u>October 12, 2021</u>    Time of Report:  <u>8:03 PM</u>
Date of Segregation placement     <u>October 12, 2021</u>    Time of Placement  <u>8:03 PM</u>

Offender Name:  **<u>Moore</u>**    #  <u>109232</u>

Reason(S) For Segregation (Including Rule No. and Title)   <u>IMPP 20-104, I.B.4-Pre-Hearing</u>

Moved from Cell #:  <u>A5-230</u>    to Segregation Cell #:  DD-13

☐      Pre-Segregation hearing conducted

☒      Pre-Segregation hearing NOT conducted (Explain). Not conducted due to mass movement and shift change.

**Facts:  Inmate Moore #109232 is being placed in segregation for fighting with inmate Bellany #53454. Inmate was seen by medical prior to placement. Inmate was not present when property was packed.**

☐      This placement is an Involuntary Protective Custody due to PREA Concerns (Respond to next two sections)

What is the basis for the facility's concern for the offender's safety?

What is the reason no alternative means of separation can be arranged?

Approved By:

____**Lt. Jewell**_____ Date_10_/_12_/2021          ____*Lt. Jewell*_____ Date_10_/_12_/2021
Signature and Title of Reporting Officer                 Shift Supervisor or Seg Unit Mgr.

                                                         _____ Date__/__/____
                                                         Warden Authorization (If Needed)
*********************************************************************************************

OFFENDER ACKNOWLEDGMENT:
I received a copy of this report on:  Date_10_/_12_/2021       Time:   19 :_25_ _pm

____*Unable to Sign*_____ #_____          ____*Lt. Jewell*_____
Offender Signature and Number                            Staff Witness and Title

Record this Document in Imaging
Original to Master File
Copy to: Warden
         Offender
         PCM

EXHIBIT X                              KDOC000011

Attachment G, IMPP 11-119
Effective: 10-15-07

# DISCIPLINARY REPORT

LCF-C
( FACILITY)

| Case No. 1465 | Date of Alleged Violation:10-12-21 | Time: 1800 A.M. / P.M. |
|---|---|---|
| Date This Report Written:    10-12-21 | | Time: 1910 A.M. / P.M. |

Name of Inmate: Moore,          Elijah          _____ No.102939    Cell No: _____
        LAST            FIRST          MI

Duty Assignment:Pre-Hearing

**Alleged Violation of Law or Rule** (*Identify by Code No., Short Title, and Class*) 44-12-301 Fighting Class I, 44-12-901 Dangerous Contraband Class I.

FACTS:  On the above date and approximate time Offender Moore 109232  was involved in a physical altercation while attempting to use a home made knife approximately 12 inches long with Offender Bellamy 53454. Based on eye witness account for the physical altercation is in direct violation of 44-12-301 Fighting Class I Offense. Based on footage of ACell Block Main Corridor/Gate A12 between the times of 1755 and 1800 showing Offender Moore in possesion of a white towel with a hard object in Offender Moore 102939 left hand places Offender Moore 102939 in direct violation of 44-12-901 Dangerous Contraband Class I. Evidence tagged and sent to EAI.

(Attach Additional Sheet(s) if necessary)

Staff Witnesses:_____    (Signature) *CSI A. Ha_____*
_____               *CSI A. Hotchison*
                                                    Printed Name and Title of Employee Writing
Report
_____

                        Approved by:  _____ *Lt. Jewell* _____
                                        (Shift Supervisor, Unit Team Manager & Title)

*I declare (or verify, certify or state) under penalty of perjury that the foregoing is true and correct.*

Executed on *10 - 12 - 21*            Signature *CSI A. H____*

I received a copy of this report on _____, _____, _____
                    (Date)        (Time)          (Inmate Signature & No)
I served a copy of this report  _____, _____, _____
                    (Date)        (Time)          (Signature of Officer or Unit Team Manager & Title)

*Technical and clerical errors in the writing and / or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.*

EXHIBIT X                    KDOC000012

Attachment G, IMPP 11-119
Effective: 10-15-07

# DISCIPLINARY REPORT

LCF-C
( FACILITY)

| Case No. 1464 | Date of Alleged Violation:10-12-21 | Time: | 1800 | A.M. / P.M. |
|---|---|---|---|---|
| Date This Report Written: 10-12-21 | | Time: | 1910 | A.M. / P.M. |

Name of Inmate: Bellamy,        Ronnie        _____ No.53454        Cell No: _____
          LAST              FIRST          MI

Duty Assignment:Pre-Hearing

**Alleged Violation of Law or Rule** (*Identify by Code No., Short Title, and Class*) 44-12-301 Fighting Class I

FACTS:  On the above date and approximate time Offender Bellamy 53454 was involved in a physical alteration with Offender Moore 109232. This places Offender Bellamy 53454 in direct violation of 44-12-301 Fighting Class I Offense.

(Attach Additional Sheet(s) if necessary)

Staff Witnesses:_____  (Signature) *CSI A. H̶* 
_____                *CSI A. Hutchison*
_____                Printed Name and Title of Employee Writing

Report
_____

                  Approved by: _____*L.t. Jewell*_____
                  (Shift Supervisor, Unit Team Manager & Title)

*I declare (or verify, certify or state) under penalty of perjury that the foregoing is true and correct.*

*Executed on* 10-12-21 _____        *Signature* *CSI A. H̶*_____

I received a copy of this report on _____, _____  _____
              (Date)        (Time)            (Inmate Signature & No)

I served a copy of this report _____, _____  _____
              (Date)        (Time)          (Signature of Officer or Unit Team Manager & Title)

*Technical and clerical errors in the writing and / or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.*

EXHIBIT X                    KDOC000013



10/12/2021 20:35

EXHIBIT X                          KDOC000014



EXHIBIT X                          KDOC000015



10/12/2021  2

EXHIBIT X                KDOC000016



10/12/2021  2

EXHIBIT X                                    KDOC000017