Page 1 of 3, Attachment L1, IMPP 11-119
Effective: 12-11-2013

# DISPOSITION AND HEARING RECORD

**INMATE NAME & NO:** Fellers, Brian  **6003270**

| | |
|---|---|
| **FACILITY** LCF | |
| **CHARGING** LCF_seg | |
| **HEARING** LCF | |

**CASE NO:** 1019

**HEARING DATE** 10/27/22

**TIME:** 1319

| Violation | Class | Amended Violation | Amended Class | Plea | Finding |
|---|---|---|---|---|---|
| **301** | I | _____ | _____ | ☐G ☐N/G ☒NC | ☒G ☐N/G ☐ DISM. |
| Reason: | | | | | |
| 901 | I | _____ | _____ | ☐G ☐N/G ☒NC | ☒G ☐N/G ☐ DISM. |
| Reason: | | | | | |
| _____ | ___ | _____ | _____ | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐ DISM. |
| Reason: | | | | | |
| _____ | ___ | _____ | _____ | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐ DISM |
| Reason: | | | | | |
| _____ | ___ | _____ | _____ | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐ DISM. |
| Reason: | | | | | |

☐ **Reporting Officer Sworn In / Affirmed**      ☐ **Notarized Testimony Read into the Record**

**Staff Testimony / Cross Examination (Attach Testimony)**

☐ **Inmate Sworn in / Affirmed**

☐ **Hearing held Inabsentia**      Reason_____

**Staff Assistant Assigned:** _____

☐ **Inmate Not Sworn In/Affirmed**      Explain_____

_____

**Inmate Testimony / Cross Examination (Attach Testimony)**

seg   WED1   AM   MTW

☐ Witness(es) Sworn In/Affirmed  _____    _____

_____    _____

**Witness(es) Testimony / Cross Examination  (Attach Testimony)**

---

Closing Statement(s):  (Attach Arguments)

If applicable include inmate's testimony/ arguments on restitution

Sanction(s): 301: 13 D/s %/mp     901: 10 D/s %/mp   30 P/e %/mp

Reason for Sanctions: See Attached Waiver / Segregation time is
time already Served

Disposition of Evidence: Dispose Per KAR

---

☐   Inmate advised of right to Appeal,   Have Inmate Initial  _____

---

HEARING OFFICER SIGNATURE____CSI   KA____    DATE 10/27/22

---

**FINAL ACTION BY FACILITY WARDEN:**
☑ APPROVED
☐ REINSTATE DISMISSED CHARGES; REMAND NEW HEARING
☐ AMEND THE CHARGE
☐ DISAPPROVE/DISMISS
☐ REDUCE THE PENALTY
☐ SUSPEND ALL OR PART OF SENTENCE
☐ REMAND NEW HEARING
☐ CLARIFICATION OF RECORD

☐ REDUCE TO SUMMARY JUDGMENT
  - restriction from privileges up to 10 days
  - fine not exceed $10.00
  - *extra work w/o incentive pay for no more*
     *than 2 hrs/day no more than 5 days*
  - work w/o incentive pay not to exceed 5 days
  - restitution not less than $3.00
     or more than $20.00

Comments: _____

WARDEN/DESIGNEE SIGNATURE          DATE 10/31/22

---

I received a Copy of the Hearing Record and understand I have 15 days to Appeal this decision.

*Brian Sellers*                        11-10-22          RECEIVED
INMATE SIGNATURE                       DATE              NOV 10 2022
                                                         Lansing Correctional Facility
I served a copy of the Hearing Record                    Disciplinary

CCI                                    11/10/22
STAFF SIGNATURE                        DATE

---

Technical and clerical errors in the writing and/or processing of the Disciplinary Report shall not be grounds for dismissal, unless there is
substantial prejudice to the inmate, which is the burden of the inmate to prove. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.

EXHIBIT Y                              KDOC000002

# ACKNOWLEDGMENTS/INMATE WAIVER OF RIGHTS

**INMATE NAME/NUMBER:**   Fellers, Brian  6003270        **CASE NO. 1019**

---

## ACKNOWLEDGMENTS

☐ I received a copy of the Disciplinary Report and was advised of the charge within 48 hours after issuance of the report.

☐ I submitted request for Witness form within 48 hours after receipt of the Disciplinary report.

☐ I received at least 24 hour notice of the time of hearing.

☐ I was advised at the beginning of the hearing of the amount of restitution proposed and had opportunity to submit contrary evidence regarding value.

☐ I was advised as to the possible penalty involved with a plea or a finding of guilty.

## WAIVERS

☐ I waive time limits or other procedure(s) as stated below:                                    Inmate's Initials

Time limits Waiver or other procedure(s)_____

_____

☐ I waive reporting officer/reporting staff member testifying. Class I cases.              Inmate's Initials

Inmate Signature _____No:_____Date:_____

Hearing Officer: _CS1 K&_____  Date: _10/27/22_

---

KDOC000003

Attachment B, IMPP 11-119
Effective: 12-11-13

# DISCIPLINARY REPORT

LCF-C
(FACILITY)

| Case No. 1019 | Date of Alleged Violation: 09/29/2022 | Time: 1628 A.M. / P.M. |
| Date This Report Written: | | 09/29/2022 Time: 1732 A.M. / P.M. |

Name of Inmate: FELLERS    BRIAN    No. 6003270    Cell No: A4-115 ~~7-8B~~
LAST    FIRST    MI

Duty Assignment: LIBRARY CLERK

**Alleged Violation of Law or Rule** (*Identify by Code No., Short Title, and Class*) 44-12-301 FIGHTING CLASS I
44-12-901 DANGEROUS CONTRABAND CLASS I

FACTS: ON THE ABOVE DATE AT THE APPROXIMATE TIME, I HEARD YELLING COMING FROM THE TOP TIER OF A7, RIGHT BY CELL 235. I LOOKED UP THERE AND SAW INMATES BELLAMY #53454 AND FELLERS #6003270 FIGHTING. I CALLED THE ALARM AND RAN UP THERE. INMATE BELLAMY HAD INMATE FELLERS IN A HEAD LOCK. INMATE FELLERS WAS HOLDING A HOMEMADE WEAPON IN HIS HAND. THE WEAPON WAS HEAVY DUTY METAL WITH TAPE AROUND THE END FOR A HANDLE. INMATE FELLERS IS IN VIOLATION OF 44-12-301 FIGHTING CLASS I AND 44-12-901 DANGEROUS CONTRABAND CLASS I

(Attach Additional Sheet(s) if necessary)

Staff Witnesses:_____  (Signature) *COII Wagner*

COII WAGNER A7-OIC/MTW OFF
Printed Name and Title of Employee Writing Report

Approved by: *CS-II Lentz*
(Shift Supervisor, Unit Team Manager & Title)

I declare (or verify, certify or state) under penalty of perjury that the foregoing is true and correct.

Executed on    9/29/2022    Signature *COII Wagner*

I received a copy of this report on 10-1-22 , 0100 , *Refused to sign copy gvn*
(Date)    (Time)    (Inmate Signature & No)
I served a copy of this report 10-1-22 0100 CB CSI *Saladen*
(Date)    (Time)    (Signature of Officer or Unit Team Manager & Title)

*Technical and clerical errors in the writing and / or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.*

EXHIBIT Y                    KDOC000004

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

*Fellers*

**Last Name Only**

### KANSAS DEPARTMENT OF CORRECTIONS

*003270*

**Number**

### INMATE REQUEST TO STAFF MEMBER

To: _DRB Hunt/Brooks/Keomenicen_   Date: _10-2-22_

(Witness Request)

(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

(impart)

_Request is for BHP Howell to impart the evidence of mental psychosis suffered by resident._

Work Assignment: _Library Clerk_   Living Unit Assignment: _HC-115_

Comment: _____   Detail or C.H. Officer: _Ca) Mcz___

Disposition: _____

RECEIVED
OCT 5 2022
Lansing Correctional Facility
Disciplinary

To: _____   Date: _____
       (Name & Number)

Disposition: _____

_____
Employee's Signature

**EXHIBIT Y**

**To be returned to inmate.**

P-0009

KDOC000005

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

*Fellers*

**Last Name Only**

KANSAS DEPARTMENT OF CORRECTIONS

6000 3270

**Number**

### INMATE REQUEST TO STAFF MEMBER

To: DRB, Hunt Brooks/Koenensfe   Date: 10-2-22

(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

Witness/Discovery Request

Request is to investigate and produce evidentiary awareness of who escorted resident from the incident with resident Bellamy, initially. The officer(s) who handled resident from the incident with resident Bellamy will attent to the psychotic break the resident was endoring, and the conversation that was had, thereof.

Work Assignment: Library Clerk          Living Unit Assignment: A 4 - 115

Comment: _____          Detail or C.H. Officer: Cal McCall

Disposition: _____

_____

_____

_____

To: _____          Date: _____

(Name & Number)

RECEIVED
OCT 5 2022
Lansing Correctional Facility
Disciplinary

Disposition: _____

_____

_____

_____

_____

_____          _____          _____
   Employee's Signature          **EXHIBIT Y**          To be returned to inmate.

P-0009                                                    KDOC000006

INMATE REQUEST TO STAFF MEMBER

To: 1) DRB Hunt/Brooks, Kennostien          Date: 10-4-22
     (Name and/Title of Officer or Department)

_____
    Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by inmate**

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

6003270
**Last Name Only**

### KANSAS DEPARTMENT OF CORRECTIONS

Fellers
**Number**

### INMATE REQUEST TO STAFF MEMBER

To: DRB-Hunt/Brooks/Koennonstien  Date: 10-4-22
    (Name and Title of Officer or Department)
      State completely but briefly the problem on which you desire assistance. (Be specific.)

DR Case 1019 at the end of it's written facts appears to not meet I.M.P.P. in regards to evidence dockumenting. Resident request, Photo dockumetation of the alleged Weapon residene Was said to have Still had. Evidence dockumenting must meet all evidence dockumentation Standard regulations.

Work Assignment: Library Clerk          Living Unit Assignment: A4 "115

Comment: _____  Detail or C.H. Officer: _____

═══════════════════════════════════════════════

Disposition: _____
_____
_____
_____

To: _____          Date: _____
     (Name & Number)

Disposition: _____
_____
_____
_____

_____
Employee's Signature

P-0009

EXHIBIT Y

**To be returned to inmate.**
KDOC000007

*301: 13 D/s C/s Imp*
*901: 10 D/s  C/s Imp 30 P/r C/s Imp*

Attachment K, IMPP 11-119
Effective: 12-11-13
P-1528n

**PLEA OF:** ☐ GUILTY  ☒ NO CONTEST BY INMATE

---

**CASE #** 1019

**NAME:** Fellers

**NUMBER:** 6003270

**HEARING DATE:** 10/27/22   **HEARING OFFICER:** CSI KA

**RULE VIOLATION(S):** 301/901

---

**WAIVER:**

(To be read to inmate)
☒ YES  ☒ NO

Inmate's Initials

| | | | | |
|---|---|---|---|---|
| ☒ | ☐ | 1. | Do you understand the charges against you? | ☒ |
| ☒ | ☐ | 2. | Do you understand the penalty or penalties the Hearing Officer may set for the rule violation(s) you are pleading to? (If answer is "NO", read the penalties for each violation from rule book.) | ☒ |
| ☒ | ☐ | 3. | Do you understand that with your plea, that you may be able to appeal under limited circumstance per 44-13-703(d)(1)(2)(3)? | ☒ |
| ☒ | ☐ | 4. | Do you understand that with your plea that you are waiving your right to a full hearing before a Hearing Officer? | ☒ |
| ☒ | ☐ | 5. | You waive your right to be confronted with the evidence against you? | ☒ |
| ☒ | ☐ | 6. | You waive your right to cross-examine the witness(es) against you? | ☒ |
| ☒ | ☐ | 7. | You waive your right to remain silent and to be presumed innocent until proven guilty by preponderance of the evidence? | ☒ |
| ☐ | ☒ | 8. | Have any promises, threats or inducements been made to you in exchange for your plea? | ☒ |

---

CSI KA
Hearing Officer/Unit Manager Signature

10/27/22
Date

Brian Fellers          6003270
Inmate Signature          Number

10/27/22
Date

**EXHIBIT Y**

KDOC000008

# KANSAS DEPARTMENT OF CORRECTIONS
## DISCIPLINARY OFFICE
### INMATE DISCIPLINARY SUMMONS

TO:    Fellers, Brian        6003270            DATE: October 3, 2022
         INMATE NAME      NUMBER

HOUSING UNIT/CELL: A4115

CASE NO. 1019

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE A HEARING OFFICER AS DEFENDANT IN THE ABOVE REFERENCED CASE.

TIME:  7:30 a.m. or when called.

DATE: **WEDNESDAY**    **10/5/2022**

LOCATION:  A4  Hearing Room

**FAILURE TO REPORT WILL RESULT IN THE ISSUANCE OF A DISCIPLINARY REPORT FOR THE VIOLATION OF K.A.R. 44-12-501; A CLASS III OFFENSE.**

INMATE SIGNATURE: *Refused to sign Copy Given*

STAFF SIGNATURE: *CoI Van Nay*

SERVED: *10-03-22*         *1913*
     DATE                TIME

PLEASE RETURN ORIGINAL SUMMONS TO THE DISCIPLINARY ADMINISTRATOR'S OFFICE.  GIVE THE INMATE THE COPY FOR HIS RECORDS.

EXHIBIT Y                KDOC000009

Page 1 of 3, Attachment L1, IMPP 11-119
Effective: 07/2007

# KANSAS DEPARTMENT OF CORRECTIONS
## DISCIPLINARY OFFICE
### INMATE DISCIPLINARY SUMMONS

TO:    Fellers, Brian        6003270               DATE: October 12, 2022
        INMATE NAME       NUMBER

HOUSING UNIT/CELL: A4115

CASE NO. 1019

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE A HEARING OFFICER AS DEFENDANT IN THE ABOVE REFERENCED CASE.

TIME:  7:30 a.m. or when called.

DATE: **FRIDAY**    **10/14/2022**

LOCATION:  A4  Hearing Room

**FAILURE TO REPORT WILL RESULT IN THE ISSUANCE OF A DISCIPLINARY REPORT FOR THE VIOLATION OF K.A.R. 44-12-501; A CLASS III OFFENSE.**

INMATE SIGNATURE: _Refused to sign - copy given_

STAFF SIGNATURE: _LSI Caladeno_

SERVED: _10-13-22_       _2000_
       DATE                  TIME

PLEASE RETURN ORIGINAL SUMMONS TO THE DISCIPLINARY ADMINISTRATOR'S OFFICE.  GIVE THE INMATE THE COPY FOR HIS RECORDS.

EXHIBIT Y            KDOC000010

## KANSAS DEPARTMENT OF CORRECTIONS
### DISCIPLINARY OFFICE
### INMATE DISCIPLINARY SUMMONS

TO:   Fellers, Brian          6003270          DATE: October 18, 2022
      INMATE NAME             NUMBER

HOUSING UNIT/CELL: A4115

CASE NO. 1019

---

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE A HEARING OFFICER AS DEFENDANT IN THE ABOVE REFERENCED CASE.

TIME:  7:30 a.m. or when called.

DATE: **THURSDAY     10/20/2022**

LOCATION:  A4  Hearing Room

**FAILURE TO REPORT WILL RESULT IN THE ISSUANCE OF A DISCIPLINARY REPORT FOR THE VIOLATION OF K.A.R. 44-12-501; A CLASS III OFFENSE.**

---

INMATE SIGNATURE: Refused to sign copy given

STAFF SIGNATURE: CST

SERVED: 19OCT2022                    0118
        DATE                         TIME

---

PLEASE RETURN ORIGINAL SUMMONS TO THE DISCIPLINARY ADMINISTRATOR'S OFFICE.  GIVE THE INMATE THE COPY FOR HIS RECORDS.

EXHIBIT Y                           KDOC000011

Page 1 of 3, Attachment L1, IMPP 11-119
Effective: 07/2007

# KANSAS DEPARTMENT OF CORRECTIONS
## DISCIPLINARY OFFICE
### INMATE DISCIPLINARY SUMMONS

TO:  Fellers, Brian      6003270      DATE: October 25, 2022
     INMATE NAME      NUMBER

HOUSING UNIT/CELL: A7102

CASE NO. 1019

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE A HEARING OFFICER AS DEFENDANT IN THE ABOVE REFERENCED CASE.

TIME:  7:30 a.m. or when called.

DATE: **THURSDAY**      **10/27/2022**

LOCATION:  A7  Hearing Room

**FAILURE TO REPORT WILL RESULT IN THE ISSUANCE OF A DISCIPLINARY REPORT FOR THE VIOLATION OF K.A.R. 44-12-501; A CLASS III OFFENSE.**

INMATE SIGNATURE: X _Brf Fellers_

STAFF SIGNATURE: _Coll Hull_

SERVED: _10.25, 2022_      _1952_
     DATE                TIME

PLEASE RETURN ORIGINAL SUMMONS TO THE DISCIPLINARY ADMINISTRATOR'S OFFICE.  GIVE THE INMATE THE COPY FOR HIS RECORDS.

EXHIBIT Y              KDOC000012

Attachment M, IMPP 11-119
Effective: 12-11-13
P-1528a

## CONTINUANCE/RECESS LOG

Inmate
Name/Number: __Fellers, B #6003270__          Case No: __1019__

Facility: __LCFC__

| Inmate Request | Staff Request | Warden Extension | Date | 30 Day Review | Reason | Initial |
|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | 10/5/22 | ☐ | PN/G R/O off MTW | CH |
| ☐ | ☒ | ☐ | 10/14/22 | ☐ | H/o u/A | RK |
| ☐ | ☒ | ☐ | 10/20/22 | ☐ | Time | RK |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| **RECESS** | | | | | | |
| **RECESS** | | | | | | |