## USE-OF-FORCE PACKET CHECKLIST

Barring exigent circumstances, all documents listed below must be included in a Use-of-Force packet

UOF Log Number                                                    _O1-22-311_ _____Required

Offender Name(s) & Number(s): _Carrillo  110683   Bellamy  53454_ _____

---

Use-of-Force Report (IMPP 12-111A; Effective Date 02-21-2018)                    ✓_____Required

Copy of any Related Incident Reports (IMPP 01-113D; Effective 12-18-2017)    _____Included    ✓____N/A

Video Log Sheet for all planned uses of force                              _N/A_____Required

Photographs - Picture Log Sheet & SD Card Containing Photographs          ✓_____Required

Email notification made to staff regarding follow-up photographs?          ✓_____Required

Narratives from all employees involved in the application of force; include medical assessment
and a narrative from the negotiator and video operator if the force was planned    _3___# of Narratives

(Segregation Report) Checklist of Self Harm, (Segregation Clearance)       ✓_____Included    _____N/A

Behavioral Health Crisis Level Restrictions                                _____Included    ✓____N/A

Copy of Disciplinary Report(s) (Originals to Disciplinary Office)          ✓_____Included    _____N/A

Copy of Worker's Compensation Form (Original to HR)                        _____Included    ✓____N/A
    Photographs of Injured Staff Member Filing WC Form                     _____Required

Protective Custody Waiver(s)                                               _____Included    ✓____N/A

Additional Documents                                                       _____Included    ✓____N/A

Supervisor Completing Checklist _Lt. Jeffrey Baxter_ _____   Date _5/18/2022_ _____

Date the completed packet was placed in EAI Distribution Box in Captain's Office    _5/18/22_____Required

EXHIBIT Z                                           KDOC000001

STAFF READ ONLY

Page 1 of 2, Attachment A, IMPP 12-111A
Effective 04-09-21

## KANSAS DEPARTMENT OF CORRECTIONS
## USE OF FORCE REPORT

FACILITY/PAROLE REGION: LCF          LOCATION/UNIT: ACH          FILE #:_1-22-311_____

LOCATION OF INCIDENT: ACH Hallway entrance_____

| NAME & NUMBER OF RESIDENTS/OFFENDERS INVOLVED<br>Carrillo, Jose #110683<br>Bellamy, Ronnie # 53454 | DATE OF INCIDENT<br>5/18/2022 | TIME OF INCIDENT<br>0610 |
|---|---|---|
| | DATE OF REPORT<br>5/18/2022 | TIME OF REPORT<br>0925 |

| NAME & POSITION TITLE OF STAFF INVOLVED*<br>COI Christian Sonier K0000233036<br>COI Benjamin Murphy K0000247199 | WEAPONS/MUNITIONS USED:<br>___ Firearms<br>___ Chemical Agents<br>___ K-9 Elements<br>___ Electronic Control Devices<br>___ Striking Instruments<br>___ High Pressure Water<br>___ Conducted Energy (Electrical) Weapon<br>___ Impact Munitions<br>_X_ Other (Describe) _Physical_____ |
|---|---|
| * All staff involved in or witnessing a use of force application must submit a narrative report. | |

| LEVEL OF FORCE USED<br><br>  Less Lethal Force  _X_<br><br>  Deadly Force    ___ | _X_ REACTIVE FORCE     ___ PLANNED FORCE*<br><br>*Print name and title of person giving authorization:<br><br>__N/A_____  N/A_____<br>Name          Title |
|---|---|

DOCUMENTATION:

Video Recording Made or Available? Yes ___ No _X_   CCV Available? Yes ___ No _X_  Number of Recordings ___
Printed Name and Title of person making/retrieving video recording(s):
Name   __N/A_____           Title _N/A_____
Video recordings turned over to: Name _____   Title_____
Still Photographs Made? Yes _X_ No ___   Total # of Photographs: _6_  Of Crime Scene: _0_  Of Injuries: _6_
Printed Name & Title of person taking photographs:
Name _CSI Adam Hoover ___           Title _CSI_____
Printed Name & Title of person waiving the need for taking photographs:
Name __N/A_____           Title _N/A_____
Photographs turned over to:
Name _EAI_____          Title _Special Agent_____

OTHER REPORTS PREPARED (Indicate number or type and attach a copy and attach a copy where appropriate.)

Number of Narrative Reports: *3*

Segregation Reports   Yes X   No ___          Incident Reports of Staff Injuries Yes ___  No X

EXHIBIT Z                                    KDOC000002

STAFF READ ONLY

Disciplinary Reports     Yes _X_ No ___

REASON FOR USE OF FORCE
To stop a physical altercation between Offender Carrillo 110683 and Offender Bellamy 53454.

DESCRIPTION OF THE APPLICATION OF FORCE
Responded to physical altercation between Offender Carrillo and Offender Bellamy.  Utilized voice commands instructing offenders to stop fighting.  Took offender Carrillo to the ground and placed him in restraints.

IDENTIFY INJURIES / TREATMENT & TIME OF TREATMENT / NAME & TITLE OF HEALTHCARE STAFF*
Patient had 2 small laceration to L elbow, small laceration to top of L hand, abrasion to L side of back of neck, abrasion to top of forehead, small laceration to back of R ear. Offender reported no other injuries, Nurse noted no other injuries at approx. 0621 hrs.
Seg cleared By Doctor Williams

*Medical reports of any injuries to staff or offenders/residents are to be made a part of the Use of Force file.

LIST ALL WITNESSES (specify staff or offender/resident)*
COI Murphy K0000247199

* All staff involved in or witnessing a use of force application are to submit a narrative report.

OTHER EVIDENCE (if yes, describe and specify where it is secured) Rock inside of a sock recovered in ACH Hallway just inside of the entrance.

ADDITIONAL COMMENTS:

Shift Supervisor/Assistant Shift Supervisor comments:

EXHIBIT Z                                         KDOC000003

**STAFF READ ONLY**

Officer/Staff Member Filing Report:

Christian Sonier

Printed Full Name

K 0000233036

Employee No.

Signature

5-18-22

Date

Name of Shift Supervisor:

Jeffrey Todd Baxter

Printed Full Name

K0000198915

Employee No.

Signature

5/18/2022

Date

EXHIBIT Z

KDOC000004

# *PICTURE LOG SHEET*

DATE: 5/19/22 TIME: 0620 NAME: Bellowy NUMBER 53454

Use of force/Incident Report # 01-22-311

**The first picture needs to be of the inmates face or I.D.**

**Number of Pictures**      **Brief Description of Photo**

1 OF 6    Face

2 OF 6    Left arm just above Elbow

3 OF 6    top of head

4 OF 6    Back of neck

5 OF 6    Front of left Shoulder

6 OF 6    Left Wrist

___ OF ___    _____

___ OF ___    _____

___ OF ___    _____

___ OF ___    _____

___ OF ___    _____

___ OF ___    _____

___ OF ___    _____

**Identify the reason for photographs: Use of Force/Self-Harm/Tattoo/OTHER**

B Inmate Was Battered / Use of force

NOTES: Inmate was Battered

SIGNATURE OF OFFICER TAKING PICTURES: CSI K20536>

Use of Force 1-22-311

**Jeffrey Baxter [KDOC] <Jeffrey.Baxter@ks.gov>**
Wed 5/18/2022 7:35

To: KDOC_LCF_Leadership_Team <KDOC_LCF_Leadership_Team@ks.gov>;KDOC_LCF_Captains <KDOC_LCF_Captains@ks.gov>;KDOC_LCF_Lieutenants <KDOC_LCF_Lieutenants@ks.gov>;KDOC_LCF_EAI <KDOC_LCF_EAI@ks.gov>

Use of force pictures required on offender Bellamy 53454:

Initial use of force pictures taken:

5/18/2022 0620 hrs.

Follow up pictures:

5/18/2022: 1820 hrs.

5/19/2022: 0620 hrs. and 1820 hrs.

5/20/2022: 0620 hrs.

Offender Bellamy 53454 was battered in ACH hallway by Offender Carrillo 110683 with a heavy object wrapped in a sock.  An alarm was called and offender Carrillo was taken to the ground and restrained by COI Sonier.  Both offenders were taken to the clinic.  Offender Bellamy 53454 was admitted to infirmary room DC 06 Pending Investigation and offender Carrillo 110683 was placed in A1 212 Pre-Hearing detention.


*Jeffrey Baxter | LCF - Corrections Supervisor  II*
**Kansas Department of Corrections**
*301 E Kansas Ave, PO Box 2 | Lansing, KS 66043-0002*
*Office: (913) 727-3235 |  Jeffrey.Baxter@ks.gov*



CO1 Murphy narrative

## Benjamin Murphy [KDOC] <Benjamin.Murphy@ks.gov>

Wed 5/18/2022 6:32

To: Arthur Perez [KDOC] <Arthur.Perez@ks.gov>;Jeffrey Baxter [KDOC] <Jeffrey.Baxter@ks.gov>

On 5-18-2022 approx. 0610 I CO1 Murphy saw inmate Carrillo #110683 hit inmate Bellamy #53454 with an unknown object in a sock in the back of inmate's head. Once inmate Bellamy #53454 fell to the ground inmate Carrillo #110683 continues hitting inmate Bellamy #53454 on the ground sever times. That is when CO1 Sonier brought down the inmate Carrillo to the ground. I CO1 Murphy ran to A3 to call the alarm because I was leaving and did not have a radio.

EXHIBIT Z                                              KDOC000007

Attachment B, IMPP 20-105
Effective 04-09-2021

## Kansas Department of Corrections
## Administrative Restricted Housing Report

TO: <u>Secretary of Corrections</u>          Report Number:   **01-22-2297**
FROM: <u>Lansing Correctional Facility</u>

Date This Report Filed          <u>May 18, 2022</u>     Time of Report:     <u>0625 hrs.</u>
Date of Restrictive housing placement   <u>May 18, 2022</u>     Time of Placement:  <u>0625 hrs.</u>

Resident Name: <u>Carrillo #110683</u>

Reason(S) For Restrictive housing (Including Rule No. and Title)   <u>IMPP 20-104A, III C-Pre-Hearing</u>

Moved from Cell # <u>A8-236</u> to Restrictive housing Cell #: <u>AI- 212</u>

☒     Pre-Restrictive housing hearing conducted (**Capt. Office**)

☐     Pre-Restrictive housing hearing NOT conducted (**Explain**)

Facts: <u>I/M Carrillo #110683 is being placed in restrictive housing pre-hearing for battery on I/M Bellamy 53454</u>
<u>in A building hallway. Inmate not present to pack property, was seen by the clinic.</u>

☐NO   This placement is an Involuntary Protective Custody due to PREA Concerns (Respond to next two sections)

What is the basis for the facility's concern for the offender's safety?

What is the reason no alternative means of separation can be arranged?

                                              Approved By:

   *Capt. A Perez*      Date **5/18/2022**      *Capt. A Perez*        Date **5/18/2022**
Signature and Title of Reporting Officer         Shift Supervisor or Seg Unit Mgr.

                                              _____ Date _/_/___
                                              Warden Authorization (If Needed)
*********************************************************************************************************************
OFFENDER ACKNOWLEDGMENT:
I received a copy of this report on:   Date **5/18/2022**      Time: *0630 hrs.*

   Unable to sign #110683              *Capt. A. Perez*
Offender Signature and Number              Staff Witness and Title

Record this Document in Imaging
Original to Master File
Copy to: Warden

Attachment B, IMPP 20-105
Effective 04-09-2021

# Kansas Department of Corrections
## Administrative Restricted Housing Report

TO: Secretary of Corrections                    Report Number:   **01-22-2298**
FROM: Lansing Correctional Facility

Date This Report Filed              **May 18, 2022**        Time of Report:    **0625 hrs.**
Date of Restrictive housing placement  **May 18, 2022**     Time of Placement:  **0625 hrs.**

Resident Name: **Bellamy #53454**

Reason(S) For Restrictive housing (Including Rule No. and Title)   **IMPP 20-104A, III A-Pending Investigation**

Moved from Cell # **A7-219** to Restrictive housing Cell #: **DC-06**

☒        Pre-Restrictive housing hearing conducted (***Capt. Office***)

☐        Pre-Restrictive housing hearing NOT conducted (***Explain***)

Facts: **I/M Bellamy #53454 is being placed in restrictive housing pending an investigation into his housing needs after being battered in A building hallway. Inmate not present to pack property, was seen by the clinic.**

☐NO   This placement is an Involuntary Protective Custody due to PREA Concerns (Respond to next two sections)

What is the basis for the facility's concern for the offender's safety?

What is the reason no alternative means of separation can be arranged?

_____                  Approved By:

___*Capt. A Perez*_____ Date **5/18/2022**          ___*Capt. A Perez*_____ Date **5/18/2022**
Signature and Title of Reporting Officer           Shift Supervisor or Seg Unit Mgr.

                                                   _____ Date__/__/____
                                                   Warden Authorization (If Needed)
*************************************************************************************

OFFENDER ACKNOWLEDGMENT:
I received a copy of this report on:  Date **5/18/2022**      Time*: 0630 hrs.*

___Unable to sign #53454_____          ___*Capt. A Perez*_____
Offender Signature and Number                 Staff Witness and Title

Record this Document in Imaging
Original to Master File
Copy to: Warden

EXHIBIT Z                                      KDOC000009

Carrillo 110683

Hernandez, Jennifer <jhernandez1@TeamCenturion.com>
Wed 5/18/2022 7:16
To: Jeffrey Baxter [KDOC] <Jeffrey.Baxter@ks.gov>

*EXTERNAL*: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Post use of force

Offender reported no injuries, this nurse noted no injuries
cleared for Seg by Williams

*Jennifer Hernandez*, LPN
**KDOC #40000006830**

CONFIDENTIALITY NOTICE: This communication contains information intended for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by return mail and then permanently delete the communication from your system. Thank you.

Fw: Bellamy 53454

Hernandez, Jennifer <jhernandez1@TeamCenturion.com>
Wed 5/18/2022 7:28
To: Jeffrey Baxter [KDOC] <Jeffrey.Baxter@ks.gov>
*EXTERNAL*: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

*Jennifer Hernandez*, LPN
**KDOC #40000006830**

---

**From:** Hernandez, Jennifer
**Sent:** Wednesday, May 18, 2022 6:20 AM
**To:** jeffrey.Baxter@ks.go
**Subject:** Bellamy 53454

Post use of Force

Pt had 2 small laceration to L elbow, small laceration to top of L hand, abrasion to L side of back of neck, abrasion to top of forehead, small laceration to back of R ear. Offender reported no other injuries, Nurse noted no other injuries
Seg cleared By Williams

*Jennifer Hernandez*, LPN
**KDOC #40000006830**
CONFIDENTIALITY NOTICE: This communication contains information intended for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by return mail and then permanently delete the communication from your system. Thank you.

EXHIBIT Z                                      KDOC000011

Attachment G, IMPP 11-119
Effective: 10-15-07

## DISCIPLINARY REPORT

Lansing Correctional Facility
  ( FACILITY)

| Case No. 4039 | Date of Alleged Violation:05-18-2022 | Time: 0610   A.M. / P.M. |
|---|---|---|
| Date This Report Written: | 05-18-2022 | Time: 0633   A.M. / P.M. |

Name of Inmate: Carrillo          Jose          J   No.110683     Cell No: A8-236  A1 212
          LAST                FIRST          MI

Duty Assignment:Integrative Work Program

**Alleged Violation of Law or Rule** (*Identify by Code No., Short Title, and Class)* 44-12-324., Battery, and Class 1
Offense

FACTS: On the date above and approx. time, I, CO1 Murphy saw inmate Carrillo #110683 hitting inmate Bellamy #53454 in the back on his head with a hard object wrapped in a sock in A building hallway. After the first hit to the head inmate Bellamy fell to the ground and inmate Carrillo continued hitting Bellamy several more times. This is a violation of 44-12-32., Battery, Class 1 Offense.       End of Report.

(Attach Additional Sheet(s) if necessary)
Staff Witnesses:_____   (Signature) *CO1 Murphy (WTK)*

_____          _____
Report                                              Printed Name and Title of Employee Writing

_____
                                    Approved by: *Lt. Foster*
                                    (Shift Supervisor, Unit Team Manager & Title)

*I declare (or verify, certify or state) under penalty of perjury that the foregoing is true and correct.*

Executed on *5-18-22*_____          Signature *CO1 Murphy (WTK)*

I received a copy of this report on _____, _____ _____
          (Date)       (Time)          (Inmate Signature & No)
I served a copy of this report   _____, _____ _____
          (Date)       (Time)          (Signature of Officer or Unit Team Manager & Title)

*Technical and clerical errors in the writing and / or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.*

EXHIBIT Z                                    KDOC000012





EXHIBIT Z                                    KDOC000014



EXHIBIT Z                                    KDOC000015



EXHIBIT Z                                                    KDOC000016





EXHIBIT Z                          KDOC000018