Natasha M. Carter, KS No. 26074
Chief Legal Counsel
Kansas Department of Corrections
714 SW Jackson St, Suite 300
Topeka, KS 66603
Tel: (785) 506-7615
Email: natasha.carter@ks.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **RONNIE ALLEN BELLAMY, JR. #53454** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 23-CV-3051-JWL** |
| **v.** | ) | |
| | ) | |
| **STATE OF KANSAS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

### MOTION TO FILE UNDER SEAL AND CONVENTIONALLY
### EXHIBIT V UNDER SEAL OF THE INVESTIGATIVE REPORT PREPARED
### PURSUANT TO "*MARTINEZ V. AARON*"

Comes now, Natasha M. Carter, directed to prepare a *Martinez* Report in the above captioned matter and respectfully moves the Court pursuant to local rule 5.4.2 for permission to file certain exhibits under seal and conventionally to be considered as a part of the *Martinez* Report in the above captioned matter.

In Support of this Motion, Counsel would state as follows:

1.    Pursuant to Local Rule 5.4.2 counsel must file a motion for leave to file documents under seal and conventionally in the Electronic Filing System.

2.      The documents sought to be filed under seal and conventionally is Exhibit V.

3.      The contents of Exhibit V are Medical Records and Behavioral Health Records of Ronnie Bellamy Jr. (October 12, 2021 through December 30, 2022).

4.      Additionally, the size of the exhibit, which consists of approximately 587 pages is many times too large to file electronically.

5.      For security reasons, plaintiff will not be provided a copy of his medical records but will be allowed to review the file at reasonable times, upon reasonable notice.

The Court is respectfully requested to allow Legal Counsel to file Exhibit V to the *Martinez* Report under seal and in a conventional form rather than electronically.

/s/ Natasha M. Carter
Natasha M. Carter, KS No. 26074
Chief Legal Counsel
Kansas Department of Corrections
714 SW Jackson St, Suite 300
Topeka, KS 66603
Tel: (785) 506-7615
Email: Natasha.Carter@ks.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

RONNIE ALLEN BELLAMY, JR. #53454
Lansing Correctional Facility
P.O. Box 2
Lansing, KS 66043
Plaintiff *Pro Se*

/s/ Natasha M. Carter
Natasha M. Carter