IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**RONNIE ALLEN BELLAMY, JR.,**

    **Plaintiff,**

    v.                                                         **CASE NO. 23-3051-JWL**

**STATE OF KANSAS, et al.,**

    **Defendants.**

### ORDER

Plaintiff brings this pro se civil rights action under 42 U.S.C. § 1983. Plaintiff is incarcerated at the Lansing Correctional Facility in Lansing, Kansas ("LCF"). On May 3, 2023, the Court entered a Memorandum and Order (Doc. 27) dismissing claims and defendants and finding that the proper processing of Plaintiff's Eighth Amendment claims cannot be achieved without additional information from appropriate officials of LCF. *See Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1978); *see also Hall v. Bellmon*, 935 F.2d 1106 (10th Cir. 1991). The *Martinez* Report has been filed. (Doc. 35.) This matter is before the Court on the Motion to File Under Seal and Conventionally (Doc. 37).

The motion seeks to file Exhibit V to the *Martinez* Report under seal and conventionally. Exhibit V consists of Plaintiff's Medical Records and Behavioral Health Records. The motion provides that the size of the exhibit may be too large to file electronically. For security reasons, Plaintiff will not be provided with a copy of his medical records but he will be allowed to review the file at reasonable times, upon reasonable notice.

The motion is granted in part. The motion to file Exhibit V to the *Martinez* Report under seal is granted. The request to file the exhibit conventionally is denied as moot. Exhibit V was

filed provisionally under seal in electronic format. Therefore, the request to file it conventionally is denied as moot.

**IT IS THEREFORE ORDERED BY THE COURT** that the Motion to File Under Seal and Conventionally (Doc. 37) is **granted in part**. The request to file the exhibit under seal is granted, and the request to file it conventionally is denied as moot.

**IT IS FURTHER ORDERED THAT** Exhibit V to the *Martinez* Report shall be filed under seal.

**IT IS SO ORDERED.**

Dated September 12, 2023, in Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
UNITED STATES DISTRICT JUDGE
