This is an affidavit for Ronnie Bellamy #53454 due to the events that happened on or about and between 9-26-2023 and 9-29-2023, the day of the attack on Bellamy #53454, by my cellie Brian Fellers # 6003270. Before lunch on the day of the theft, Bellamy #53454, RB pulled my door open as i was laying on top bunk, and asked me if he could have a few bags, i gave him some and he said Thank you, do you want your door shut. I said yes and went back to sleep as he shut it, nothing had been taken or touched in anyway. But the video that officer Mr. Englis, showed me, John Helms # , and my cellie Brian Fellers # 6003270, it made it look like he OIC Mr. Englis, had nothing to do with it, but he is actually the one who opened the door to begin with, violating policy - IMPP's - Rules - safety regulations, Code of Ethics Contracts all officers sign - Published orders, Protocol. And in violation of Emergency Standards. And putting peoples lives in Jeopardy. violating all standards of decency and the Constitutional Protections afforded all men. Due to what Mr. Englis the KDOC officer of security, said to me and Fellers, my cellie, and the video he showed us, my cellie decided to attack Mr. Bellamy #53454 because Mr. Mark Riddle # was already in P.C. and Mr. Hernandez was an affiliated member. And OIC Mr. Larry Wagner, agreed to open Bellamys door. Bellamy never yelled out his cell number he was in his room door covered and Wagner knew it.     s/ John Holm
notary:

page 1 of 2

This is an affidavit for Ronnie Bellamy #53454 due to the events that occurred between 9-__-2022 and 9-29-2022, in which i attempted to gain entry into A-7-239, the last room at the very back of the cellhouse where Resident Bellamy #53454, lived. Bellamy had his curtain up covering the door so you could not see in, i had my knife in hand waiting for the officer CIC Wagner to open door for me hearing what was going on people watching and sending messages for him to come out and see them while everyone was waiting in anticipation. I Brian Fellers #0003270 was attacking Mr. Bellamy #53454, because a day or so prior when Officer Mr. Englis, was working on the 6am to 6pm shift, someone broke into our room me, Brian Fellers #C0003270, and my roommate John Helms #_____, we thought but it turned out after CIC Mr. Englis, showed us some video footage that Resident Mr. Riddle, is the one who went into our room with a book in hand to steal and CIC Mr. Englis, is the one who opened the door for Resident Mr. Riddle #_____, the combination lock on our locker belonged to Riddle, and he had the combination to the lock. Earlier that morning which i did not know at the time Mr. Bellamy #53454, had gotten a couple of small trash bags, that are hard to get from my roommate, John Helms, while the door was open and John was laying down and Mr. Bellamy #53454, closed the door so no one could come in while John was laying down and i was at work in the law library and

page 2 of 2

word came to me what happened. And when officer Englis got positioned he showed us, the video, me Brian Fellers #60032?0, and John Helas III _____. The officer never contacted EAF. The only ones contacted were SORT, Special Operations Response Team, and 2-members came to escort Mr. Riddle to P.C. and 2-members came to strip search and search the cell-room of Ronnie Bellamy at 53454, and left with nothing found on him or in his room, and he never left the immediate area where he lives as the video showed. The only reason i did what i did was because on video, Mr. Riddle was seen going first to Mr. Hernandez' cell and then coming out with a store-canteen bag and going to Mr. Bellamys room, where he was told to leave and left his canvas bag in an obvious attempt to set Bellamy up for some reason. This all came about due to the actions of both KDOC Employees helping and asissting Mr. Englis, in opening the room for Mr Riddle, to steal knowing he did not live there, and showing us the recorded video footage but not explaining anything. Sworn to under the penalty of perjury.        (s) Brian Fellers

Mr. Brian Fellers 600327C
LCF P.O. Box 2
Lansing, KS 66043

notary public: _____

my commission expires