IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**RONNIE ALLEN BELLAMY, JR.,**

    **Plaintiff,**

    v.                        CASE NO. 23-3051-JWL

**STATE OF KANSAS, et al.,**

    **Defendants.**

## ORDER

Plaintiff brings this pro se civil rights action under 42 U.S.C. § 1983. Plaintiff is incarcerated at the Lansing Correctional Facility in Lansing, Kansas. The Court screened Plaintiff's remaining Eighth Amendment claims after the *Martinez* Report (Doc. 35) (the "Report") was filed, and entered a Memorandum and Order to Show Cause (Doc. 39) ("MOSC") granting Plaintiff until October 26, 2023, in which to respond to the Report and to show good cause why his remaining claims should not be dismissed for failure to state a claim. On October 20, 2023, the Court entered a Memorandum and Order (Doc. 45) ("M&O") denying without prejudice Plaintiff's motion to appoint counsel and motion to produce, denying Plaintiff's motion to seal, and granting Plaintiff until November 13, 2023, in which to respond to the Court's MOSC at Doc. 39. This matter is before the Court on Plaintiff's Motion to Correct or for Reconsideration on All of Doc. No. 45 (Doc. 46).

Although Plaintiff's motion is titled as a motion to correct or for reconsideration of the M&O at Doc. 45, he mainly argues about the merits of his case and claims that video footage from the facility would support his claims. The Court will direct the KDOC to supplement the Report with any available video footage or to indicate why any such footage is unavailable.

The remainder of Plaintiff's motion argues about the merits of his case. The Court will

consider the arguments in the motion as a response to the MOSC. Plaintiff may submit any additional response by November 20, 2023. If the KDOC supplements the Report with video footage, the Court will grant Plaintiff additional time to supplement his response after viewing any such video footage.

Plaintiff attaches a copy of the Court's M&O at Doc. 45. Although he has underlined various portions of the M&O, he sets forth no argument as to why any part of the M&O should be reconsidered. Plaintiff's motion is denied.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's Motion to Correct or for Reconsideration on All of Doc. No. 45 (Doc. 46) is **denied.**

**IT IS FURTHER ORDERED** that Plaintiff's motion at Doc. 46 will be considered as a response to the Court's MOSC at Doc. 39. Plaintiff may submit any additional response by **November 20, 2023**.

**IT IS FURTHER ORDERED** that counsel for the KDOC is directed to supplement the Report with any available video footage of the incidents or to explain why any such footage is unavailable. The KDOC shall supplement or respond by **November 20, 2023.**

**IT IS SO ORDERED.**

Dated November 13, 2023, in Kansas City, Kansas.

<u>S/ John W. Lungstrum</u>
JOHN W. LUNGSTRUM
UNITED STATES DISTRICT JUDGE