TO: United States District Court
444 S.E. Quincy 490 US Courthouse
Topeka, Kansas 66683

From: Ronnie Allen Bellamy Jr. #53454
EDCF-C 1737 S.E. HWY 54
P.O. Box 311
El Dorado, Ks 67042

RE: Activity in case No. 23-CV-03051-JWL
Ronnie Allen Bellamy Jr. #53454
  v.
State of Kansas et. al.,
Larry E. Wagner et. al.,
James Englis et. al.,

This is to let the Court know that plaintiff's address has changed due to being transferred from L.C.F.-Lansing back to EDCF-Mental Health Unit, and Due to Lockdown @ LCF plaintiff was unable to process Motion for Reconsideration and Motion to Appeal and had to rely on NTS Mr. Meredith, and since plaintiff has not received Notice of Electronic Filing as is the Courts Mandate, I am unsure if it was in fact E-Filed. Please instruct me on what to do.

/s/ Rex Bellamy
Ronnie Allen Bellamy Jr.