IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**RONNIE ALLEN BELLAMY, JR.,**

    **Plaintiff,**

    v.                                       CASE NO. 23-3051-JWL

**STATE OF KANSAS, et al.,**

    **Defendants.**

## ORDER

Plaintiff brings this pro se civil rights action under 42 U.S.C. § 1983. Plaintiff is incarcerated at the El Dorado Correctional Facility in El Dorado, Kansas. On May 3, 2023, the Court entered a Memorandum and Order (Doc. 27) ("M&O) dismissing Plaintiff's claims against the State of Kansas, the Kansas Department of Corrections ("KDOC"), and Jeff Zmuda, and dismissing Plaintiff's claims regarding his state court sentence and conviction. On November 30, 2023, the Court entered a Memorandum and Order (Doc. 51) dismissing this case for failure to state a claim. On December 13, 2023, Plaintiff filed a motion for reconsideration and a notice of appeal. (Docs. 53, 54.) The Court denied the motion for reconsideration. (Doc. 57.)

The Tenth Circuit Court of Appeals affirmed the dismissal with regard to all claims except Plaintiff's Eighth Amendment failure-to-protect claim against Officers Englis and Wagner regarding the September 29 attack. (Doc. 66.) This case was remanded for further proceedings on that claim only. *Id*.

The Court finds that Plaintiff's Eighth Amendment failure-to-protect claim against Officers Englis and Wagner regarding the September 29 attack survives screening. Defendants James Englis and Larry E. Wagner shall have until September 30, 2024, in which to answer or otherwise respond to the remaining claim in the Second Amended Complaint.

1

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's Eighth Amendment failure-to-protect claim against Officers Englis and Wagner regarding the September 29 attack survives screening.

**IT IS FURTHER ORDERED** that Defendants James Englis and Larry E. Wagner shall have until **September 30, 2024**, in which to answer or otherwise respond to the remaining claim in the Second Amended Complaint.

**IT IS SO ORDERED**.

Dated September 3, 2024, in Kansas City, Kansas.

>   **S/ John W. Lungstrum**
>   **JOHN W. LUNGSTRUM**
>   **UNITED STATES DISTRICT JUDGE**