IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **RONNIE ALLEN BELLAMY JR.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**STATE OF KANSAS,** *et al.,* )<br>)<br>**Defendants.** )<br>) | Case No. 23-3051-HLT-BGS |

## CLERK'S FOURTEEN-DAY EXTENSION

Pursuant to Local Rule 77.2, James Englis and Larry E. Wagner ("Defendants"), should be and hereby are granted fourteen (14) additional days in which to answer or otherwise plead to the Complaint filed herein. This is the first request for an extension by these Defendants. Defendants' answer or other responsive pleading is originally due September 30, 2024. The time to answer has not expired. Defendant's answer or other responsive pleading is now due on or before October 14, 2024.

Dated this _25th_ day of September, 2024.

Clerk of the United States District Court
for the District of Kansas

By: s/ J. Lolley
　　Deputy Clerk

1

PREPARED BY:

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September, 2024, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to:

Ronnie Allen Bellamy Jr. # 53454
El Dorado Correctional Facility-Central
PO Box 311
El Dorado, KS 67042
*Plaintiff, pro se*

                                                */s/ Matthew L. Shoger*
                                                Matthew L. Shoger
                                                Assistant Attorney General