**Exhibit A**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **RONNIE ALLEN BELLAMY JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 23-3051-HLT-BGS** |
| | ) | |
| **STATE OF KANSAS,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## DECLARATION OF DARCIE HOLTHAUS

I, Darcie Holthaus, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment.

1. I am currently a Corrections Manager II at the Kansas Department of Corrections (KDOC).

2. I have worked for KDOC for four (4) years, three (3) in current position.

3. As part of my job duties, I have access to records of inmate grievances, personal-injury claims, and property claims.

### Grievance

4. In December 2022, inmate Ronnie Allen Bellamy, Jr. (#53454) appealed an unnumbered grievance to the Secretary of Corrections.

5. Fair and accurate copies of that grievance appeal and the Secretary of Corrections' designee's response to it are attached as Exhibit A-1.

6.  The first page of Exhibit A-1 is the Secretary's designee's response to the grievance appeal.

7.  Starting with the second page of Exhibit A-1, the pages were scanned in as they were received from inmate Bellamy on appeal and are in the same order as they were received from inmate Bellamy.

8.  I searched KDOC's records and did not find any other grievance appeals to the Secretary of Corrections by inmate Bellamy related to the altercation on September 29, 2022, between him and inmate Brian Fellers (#6003270).

**Property Claim**

9.  In November or December 2022, inmate Bellamy appealed property claim #AA115653 to the Secretary of Corrections.

10. Fair and accurate copies of that claim and the Secretary of Corrections' designee's response to them are attached as Exhibit A-2.

11. The first two pages of Exhibit A-2 show the property claim form, the warden's response, and the Secretary's designee's response to the appeal.

12. When the warden disapproves a claim, it is up to the inmate whether to appeal to the Secretary. If the inmate decides to appeal, the facility sends on the claim, along with any attachments the inmate had included with the property claim form, to the Secretary.

13. In this case, Bellamy chose to appeal property claim #AA115653 to the Secretary, so the facility sent on the claim, along with the attachments Bellamy had included with the property claim form, to the Secretary.

14. Starting with the third page of Exhibit A-2, the attachments Bellamy had included with the property claim form were scanned in as they were received on appeal.

15. I searched KDOC's records and did not find any other appeals of property claims or personal-injury claims to the Secretary of Corrections by inmate Bellamy related to the altercation on September 29, 2022, between him and inmate Fellers.

16. When a personal-injury claim is untimely, it is returned to the resident without a response from the warden.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 11, 2024.

_____
Darcie Holthaus
CMII, Facility Management
Kansas Department of Corrections

# Grievance-Response on Appeal

**FACILITY:**      **Lansing Correctional Facility**

**INMATE:**      **0053454 Bellamy, Ronnie Jr.**

**GRIEVANCE NO.:** N/A

**DATE:**      December 9, 2022

## FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

## CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate. This is a matter for the Parole Board and the courts; we cannot resolve this for you.

## ACTION TAKEN

None further.

**Darcie Holthaus**
**SECRETARY OF CORRECTIONS DESIGNEE**

cc:     Warden Meyer
        Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____ .

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: _Ronnie Allen Bellamy Jr._   Facility: _LCF Core Civil_

Inmate Number: _0053454_   Grievance Serial No.: _None Assigned_

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:   Kansas Department of Corrections
714 SW Jackson
Suite 300
Topeka, KS 66603

Date Mailed: _Electronically 12-2-2022_

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) _Please help its obvious whats going on emergency all of these._

Signature of Inmate _Ronnie Allen Bellamy Jr._

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____   Date Sent to Inmate: _____

Finding of Fact:

**RECEIVED**

**DEC 0 8 2022**

DOC Facility Management Area

Conclusions Made:

Action Taken:

Signature of Secretary of Corrections

---

**For D.O.C. Staff Use Only**

Type of Response (Item 6b:  Code   01, 02, 08 or 09) _____

DC 090, Effective May 1, 1988



# MEMO



**Kansas**
Department of Corrections
*Lansing Correctional Facility*

**DATE:** 11/27/2022
**TO:** Bellamy, Ronnie # 53454
**FROM:** Chandler Cheeks / Warden

**SUBJECT:** Grievance

---

**Finding of the Facts:** Your grievance was received and an investigation into your allegations has been completed.

**Conclusion:** You are not allowed to grieve the Classification decision making process per **KAR 44-15-101.**

**KAR 44-15-101 (a)(d)(2) states "the grievance procedure shall not be used in any way as a substitute for, or as part of, the inmate disciplinary procedure, the classification decision making process, the property loss or personal injury claims procedure, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure."**

Therefore, the statute prohibits the use of the grievance procedure to address this concern.

**Actions Taken:** No further action needed

IMPP 11-106A III. 3: within 72 hours after receiving a custody classification, the offender may appeal the decision to the warden by submitting the appeal though the unit team counselor on a form 9.

    a. If the warden did not participate in the custody classification decision, the Warden must review the decision and the offenders written appeal and return a written response to the offender within 15 days of receipt.

    b. If the warden was a participant in the custody classification decision, the offender's appeal must be forwarded to the Deputy of facility management or designee for review who must return a response to the offender within 15 days of receipt.

    c. The decision of the warden or deputy secretary or designee is final.

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name _RONNIE ALLEN BELLAMY Jr._    Number _53454_

Facility _L.C.F. CORE CIVIC_   Housing Unit _A-1-238_   Work Detail _TRU-4WDT_

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). _SEE ATTACHED_

_4-PAGES_
_+ E-MAIL RESPONSE_
_FROM UTS HALL, FROM SOMEONE_
_ELSE_

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _11-10-2022_

## UNIT TEAM RESPONSE (Complete and return to inmate within 10 calendar days.)

I have investigated your concerns outlined in the attached grievance. 44-15-101 Grievance Procedure; Informal Resolution; formal levels; (b) states, 'Before utilizing the grievance procedure, the inmate shall be responsible for attempting to reach an informal resolution of the matter with the personnel who work with the inmate on a direct or daily basis. An inmate in a facility or parole setting shall contact the unit team members for the attempt at informal resolution. You are encouraged to wait for the informal resolution prior to submitting the grievance. You need to submit an informal on a form 9 not the grievance form. Your can present your concerns to the parole board when you see them. No further action deemed necessary at this time

_The informal was done to A F-9 and the_
_consideration with UTS Hall. See E. Re the_
_E-mail response attached policy_

Unit Team Signature _WTM_   Date _11/18/22_

## INMATE RESPONSE (Complete and return to Unit Team within 3 calendar days)

____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__X__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_Ronnie Allen Bellamy Jr_    Date _11-23-2022_

Inmate Signature

## `WARDEN RESPONSE (Complete, attach response and return within 10 Working days.)

Date Received _____   Date of Final Answer _____   Date Returned to Inmate _____

Inmate's Signature    Date    Unit Team Signature    Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number    _____

Type of Complaint (Item 4: Code 01-75)    _____ _____

Cause of Complaint (Item 5: Code 01-30)    _____ _____

Type of Response (Item 6: Code 01, 02, 08 or 09)

HIS GRIEVANCE IS TO ADDRESS THE ILLEGALITY AND UCONSTITUTIONAL VIOLATIONS OF LAW. IF MY EARLIEST PAROLE ELIGIBILITY DATE IS 1-9-2024 AND I SEE THE PAROLE BOARD IN DEC-2023 ACCORDING TO UTS MIRANDA, AND LAW AND MY SENTENCE ILLEGAL BY THE WAY. THEN HOW IS THE STATE OF KANSAS AND THE KDOC-LANSING CORRECTIONAL FACILITY UNIT TEAMS-MH STAFF GOING TO TRY AND FORCE ME TO DO ALMOST 7-YEARS MORE ON MY SENTENCE JUST TO SEE THE BOARD WHEN IT DOESN'T EVEN MAKE SENSE JUST BECAUSE I AM A MENTAL HEALTH PATIENT DUE TO MY INJURIES? THIS IS ILLEGAL, IMMORAL, CORRUPT, UNLAWFUL, UCONSTITUTIONAL ON A SENTENCE THAT WAS ALREADY VACATED IN 1991 SEE JOURNAL ENTRIES LISTED AS SNT VAC., AND THE STATES APPEAL, WAS DENIED DND APPL IN 2001, VOIDING THE NON ETERMINATE SENTENCES AS WELL DUE TO THE ILLEGAL INCARCERATION AM STILL SERVING. SEE JOURNAL ENTRIES!!!

## CONCLUSION

THERE IS NO NAME ATTACHED TO WHO CAME UP WITH THIS LIE, AND ATTEMPT TO IMPRISON ME ILLEGALLY AND EVEN LENGTHEN THAT ILLEGAL SENTENCE AND PAROLE RELEASE. AND PLEASE GIVE ME THE NAME AND CONTACT THE PROSECUTING ATTORNEY FOR LEAVENWORTH COUNTY, AND FILE CHARGES ON MR. JEFF ZMUDA, GOVERNOR KELLY, AND ALL ADMINISTRATIVE CABINET MEMBERS INVOLVED. INCLUDING THE ATTORNEY GENERAL FOR THE STATE OF KANSAS FOR MALICIOUS ILLEGAL

He is currently on an indeterminate sentence with an early PE date in 2024 but the projected is 2030 to see the board. At this time he does not have an out date or a date that he will roll from his indeterminate to his determinate sentence. Those 2 cases won't even start until the PRB rolls him to that determinate sentence at which time he will have an out date.

4/01/10: Upon review determined that sentences imposed in 9607CR481 & 9608CR626 were ordered to run concurrent to one another, however, consecutive to the indeterminate sentence. Crimes committed in 9607CR481 & 9608CR626 were committed while in prison. -mls

THE FOLLOWING VIOLATES MULTIPLE CONSTITUTIONAL PROTECTIONS AND
RIGHTS, THE FOURTH, FOURTEENTH, EIGHTH, TO NAME A FEW SPECIFICLY, AS WELL A
MULTIPLE PROTECTIVE LAWS, AND ALL SUPREME COURT RULINGS KNOWN AS CASE LAW,
THE ACTUAL LAW, THAT CAN HAVE YOU ARRESTED.

_____

You CANNOT ARBITRARILY OR UNNECESSARILY HARM OR INFLICT CRUEL
AND UNUSUAL PUNISHMENT(S) ON SOMEONE, OR UNNECESSARY PUNISHMENT
'EM IN AN EFFORT TO TORMENT OR MISLEAD THEM OR DEBASE THEM, DUE TO
DIFFERENCES OF OPINION(S), INSTRUCTION(S), LIKES OR DISLIKES, AND ALL
JUST - SHALL, ADHERE TO ALL POLICIES, CONTRACTS, LICENCING(S), SUPREME
COURT RULINGS SUCH AS " PERSONS ARRESTED OR IMPRISONED SHALL NOT
BE TREATED WITH UNNECESSARY RIGOR.", "A PRISONER SUFFERS FROM
UNNECESSARY RIGOR WHEN SUBJECT TO UNREASONABLY HARSH, STRICT, OR SEVERE
TREATMENT. THIS MAY INCLUDE BEEING UNNECESSARILY EXPOSED TO AN INCREASED
RISK OF SERIOUS HARM... TREATMENT THAT IS CLEARLY EXCESSIVE OR DEFICIENT
AND UNJUSTIFIED, NOT MERELY THE FRUSTRATIONS, INCONVIENCES OF THE WRONG
POLY(S), AND COMMON LIES... A CONSTITUTIONAL VIOLATION IS MADE AND
IS OCCURRED WHEN THE ACT COMPLAINED OF CAUSED A RISK OF SERIOUS INJURY
PHYSICAL, EMOTIONAL - MENTAL - PAIN - STRESS - THOUGHTS OF HARM - TORMENT - LIES
OFF AMUSEMENT - COUNTS CONSTITUTIONAL VIOLATIONS."
SEE ATTACHMENTS — EXHIBITS — COMPLAINT
I HAVE MADE REPEATED ATTEMPTS TO DO THE RIGHT THING
AMID MULTIPLE VIOLATIONS OF LAW - RULES - POLICIES - CONTRACTUAL
AGREEMENTS. SEE EG. AUSTIN V. HOPPER, 15 F. SUPP. 2d 1210, 1242-63 (M.D.
IN 1998) (FAILED TO FOLLOW A POLICY...

*Bellamy*

RONNIE ADEN BELLAMY JUNIOR #53454

MY MENTAL HEALTH DIAGNOSES AND NEEDS AFTER
THE TORNELL - PAIN - STREET ATTEMPTED MURDER ON ME
IN MY SLEEP BY AN ARYAN BROTHERHOOD OFFENDER
A PATCH TO A PROSPECT

**6/9/20-Current**

**Assessment/Diagnosis**

Behavioral Health Diagnosis

| # | Dx (Code) Status, Side, Site | Impression/Differential Dx |
|---|---|---|
| 1 | Delusional disorder (F22) | |
| 2 | Unspecified Personality Disorder (F60.9) | |

**7/10/19**

**Assessment/Diagnosis**

Behavioral Health Diagnosis

| # | Dx (Code) Status, Side, Site | Impression/Differential Dx |
|---|---|---|
| 1 | Personality disorder, unspecified (F60.9) | |
| 2 | Adjustment disorder with anxiety (F43.22) | |

MENTAL HEALTH CARE IS SUBJECT TO THE SAME CONSTITUTIONAL STANDARDS AS OTHER
FORMS OF PRISON MEDICAL CARE;DELIBERATE INDIFFERENCE TO SERIOUS MENTAL HEALTH
NEEDS VIOLATES THE 8TH AMENDMENT.
GATES V.COOK,376 F.3d 323,343 (5TH CIR.2004)
DOLIHITE V.MAUGHON BY AND THROUGH VIDEON,74 F. 3d 1027,1042-43(11TH CIR.1996)
SMITH V.JENKINS,919 F.2d 90,92-93 (8TH CIR.1990)
LANGLEY V.COUGHLIN,888 F.2d 252,254 (2D CIR.1989)

COURTS HAVE CITED AN EXPERTS DEFINITION OF A SERIOUS MENTAL ILLNESS AS ONE THAT
HAS CAUSED SIGNIFICANT DISRUPTION IN AN INMATES EVERYDAY LIFE AND WHICH PREVENTS
HIS FUNCTIONING IN THE GENERAL POPULATION WITHOUT DISTURBING OR ENDANGERING
OTHERS OR HIMSELF...ACUTE OR SERIOUS DEPRESSION CONSTITUTES A SERIOUS MEDICAL
NEED,AS ARE THREATS OR RISKS OF SUICIDE.COURTS INADDITION HAVE HELD OR ASSUMED
THAT MANIC-DEPRESSIVE,BI-POLAR,EXCESSIVE COMPULSIVE DISORDERS,POST TRAUMATIC
STRESS DISORDERS ARE SERIOUS NEEDS.

TILLERY V.OWENS F.SUPP. 1256,1286 (W.D.PA.1989);aff'd,907 F.2d 418(3D CIR.1990)
PARTEE V.LANE,528 F.SUPP.1254,1261 (N.D.ILL.1981)
PETERKIN V.JEFFES,661 F.SUPP.895,917 923 (E.D.PA.1987)
CONN.V.CITY OF RENO,572 f.3d 1047,1055 (9TH CIR.2009)

MULTIPLE COURTS HAVE FOUND THE CONFINEMENT OF MENTALLY ILL PRISONERS IN SEGRE-
GATION TO BE UNCONSTITUTIONAL,NOT JUST IN ITS EFFECTS ON THOSE PRISONERS,BUT
ALSO INSOFAR AS IT EXPOSES OTHER INMATES TO DANGEROUS OR DERANGED BEHAVIOR.
EXTREMES OF ISOLATION,IN THE FORM OF SOLITARY CONFINEMENT BEHIND SOLID OR
BOXCAR DOORS,HAVE BEEN HELD UNCOSTITUIONAL.

HOPTOWIT V.RAY,682 F.2d 1237,1257-58 (9TH CIR.1982)
LAMAIRE V.MAASS,745 F.SUPP. 623,636 (D.OR.1990)
GATES V.COOK,376 F.3d 323,342-43 (5TH CIR. 2004)
CORTES-QUINONES V.JIMINEZ-NETTLESHIP,842 F.2d 556,560-61 (1ST CIR.1988)

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: _Ronnie Allen Bellamy Junior_   Facility: _L.C.F. - Core Cntr_

Inmate Number: _0053454_   Grievance Serial No.: _AA2023067_

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.) _Electronically_

MAIL TO:   Kansas Department of Corrections
714 SW Jackson
Suite 300
Topeka, KS 66603

Date Mailed: _12-2-2022_

_PLEASE READ CAREFULLY_   _MY HANDWRITING IS BAD FROM MY FOREARM BEING CUT IN HALF PRIOR TO THIS_

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) _I AM REQUESTING THAT TOPEKAS SECRETARY OF CORRECTIONS CONTACT THE LEAVENWORTH COUNTY PROSECUTING ATTORNEYS OFFICE AND FILE CRIMINAL CHARGES ON ALL GUILTY PARTIES INVOLVED INCLUDING UTM PARKS, CS1 — RONNIE ALLEN BELLAMY JR. WAGONER (WHO OPENED THE DOOR SO AN INMATE COULD STAB ME) SEE ALL VIDEO AND SUBSEQUENT SST MEMBERS_

Signature of Inmate _____

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____   Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

Action Taken:

_____
Signature of Secretary of Corrections

---

**For D.O.C. Staff Use Only**

Type of Response (Item 6b:  Code     01, 02, 08 or 09) _____

DC 090, Effective May 1, 1988

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name _RONNIE ALLEN BELLAMY JR._   Number _53454_

Facility _CCF- Core Civic_   Housing Unit _Restricted Housing A-4 Illegally_   Work Detail _____

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMEN-TATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). _SEE ATTACHED 5-pages_

_EMERGENCY_

_Violation of Constitutional RIGHTS "Housed wrongly"_

_4 pg grievance_
_1-pg Assessment-Diagnosis from Clertification Board in Topeka Classifying single cell status everywhere through SOC — BAA -Mental Health work_

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _10-20-2022_

## UNIT TEAM RESPONSE (Complete and return to inmate within 10 calendar days.)

I have investigated your concerns outlined in the attached grievance. Per K.A.R. 44-15-101a (d) (2) prohibits use of the grievance procedure in any way as a substitute for, or as a part of, the inmate disciplinary procedure, the classification decision-making process, the property loss or personal injury claims procedure, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure. This grievance is in regards to housing which is part of the classification decision making process. No further action deemed necessary at this time.

_S. Naylor, UTM_   _10/31/22_
Unit Team Signature   Date

## INMATE RESPONSE (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

___✓___ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _11-7-2022_

_____   _11-7-2022_
Inmate Signature   Date

## WARDEN RESPONSE (Complete, attach response and return within 10 Working days.)

Date Received _NOV 07 2022_  Date of Final Answer _NOV 27 2022_ Date Returned to Inmate _____

_RONNIE ALLEN BELLAMY JR_  _PLEASE READ THIS ENTIRE GRIEVANCE THIS IS MORE THAN ANY CLASSIFICATION ISSUE ITS MY LIFE!_

Inmate's Signature   Date   Unit Team Signature   Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number   _AA 2023 0167_

Type of Complaint (Item 4: Code 01-75)   _54_

Cause of Complaint (Item 5: Code 01-30)   _03_

Type of Response (Item 6a: Code 01,02,08 or 09)   _01_

page 1 of 54
With Attachment of
Diagnosis and Laws-Rulings

See Teller v. Fi, 280 F.3d 69, 82-83 (2d Cir. 2000) accord
Iqbal v. Hasty, F.3d 143, 161-62 (2d Cir. 2007)
Wilkinson v. W. Ashcroft v. Iqbal, _____ U.S. _____
S. Ct. 1937 (2009).

Demanding prison officials protect the liberty interests of
a mentally ill'ner who was being assaulted continuously by
sending him to re, with a State hospital removing him from
all forms prison—ations, units including Segregation—Restricted
housing units, callous, uncaring, nature of all prison personell
for double center one attempt on his life, by a
Security threat known as the aryan brotherhood, and its
allies the Surenos—tas, white aryan resistance, all known as
Terroristic threat Homeland Security, alongwith all worshipers
of Satan, known the enemy to mankind.

If ya bein Gov!
See BELLAM—— ET. AL, CASE No. 5:20-cv-03229-SAC
Both of Amendcomplaint, and subsequent lawsuit Following
denial of appeal, include all evidences in that case, and
the Continuation e Continuing Violations Doctrine, Gonzaga
law review volum by Kyle Graham B. "Modified" Continuing
Violations, 3. Civil Claims. And see A. "Pure" Continuing
Violations 1. False imprisonment, 3. Continuing Professional Treatment
or Representation, 5. Intentional and/or Negligent Infliction
of Emotional Dis., 305. The Subsequent lawsuit
will include the S.Kansas, the University of Kansas, The
KDOC, and its tes, and Security threat members ———

IMPP 10-121D Contractual Acknowledgement by University of Kansas — KDOC — writer(s) — underwriter(s) — CHIEF LEGAL Counsel FOR THE KDOC; MR. JEFF COWGER, MS. LIBBY KEOUGH, JOINT COMMITTEE ON SPECIAL CLAIMS AGAINST THE STATE, and its attending members — Senators — LEGISLATORS — CHAIR PEOPLE — CORE CIVIC — LCF.

See attachment — Professional Diagnosis by Certification Board in Topeka, Kansas — through the UNIVERSITY OF KANSAS, As Diagnosing me with

1.) Delusional Disorder (F 22)
2.) Unspecified Personality Disorder (F 60.9)
3.) Adjustment Disorder with anxiety (F 43.22)
4.) Personality Disorder, unspecified (F 60.9)

These are the Result of a Catastrophic Injury suffered while sleeping, Completely unprovoked, unwarranted, with no warning, that there was even an issue, while on Duty officers watched acting under Color of Law, and did Nothing, and NO Medical staff attended to help save my life, further adding to the Severe Injuries to include a Brain Injury as the balls penetrated my right temple, and the Frontal Hemisphere of my Brain, Completely left unattended, the muscle allowing me to chew property was never reattached, leaving the injury to heal on its Own naturally as God Took care of it. See all, VIDEO — AUDIO — PHONE — COMPUTERICS, IMAGES — photos From all places Involved, To include Lansing Correction al Facility — EL DORADO Correctional Facility —

BUTLER County EMS-EMT AMBULANCE SERVICES, Susan B. Allen Hospital — Dispatch — Asessing — Refusing to allow me to be taken there, Due to severe level of trauma sustained while sleeping. A well recognized Vulnerable State of unconsciencness and inability to defend ones self, the University of Kansas holds the medical Contract For ALL of the KDOC — STATE OF KANSAS, Known as IMPP 10—121 D., and attachments — adherences, and all Compliances, Protective, Inscreing — INSURANCE PURPOSES, Criminalities, and all governing laws and Rights, Services, Complaints, Duties.

And while at the ELDORADO Correctional Facility another Inmate was AWAKENED by His Cell mate, who was actually eating his Flesh — parts of His Body, Can you imagine? THIS EVENT weighed so heavily on my mind, Due to what happened to me, and the way I was treated For requesting help-seeking Redress, Reparation, healing, needed surgeries, and Since these injuries I have been attacked FOUR MORE times upon arrival here at LCF — CORE CIVIC Prison — Leasing Kansas, all by Security Threat Group Members = pledges — Flunkies — Prospects — wanna bes — and For hires, as there is now according to EAI Special Agent, a $10,000.00, bounty on me due to the lies of several staff members; and a variety of reckless, lieing inmates, some coerced by and conspiring with staff to cover up what they did, leading to the and accelerating this FOURTH

Page 4 of 4

attack on me, where For the 3rd Time I have
Sustained severe head injuries, as the inmate
came from behind while an sorf EMPLOYEES Acting
under color of law, did nothing until left with
no choice but to respond, and tackling me,
and taking me down First instead of the
attacker with the weapon, attempting to
murder me, Further placing my life in even
more Jeapordy as blood was pouring out of my head
From the injuries already sustained with SST members
steps away just watching, inmate Frey #124713, as it
took me a while to Figure out what was going on
and Find my attacker as the SST member was now
attacking me. This happened on 10-7-2022, going to lunch, after
the prior attack where inmate Fellers #0003270, Had the
officer Wagoner, the 4-day a week officer who knows me
well For years, and knows I live alone open my door to stab
me and I dealt with that situation and the prior situation
where a Security threat group known as the Suranos paid to have
inmate Carillo pipe me down from behind almost killing me, and
leaving me with a Severe concussion unable to walk properly
throwing up and unconscience I was placed in a crisis
Strip cell and left to live or die unattended. I was
non combative unfunctioning. THE First event upon arrived

#53454

attack on me, where For the 3rd Time I have sustained severe head injuries, as the inmate came from behind while on sept Employees Acting under Color of law, did nothing until left with no choice but to respond, and tackling me, and taking me down First instead of the attacker with the weapon, attempting to murder me, Further placing my life in even more Jeapardy as blood was pouring out of my head From the injuries already sustained with SST members steps away just watching, inmate Frey #124713, as it took me a while to Figure out what was going On and Find my attacker as the SST member was now attacking me. This happened on 10-7-2022, going to lunch, after the prior attack where inmate Fellers #0003270, Had the officer Wagoner, the 4-day a week officer who knows me well for years, and knows i live alone open my door to stab me and i dealt with that situation and the prior situation where a Security threat group known as the Suranos paid to have inmate Carillo pipe me down from behind almost killing me, and leaving me with a severe Concussion unable to walk properly throwing up and unconscience i was placed in a crisis – strip cell and left to live or die unattended. I was non Combative, unfunctioning. The First event upon arrived Thomas Moore, attempted to stab me for Security threat group Aryan Brotherhood. who First tried to Kill me in Eldorado In my sleep.

By Ronnie Allen Bellamy Jr

PLEASE HELP ME – THEY ARE TRYING UP

#254454 Ronnie Bell. Jr

*Bellamy*

6/9/20-Current

**Assessment/Diagnosis**
Behavioral Health Diagnosis

| # | Dx Code, Status, Side, Site | Impression/Differential Dx |
|---|------------------------------|----------------------------|
| 1 | Delusional disorder (F22) | |
| 2 | Unspecified Personality Disorder (F60.9) | |

7/10/19

**Assessment/Diagnosis**
Behavioral Health Diagnosis

| # | Dx Code, Status, Side, Site | Impression/Differential Dx |
|---|------------------------------|----------------------------|
| 1 | Personality disorder, unspecified (F60.9) | |
| 2 | Adjustment disorder with anxiety (F43.22) | |

ENTAL HEALTH CARE IS SUBJECT TO THE SAME CONSTITUTIONAL STANDARDS AS OTHER
ORMS OF PRISON MEDICAL CARE;DELIBERATE INDIFFERENCE TO SERIOUS MENTAL HEALTH
EEDS VIOLATES THE 8TH AMENDMENT.
ATES V.COOK,376 F.3d 323,343 (5TH CIR.2004)
OLIHITE V.MAUGHON BY AND THROUGH VIDEON,74 F. 3d 1027,1042-43(11TH CIR.1996)
MITH V.JENKINS,919 F.2d 90,92-93 (8TH CIR.1990)
ANGLEY V.COUGHLIN,888 F.2d 252,254 (2D CIR.1989)

OURTS HAVE CITED AN EXPERTS DEFINITION OF A SERIOUS MENTAL ILLNESS AS ONE THAT
AS CAUSED SIGNIFICANT DISRUPTION IN AN INMATES EVERYDAY LIFE AND WHICH PREVENTS
IS FUNCTIONING IN THE GENERAL POPULATION WITHOUT DISTURBING OR ENDANGERING
THERS OR HIMSELF...ACUTE OR SERIOUS DEPRESSION CONSTITUTES A SERIOUS MEDICAL
EED,AS ARE THREATS OR RISKS OF SUICIDE.COURTS INADDITION HAVE HELD OR ASSUMED
HAT MANIC-DEPRESSIVE,BI-POLAR,EXCESSIVE COMPULSIVE DISORDERS,POST TRAUMATIC
TRESS DISORDERS ARE SERIOUS NEEDS.

ILLERY V.OWENS F.SUPP. 1256,1286 (W.D.PA.1989);aff'd,907 F.2d 418(3D CIR.1990)
ARTEE V.LANE,528 F.SUPP.1254,1261 (N.D.ILL.1981)
ETERKIN V.JEFFES,661 F.SUPP.895,917 923 (E.D.PA.1987)
ONN.V.CITY OF RENO,572 f.3d 1047,1055 (9TH CIR.2009)

ULTIPLE COURTS HAVE FOUND THE CONFINEMENT OF MENTALLY ILL PRISONERS IN SEGRE-
ATION TO BE UNCONSTITUTIONAL,NOT JUST IN ITS EFFECTS ON THOSE PRISONERS,BUT
LSO INSOFAR AS IT EXPOSES OTHER INMATES TO DANGEROUS OR DERANGED BEHAVIOR.
XTREMES OF ISOLATION,IN THE FORM OF SOLITARY CONFINEMENT BEHIND SOLID OR
OXCAR DOORS,HAVE BEEN HELD UNCOSTITUIONAL.

PTOWIT V.RAY,682 F.2d 1237,1257-58 (9TH CIR.1982)
AMAIRE V.MAASS,745 F.SUPP. 623,636 (D.OR.1990)
ATES V.COOK,376 F.3d 323,342-43 (5TH CIR. 2004)
ORTES-QUINONES V.JIMINEZ-NETTLESHIP,842 F.2d 556,560-61 (1ST CIR.1988)

# MEMO



**Kansas**
Department of Corrections
*Lansing Correctional Facility*

**DATE:** 11/07/2022
**TO:** Bellamy, Ronnie # 53454
**FROM:** Chandler Cheeks / Warden

**SUBJECT:** Grievance

---

**Finding of the Facts:** Your grievance was received and an investigation into your allegations has been completed.

**Conclusion:** You are not allowed to grieve the Classification decision making process per **KAR 44-15-101.**

**KAR 44-15-101 (a)(d)(2) states "the grievance procedure shall not be used in any way as a substitute for, or as part of, the inmate disciplinary procedure, the classification decision making process, the property loss or personal injury claims procedure, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure."**

Therefore, the statute prohibits the use of the grievance procedure to address this concern.

**Actions Taken:** No further action needed

IMPP 11-106A III. 3: within 72 hours after receiving a custody classification, the offender may appeal the decision to the warden by submitting the appeal though the unit team counselor on a form 9.
   a. If the warden did not participate in the custody classification decision, the Warden must review the decision and the offenders written appeal and return a written response to the offender within 15 days of receipt.
   b. If the warden was a participant in the custody classification decision, the offender's appeal must be forwarded to the Deputy of facility management or designee for review who must return a response to the offender within 15 days of receipt.
   c. The decision of the warden or deputy secretary or designee is final.

/

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: _RONNIE ALLEN BELLAMY JR_     Facility: _I.C.F. CORE-CIVIL_

Inmate Number: _0053454_     Grievance Serial No.: _6 NEEDS NEW # AA 2023040_
                                                        _ALREADY ASSIGNED_

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)
_ELECTRONICLY_

MAIL TO:   Kansas Department of Corrections     Date Mailed: _12-1-2022_
           714 SW Jackson
           Suite 300
           Topeka, KS 66603

---

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) _I NEED HELP PLEASE_
_THEY ARE TRYING TO HAVE ME MURDERED AGAIN_
_AND I WONT ALLOW IT. PLEASE_     _RonBello_
_SEND HELP_                      Signature of Inmate _RONNIE ALLEN BELLAMY JR_

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____     Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

Action Taken:

_____
Signature of Secretary of Corrections

---

**For D.O.C. Staff Use Only**

Type of Response (Item 6b:  Code     01, 02, 08 or 09) _____

DC 090, Effective May 1, 1988

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**

Inmate's Name RONNIE ALLEN BELLAMY JR        Number 53454

Facility LCF- CORE CIVIC   Housing Unit A-1-238   Work Detail TRU-UNIT MH

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

SEE ATTACHED

THIS IS SEPERATE FROM GRIEVANCE SERIAL # AA2023067 2-PAGES OF WRITTING PAPER TEMP IOSE 1-PG SEG. REVIEW

Date this report was given to Unit Team for informal resolution (to be completed by inmate). 11-15-2022

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

I have investigated your concerns outlined in the attached grievance. 44-15-101 Grievance Procedure; Informal Resolution; formal levels; (b) states, 'Before utilizing the grievance procedure, the inmate shall be responsible for attempting to reach an informal resolution of the matter with the personnel who work with the inmate on a direct or daily basis. An inmate in a facility or parole setting shall contact the unit team members for the attempt at informal resolution. You are encouraged to wait for the informal resolution prior to submitting the grievance. You need to submit an informal on a form 9 not the grievance form. No further action deemed necessary at this time

THE INFORMAL RESOLUTION WAS SEE WRITTEN AND MULTIPLE FORM-9'S - AND verbal w/f-9 to UTB than I have receipts?

UTM 11/7/22   Unit Team Signature   Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_X_ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). ____

Inmate Signature RONNIE ALLEN BELLAMY JR #53454   11-17-2022   Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received NOV 17 2022   Date of Final Answer NOV 27 2022   Date Returned to Inmate ____

I RECEIVED THIS ON 12-1-2022 BY WAY OF PETERSON UTS HAUS SECRETARY

Ronnie Allen Bellamy Jr   12-2-22
Inmate's Signature   Date   Unit Team Signature   Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

**TO BE COMPLETED BY STAFF ONLY**   THIS # WAS WRONGLY ASSIGNED TO SEPERATE MULTIPLE GRIEVANCES BECAUSE OF STACKING

Grievance Serial Number   AA2023067

Type of Complaint (Item 4: Code 01-75)   54

Cause of Complaint (Item 5: Code 01-30)   03

Type of Response (Item 6a: Code 01,02,08 or 09)   01

1 of 3

ON 11-15-2022, UTS MRS. HALL CAME to MY ROOM IN A-1-238, WITH THIS SEG REVIEW. I HAVE NOT ATTENDED BECAUSE I WAS NEVER ASKED TO. I WAS MOVED FROM A-4, to A-1, AS AN EMERGENCY MOVE BY ESCORTS SST TAYLOR, SST SHANNON, AND ORDERED TO PACK IMMEDIATELY. THIS SEG REVIEW IS AN ABSOLUTE LIE. I NEVER VOICED ANY OF THESE WORDS. SST EAI FEMALE (SGT) THAT TALKED TO ME IN THE FIRST AND ONLY SEG REVIEW I HAD, ASKED ME WITH LT. JEWELL, UT, 2 OTHER MEMBERS. DO YOU WANT TO GO BACK OUT I STATED YES, I PROBABLY SHOULDN'T BUT I DO. EAI FEMALE STATED THERE'S A TEN THOUSAND DOLLAR BOUNTY ON YOU, FOR DRUG DEBT. TO WHICH I STATED I DON'T OWE TEN THOUSAND DOLLARS AND I DIDN'T STEAL THOSE GOD DAMN DRUGS. IT WAS RIDDLE WHO STOLE THEM AND THEN RAN LIKE A COWARD. AND DIXON-AND (LELAND) MCLELLAND, CSI WAGONER, FELLERS, HELMS, WERE ALL TRYING TO BLAME ME TO COVER UP THAT THEY WERE STEALING THAT MANS DRUGS ALL ALONG. AND CSI WAGONER OPENED MY DOOR, IN A-7-239, SO FELLERS COULD STAB ME, THE WHOLE CELL HOUSE WAS WATCHING WAITING SEE VIDEO ON 9-29-2022 (DETENTION) AROUND MEAL LINE! I HAD MY CURTAIN UP SHOWERING MY BODY, I LIVE ALONE SINGLE-CELL, DUE TO DIAGNOSES AND PRIDE ATTEMPTED MURDERS ON ME, IN MY SLEEP ON 9-3-2019 AT EDCF SEE VIDEO I AM A MENTAL HEALTH PATIENT DUE TO THIS ATTACK AND THERE HAS BEEN FOUR SINCE THEN HERE AT LCF ALL THROUGH SECURITY THREAT GROUPS - MULTIPLE, THE

2 OF 3   SEE REVERSE FOR 3 OF 3

I RONNIE ALLEN BELLAMY Jr. AM REQUESTING ALL INVOLVED BE CHARGED WITH CONSPIRACY TO COMMIT MURDER — CALL O.A. INVENTORY PARKS et al., OFFICER ON DUTY CSI WAGONER, UTS SHOULD BE CHARGED WITH CONSPIRACY TO COMMIT MURDER ALONGWITH FELLERS, AND FREY, ALL INVOLVED, TO INCLUDE SST BUSBY, WHO ATTACKED ME AND TOOK ME DOWN AS I WAS ALREADY BEEING ATTACKED FROM BEHIND SEE VIDEO ON 10-7-2022, OUTSIDE CHOW HALL AT LUNCH AS SST WATCHED AND WAITED BEFORE RESPONDING. TAN UNIT METAL GIVE CALL. UTM MR. PARKS, HAS REPEATEDLY THREATENED ME — LIED TO ME — GIVEN UNLAWFUL ILLEGAL ORDERS ADMITTINGLY, LIED TO ME ABOUT PRIVATE INDUSTRY — REFUSED ME ALL JOBS VIOLATING MY PROTECTED CIVIL RIGHTS — CONSTITUTIONAL RIGHTS, AND CODE OF ETHIC CONTRACT ALL KDOC EMPLOYEES MUST SIGN AND FOLLOW — ALONGWITH THE RULES OF ACKNOWLEDGEMENT. AND THEY HAVE ME LISTED AS LVL. 3030 ON THEIR ROSTER WHEN MY DE DATE IS 1 9-2024. SEEING THE PAROLE BOARD IN DECEMBER 2023. THIS VERIFIED BY UT MIRANDA, UTS HALL, REFUSING TO CORRECT IT DUE TO UTM MR. PARKS REFUSAL AND HATRED OF ME, ALSO A VIOLATION OF LAW, EAT GIFT, TOLD ME TO HAVE UT. MIRANDA SUBMIT ME FOR MINIMUM CUSTODY AND HE WOULD DO AND SUPPORT THE OVER-RIDE TO GET ME OUT AND INTO A BETTER SETTING — PRIVATE INDUSTRY, IT IS MY UNDERSTANDING BY 2-SEPERATE UT'S, PARKS SAID NO WE DON'T DO THAT, AND I WON'T DO IT FOR HIM, REGARDLESS. →

SEE REVERSE ——→

MY BHP IN A-1 THE MALE BHP - TOLD ME I WILL ALWAYS BE A SINGLE CELL OCCUPANT NO MATTER WHERE I AM HOUSED DUE TO MY DIAGNOSES AND NEEDS AS WELL AS THE ISSUES I HAVE AS A RESULT OF MY INJURIES EVEN THOUGH THEY KEEP PRESSURING HIM TO CHANGE HIS ASESSMENT(S) DUE TO ONE ON ONE SESSIONS. TO INCLUDE THE SECRETARY OF CORRECTIONS AND EVEN GOUERNOR KELLY THROUGH MULTIPLE E-MAILS AND ON-LINE FORUMS, ADDRESSING THE CIVIL RIGHTS AND CONSTITUTIONAL RIGHTS OF ALL MENTAL HEALTH RECIPIENTS, TO INCLUDE THE UN-LAWFUL PARTICIPATION OF Mr. JEFF ZOWGER, DUE TO CRIMINAL MISCONDUCT IN CASE NO. 5:20-CV-03229-SAC-DAC-ADM-TC AND APPEAL NO 22-3106 NOT COMPLETED OR ADDRESSED DUE TO THE MULTIPLE ATTACKS AND INJURIES SUSTAINED Specifically SEVERE HEAD TRAUMA — AND A SERIOUS CONCUSSION SEE VIDEO-AUDIO-phone-Computer IES, All places, AND Complaints etc...

BEING Cocked IN THIS Room ALL DAY AND NIGHT WITH NOTHING ON MRA FOR REFUSING A CELL MATE, IS NOT CONDUCIVE TO MY WELL BEING OR EVEN HELPFUL DENIED ACCESS TO MY LEGAL WORK AND PROPERTY CONTINUOUSLY KEEPING ME FROM ADDRESSING NEEDS AND PROTECTING MY RIGHTS AND GETTING THE HELP I NEED. I AM REPEATEDLY BEING ABUSED BY ALL INVOLVED IN AUTHORITY, AS THEY LAUGH AND SCOFF AT MY ATTEMPTS TO PROTECT MY RIGHTS AND HELP SAVE MYSELF AND MY SANITY.

KANSAS DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE SEGREGATION REVIEW (Pursuant to IMPP 20-105/106)

☒ Weekley Review

Name: Bellamy, Ronnie                Number: 53454            Date: 10/31/2022

Date placed in Segregation: 10/07/2022            Recommended date of release: N/A

Did inmate appear before board? ☐ Yes   ☒ No

1. Present Status: <u>IMPP 20-104 - V. B. Other Security Risk</u>

2. Return to General Population?
   ☐ Yes   ☒ No

3. Transfer to another Kansas facility or another State or Federal facility?
   ☐ Yes   ☒ No

4. Medical or Psychological intervention?
   ☐ Yes   ☒ No

   a. Continue ☒   Modify ☐ program or treatment status?

5. Inmate informed of right to submit written request for release to board?
   ☒ Yes   ☐ No

6. While in segregation inmate's behavior has been satisfactory?
   ☒ Yes   ☐ No

7. The placement was legal and proper?
   ☒ Yes   ☐ No

8. A pre-segregation placement hearing was held?
   ☒ Yes   ☐ No

Board Comments: Offender continues on administrative segregation on OSR status based on EAI investigaiton. He has issues and concerns with drugs around him in the pod. Others are after him for drug payment. He was assaulted. The Restrictive Housing Review Board agrees the Offender's status should remain OSR for housing options.

Approved: _X_        Disapproved: _____        _____ EAI Staff

Approved: _✓_        Disapproved: _____        _____ Clinical Staff

Approved: _✗_        Disapproved: _____        _____ Security Staff

Approved: _____        Disapproved: _____        _____ Chairperson

Approved: _____        Disapproved: _____        _____ Warden

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Inmate acknowledgement:
I received a copy of this review on: _____ 20____ At _____

_____
Inmate Signature and Number

_____
Signature and Title of Staff



*Bellamy*

6/9/20-Current

### Assessment/Diagnosis
Behavioral Health Diagnosis

| # | Dx (Code) Status Side Site | Impression/Differential Dx |
|---|---|---|
| 1 | Delusional disorder (F22) | |
| 2 | Unspecified Personality Disorder (F60.9) | |

7/10/19

### Assessment/Diagnosis
Behavioral Health Diagnosis

| # | Dx (Code) Status Side Site | Impression/Differential Dx |
|---|---|---|
| 1 | Personality disorder, unspecified (F60.9) | |
| 2 | Adjustment disorder with anxiety (F43.22) | |

ENTAL HEALTH CARE IS SUBJECT TO THE SAME CONSTITUTIONAL STANDARDS AS OTHER
ORMS OF PRISON MEDICAL CARE;DELIBERATE INDIFFERENCE TO SERIOUS MENTAL HEALTH
EEDS VIOLATES THE 8TH AMENDMENT.
ATES V.COOK,376 F.3d 323,343 (5TH CIR.2004)
OLIHITE V.MAUGHON BY AND THROUGH VIDEON,74 F. 3d 1027,1042-43(11TH CIR.1996)
MITH V.JENKINS,919 F.2d 90,92-93 (8TH CIR.1990)
ANGLEY V.COUGHLIN,888 F.2d 252,254 (2D CIR.1989)

OURTS HAVE CITED AN EXPERTS DEFINITION OF A SERIOUS MENTAL ILLNESS AS ONE THAT
AS CAUSED SIGNIFICANT DISRUPTION IN AN INMATES EVERYDAY LIFE AND WHICH PREVENTS
IS FUNCTIONING IN THE GENERAL POPULATION WITHOUT DISTURBING OR ENDANGERING
THERS OR HIMSELF...ACUTE OR SERIOUS DEPRESSION CONSTITUTES A SERIOUS MEDICAL
EED,AS ARE THREATS OR RISKS OF SUICIDE.COURTS INADDITION HAVE HELD OR ASSUMED
HAT MANIC-DEPRESSIVE,BI-POLAR,EXCESSIVE COMPULSIVE DISORDERS,POST TRAUMATIC
TRESS DISORDERS ARE SERIOUS NEEDS.

ILLERY V.OWENS F.SUPP. 1256,1286 (W.D.PA.1989);aff'd,907 F.2d 418(3D CIR.1990)
ARTEE V.LANE,528 F.SUPP.1254,1261 (N.D.ILL.1981)
ETERKIN V.JEFFES,661 F.SUPP.895,917 923 (E.D.PA.1987)
ONN.V.CITY OF RENO,572 f.3d 1047,1055 (9TH CIR.2009)

ULTIPLE COURTS HAVE FOUND THE CONFINEMENT OF MENTALLY ILL PRISONERS IN SEGRE-
ATION TO BE UNCONSTITUTIONAL,NOT JUST IN ITS EFFECTS ON THOSE PRISONERS,BUT
LSO INSOFAR AS IT EXPOSES OTHER INMATES TO DANGEROUS OR DERANGED BEHAVIOR.
XTREMES OF ISOLATION,IN THE FORM OF SOLITARY CONFINEMENT BEHIND SOLID OR
OXCAR DOORS,HAVE BEEN HELD UNCOSTITUIONAL.

OPTOWIT V.RAY,682 F.2d 1237,1257-58 (9TH CIR.1982)
AMAIRE V.MAASS,745 F.SUPP. 623,636 (D.OR.1990)
ATES V.COOK,376 F.3d 323,342-43 (5TH CIR. 2004)
ORTES-QUINONES V.JIMINEZ-NETTLESHIP,842 F.2d 556,560-61 (1ST CIR.1988)

# MEMO



**Kansas**
Department of Corrections
*Lansing Correctional Facility*

**DATE:** 11/18/2022
**TO:** Bellamy, Ronnie # 53454
**FROM:** Chandler Cheeks / Warden

**SUBJECT:** Grievance

---

**Finding of the Facts:** Your grievance was received and an investigation into your allegations has been completed.

**Conclusion:** You are not allowed to grieve the Classification decision making process per **KAR 44-15-101.**

**KAR 44-15-101 (a)(d)(2) states "the grievance procedure shall not be used in any way as a substitute for, or as part of, the inmate disciplinary procedure, the classification decision making process, the property loss or personal injury claims procedure, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure."**

Therefore, the statute prohibits the use of the grievance procedure to address this concern.

**Actions Taken:** No further action needed

IMPP 11-106A III. 3: within 72 hours after receiving a custody classification, the offender may appeal the decision to the warden by submitting the appeal though the unit team counselor on a form 9.

    a.  If the warden did not participate in the custody classification decision, the Warden must review the decision and the offenders written appeal and return a written response to the offender within 15 days of receipt.

    b.  If the warden was a participant in the custody classification decision, the offender's appeal must be forwarded to the Deputy of facility management or designee for review who must return a response to the offender within 15 days of receipt.

    c.  The decision of the warden or deputy secretary or designee is final.

Your housing needs are being investigated with a current status of Other Security Risk pending transfer. You need for a single cell have been notated and being honored. If there are

# MEMO



**Kansas**
Department of Corrections
*Lansing Correctional Facility*

**DATE:** 11/27/2022

**TO:** Bellamy, Ronnie # 53454

**FROM:** Chandler Cheeks Warden

**SUBJECT:** Grievance # AA2023067

---

**Finding of the Facts:** Your grievance was received and an investigation into your allegations has been completed.

**Conclusions Made:** After a thorough review of all applicable documentation, it was determined that the response provided by UTM Latzke, and Opliger was appropriate.

You are not allowed to grieve the Classification decision making process per **KAR 44-15-101.**

**KAR 44-15-101 (a)(d)(2) states "the grievance procedure shall not be used in any way as a substitute for, or as part of, the inmate disciplinary procedure, the classification decision making process, the property loss or personal injury claims procedure, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure."**

Therefore, the statute prohibits the use of the grievance procedure to address this concern.

**Actions Taken:** No further action needed

IMPP 11-106A III. 3: within 72 hours after receiving a custody classification, the offender may appeal the decision to the warden by submitting the appeal though the unit team counselor on a form 9.
  a. If the warden did not participate in the custody classification decision, the Warden must review the decision and the offenders written appeal and return a written response to the offender within 15 days of receipt.
  b. If the warden was a participant in the custody classification decision, the offender's appeal must be forwarded to the Deputy of facility management or designee for review who must return a response to the offender within 15 days of receipt.
  c. The decision of the warden or deputy secretary or designee is final.

November 28, 2022

Upon further investigation it has been determined that your status has been changed to OSR pending transfer after your continued history of being attacked when in general population. This transfer will happen as soon as possible but until that time for your safety you will continue to be housed in A-1 under OSR status.  If there is property that is being stored in the property department that you feel could lessen the negative effects of restrictive housing on your mental health, requests can be processed to the restrictive housing review board, and I will consider those requests.  If you need any mental health services, Staff make rounds in your unit daily and they can be contacted for you by making a request to security staff.

**Actions Taken:** No further action is deemed necessary.

Page 1 of 2, Attachment A, IMPP 01-118D
Effective 12-21-21

## PROPERTY DAMAGE/LOSS OR PERSONAL INJURY CLAIM FORM

### Section I

| Filed **AT** Facility No.: | O I | Facility Initials: | LCF |
| Filed **AGAINST** Facility No.: | O I | Facility Initials: | LCF |

(Refer to PLC coding manual for facility no. & initials)

Name of Claimant (Last, First, MI): BELLAMY RONNIE A.    KDOC Number 53454

Type of Claim (circle one): (Lost Property) ?    (Damaged Property) ?    Injury

Amount of Claim: $ 1,000.00    Date of Loss Damage, or Injury (MO/DAY/YR): 9-29-2022, 10-7-2022

Where Loss, Damage, or Injury Occurred:

If occurred in cellhouse, enter cellhouse/room number: A-7-239, A-7-239 - PROPERTY ?

Otherwise, circle one of the following:    Mailroom 9-29-2022    R&D 10-7-2022    (Central Property)
Laundry    Gym    Dining Room
(Other Location)

NATURE OF CLAIM (Set forth detailed facts, including date of loss, damage or injury, how it occurred, place of occurrence, how you claim institution or employee was negligent, and amount of the claim.): SEE ATTACHED, AS PROOF I WAS FILED TO FILE THIS ASP BY CSI KINCAID, WHO REFUSED TO ACCEPT MY DOUBLE CLAIM - PROPERTY - INJURY submission. I FILED AS QUICKLY AS I COULD PUT IT TOGETHER DUE TO MULTIPLE HEAD INJURIES - TRAUMA, SUSTAINED IN UNPROVOKED ASSAULTS - ATTACKS. THE OFFICERS IN TAU-UNIT & UT'S HAVE A HABIT OF USING INMATES TO HELP PACK & MOVE OTHER INMATES PROPERTY, VALUABLES. CSI WAGONER ALREADY CONSPIRED TO HELP INMATE FELIX ATTEMPT TO MURDER ME ON 9-29-2022 SEE VIDEO - D.R.. DISPOSITION ETC ---

I am aware that presenting a false claim may result in penalties (under K.S.A. 75-7501 et seq., K.A.R. 44-12-101 et seq., etc.), and I declare (or verify, certify or state) that the foregoing is true and correct to the best of my knowledge, understanding, and belief.

Claimant Signature: RONNIE Allen BELLAMY Jr.    Date: 11-15-2022

Received from Resident/Claimant:    Date: 11/15/22   Time: 3PM

UT Name (print): UTS R Hall    UT Signature: UTS R. Hall    Claimant Initials: R.B.

### Section II

Received by Warden/Superintendent on (MO/DAY/YR): NOV 1 6 2022   Facility Log No. Assigned: AA11,5653

Inquiry Report:

RECEIVED

DEC 02 2022

DOC Facility Management Area

See attached

Date (MO/DAY/YR): 11/29/22    Investigator Name (print): CSI Kincaid    UT Member or Investigator Signature: CSI Kincaid

### Section III

Effective 12-21-21

Warden/Superintendent's Findings:

Warden/Superintendent's Recommendation:        01-Approved for same amount
(circle one)                                                    02-Approved for lesser amount of _____
                                                                    03-Disapproved
                                                                    04-Claim Withdrawn

Date (MO/DAY/YR): 11/30/22        | Signature - Warden/Superintendent or Designee

---

**Section IV**

Date Received by Central Office (MO/DAY/YR): 12-2-22

Secretary's Response:

No staff negligence, no typewriter documented recently, asked above damage limit authorized in policy.

Secretary's Recommendation:        01-Approved for same amount
(circle one)                                  02-Approved for lesser amount of _____
                                                  03-Disapproved
                                                  04-Claim Withdrawn
                                                  10-Held pending submission of supplemental data

Date (MO/DAY/YR): 12/5/22        | Signature - Secretary or Designee

---

**Section V**

Offer of Settlement (STAFF USE ONLY): _____

_____

**CLAIMANT MUST COMPLETE THE FOLLOWING IF PAYMENT IS TO BE AWARDED**

I agree to accept the above offer as full and final settlement of this claim against the State of Kansas and any individual, employee or agent thereof, and I waive any claims against the State, its agencies or employees arising out of this incident.

Date:        | Claimant Signature:        | Social Security No.:

---

**NOTE:** This claim cannot be processed and paid by the Division of Accounts and Reports unless the claimant has disclosed his/her social security number.  Any payments to resident claimants is to be in the form of credits to resident trust fund accounts.

Action by Accounts & Reports: **Paid** _____ **Not Paid** _____

A1 238

# MEMO



**Kansas**
Department of Corrections
*Lansing Correctional Facility*

**DATE:**   11/09/2022

**TO:**   Bellamy, Ronnie # 53454

**FROM:**   CSI Kincaid / Grievance officer

**SUBJECT:**   Property Claim

I am returning your property claim to you unanswered. Per **KAR 44-16-104 a : Each inmate claim for personal injury shall be submitted to the facility and secretary of corrections with in 10 calendar days of the claimed personal injury.**

Because your injury was claimed on 9/29/2022 as well as 10/07/2022 and not filed on 11/08/2022, which is well past the 10 days to claim an injury your claim is being returned to you.

No further action deemed necessary.

Please resubmit the property loss for the missing property.  I cannot process this as both ASAP .

Page 1 of 2, Attachment A, IMPP 01-118D
Effective 12-21-21

## PROPERTY DAMAGE/LOSS OR PERSONAL INJURY CLAIM FORM

| Section I |
|---|

**URGENT**

| Filed **AT** Facility No.: | Facility Initials: |
|---|---|
| Filed **AGAINST** Facility No.: | Facility Initials: |

(Refer to PLC coding manual for facility no. & initials)

| Name of Claimant (Last, First, MI): BELLAMY RONNIE A. | KDOC Number 53454 |
|---|---|

Type of Claim (circle one) : (Lost Property)     Damaged Property     (Injury)

Amount of Claim: $ 700.00 | Date of Loss Damage, or Injury (MO/DAY/YR): 10-7-2022

Where Loss, Damage, or Injury Occurred:

If occurred in cellhouse, enter cellhouse/room number: A-7-239, A-7-234

Otherwise, circle one of the following:     Mailroom     R&D     (Central Property)  CELL HOUSE

SELF TITLED #5779     Laundry     Gym     Dining Room

(Other Location) - outside Chowhall The unit meal line

NATURE OF CLAIM (Set forth detailed facts, including date of loss, damage or injury, how it occurred, place of occurrence, how you claim institution or employee was negligent, and amount of the claim.): ON 9-29-2022, After Cell wagner the Regular 4-day a week officer opened my door, so Inmate Fellers #6003890 Could stab me while most of the Cell House stood and watched - Obviously Anticipating this event See all Available Video - Audeo-phre - complexies - commentary - D.R.'s - Statements - log reports - Reviews, And Then on 10-7-2022 SST members attacked me And tackled me while another inmate they #129713, was beating me in the head From Behind with a weapon, and when I found him I was the one bleeding profusely - And The one SST Busty tackled leaving me even more defenseless - trying to recover. My Ear Had to Be Reattached, I had multiple stiches And sutures In my head, In left Ear. See Video. Also I am missing the Following property as well It has taken me

I am aware that presenting a false claim may result in penalties (under K.S.A. 75-7501 et seq., K.A.R. 44-12-101 et seq., etc.), and I declare (or verify, certify or state) that the foregoing is true and correct to the best of my knowledge, understanding, and belief.     See Attached Also

Claimant Signature: _Ron Bellamy_     RONNIE ALLEN BELLAMY JR     53454 | Date: 11-8-2022

| Section II |
|---|

Received from Resident/Claimant:     Date: 11/8/22     Time: 11 AM

UT Name (print): UTS R. Hall | UT Signature: UTS R Hull | Claimant Initials: RB.

Received by Warden/Superintendent on (MO/DAY/YR): | Facility Log No. Assigned:

Inquiry Report:

Date (MO/DAY/YR): | Investigator Name (print): | UT Member or Investigator Signature:

| Section III |
|---|

Warden/Superintendent's Findings:




Warden/Superintendent's Recommendation:     01-Approved for same amount
   (circle one)                                          02-Approved for lesser amount of _____
                                   03-Disapproved
                                   04-Claim Withdrawn

| Date (MO/DAY/YR): | Signature - Warden/Superintendent or Designee |
|---|---|

## Section IV

Date Received by Central Office (MO/DAY/YR):

Secretary's Response:




Secretary's Recommendation:     01-Approved for same amount
   (circle one)                                02-Approved for lesser amount of _____
                         03-Disapproved
                         04-Claim Withdrawn
                         10-Held pending submission of supplemental data

| Date (MO/DAY/YR): | Signature - Secretary or Designee |
|---|---|

## Section V

Offer of Settlement (STAFF USE ONLY):
_____
_____

**CLAIMANT MUST COMPLETE THE FOLLOWING IF PAYMENT IS TO BE AWARDED**

I agree to accept the above offer as full and final settlement of this claim against the State of Kansas and any individual, employee or agent thereof, and I waive any claims against the State, its agencies or employees arising out of this incident.

| Date: | Claimant Signature: | Social Security No.: |
|---|---|---|

**NOTE:** This claim cannot be processed and paid by the Division of Accounts and Reports unless the claimant has disclosed his/her social security number.  Any payments to resident claimants is to be in the form of credits to resident trust fund accounts.

                              Action by Accounts & Reports:  **Paid** _____     **Not Paid** _____

"SELF
TITLED"
#5779   PERSONAL INJURY CLAIM - PROPERTY CLAIM CONTINUED

THIS LONG TO PUT THIS TOGETHER DUE TO MY MENTAL HEALTH
ISSUES - DIAGNOSISES, THAT ALL STEM FROM MY INJURIES AND
THE REPEATED HEAD TRAUMA SUSTAINED FROM BEING ATTACKED IN
MY SLEEP BY A FORCED DOUBLE CELL SITUATION IN WHICH A-J.
KIDD, ALMOST KILLED ME IN MY SLEEP SEE VIDEO - AUDIO - PHONE -
COMPUTERIES AS HE WAS PROSPECTING FOR AN A.B. PATCH - SECURITY
THREAT GROUP UNBEKNOWNST TO ME AT TIME, STABBING ME IN
THE TEMPLE HITTING ME IN THE BRAIN, STABBING ME IN THE THROAT,
SHOULDER, CUTTING MY FOREARM IN HALF, MY LEG ALL ON MY RIGHT
SIDE WHILE SLEEPING, AND THE OFFICERS WATCHED AND DID
NOTHING. I RECENTLY HAD A SEVERE CONCUSSION FROM BEING
ATTACKED FROM BEHIND LEAVING ME UNABLE TO WALK PROPERLY
OR STAND UP - THROWING UP AND WAS THROWN IN A CRISIS
STRIP CELL AND LEFT UNATTENDED FOR DAYS SEE VIDEO.
AND THEN TWO SEPERATE ATTACKS WITHIN A WEEK SEE VIDEO,
AND WHILE THE CONTINUOUS THREAT OF BEING DOUBLE-BUNKED
AGAINST MY WILL (EVEN THOUGH MY BTP, STATS "IT WILL NEVER HAPPEN"
I MADE SURE OF IT ITS IN THE COMPUTER). ALL SPEAR HEADED BY
UTM PARKS, WHO DOES NOT LIKE ME, BECAUSE HE LIED TO ME
AND I CALLED HIM ON IT. AND SAID GO FUCK YOURSELF YOU LYING
PIECE OF SHIT. HE HAS TARGETED ME EVER SINCE THEN ILLEGALY
UNLAWFULLY - UNCONSTITUTIONALLY. AND I KEEP THINKING ABOUT
THE MAN WHO WOKE UP TO HIS CELLMATE LITERALLY EATING HIS
BODY PARTS - PARTS OF HIM. Can You Imagine this? NOT TO
MENTION THE SEXUAL ASSAULT BY CSI GODBERRY !! UPON MY
RETURN FROM THE HOSPITAL WITNESSED on VIDEO - AND BY SST
O'BRIEN - SST HOLCOMBE, I AM NOT OKAY WITH THE KDOC
AS I SHOULD NOT BE HERE SEE JOURNAL ENTRIES - I HAVE REFUSED
TO ALLOW ME TO HAVE. AND I WANT MY PROPERTY ALL OF IT
I AM LEVEL EXEMPT - RESTRICTION EXEMPT BY LAW - NOT RULES
PLEASE HELP ME WITH AND ADDRESS MY         Ron B    #53454
THESE ISSUES. IM SRY    RONNIE ALLEN BELLAMY Jr

SELF TITLED #5779

MISSING PROPERTY   I HAVE ALL OF my
BELLOWY #53454      PROPERTY RECEIPTS — Cantour

SWINTEC TYPEWRITER NEW — GREAT CONDITION   EXCELLENT
                                            I BELIEVE

13' TV  GREAT CONDITION

HOT POT  GREAT CONDITION W/ STRAINER

1-pr ADIDDAS  LIKE NEW GREAT CONDITION I WAS WASHING
              THE INSOLES — THEY WERE WET

1-pr Reebok  Shower Shoes  LIKE NEW

WATCH — broken band  Good working order

3 — TV Cables — 2 — NEW — W/ Gold CONNECTOR  From Cantor
                                               Bought BUME

MISSING Some LEGAL WORK — DOCUMENTS — ATTACHMENTS

1 — Headphone EH W/ TV

1 — REMOTE W/ BATTERIES — NEW

1 — MIRROR   NEW   8 — Floss Singles
                   5 — stamps

1 — Open p.g. Cookies/  2 — BOXES Buddy BARS / 3 — Folgers
                                                1 — Unopened
3 — Tooth brushes        1 salt shaker          2 open
1 — Jug PUREX Laundry Soap  1 — pepper shaker
2 — New Cups             2 — pr Tweezers
1 — coffee Cup           1 — 1/2 large bottle elmer glue
1 — Floss pix            2 — bottles baby oil
1 — bottle lemon Juice   4 — Thumds — top — bottoms
38 — New Razors single blades  1 — Md Ball cap Clothing
5 AAA BATTERIES          1 — bleach
                         Theres a bunch of stuff I don't remember
                                                         honestly

# MEMO



**Department of Corrections**
*Lansing Correctional Facility*

**DATE:** 11/29/2022

**TO:** Bellamy, Ronnie # 53454

**FROM:** CSI Kincaid Grievance Officer

**SUBJECT:** Property Claim # AA0115653

---

**Findings of Facts:** Bellamy # 53454 is claiming that he is missing the following items from a pack out 10/07/2022: typewriter, 13 tv, hotpot, adidas tennis shoes, shower shoes, watch, 3 coax cables, headphone extension, remote, mirror, open pb cookies, 3 toothbrushes, Purex laundry soap, 2 cups, 1 coffee cup, 1 floss picks, 1bottle lemon juice, 5 AAA batteries, 1 saltshaker, tweezers, bottle of glue, baby oil.

**Conclusion Made:** I have investigated this property claim and found the following.

I reviewed applicable cameras and found the officers pulled and packed the property according to policy. Most of the claimed missing items are stored in property awaiting offender Bellamy's removal from restrictive housing or restrictive review board authorizes him to receive them. Upon further investigation I found that offender Bellamy has not been in possession of a typewriter in last few pack outs. Since I found no staff negligence and the offender offered no evidence of staff negligence, I am recommending this claim be denied.

**Recommendation:** Based on the information I received I am recommending that the claim be denied.

Page 3 of 3, Attachment D, IMPP 12-120
Effective 07-08-14
P-0724b

SECTION III: OTHER REGISTERED PROPERTY (Page 2)

OFFENDER NAME & NUMBER: _Bellamy_ _53454_ DATE: _10-7-2022_

| ITEM | DESCRIPTION: MODEL/SERIAL # | CONDITION | DECLARED VALUE |
|---|---|---|---|
| 1 | Pair Black shower shoes | | |
| 1 | Pair White Shower Shoes | | |
| 1 | Pair Black tennis shoes | | |
| 2 | Triple AAA Batteries (8) | | |
| 1 | bowl with lid (8) | | |
| 2 | Plastic Drinking cups (8) | | |
| 1 | Coffee Cup - plastic (8) | | |
| 1 | Pair tweezers | | |
| 4 | Hot Pot - including strainer | | |
| 1 | insoles for shoes | | |
| 1 | bottle lemon Juice | | |
| 1 | container salt | | |
| 1+2 | 1 unopened + 2 open coffee | | |
| 1 | Batteries charger with 2 AA Batteries (8) | | |
| 3 | Adapter Cables | | |
| 1 | ClearTunes TV with remote And 3 Cables | | |
| 5 | Socks (8) | | |
| 1 | Thermal shirt (8) | | |
| 3 | 6 feet extention cords grey purchased | | |
| 2 | Pair Head Phones WAU (8) | | |
| 1 | Red Ball Cap | | |

I certify the above is a correct inventory of my property.

COI Emery

_[signature]_ _[signature]_ 10-7-2022

Signature of Offender   Number   Date   Officer Signature   Date

I certify that all property shown on this inventory was returned to me this date.

_____   _____   _____   _____   _____
Signature of Offender   Number   Date   Officer Signature   Date

Was the offender present when property was inventoried? Yes_____ No _X_

If offender was not present, explain why _Went to Seg_ (8) 84 900

_____   _____   _____   _____   _____

_____   _____   _____   _____   _____

_[signature]_
Officer Signature

Page 3 of 3, Attachment D, IMPP 12-120
Effective 07-08-14
P-0724b

SECTION III: OTHER REGISTERED PROPERTY (Page 2)

OFFENDER NAME & NUMBER: *Bellamy*          53454     DATE: 10-7-22

| ITEM | DESCRIPTION: MODEL/SERIAL # | CONDITION | DECLARED VALUE |
|------|------|------|------|
| 1 | Inmate Cooler 84 | | |
| | Package, Open Peanut butter Cookies | | |
| 2 | Box Buddy Bars 1 out of 1 box | | |
| 4 | bottles of Shampoo 84 | | |
| 2 | bottles Citrus body wash 84 | | |
| 2 | bottles Aloe Vera lotion 84 | | |
| 4 | Squze lotion 84 | | |
| 1 | Deodorant 84 | | |
| 2 | Container Pomade 84 | | |
| | bottles Baby Oil | | |
| 4+2 | 3 bottle Elmers Glue | | |
| | Boxes tooth Paste 84 | | |
| 2 | Purex Laundry Soap | | |
| | Containers Cotton Swabs 84 | | |
| 4 | box Razors | | |
| 2+2 | Bars Soap 84 | | |
| | unopened large toothbrushes | | |
| | bag dental Floss | | |
| 1 | bottle B-12 vitiams 84 | | |
| 1 | MSC Paperwork 8 | | |
| 1 | Inmate mirror | | |

I certify the above is a correct inventory of my property.

_____          _____    _____     Col Emery
Signature of Offender              Number       Date        _____  10-7-2022
                                                            Officer Signature    Date

I certify that all property shown on this inventory was returned to me this date.

_____          _____    _____     _____    _____
Signature of Offender              Number       Date        Officer Signature    Date

Was the offender present when property was inventoried? Yes_____ No  X

If offender was not present, explain why  Went to Seg 84 120

_____

_____

                                          _____  10-7-22
                                          Officer Signature

Seg

Page 3 of 3, Attachment D, IMPP 12-120
Effective 07-08-14
P-0724f

SECTION III: OTHER REGISTERED PROPERTY (Page 2)

OFFENDER NAME & NUMBER: *Bellamy*          53454          DATE: 10-7-2022

| ITEM | DESCRIPTION: MODEL/SERIAL # | CONDITION | DECLARED VALUE |
|------|------------------------------|-----------|----------------|
| 1 | Reading Lamp | | |
| 1 | Alarm Clock | | |
| 1 | Inmate Fan | | |
| 1 | Lip Balm | | |
| 1 | Plastic Drinking Cup w/lid | | |
| 2 | Solave Deoderent | | |
| 1 | Open toothpaste | | |
| 1 | Brush | | |
| 1 | Bottle B12 tablets | | |
| 1 | Bottle multivitamin | | |
| 1 | Bar Soap - with Soap Dish w/lid | | |
| 1 | bottle urban Body Wash | | ∅ |
| 1 | VO5 Strawberry Shampoo | | |
| 2 | Tub muscle Rub | | |
| 1 | Pair black Shower Shoes | | |
| 1 | Revolver Magazine | | |

I certify the above is a correct inventory of my property.

_____        _____        _____        Col Emany        10-7-2022
Signature of Offender              Number          Date          Officer Signature        Date

I certify that all property shown on this inventory was returned to me this date.

_____        _____        _____        _____        _____
Signature of Offender              Number          Date          Officer Signature        Date

Was the offender present when property was inventoried? Yes_____ No__X__

If offender was not present, explain why   Went to Seg A4.120

_____

_____

                                    _____
                                    Officer Signature

*Seg*

Page 3 of 3, Attachment D, IMPP 12-120
Effective 07-08-14
P-0724f

**SECTION III:** OTHER REGISTERED PROPERTY *(Page 2)*

OFFENDER NAME & NUMBER: Beltany 55454   DATE: 10-7-2022

| ITEM | DESCRIPTION: MODEL/SERIAL # | CONDITION | DECLARED VALUE |
|---|---|---|---|
| 1 | MP4 Player | | |
| 1 | Charger = MP4 | | |
| 1 | Pair Ear Head Phones | | |

I certify the above is a correct inventory of my property.

COI Emery

_____   _____   _____   CoIIWA _____ 10-7-22
Signature of Offender          Number     Date      Officer Signature      Date

I certify that all property shown on this inventory was returned to me this date.

_____   _____   _____   _____   _____
Signature of Offender          Number     Date      Officer Signature      Date

Was the offender present when property was inventoried?  Yes_____  No ✓.

If offender was not present, explain why   went to seg 54-120

_____

_____

CoIIWA
Officer Signature

Page 3 of 3, Attachment D, IMPP 12-120
Effective 07-08-14
P-0724b

SECTION III: OTHER REGISTERED PROPERTY (Page 2)

OFFENDER NAME & NUMBER: Bellamy   53454   DATE: 10-7-2022

| ITEM | DESCRIPTION: MODEL/SERIAL # | CONDITION | DECLARED VALUE |
|---|---|---|---|
| 1 | Pair Ear Head phone | | |
| 2 | Power Strip | | |
| | Laundry bags | | |
| | Inmate fan | | |
| | Grey Sweat Shirt | | |
| | Pair Jeans | | |
| | grey Sweat Shirt | | |
| 1 | Box legal Papers | | |

I certify the above is a correct inventory of my property.

_____    _____    _____    Col Emery    10-7-22
Signature of Offender          Number      Date       Officer Signature    Date

I certify that all property shown on this inventory was returned to me this date.

_____    _____    _____    _____    _____
Signature of Offender          Number      Date       Officer Signature    Date

Was the offender present when property was inventoried? Yes_____ No X

If offender was not present, explain why  Went to Seg      12:29 /20

_____
Officer Signature

MISSING PROPERTY   I HAVE ALL OF MY
BELLANT #53454           PROPERTY RECEIPTS - Canteen
                                                EX PAECEDT
SWIATEC TYPEWRITER NEW GREAT CONDITION    I BELLANT

13' TV GREAT CONDITION

HOT POT GREAT CONDITION W/ STRAINER

1 PR ADIDDAS LIKE NEW GREAT CONDITION I WAS WASHING
             THE INSOLES - THEY WERE WET

6 PR Rechook Shower Shoes LIKE NEW

WATCH - broken band Good working order

3 - TV Cables - 2 NEW - W/ Gold Connector From Canteen
                                            Bartlett Blunt

MISSING Some LEGAL WORK - DOCUMENTS - ATTACHMENTS
Headphone EXT W/ TV

- REMOTE W/ BATTERIES - NEW

1 - MIRROR   NEW   8 - Floss Singles
                   5 - Stamps

1 Open P.J. Cookies / 2 Boxes Buddy Bars / 3 Folgers
3 - Toothbrushes              1 - Salt Shaker      1 - Unopened
1 - Jug purex laundry soap    1 - Pepper Shaker    2 - Open
2 - New cups                  2 pr Tweezers
1 - coffee Cup                1 - 1/3 large bottle elmer glue
1 - floss pix                 2 - bottles baby oil
1 - bottle lemon juice        4 - Thumds - 1 pr - bottoms
38 - New razors single blades 1 - Md Ball cap Clothing
5 - AAA BATTERIES             1 - Stove leg
                              Theres a bunch of stuff ID DONT Remember
                                                              Llandoth

*Non Seg Allowable*

Page 3 of 3, Attachment D, IMPP 12-120A
Effective 08-09-2021
P-0724b

**SECTION III:** OTHER REGISTERED PROPERTY (Page 2)

RESIDENT NAME & NUMBER: _Bellamy # 53454_          DATE: _11/16/22_

| ITEM | DESCRIPTION: MODEL/SERIAL # | CONDITION | DECLARED VALUE |
|------|------------------------------|-----------|----------------|
| 1 | Purex Laundry detergent | | |
| 1 | Rebook Kobo Shower Shoes | | |
| 1 | White Shower Shoes | | |
| 1 | Flossers | | |
| 1 | Lemon Juice | | |
| 2 | Cups | | |
| 1 | Cookie Box with Q Tips | | |
| 25 | Razors | | |
| 4 | Tooth Brushes | | |
| 1 | Addidas tennis Shoes w/ Inserts | | |
| 2 | Headphone extenton | | |
| 3 | Jars of foldgers coffee | | |
| 1 | Blue Jeans | | |
| 1 | Sweat Shirt | | |
| 1 | Store bag | | |
| 1 | Remote w/ Batteries | | |
| 2 | AAA Batteries | | |
| 1 | Mirror | | |
| 1 | 1/3 Elmers Glue | | |
| 1 | Salt | | |
| 1 | Hotpot | | |
| 1 | Tweaser | | |
| 1 | Coffee cup | | |
| 2 | Box Buddy Bars | | |
| 3 | Coax cables | | |
| 1 | TV 13" | | |
| 1 | Open Bag Peanut Butter cookies | | |

I certify the above is a correct inventory of my property.

_Cpl Kincaid_

| Signature of Resident | Number | Date | Officer Signature | Date |

I certify that all property shown on this inventory was returned to me this date.

| Signature of Resident | Number | Date | Officer Signature | Date |

Was the resident present when property was inventoried? Yes___  No _X_

If resident was not present, explain why ___In Restrictive housing___

_Cpl Kincaid_
Officer Signature

Property

page 1 of 1

Page 3 of 3, Attachment D, IMPP 12-120
Effective 07-08-14
P-0724f

**SECTION III: OTHER REGISTERED PROPERTY (Page 2)**

OFFENDER NAME & NUMBER: _BELLAMY #53454_   DATE: _3-18-19_

| ITEM | DESCRIPTION: MODEL/SERIAL # | CONDITION | DECLARED VALUE |
|---|---|---|---|
| 1 | RADIO | IN BOX | |
| 1 | STEREO & ADAPTOR | | |
| 1 | EXTENTION CORD | | |
| 1 | PAIR TENNIS SHOES | | |
| 4 | PR JEANS STATE (ISSUE) | | |
| 1 | HOT POT | | |
| 1 | BOTTLE GLUE | | |
| 1 | B16 PENS, RULER | | |
| 1 | PKC NAIL FILES | | |
| 1 | LG COMB | | |
| 1 | TOOTHBRUSH | | |
| 1 | HARD BACK STUDY BIBLE | | |
| 1 | SEWING KIT | | |

CSI Spangler 3-18-19

I certify the above is a correct inventory of my property.

Signature of Offender _____ Number 53454 Date 3-18-19   Officer Signature _____ Date

I certify that all property shown on this inventory was returned to me this date.

Signature of Offender _____ Number 53454 Date 3-28-19   Officer Signature _____ Date 3/28/19

Was the offender present when property was inventoried? Yes_____ No_____

If offender was not present, explain why _____

TV not packed

CSI Spangler 3-18-19
COI Collins
Officer Signature

*page 2 of 2*

Page 3 of 3, Attachment D, IMPP 12-120
Effective 07-08-14
P-0724f

SECTION III: OTHER REGISTERED PROPERTY (Page 2)

OFFENDER NAME & NUMBER: _Bellamy_ _____   DATE: _____

| ITEM | DESCRIPTION: MODEL/SERIAL # | CONDITION | DECLARED VALUE |
|------|------------------------------|-----------|----------------|
| 1 | BAR SOAP (USSED) in SOAP CONTAINER | | |
| 4 | BAR SOAP UNOPENED | | |
| 1 | BOTTLE SHAMPOO 1/2 FULL | | |
| 4 | TUBES PASTE | | |
| 1 | TOOTH BRUSH HOLDER | | |
| 1 | BAG DENTAL FLOSSERS | | |
| 1 | BOTTLE SHOWER JEL | | |
| 1 | BOTTLE DISH SOAP | | |
| 1 | BOTTLE VITIMANS | | |
| 1 | STICK DEODERANT | | |
| 1 | PKG COTTON SWABS 1/4 FULL | | |
| 1 | COFFEE MUG (DARK BROWN) | | |
| 1 | BALL PENS PUMICE STONE | | |
| 1 | DESK LAMP W/ BULB | | |
| 1 | PR GLASSES | | |
| 3 | K.O.P. CARDS | | |
| 1 | LEGAL FOLDER | | |

I certify the above is a correct inventory of my property.

x _Roy Bell_ _____ 53254 _ 3-18-19 ____   CCI Spangler 3-18-19

Signature of Offender     Number     Date          Officer Signature     Date

I certify that all property shown on this inventory was returned to me this date.

x _Roy Bell_ _____ 53254 _ 5-18-19 ___ _Marting_ _ 3/18/19

Signature of Offender     Number     Date          Officer Signature     Date

Was the offender present when property was inventoried? Yes ____   No _X_.

If offender was not present, explain why _IN SEG_ _____

_____

_____

_____

CCI Spangler
COI Collins
Officer Signature

*Sep*

*Py 1 of 2*

SECTION III: OTHER REGISTERED PROPERTY (Page 2)

OFFENDER NAME & NUMBER: *BELLAMY #53454*              DATE: *3-18-19*

| ITEM | DESCRIPTION: MODEL/SERIAL # | CONDITION | DECLARED VALUE |
|------|------------------------------|-----------|----------------|
| 1 | RED BULL CAP | | |
| 2 | SWEAT SHIRT | | |
| 1 | PR SHOWER SHOES | | |
| 1 | COFFEE MUG W/ LID | | |
| 3H | TEE SHIRTS | | |
| 1 | PR BOOTS (STATE ISSUE) | | |
| 2H | THERMAL TOP | | |
| 1 | 16" FAN | | |
| 2 | SWEAT SHORTS | | |
| 1 | COOLER (RED) | | |
| 1 | CLOCK RADIO | | |
| 1 | BOWL W/ LID | | |
| 4 | THERMAL BOTTOMS | | |
| 1 | LAUNDRY BAG | | |
| 2 | PR SOCKS | | |
| | PR BOXERS | | |
| 5 | TOWELS | | |
| 1 | JAR VASOLINE | | |

I certify the above is a correct inventory of my property.

*CSI SPANGLER 3-18-19*
*Col Collins*

| *+ Ken Bell* | *53454* | *3-18-19* | | |
|--------------|---------|-----------|---|---|
| Signature of Offender | Number | Date | Officer Signature | Date |

I certify that all property shown on this inventory was returned to me this date.

| *+ Ken Bell* | *53454* | *3-18-19* | | *3/18/19* |
|--------------|---------|-----------|---|-----------|
| Signature of Offender | Number | Date | Officer Signature | Date |

Was the offender present when property was inventoried?  Yes_____   No_____

If offender was not present, explain why _____

_____

_____

*CSI SPANGLER*
*Col Collins*

Officer Signature