RONNIE ALLEN BELLAMY JR. #53454

V.

STATE OF KANSAS ET. AL.     CASE NO: 23-3051-HLT-BGS

WAGNER, ENGLIS

CASE # 0:24-CV-23-3051-HLT-BGS

JURY TRIAL DEMAND
BY PLAINTIFF


MOTION FOR JURY TRIAL
MOTION TO STOP SUMMARY JUDGEMENT
REQUEST(S) BY DEFENDANTS THIS IS A
MULTI-MOTION RESPONSE
MOTION IN REBUTTAL TO DEFENDANTS
ERRONEOUS MALICIOUS-FRIVOLOUS MOTION
TO DISMISS
MOTION TO POINT OUT PLAINTIFF
LEGALLY GAVE SELF POWER OF ATTORNEY
THROUGH FILINGS PRIOR TO THIS AND
REQUEST CO-COUNSEL PLAINTIFF HAS SET
BINDING PRECEDENT IN 8 Ron Bellamy PoB
REGARDS TO RES JUDICATA & Ronnie A. Bellamy Jr.
COLLATERAL ESTOPPEL            PO Box 311

NOTARY PUBLIC - State of Kansas
MALTY MARTIN
My Appt Expires

1737 S.E HWY 54
ELDorado, Ks 67042

PLAINTIFF IS UNABLE TO ACCESS THE CIVIL
RULES OF PROCEDURE AND LOCAL DISTRICT RULES OF KANSA
AS OF 10-24-2024 LIBRARY CLOSED

Footnotes @ RABJR. CASE NO. 23-3051-HLT-BGS CITING
AS PERSUASIVE ARGUEMENT DISPOSITIVENESS IS A BREACH
OF LEGAL AND ETHICAL PROTOCOLS IN ITS BASE FORMS IT IS
INTENTIONALLY ALL ABOUT THWARTING TRUTH AND JUSTICE
BY MISLEADING, GRASPING - DUE TO NO PLAUSABILITY OR
A POSSIBLE OF MULTIPLE POSSIBILITIES AND OR BROAD
INTERPRETATIONS OR EFFECTS - AFFECTS FOR THOSE OR ANY OTHER
INTENDED PURPOSES TO DISTORT TRUTH OR CAUSE OR AND
TO CREATE CONFUSION OR DOUBT THROUGH MISLEADING OR
UNDISCLOSURE OR HIDDEN TRUTH

THE DEFENDANTS ATTORNEYS ASS ATTORNEY GENERALS
SHOGER, CARTERS NOW INTERESTED PARTY, TO AVOID
PROPER PROSECUTION(S), LEGAL AND ADEQUATE, EQUALITY
IN ORDER TO SUPPORT A SUBSTANTIVE VIEW -
REVIEW, SUPPORTED BY FACTS OR LOGIC, IN LINE WITH
THE STANDARD OF THE EVOLVING STANDARDS OF OUR
SOCIETY. THESE LIKE ALL OF THE PLAINTIFFS CLAIMS -
ALLEGATIONS ARE SUBSTANTIAL - REAL NOT IMAGINED,
SUPPORTED BY AND BASED UPON REALITY. THESE MATTERS
ARE ANCHORED IN AND BASED UPON THE VIOLATIONS
THAT TOOK PLACE, THAT VIOLATE THE UNITED STATES
CONSTITUTION, KANSAS CONST., AND THE LAWS THAT
UPHOLD AND PROTECT ALL AMENDMENTS AND RIGHTS
FOR ALL MEN EQUALLY 4TH, 5TH, 8TH, 14TH, AND

1

BEYOND THE SCOPE OF THOSE AMENDMENTS TO ALSO
INCLUDE AND ENSURE THAT ALL FAILSAFES OR
SAFEGUARDS ARE ENFORCED SO STRONGLY AND MEASURINGLY
THAT THERES NO POSSIBILITY OF ERRONEOUS ACTS OR
ACTIONS, GIVING RISE TO MISCONDUCT ON BEHALF
OF ALL PARTIES INVOLVED INCLUDING JUDICIARILY.

ABSOLUTELY NOTHING PLAINTIFF HAS FILED, WRITTEN,
CLAIMED, ALLEGED, HAS EVER BEEN OR EVER WILL BE
FRIVILOUS OR MALICIOUS. THE JUDICIARY SYSTEM(S)
AND ITS BODIES HAVE TO BE ABOVE REPROACH AND
HELD ACCOUNTABLE. FROM THE BEGINING THIS 10TH CIRCUIT
HAS UNFORTUNATELY SHOWN FAVORITISM(S), TO THE
DEFENDANTS UNCONSTITUTIONALLY, FOR INSTANCE
ALL RESPONSES TO INCLUDE THE STANDARD MOSC,
WHICH IS ALREADY OBVIOUS. AND THE DEFENDANTS
REFUSED TO HONOR A COURT ORDER SPECIFICLY THE
MARTINEZ REPORT AND ALLOWING DEFENDANTS
TO CONTROL THIS COURT - CIRCUIT AND JUDGES
DUE TO UNLIMITED AVAILABILITY IN THE WAY OF
FINANCING AND THE ATTORNEY GENERALS OFFICE.
THESE ARE HISTORICAL, PROVEN - PROVABLE FACTS,
LIKE ONCE AGAIN UNDER THE FALSE UMBRELLA
OF A JUDICIAL ECONOMY, THE THWARTING OF
JUSTICE, ANOTHER 10TH CIRCUIT EGREGIOUSNESS

2

ALLOWING AND ORDERING UNCONSTITUTIONAL AND
UNCONSCIENABLE STAYS OF DISCOVERY THAT HARM
THE PLAINTIFFS AND HELP THE DEFENDANTS
COMMIT CRIMES AND GET AWAY WITH IT, THAT
HELP THE GUILTY VIOLATE PLAINTIFFS CONST.
RIGHTS AND NOT BE HELD ACCOUNTABLE, THE
STATES RIGHTS, AND THIS CIRCUITS CONSTITUTIONAL
RIGHTS AS WELL AS MANY INNOCENT[S], GIVING
RISE TO THE EMBODIMENT OF EVIL AND A MOST
HEINOUS FORM OF GROSS MISCARRIAGES OF JUSTICE
AND THE APPLICABILITY OF THE U.S. CONST., THE
TEN COMMANDMENTS OF GOD, KANSAS CONSTITUTION,
MEANINGFUL ACCESS, EQUAL PROTECTIONS, AND
PLAINTIFF WOULD ASSERT THE EMBODIMENT
OF THE ONGOING-CONTINUOUS VIOLATIONS
DOCTRINE IN UNSAVORY FASHIONING.

SEE FOR EXAMPLE EXHIBIT V @ KDOC 000295-000333
AND BEYOND AND BEFORE, THE 3RD ATTACK THE
CONCUSSION AND LACK OF ADEQUATE AND
LEGAL, PROPER MEDICAL CARE, CONSTITUTIONALLY,
BEFORE DURING AND AFTER, IMPEDED FIRST LAWSUIT
COULD NOT RESPOND DUE TO THIS, SENT CERTIFIED
MAIL, COURT OF APPEALS DID NOT RESPOND, LOSING
LEGAL, LEGIT, VALID, MERITOUROUS LAWSUIT.

3

4TH ATTACK, 9-29-2022, ATTEMPTED MURDER
FACILITATED DUE TO, BY, AND WITH, THE KNOWING
AND VOLUNTARY HELP OF SECURITY-ADMINISTRATION,
ACTING UNDER COLOR OF LAW, ON DUTY, KDOC
ADMINISTRATIONS AND SECURITY CONTROL
LAW ENFORCEMENT PROFESSIONALLY TRAINED.

NOTE: PLAINTIFF IS ON THE EDCF-KDOC Sep 3, 2019
ATT MURDER, TRAINING SITE OF THEIR
INFRASTRUCTURE WITNESSED THROUGH, DYLAN H.
DARTER, KDOC SECURITY
THE 9-29-2022 ATTACK ALSO LED TO AND
CAUSED AS A RESULT THE 5TH, FREY ATTACK,
ANOTHER SEVERE HEAD TRAUMA, EAR HAVING TO
BE REATTACHED, MULTIPLE STITCHES, STAPLES.
NO MRI, NO HOSPITILIZATION, GIANT
SWELLING FROM ATTACK, RIGHT AT THE
RIGHT TEMPLE, WHERE 1st ATT MURDERER
A.J. KIDD, SHOVED A KNIFE THROUGH THE
PLAINTIFFS TEMPLE INTO FRONTAL CORTEX-
FRONTAL HEMISPHERE OF PLAINTIFFS BRAIN
BEHIND ORBITAL SOCKET, ALSO STABBING THE
PLAINTIFF IN THROAT, SHOULDER, LEG, AND
CUTTING THE WRITING FOREARM IN HALF,
RIGHT FOREARM, ALL MUSCLES NEVER REATTACHED
EVEN TEMPLE BROKEN JAW, METAL PIECE STUCK
IN HEAD REMOVED SELF IN FRONT OF EAR CANNON
Sep 3rd 2019 ALL ON CAMERA - VIDEO.

NOTARY PUBLIC - State of Kansas
WALLY MARTIN
My Appt Expires 11/27

8 Ron Bell

4