Ronnie Allen Bellamy Jr. #53454
v.
State of Kansas et. al.,    Case No: 23-3051-HLT-BGS
Wagner, Englis

Case # 2nd 0:24-CV-23-3051-HLT-BGS
Jury Trial Demand
By Plaintiff

Motion for Jury Trial
Motion to Stop Summary Judgement Request(s) by Defendants This is a Multi-Motion Response
Motion in Rebuttal to Defendants Erroneous Malicious-Frivolous Motion to Dismiss
Motion to Point out Plaintiff Legally Gave Self Power of Attorney Through Filings Prior to This and Request Co-Counsel Plaintiff has Set Binding Precedent In Regards to Res Judicata & Collateral Estoppel

/s/ Ron Bellamy RB
Ronnie A. Bellamy Jr.
PO Box 311
1737 S.E Hwy 54
ElDorado, Ks 67042

NOTARY PUBLIC - State of Kansas
MALTY MARTIN
My Appt Expires 11/27

Plaintiff is unable to access the Civil Rules of Procedure and Local District Rules of Kansas as of 10-24-2024 Library Closed

Footnote:@RABJR. Case No. 23-3051-HLT-BGS citing as persuasive arguement dispositiveness is a breach of legal and ethical protocols in its base forms it is intentionally all about thwarting truth and justice by misleading, grasping - due to no plausability or a possible of multiple possibilities and or broad interpretations or effects-affects for those or any other intended purposes to distort truth or cause or and to create confusion or doubt through misleading or undisclosure or hidden truth

The defendants attorneys ass attorney generals Shoger, Carters now interested party, to avoid proper prosecution(s), legal and adequate, equality. In order to support a substantive view - review, supported by facts or logic, **in line** with the standard of the evolving standards of our society. These like all of the Plaintiffs claims - allegations are substantial - real not imagined. Supported by and based upon reality. These matters are anchored in and based upon the violations that took place, that violate the United States Constitution, Kansas Const., and the **laws** that uphold and protect all amendments and rights for all men equally 4th, 5th, 8th, 14th, and

1

BEYOND THE SCOPE OF THOSE AMENDMENTS TO ALSO INCLUDE AND ENSURE THAT ALL FAILSAFES OR SAFEGUARDS ARE ENFORCED SO STRONGLY AND MEASURINGLY THAT THERES NO POSSIBILITY OF ERRONEOUS ACTS OR ACTIONS, GIVING RISE TO MISCONDUCT ON BEHALF OF ALL PARTIES INVOLVED INCLUDING JUDICIARILY.

ABSOLUTELY NOTHING PLAINTIFF HAS FILED, WRITTEN, CLAIMED, ALLEGED, HAS EVER BEEN OR EVER WILL BE FRIVILOUS OR MALICIOUS. THE JUDICIARY SYSTEM(S) AND ITS BODIES HAVE TO BE ABOVE REPROACH AND HELD ACCOUNTABLE. FROM THE BEGINING THIS 10TH CIRCUIT HAS UNFORTUNATELY SHOWN FAVORITISM(S), TO THE DEFENDANTS UNCONSTITUTIONALLY, FOR INSTANCE ALL RESPONSES TO INCLUDE THE STANDARD MOSC, WHICH IS ALREADY OBVIOUS. AND THE DEFENDANTS REFUSED TO HONOR A COURT ORDER SPECIFICLY THE MARTINEZ REPORT AND ALLOWING DEFENDANTS TO CONTROL THIS COURT-CIRCUIT AND JUDGES DUE TO UNLIMITED AVAILABILITY IN THE WAY OF FINANCING AND THE ATTORNEY GENERALS OFFICE. THESE ARE HISTORICAL, PROVEN-PROVABLE FACTS, LIKE ONCE AGAIN UNDER THE FALSE UMBRELLA OF A JUDICIAL ECONOMY, THE THWARTING OF JUSTICE, ANOTHER 10TH CIRCUIT EGREGIOUSNESS

allowing and ordering unconstitutional and unconscienable stays of discovery that harm the plaintiffs and help the defendants committ crimes and get away with it, that help the guilty violate plaintiffs const. rights and not be held accountable, the states rights, and this circuits constitutional rights as well as many innocent[s], giving rise to the embodiment of evil and a most heinous form of gross miscarriages of justice and the applicability of the U.S. Const., the Ten Commandments of God, Kansas Constitution, meaningful access, equal protections, and plaintiff would assert the embodiment of the ongoing-continuous violations doctrine in unsavory fashioning.

See for example Exhibit V @ KDOC 000295-000333 and beyond and before. The 3rd attack the concussion and lack of adequate and legal, proper medical care, constitutionally, before during and after, impeded first lawsuit could not respond due to this, sent certified mail, court of appeals did not respond, losing legal, legit, valid, meritourous lawsuit.

3

4TH ATTACK, 9-29-2022, ATTEMPTED MURDER FACILITATED DUE TO, BY, AND WITH, THE KNOWING AND VOLUNTARY HELP OF SECURITY-ADMINISTRATION, ACTING UNDER COLOR OF LAW, ON DUTY, KDOC ADMINISTRATIONS AND SECURITY CONTROL LAW ENFORCEMENT PROFESSIONALLY TRAINED.

NOTE: PLAINTIFF IS ON THE EDCF-KDOC Sep 3, 2019 ATT MURDER, TRAINING SITE OF THEIR INFRASTRUCTURE WITNESSED THROUGH, DYLAN H. DARTER, KDOC SECURITY

THE 9-29-2022 ATTACK ALSO LED TO AND CAUSED AS A RESULT THE 5TH, FREY ATTACK, ANOTHER SEVERE HEAD TRAUMA, EAR HAVING TO BE REATTACHED, MULTIPLE STITCHES, STAPLES. NO MRI, NO HOSPITILIZATION, GIANT SWELLING FROM ATTACK, RIGHT AT THE RIGHT TEMPLE, WHERE 1st ATT MURDERER A.J. KIDD, SHOVED A KNIFE THROUGH THE PLAINTIFFS TEMPLE INTO FRONTAL CORTEX- FRONTAL HEMISPHERE OF PLAINTIFFS BRAIN BEHIND ORBITAL SOCKET, ALSO STABBING THE PLAINTIFF IN THROAT, SHOULDER, LEG, AND CUTTING THE WRITING FOREARM IN HALF, RIGHT FOREARM, ALL MUSCLES NEVER REATTACHED EVEN TEMPLE BROKEN JAW, METAL PIECE STUCK IN HEAD REMOVED SELF IN FRONT OF EAR CANNON Sep 3rd 2019 ALL ON CAMERA — VIDEO.

*[Notary stamp: NOTARY PUBLIC - State of Kansas, WALTY MARTIN, My Appt Expires 11/29]* *[Signatures]*

4