INMATE REQUEST TO STAFF MEMBER

To: __UTS Gilkison_____  Date: __10-24-2024__
   (Name and Title of Officer or Department)

_____
Unit Team Member Signature

To be retained by Inmate

Form 9  ___EMERGENCY___
For Cellhouse Transfer  ___E-FILE___
Work Assignment
Interview Requests

__Bellamy__
Last Name Only

KANSAS DEPARTMENT OF CORRECTIONS

__53454__
Number

INMATE REQUEST TO STAFF MEMBER

To: __UTS Gilkison_____  Date: __10-24-2024__
   (Name and Title of Officer or Department)
   State completely but briefly the problem on which you desire assistance. (Be specific.)

please e-file this immediately time sensitive to stop Gross miscarriage of Justice from taking place

Work Assignment: __Lay in Cause - bullshit__  Living Unit Assignment: __D-1-208__
Comment: _____  Unit Team Members Signature: _____

Disposition: _____

To: _____  Date: _____
   (Name & Number)

Disposition: _____

_____
Employee's Signature

P-0009b

To be returned to inmate.