### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **RONNIE ALLEN BELLAMY, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 23-3051-HLT-BGS |
| | ) |
| **STATE OF KANSAS,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### DEFENDANTS' RESPONSE IN OPPOSITION
### TO PLAINTIFF'S MOTION FOR JURY TRIAL

Defendants James Englis and Larry E. Wagner ("Defendants") submit this Response in opposition to Plaintiff's Motion titled "Motion for Jury Trial Motion to Stop Summary Judgment Request(s) by Defendants This is a Multi-Motion Response Motion in Rebuttal to Defendants Erroneous Malicious-Frivolous Motion to Dismiss Motion to Point out Plaintiff Legally Gave Self Power of Attorney through Filings Prior to This and Request Co-Counsel Plaintiff Has Set Binding Precedent in Regards to Res Judicata & Collateral Estoppel" (Doc. 74).

Plaintiff already demanded a jury trial earlier in the case in accordance with Federal Rule of Civil Procedure 38. (Doc. 20; *see also* Doc. 29.) Therefore, that portion of Plaintiff's Motion is moot. To the extent Plaintiff is requesting an immediate jury trial, a jury trial at this stage would be premature because pretrial procedures (such as Rule 12(b) motions, pleadings, discovery, summary judgment, etc.) have not yet concluded.

Plaintiff requests that summary judgment be stopped. But no motion for summary judgment by Defendants is currently before the Court. If Plaintiff is requesting that Defendants' Motion to Dismiss (Doc. 71) be denied, then Defendants point out that Plaintiff has completely failed to provide any substantive legal or factual arguments for why Defendants' Motion to

Dismiss should be denied. Defendants are also filing a separate Reply to the portion of Plaintiff's Motion that is a Response to Defendants' Motion to Dismiss.

Plaintiff appears to be attempting to refer to his pro se status when he writes "Plaintiff Legally Gave Self Power of Attorney through Filings Prior to This." Defendants do not contest that Plaintiff has pro se status in this case. But no action is needed by the Court with regard to Plaintiff's pro se status.

The title of Plaintiff's Motion mentions "Co-Counsel." But Plaintiff has no co-counsel in this case. If what Plaintiff is requesting is appointment of an attorney ("Request Co-Counsel"), Defendants point out that the Court has already denied requests for appointment of counsel by Plaintiff six times. (Doc. 77 at 2-3.)

The title of Plaintiff's Motion also mentions "Res Judicata & Collateral Estoppel." But Plaintiff's Motion makes no substantive arguments regarding how or why res judicata or collateral estoppel would apply in this case. Plaintiff does not cite any court rulings, let alone any court rulings that would provide a basis for res judicata or collateral estoppel.

Plaintiff's Motion also attaches various documents as exhibits but provides no discussion of or argument based on these exhibits. Therefore, these unexplained exhibits need not be addressed. *See Libertarian Party of N.M. v. Herrera*, 506 F.3d 1303, 1310-11 (10th Cir. 2007).

Plaintiff's Motion lacks any substantive legal or factual arguments, so Defendants do not believe the contents of Plaintiff's Motion merit any further reply.

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
785-296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of November, 2024, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

Natasha Carter
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
Natasha.Carter@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above will be served by means of first-class mail, postage prepaid, addressed to:

Ronnie Allen Bellamy, Jr. #53454
El Dorado Correctional Facility-Central
P.O. Box 311
El Dorado, KS 67042
*Plaintiff, pro se*

                                            */s/ Matthew L. Shoger*
                                            Matthew L. Shoger
                                            Assistant Attorney General