Ronnie Allen Bellamy Jr #53454

V.

Case no. 5:23-CV-03051-HLT-BGS
Demand JURY TRIAL

State of Kansas et. al
Wagner, Englis

**EMERGENCY E-FILE WITH ATTACHMENTS**
**RE: ACTIVITY - LEGAL RESPONSE TO DISPOSITIVE**
**AND SUBSEQUENTS 11-11-2024 a.m.**

Plaintiffs response to Defendants allegations of not completing the Prison Litigation Reform Acts requirements of all Administrative Remedies. EXHAUSTIONS. Defendants have lied many times over and Plaintiff was forced to mail all appeals to Secretary of Corrections instead of being transmitted electronicly for obvious reasons on the defendants part. As the defendants have REPEATEDLY and UNCONSTITUTIONALLY done by useing my Mental Disabilities against me and my Diagnosis of a Delusional Disorder an 8th Amendment violation of a most Heinous and Egregious Nature to cover up the truth and the violations of law and Constitution. If any responses are missing its only because

they were not returned to plaintiff and the LCF facility upon transfer here to EDCF intentionally lost paperwork, documentations. Plaintiffs legal box was opened wrongly, illegaly, and articles-stuff was missing, what remained was thrown into a large packout box, not appropriate, or legal, plaintiff was instructed to wait before filing claim administrative Remedies as most of us were told to wait for our property to catch up to us. And when it did not in a reasonable amount of time, the claims were filed and the Unit Teams that told us to wait then let all claims be denied because they lied to us on purpose and no corrective action has been taken to follow Policies, laws, Constitution. Because this Court refuses to allow plaintiff the Meaningful Access, and Equal Protections, is necessary to stop these violations. These are well established rights, just like the 8th Amendments right to be free of CRUEL AND UNUSUAL PUNISHMENTS. These are the very embodiments of this Courts JURISDICTION Plaintiff a mentally disabled inmate having to contend with the attorney generals office to protect his rights and fight for life,

Freedom, and Liberties afforded all men, people, prisoners. One would think that the importance and INTEGRITY of the office of Attorney GENERAL, Local Courts would be above and beyond Reproach, concerned with truth, Justice, Legal and Constitutional UPHOLDANCES instead of shame, disgrace and further trying to harm and or debase an already Mentally disabled inmate due to being attacked by STG MEMBERS AND CORRUPT LEO officials — KDOC EMPLOYEES OF SECURITY: AND THE HEINOUSLY, EGREGIOUS, VIOLATIONS OF THE 8th Amendment Repeatedly and an over 33 YEAR ILLEGAL, INCARCERATION, VACATED SENTENCE PROVABLE WITH THE TRANSCRIPTS, Plaintiff keeps trying to obtain from the Wyandotte County Courts Cases No. 1991CR317 and 1991CR493, see all attachments. Plaintiff has went to the extreme past Admin Remedies to even reaching out to Leavenworth County Courts Prosecutors for crimes committed against him and 700 club when a tithing member now no longer plaintiff welcomes and encourages a JURY TRIAL on All Counts — CLAIMS — ALLEGATIONS.

/s/ *signature*
Ron BELLAMY Jr.
P.O. Box 311 El dorado, KS 67042

3