IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF KANSAS

RONNIE ALLEN BELLAMY JR.(53454)

        V.                             CASE NO.5:23-cv-03051-HLT-BGS

STATE OF KANSAS ET AL.,


PLAINTIFFS RESPONSE TO COURTS
ORDER DISMISSING AND DENYING
RECONSIDERATION ILLEGALY AND
UNCONSTITUTIONALLY


PLAINTIFF HAS REPEATEDLY MADE IT KNOWN TO THIS COURT AND THE COURT OF APPEALS AND THE KDOC IS WELL AWARE OF PLAINTIFFS SPECIAL NEEDS DUE TO THE LACK OF MEDICAL CARE AND MULTIPLE ATTACKS SEPERATELY AND FACILITATED WITH THE HELP OF ON DUTY KDOC LAW ENFORCEMENT OFFICIALS,SECURITY OFFICERS,THIS COURT HAS REPEATEDLY DENIED THE PLAINTIFF LEGAL ASSISTANCE IN THE FORM OF AN ATTORNEY,AND LEGAL SERVICES FOR PRISONERS RFEUSES TO HELP PLAINTIFF DUE TO THE REQUEST FOR MONEY DAMAGES,NEGLECTING THE FACTS THAT REAL CRIMES HAVE BEEN COMMITTED AGAINST THE PLAINTIFF BY KDOC AND MEDICAL SERVICES AS W WELL AS THESE MULTIPLE COURTS IN THE FORM OF ILLEGAL AND CERTAINLY UNCONSTITUTIONALITIES,FOR EXAMPLE MEANINGFUL ACCESS,MANDATORY REPORTING,DEPRIVATION ATTEMPTS OF LIFE,LIBERTY,FREEDOMS,EQUAL PROTECTIONS OF LAW AND CONSTITUTIONAL RIGHTS AND AFFORDANCES.

1)-PLAINTIFF DOES NOT KNOW WHICH RULE SPECIFICALLY,HOWEVER IT IS STILL VALID,LEGAL,CONST,IT IS THE COURTS RESPONSIBILITY TO MAKE CERTAIN THAT PLAINTIFF RECIEVES A WRITTEN COPY OF ALL ORDERS AND RESPONSES,PLAINTIFF CAN NOT ALWAYS OR TIMELY ACCESS LEXIS NEXIS,AND NEVER ANY LINKS~~XXXXXNMXXRXXXWXRX~~ AS PLAINTIFF DOES NOT HAVE ACESS TO PACER .GOV,AND AGAIN LEGAL SERVICES FOR PRISONERS INCORPORATED REFUSES TO HELP AT ALL.SO THIS COURT FURTHER VIOLATED PLAINTIFFS  CONSTITUTIONAL RIGHTS AGAIN AS WELL BY NOT FOLLOWING ITS OWN RULES OF CIVIL PROCEDURE,UNTIL PLAINTIFF RECEIVES ~~XXMXXX~~ THE COURTS RESPONSES AND ORDERS SO PLAINTIFF CAN ADEQUATELY AND LEGALLY RESPOND WITHOUT GUESSING BASED ON THE COURTS BULLSHIT AND UNFAIRNESSES,IT IS STILL THE COURTS RESPONSIBILITY TO DO THE RIGHT THING AND OBEY THE LAWS AND RULES THEY SET IN PLACE FOR LEGAL REASONS AND EQUALITY,WOULDNT YOU AGREE?

2) I THE PLAINTIFF AM REQUESTING TO HAVE YOU AND EVERYONE OF YOU THAT HAS BEEN INVOLVED DEBARRED FOR ILLEGAL AND IMMORAL,CRIMINAL ACTIVITY,THAT HAS SPANNED EVERY LAWSUIT I HAVE FILED,DUE TO THE CRIMINAL NATURE OF THESE PROCEEDINGS,AND THE GROSS MISCARRIAGE OF JUSTICES CARRIED OUT BY YOU ALL UNFORTUNATELY TO INCLUDE THE ALWAYS PRESENT NATASHA CARTER,AS THE KDOC ATTORNEY,ALLOWING THE KDOC EMPLOYEES AND SPECIAL AGENTS TO PARTICIPATE IN CRIMINAL ACTIVITY AND NOT RESPOND OR AFFORD EQUAL PROTECTIONS OF A CONSTITUTIONAL NATURE AND LEGAL REDRESSES.

3) PLAINTIFF CLEARLY AS SHOWN IN COMPLAINT SOUGHT OUT THE PROSECUTNG ATTORNEY IN LEAVENWORTH COUNTY,KANSAS MR.TODD THOMPSON,TO REPORT THE CRIMES COMMITTED AGAINST ME,AND WAS DENIED THE RIGHT TO REPORT THEM STATING YOU HAVE TO HAVE EAI CONTACT ME AND REPORT THEM EVEN WITH PROOF,THAT THEY WERE INVOLVED AND FACILITATING THE ATTACKS AS WELL,AND NOT RESPONDING LEGALLY OR PROSECUTING CRIMINAL ACTIVITY AS PART OF THE LEGAL AND JUDICIARY SYSTEMS,SEE ATTACHED.

4) PLAINTIFF IS STILL AS A FREE MEMBER OF SOCIETY BEING ILLEGALY HELD ON A VACATED SENTENCE THE STATES APPEAL DENIED AND THE RE-HEARING DENIED FOR THE STATE OF KANSAS,PLAINTIFF HAS NEVER BEEN RELEASED AND KEEPS TRYING TO OBTAIN THER PROPER AND LEGAL PAPERWORK FROM THE CRIMINAL DEPARTMENT IN XXXXX WYANDOTTE COUNTY,CRIMINAL DEPARTMENTS XXXXXXXXXXXX KRISTI L. HILL,THIS PAPERWORK IS REAL THE PLAINTIFF HAD A COPY IN MY HANDS IN 2003,IN LANSING ,AND DUE TO BEING TRANSFERRED AND A PARALEGAL HAVING THE PAPERWORK,IT WAS LOST AND PALINTIFF HAD NO IDEAL WHAT HE WAS LOOKING AT TILL IT WAS EXPLAINED,AND THE CRIMINAL DEPARTMENT HAS NOT RESPONDED,YET EVEN WITH PLAINTIFF FILING THE KANSAS OPEN RECORD ACT,WITH REQUEST THE KDOC RESPONDED STATING THIS IS ON THE COURT NOT US,SEE ATTACHED.

5) NO ONE NOT EVEN THE KDOC HAS THE RIGHT TO TAKE SOMEONES LIFE WITHOUT PROPER LEGAL PROCEDURES,OR ASSIST IN SUCH MATTERS,THAT IS CLEARLY A PROTECTED CONSTITUTIONAL RIGHT,ITS HAPPENED MULTIPLE TIMES WITH THE KDOC ASSISTING AND ALLOWING BY NOT RESPONDING PER THEIR POLICY AND PROCEDURES AND LAWS,AS WITNESSES AND WITH FULL UNDERSTANDING OF WHAT THEY WERE DOING AND WITNESSING AS THEY ARE TRAINED FOR THIS ANS SUCH MATTERS,AND ARE ALL AWARE OF WHAT CONST. RIGHTS ARE AND THAT WE ARE ALLOWED AND HAVE AS INMATES,WHICH AGAIN PLAINTIFF CLEARLY AND WITH FULL COGNIZANCE,AND COMPREHENSION STATES TO THIS COURT I AM BEING HELD ILLEGALY ON A VACATED SENTENCE,IT HAS BEEN OVER 34,YEARS,WHERE IS THE JUSTICE DUE ME,MY LEGAL REDRESS, WHEN DOES THIS COURT STEP UP AND DO THE RIGHT THING FOR A MENTALLY ILL PERSON MADE THIS WAY BY ALL OF OF THE ATTACKS AND LIES AND THE DENIAL OF LEGAL AND ADEQUATE CONSTITUTIONAL MEDICAL CARE AND EQUAL PROTECTION OF THE LAWS AND CONSTITUTIONS AND ITS AMENDMENTS?

*[signature]* RB

RONNIE ALLEN BELLAMY JR.
P.O.BOX 311
ELDORADO,KANSAS 67042