TO: United States District Court
Federal Building
Kansas City, KS 66101

From: Ronnie Bellamy 53454
P.O. Box 311
Eldorado, KS 67042

RE: Activity Case No. 5:23-CV-03051-HLT-BGS
Cover sheet REQUESTING RE-Reconsideration based on following and New evidences generated by this Courts violating their own federal mandated Rules of civil Procedure and Constitutional law Stripping the Defendants of Qualified or any Immunity, individually and Officialy