Cell House: D1-208

Attachment A, IMPP 12-139D
Effective 04-30-2

## LEGAL, OFFICIAL, PRIVILEGED MAIL DELIVERY FORM

SECTION A: This section is to be filled out by mail room staff (please print):

Staff Name: __Robin Leonard__ Signature: _Robin Leonard_ Date: __5/27/25__

Resident Name: __Bellamy, Ronnie__ KDOC Number: __53454__ Athena Number: __20000  237 39__

Sender's Name: __U.S. District Court Federal Building__

Sender's Address: __Kansas City, KS 66101__

SECTION B: Inspection and clearance by designated staff (please print):

Clear for processing: YES _X_ NO _____

Staff Name: _Reynolds_ Signature: _W_ Date: _5/28/25_

SECTION C: To be filled out by Delivering Staff (please print):

Staff Name: _Reynolds_ Rank/Position: _CCI_

Staff Signature: _W_ Date: _5/28/25_

SECTION D: Resident Acknowledgement (please print):

Please respond "Yes" or "No" to the statement below:

_____ Quality of photocopy is acceptable. _Yes_ I am accepting my legal, official, privileged mail.

Resident Signature: _Ru S_ Date: _5-28_

SECTION E: To be filled out by Witnessing Staff if Resident refuses to sign Section D (please print):

Staff Name as Witness (please print):_____

Staff Signature as Witness:_____

Noted Concerns:_____



714 S.W. Jackson St., Suite 300
Topeka, KS 66603

Department of Corrections

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary

Laura Kelly, Governor

May 6, 2025

Ronnie Bellamy Jr. #53454
El Dorado Correctional Facility
PO Box 311
El Dorado, KS 67042

RE: Kansas Open Records Act Request

Mr. Bellamy

I am writing in response to your Kansas Open Records Act (KORA) request to the Kansas Department of Corrections (KDOC) Central Office received May 5, 2025.

**KDOC Response:** No responsive documents exist. The documents you are requesting belong to the Wyandotte County District Court. You will need to send them a KORA request.

With this response KDOC has closed this request.

Sincerely,

*Nancy Burghart*

Nancy Burghart
Public Service Administrator II
KDOC Central Office.



Laura Kelly, Governor

**Department of Corrections**

Kansas Department of Corrections
714 SW Jackson St., Suite 300
Topeka, KS 66603-3722

KANSAS CITY 640

8 MAY 2025 PM 3 L

quadient



FIRST-CLASS MAIL

$000.69

Mr. Rennie Bellamy Jr. #53454
El Dorado Correctional Facility
P.O. Box 311
El Dorado, Ks. 67042

67042-031111